IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br>1025 Connecticut Avenue NW, Suite 701<br>Washington, DC 20036;<br><br>AMERICAN GATEWAYS,<br>314 East Highland Mall Boulevard, #501<br>Austin, TX 78752;<br><br>ESTRELLA DEL PASO,<br>2400A E. Yandell Drive<br>El Paso, TX 79903;<br><br>FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br>PO Box 654<br>Florence, AZ 85132;<br><br>IMMIGRATION SERVICES AND LEGAL ADVOCACY,<br>3801 Canal Street, Suite 210<br>New Orleans, LA 70119;<br><br>NATIONAL IMMIGRANT JUSTICE CENTER,<br>111 W. Jackson Boulevard, Suite 800<br>Chicago, IL 60604;<br><br>NORTHWEST IMMIGRANT RIGHTS PROJECT,<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104;<br><br>PENNSYLVANIA IMMIGRATION RESOURCE CENTER,<br>PO Box 20339<br>112 Pleasant Acres Road, Suite I<br>York, PA 17402;<br><br>ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK, | Case No. 1:25-cv-00298<br><br>**DECLARATION OF EDNA YANG IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

7301 Federal Boulevard, Suite 300
Westminster, CO 80030,

        *Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF
JUSTICE,
950 Pennsylvania Avenue, NW
Washington, DC 20530;

EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW,
5107 Leesburg Pike, Suite 1902
Falls Church, VA 22041;

DEPARTMENT OF HOMELAND
SECURITY,
245 Murray Lane SW
Washington, DC 20528;

JAMES R. McHENRY III, in his official
capacity as Acting Attorney General of the
United States,
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530;

SIRCE E. OWEN, in her official capacity as
Acting Director of the Executive Office for
Immigration Review,
Executive Office for Immigration Review
5107 Leesburg Pike, Suite 1902
Falls Church, VA 22041;

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security,
Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528,

        *Defendants.*

# DECLARATION OF EDNA YANG
# CO-EXECUTIVE DIRECTOR FOR AMERICAN GATEWAYS

*I, Edna Yang, make the following statements on behalf of American Gateways. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is Edna Yang, and I am the Co-Executive Director at American Gateways a 501(c)(3) nonprofit organization. American Gateways' mission is to champion the dignity and human rights of immigrants, refugees, and survivors of persecution, torture, conflict and human trafficking through exceptional immigration legal services at low or no cost, education, and advocacy. Through its staff attorneys, paralegals, and a network of pro bono attorneys, American Gateways is the primary organization dedicated to providing legal education and free legal and low-cost representation to indigent immigrants, including noncitizens who are detained by the Immigration Customs Enforcement ("ICE") agency under the Department of Homeland Security ("DHS") throughout central Texas.

2. American Gateways provides its legal representation, advocacy, and education services to low-income noncitizens and their families in 23 central Texas counties. It has 3 offices in Austin (principal office), San Antonio, and Waco, Texas. Annually American Gateways provides critical information and legal services to over 12,000 individuals.

3. In order to carry out this mission, American Gateways has several main work components: (1) through the Legal Orientation Program ("LOP"), providing educational and pro se services in the form of legal education "know your rights" ("KYR") presentations, conducting individual consultations (intakes), and conducting pro se workshops with all unrepresented detained noncitizens in the custody of ICE at facilities located in Texas; (2) connecting unrepresented detained noncitizens who cannot afford a lawyer with pro bono attorneys from our various pro bono firm partners, for cases at both the trial and appellate court levels; (3) representing detained clients found legally incompetent while appearing pro se before an immigration judge as part of the National Qualified Representative Program ("NQRP"); (4) through the Immigration Court Helpdesk (ICH) program located within the Immigration Court at San Antonio, Texas which educates non-detained immigrants in removal proceedings about the court process. ICH providers conduct Know Your Rights (KYR) sessions about the immigration court process generally and potential defenses from removal. The goal of ICH is to help individuals make informed decisions about their legal cases and improve the efficiency and effectiveness of immigration court proceedings; (5) through the Counsel for Children Initiative (CCI) provides full legal representation to children who are forced to appear in immigration court on their own and (6) through in-house representation of indigent noncitizens.

4. To address the first programmatic focus area, American Gateways has been operating a LOP in Texas since 2006 at the South Texas Detention Complex in Pearsall, Texas. The program expanded in 2014 to include services at the South Texas Family Residential Cetner in Dilley, Texas and the Karnes County Residential Cetner in Karnes City, Texas. In 2018, American Gateways also began providing LOP services at the T. Don Hutto Residential Center in Taylor, Texas, in lieu of services at the residential center in Dilley, Texas based on a change in the detained population and need. The combined detention population on average in all facilities currently served is over 2,100 people. This program provides LOP services for the entire immigrant population detained by ICE whose cases are heard in the Pearsall Immigration Court.

5. American Gateways has also been operating an ICH program in Texas at the San Antonio Immigration Court since August 2016.

6. With LOP funding, American Gateways currently has 11 full time equivalent staff dedicated to providing LOP services. Specifically, a total of 4 attorneys, 6 paralegals and DOJ accredited representatives, and 2 administrative staff. Staff under LOP regularly travel to each detention center in person to provide legal education KYR presentations, individual consultations, and pro se workshops to noncitizens who are detained and do not have counsel. American Gateways' LOP staff provided in person and virtual services at each of the detention centers 2-4 times per week.

7. With ICH funding, American Gateways currently has 3 full time equivalent staff dedicated to providing ICH services. Specifically, a total of 1 attorney and 2 paralegals and DOJ accredited representatives. Staff under the ICH provide in person services at the Immigration Court 2 times per week along with an additional services on a monthly basis at the our San Antonio office.

8. LOP and ICH services at the facilities and the immigration court that American Gateways' serves are critical. Many of the individuals detained at each of these facilities and those appearing at the Immigration Court are indigent and cannot afford legal representation. In addition, the facilities and the court where the removal cases are heard are all located in areas that are remote and farther from larger metropolitan areas. Moreover, the vast majority of those detained at these facilities and appearing pro se at the immigration court have limited English proficiency, some speak indigenous and third languages for which locating an interpreter can be difficult, and some lack formal education; all of which makes the information and education that American Gateways' LOP and ICH staff provide incredibly important to not only preserving the basic due process rights of the detained noncitizens, but also in improving the efficiency and efficacy of the backlogged immigration court system overall.

9. The Immigration Judges and ICE have all interacted with and expressed how helpful the LOP and the ICH programs have been to them. Specifically, the Immigration Judges have

noted how both programs has increased efficiency in their dockets and caseload management by reducing the need for multiple continuances. ICE has noted how the LOP has reduced confusion about the immigration court process which has resulted in less inquiries to ICE officers at the facilities. They have noted that these programs have prevented unnecessary continuances and appeals for individuals who understood that they had no viable relief available to them. American Gateways LOP and ICH have also referred individuals who need additional assistance and representation through the LOP and ICH programs to pro bono counsel and for in house representation.

10. Without warning, on January 22, 2025, the Department of Justice issued a national contract stop work order, pursuant to Section 19 of the January 20, 2025, Executive Order titled "Protecting the American People Against Invasion." The national contract stop work order, which took effect immediately, extended to the following LOP programs: the general LOP program, the Immigration Court Helpdesk ("ICH"), the Counsel for Children Initiative ("CCI"), and Family Group Legal Orientation Program ("FGLOP") and stated that these programs were being paused while they undergo an audit.

11. Soon after the nation contract stop work order was issued American Gateways was informed by the three detention facilities we serve and the San Antonio Immigration Court that our posters regarding our education services and other materials relating to our LOP and ICH services, how to access free legal assistance, and basic legal information about different forms of relief were removed from tablets used by noncitizen detainees. Staff were also informed that Know Your Rights sessions would also not be allowed at the facilities. This has already had a significant impact on both the detained and non-detained noncitizens that we served through these programs. They no longer have access to basic information about the removal process and the immigration court, or information about any forms of relief available to them, and locating such information is nearly impossible for many. When American Gateways staff inquired with ICE at the facilities and the immigration court staff about the removal of posters and basic information about accessing services, they were told that the removal was done under the stop work order.

12. The national stop work order has had a significant impact on the work of American Gateways. The lack of access to the facilities has caused harm to the individuals detained there and to community members who have called seeking assistance and information for their detained family members. The missed LOP services will impact many who will be ordered removed and lose the ability to apply for certain forms of relief and release because they were not informed about their rights. The stop work order has affected American Gateways staff morale – as they not only worry about the financial loss due to the stop work order, but also the impact on the individuals they were assisting.

13. The LOP and ICH contracts account for approximately 27% of American Gateways' budget and impact over 32% of staff, or 14 full time equivalents. American Gateways has a

3

contingency plan to respond to the sudden national stop work order and can absorb most of the affected staff into other programs in the short term. However, based on its current budget and reserves, and dependent on the length of the stop work order, American Gateways expects that it will eventually have to lay off several staff members after some months. The financial impact of the stop work order, even in the short term, would be significant and shift services away from serving *pro se* individuals to other work with different funding, leaving a dire gap in services, which are very much needed in the community.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 30th of January 2025, in Austin, Texas.

_____

Edna Yang
Co-Executive Director
American Gateways