IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, <br> 1025 Connecticut Avenue NW, Suite 701 <br> Washington, DC 20036; <br><br> AMERICAN GATEWAYS, <br> 314 East Highland Mall Boulevard, #501 <br> Austin, TX 78752; <br><br> ESTRELLA DEL PASO, <br> 2400A E. Yandell Drive <br> El Paso, TX 79903; <br><br> FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT, <br> PO Box 654 <br> Florence, AZ 85132; <br><br> IMMIGRATION SERVICES AND LEGAL ADVOCACY, <br> 3801 Canal Street, Suite 210 <br> New Orleans, LA 70119; <br><br> NATIONAL IMMIGRANT JUSTICE CENTER, <br> 111 W. Jackson Boulevard, Suite 800 <br> Chicago, IL 60604; <br><br> NORTHWEST IMMIGRANT RIGHTS PROJECT, <br> 615 Second Avenue, Suite 400 <br> Seattle, WA 98104; <br><br> PENNSYLVANIA IMMIGRATION RESOURCE CENTER, <br> PO Box 20339 <br> 112 Pleasant Acres Road, Suite I <br> York, PA 17402; <br><br> ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK, | Case No. 1:25-cv-00298 <br><br> **DECLARATION OF EMILY BACHMAN BROCK IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

7301 Federal Boulevard, Suite 300
Westminster, CO 80030,

    *Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF
JUSTICE,
950 Pennsylvania Avenue, NW
Washington, DC 20530;

EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW,
5107 Leesburg Pike, Suite 1902
Falls Church, VA 22041;

DEPARTMENT OF HOMELAND
SECURITY,
245 Murray Lane SW
Washington, DC 20528;

JAMES R. McHENRY III, in his official
capacity as Acting Attorney General of the
United States,
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530;

SIRCE E. OWEN, in her official capacity as
Acting Director of the Executive Office for
Immigration Review,
Executive Office for Immigration Review
5107 Leesburg Pike, Suite 1902
Falls Church, VA 22041;

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security,
Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528,

    *Defendants.*

**DECLARATION OF EMILY BACHMAN BROCK**
**CHILDREN'S PROGRAM DEPUTY MANAGING ATTORNEY FOR THE ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK**

*I, Emily Bachman Brock, make the following statements on behalf of the Rocky Mountain Immigrant Advocacy Network. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is Emily Bachman Brock, and I am the Children's Program Deputy Managing Attorney at the Rocky Mountain Immigrant Advocacy Network ("RMIAN").

2. RMIAN is a Colorado-based nonprofit organization that provides free immigration legal and social services to individuals in civil immigration detention, as well as to immigrant children who have suffered from abuse, neglect or violence. Through its staff attorneys, paralegals, social workers, and a network of hundreds of *pro bono* attorneys, RMIAN provides legal education and free legal representation to low-income immigrants who otherwise would not be able to afford an attorney.

3. In order to carry out its mission, RMIAN's Children's Program has several main work components: (1) through the Immigration Court Helpdesk ("ICH") and Family Group Legal Orientation Program ("FGLOP"), RMIAN provides educational and pro se services in the form of legal education "know your rights" ("KYR") presentations, conducts individual consultations (intakes), and provides pro se assistance to unrepresented noncitizens with removal cases before the Denver Immigration Court; (2) RMIAN connects unrepresented child noncitizens who cannot afford a lawyer with pro bono attorneys within our pro bono network, for their immigration-related cases before Colorado state courts, the Denver Immigration Court and before United States Citizenship and Immigration Services ("USCIS"); and (3) RMIAN provides in-house direct immigration-related representation.

4. To address the first programmatic focus area, RMIAN has been operating an ICH and FGLOP site since September 2021. Since the inception of the ICH and FGLOP programs at RMIAN, the Children's Program hired additional attorneys and support staff to ensure that individuals before the Denver Immigration Court have access to legal information regarding their options, rights and responsibilities in removal proceedings.

5. Eight of RMIAN's staff members are at least partially funded through the ICH and FGLOP programs. Through the programs, staff are provided with advance information regarding docket schedules allowing them to plan their travel to the Denver Immigration Court in person to provide legal education KYR presentations, individual consultations, and pro se assistance to noncitizens appearing before the Denver Immigration Court who do not have counsel. Furthermore, through ICH and FGLOP funding, staff members operate a designated hotline, responding to noncitizens' questions and conducting individual information sessions remotely via telephone five days a week.

6. Only fifteen percent of all noncitizens navigating the immigration system in Colorado have legal representation. The ICH and FGLOP programs are crucial to RMIAN's ability to continue to provide accurate and expert legal information to pro se noncitizens about their options. Through the ICH and FGLOP staff assist noncitizens in completing required forms requesting a change of address or change of venue. Additionally, these programs are a vital mechanism through which RMIAN is able to connect children and their families, who cannot afford an attorney, to pro bono counsel.

7. Furthermore, RMIAN's ICH and FGLOP staff routinely contribute to court efficiency by assisting with required forms, reducing the number of individuals requesting assistance from court staff. Ensuring that noncitizens can learn about their legal rights, understand removal proceedings and information regarding the options in their case, reduces anxiety and confusion before they appear for their initial hearing before the immigration judges. When RMIAN staff providing ICH and FGLOP services are present at the court, court staff routinely send Respondents to speak to them for assistance understanding required forms, information regarding particularly sensitive or complicated procedural questions. Court staff also frequently request that RMIAN conduct legal screenings for unrepresented parties. RMIAN ICH and FGLOP staff members have routinely provided friend of the court services in cases where individuals are requesting voluntary departure, to secure additional time to find counsel, or where lasting immigration relief before USCIS has been identified—meaning that the case can be removed from the busy court docket.

8. Without warning, on January 22, 2025, the Department of Justice issued a national contract stop work order, pursuant to Section 19 of the January 20, 2025, Executive Order titled "Protecting the American People Against Invasion." The national contract stop work order, which took effect immediately, extended to the following programs: the general Legal Orientation Program, Counsel for Children Initiative ("CCI"), ICH, and FGLOP and stated that these programs were being paused while they undergo an audit.

9. The loss of access to the critical and time-sensitive information provided through the contract has had a direct impact on ICH and FGLOP staff's ability to reach some of the most vulnerable populations appearing before the Denver Immigration Court. With access to docket schedule information and Respondent information restricted due to the stop work order, RMIAN staff can no longer reliably ensure that juveniles and families on the expedited "dedicated docket" have access to information regarding their rights and responsibilities in removal proceedings.

10. Combined, the loss of funding resulting from the stop work order on the LOP, ICH and FGLOP programs accounts for approximately 25% of RMIANs total revenue in its 2025 budget. Hoping to avoid layoffs, current staff providing services through the ICH and FGLOP will be temporarily shifted to alternate funding in other programs within RMIAN's Children's Program. However, these alternate funding sources are focused primarily on providing direct representation, limiting the number of noncitizens RMIAN can reach, and are also supported by federal funding so are therefore precarious.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 30th day of January 2025, in Westminster, Colorado.

/s/ Emily Bachman Brock

**Emily Bachman Brock, Esq.**
**RMIAN Children's Program Deputy Managing Attorney**

3