IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br>1025 Connecticut Avenue NW, Suite 701<br>Washington, DC 20036;<br><br>AMERICAN GATEWAYS,<br>314 East Highland Mall Boulevard, #501<br>Austin, TX 78752;<br><br>ESTRELLA DEL PASO,<br>2400A E. Yandell Drive<br>El Paso, TX 79903;<br><br>FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br>PO Box 654<br>Florence, AZ 85132;<br><br>IMMIGRATION SERVICES AND LEGAL ADVOCACY,<br>3801 Canal Street, Suite 210<br>New Orleans, LA 70119;<br><br>NATIONAL IMMIGRANT JUSTICE CENTER,<br>111 W. Jackson Boulevard, Suite 800<br>Chicago, IL 60604;<br><br>NORTHWEST IMMIGRANT RIGHTS PROJECT,<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104;<br><br>PENNSYLVANIA IMMIGRATION RESOURCE CENTER,<br>PO Box 20339<br>112 Pleasant Acres Road, Suite I<br>York, PA 17402;<br><br>ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK, | Case No. 1:25-cv-00298<br><br>**DECLARATION OF MELISSA MARI LOPEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

7301 Federal Boulevard, Suite 300
Westminster, CO 80030,

        *Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF
JUSTICE,
950 Pennsylvania Avenue, NW
Washington, DC 20530;

EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW,
5107 Leesburg Pike, Suite 1902
Falls Church, VA 22041;

DEPARTMENT OF HOMELAND
SECURITY,
245 Murray Lane SW
Washington, DC 20528;

JAMES R. McHENRY III, in his official
capacity as Acting Attorney General of the
United States,
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530;

SIRCE E. OWEN, in her official capacity as
Acting Director of the Executive Office for
Immigration Review,
Executive Office for Immigration Review
5107 Leesburg Pike, Suite 1902
Falls Church, VA 22041;

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security,
Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528,

        *Defendants.*

# DECLARATION OF MELISSA MARI LOPEZ
# EXECUTIVE DIRECTOR FOR ESTRELLA DEL PASO

*I, Melissa Mari Lopez, make the following statements on behalf of Estrella del Paso. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is Melissa M. Lopez, and I am the Executive Director at Diocesan Migrant & Refugee Services *doing business as* Estrella del Paso ("Estrella del Paso"). Estrella del Paso is the largest provider of free immigration legal services in West Texas and New Mexico. Estrella del Paso is based out of El Paso, Texas but provides legal services to populations living anywhere in West Texas and the state of New Mexico who have removal proceedings venued in the El Paso, Texas before the non-detained court or who get detained and have court before the El Paso Detained Immigration Court or Otero Immigration Court.

2. Estrella del Paso was founded in 1986 to provide immigration legal services, advocacy, and community outreach to protect the rights of immigrants in West Texas and New Mexico, and advance justice in the spirit of the Gospel because we believe all people are made in the image of God and are welcome in our community. Our organization currently employs 80 people across six legal units, refugee resettlement program, and an administrative unit. Each legal unit is tasked with assisting different migrant populations.

3. In order to carry out our mission, Estrella del Paso has several main work components: (1) through the Legal Orientation Program ("LOP") and Immigration Court Help Desk ("ICH"), we provide educational and pro se services in the form of legal education "know your rights" ("KYR") presentations/orientations, conduct individual consultations/orientations (intakes), and conduct pro se workshops with all unrepresented non-detained noncitizens who have hearings before the El Paso Non-detained Immigration court as well as detained noncitizens in the custody of Immigration and Customs Enforcement ("ICE") at facilities located in El Paso, Texas and Chaparral, New Mexico; (2) We attempt to connect unrepresented noncitizens who cannot afford a lawyer with pro bono attorneys or refer them for in-house representation by Estrella del Paso; (3) Estrella del Paso also provides in-house representation to people in removal proceedings through our Removal Defense and Unaccompanied Minors Programs; (4) Through our affirmative legal services, Estrella del Paso provides representation before United States Citizenship and Immigration Services ("USCIS") and United States Department of State ("DOS"). Within our affirmative legal services program, we have two subunits specifically dedicated to assisting religious workers and survivors of crime and human trafficking.

1

4. To address the first programmatic focus area, Estrella del Paso has been operating the LOP program at the El Paso Processing Center since 2006. In 2008, our LOP program expanded to cover services at the Otero County Processing Center located in Chaparral, New Mexico. In December 2024, the combined detention population on average in all facilities served was 1,533 people, this number accounts for about 66 percent of the overall detention capacity both facilities have as currently the El Paso Processing Center has capacity to hold 1,200 people and Otero 1,089 people. This program provides LOP services for the entire immigrant population detained by ICE whose cases are heard in the El Paso Detained Court and Otero Immigration court.

   In 2021, our program expanded once more and added the Immigration Court Help Desk, (ICH). Through the ICH program non-detained noncitizens in removal proceedings before the El Paso Non-detained Immigration Court have access to legal orientation in the form of KYRs, intakes, pro bono referrals, and pro-se self-help workshops. Given the growing backlog of removal cases and the fact that our non-detained court sits on the US/Mexico border, there are thousands of cases pending at the court that our ICH team assists with on a yearly basis.

5. With LOP and ICH funding, Estrella del Paso currently employs thirteen (13) staff members dedicated to providing LOP and ICH services. Specifically, through our LOP program we employ eight (8) full-time staff members. Two of our staff members are fully accredited representatives and the other six are in the process of pursuing accreditation. Our ICH program employs five (5) full-time staff members, one of which is a fully accredited representative with the other four also in the process of seeking full accreditation.  Staff under LOP regularly travel to each detention center in person to provide legal education orientations, individual orientations, and pro se workshops to noncitizens who are detained and do not have counsel. Our dedicated LOP staff provides services at the El Paso Processing Center every weekday. Services at the Otero processing Center, which is approximately a 60-mile round trip from our office, are provided 3 times a week. In addition to in-person services, our LOP team runs a hotline for detainees to call in the event they need individualized services.  Our equally amazing ICH team can be found providing in person services at the El Paso Immigration Court every weekday, the ICH team like the LOP team also operate a hotline where pro-se litigants can call to seek one on one services.

6. According to the Census Bureau, 18.3 percent of the population of El Paso, Texas and 17.8 percent of the population of New Mexico live in poverty, surpassing the national average of 11.5 percent. El Paso and its surrounding areas are not home to large corporations or law firms. Most attorneys who practice any type of law in this region tend to be solo practitioners who cannot afford and do not have the capacity to take on pro-bono matters. Because there are no large law firms or corporations in this region, there is very limited access to attorneys who can provide pro-bono services. Likewise, El Paso is

not home to any law schools. The two closest law schools to El Paso are Texas Tech University School of Law based in Lubbock, Texas and the University of New Mexico School of Law based in Albuquerque, New Mexico. Both schools are several hundreds of miles away from the Immigration courts we serve and do not currently have the capacity to take on very many non-detained cases and detained cases. Given that this region is impoverished, it is hard for an organization like ours to rely on local private philanthropy to fund the necessary services LOP and ICH provide.

7. Estrella del Paso has an excellent relationship with our local Immigration Judges and ICE detention facilities. This is in large part because the local judges and ICE officers recognize our teams provide litigants with important information and services. For instance, because we are a border city many recently arrived noncitizens are often venued for court in El Paso, Texas despite living in other parts of the country. To increase efficiency, the court developed a dedicated docket for litigants to present their evidence and request a change of venue. Our ICH team played a critical role in the success of that docket as it was our ICH team who would guide pro-se noncitizens in how to fill out their change of venue forms. Likewise, when non-citizens do not speak English or Spanish, which are the predominate languages spoken in our service area, ICH and LOP provide critical services by communicating necessary legal information in a non-citizen's own language through use of LOP and ICH funded language lines. Our ICH and LOP teams do not just provide helpful services to pro-se non-citizens but also to the Court and ICE/ERO. Through the KYRs provided by LOP, non-citizens are made aware of local processes and procedures that lead to a smoother and more efficient use of court and ICE time. For example, as part of the KYR our LOP team does in the detention centers, we educate non-citizens on who is and who is not eligible for a bond hearing. This is important information for litigants to know so that those who are not legally eligible for release on bond do not request bond hearings, thus taking up court time. Likewise LOP and ICH prove useful tools to the court as through our programs we assist non-citizens by guiding them on how to best present their evidence and how to fill out their relief forms and how to comply with local court rules, again leading to a smoother and more efficient court process that comports with the standards of due process. In the detention centers, ICE appreciates our LOP team immensely as we also explain local processes on how detainees can communicate with ICE and what documents are necessary to present to secure release from detention. Through the individual orientations we provide to pro-se non-citizens, people are made aware of what relief if any they qualify for and are given realistic expectations based on their facts and circumstances of their likelihood for success. This leads to more expeditious hearings as non-citizens are empowered to make informed decisions on whether to pursue relief or voluntarily repatriate to their home country. In this past year, our LOP and ICH teams assisted several pro-se respondents with not only securing release from detention but also with winning relief in the forms of asylum, withholding of removal, and protections under the convention against torture.

8. Our local court and ICE officials are very happy with the work done by our team as we provide answers to many of the questions people would have about their proceedings, thus leading to more efficient use of court and ICE officer time. Because our LOP and ICH teams provide people not only with group KYRs but individualized information sessions, time that would normally be spent by an ICE officer or Immigration Judge answering these same questions is saved. The Immigration Judges in particular have expressed gratitude to our LOP and ICH team as it regards not only the running of pro-se workshops but also in assisting the court as Friend of the Court. It is often the staff on our LOP and ICH team which inform the court of necessary information about respondent's cases such as when a respondent appears to lack capacity to represent themselves or when a noncitizen requires an interpreter in their language of choice.

9. Both LOP and ICH provide necessary services when it comes to helping people find counsel. As mentioned previously this region is a legal desert which often means there are no private practitioners able to take on matters. As such our team often screens cases for relief with our in-house removal defense unit. Through these screenings our removal defense unit has assisted countless respondents obtain relief before the court. One such example from last year is the case of a non-citizen who had Special Immigrant Juvenile status that had been granted several years prior to their detention. Through consultation with our LOP team and referral of that individual to our removal defense unit, the individual was released from custody and was put on a pathway towards lawful permanent residency. Had it not been for the consultation that the individual had with our LOP team it is likely the individual would have been ordered removed without anyone having realized they were eligible for relief. The services provided by LOP and ICH are essential if due process is to mean anything in immigration proceedings. Because there is a lack of attorneys even for non-citizens affluent enough to afford one, LOP and ICH fill the lack of representation gap so that respondents at the very least can represent themselves. The loss of funding for these two programs, especially in a region like ours, would mean the majority of people appearing before the courts would do so not only without counsel but also with no knowledge and understanding of the processes and procedures necessary in order to defend one's self from removal.

10. Without warning, on January 22, 2025, the Department of Justice issued a national contract stop work order, pursuant to Section 19 of the January 20, 2025, Executive Order titled "Protecting the American People Against Invasion." The national contract stop work order, which took effect immediately, extended to the following programs: the general LOP program, the Immigration Court Helpdesk ("ICH"), the Counsel for Children Initiative ("CCI"), and Family Group Legal Orientation Program ("FGLOP") and stated that these programs were being paused while they undergo an audit. The suddenness in the announcement left our organization not only scrambling for what to do

with our staff who now had no funding but also with having to immediately comply by recalling all our staff members, most of whom were out in the field working. Our organization received the news via an email which caused staff turmoil as all had been in the process of assisting pro-se respondents in one fashion or another. Despite what it might mean to them personally, our staff was most concerned and worried about how they would get word to the people they were committed to serve about the sudden stoppage. While our LOP and ICH staff worried about the people they were helping, executive management at our organization had to quickly determine how best to keep our thirteen employees from losing their jobs as we await final word on what is to happen to these programs.

11. The impact of the sudden stop work order received was immediate. We had to communicate to the detention facilities and the courts that we would no longer be providing services under these programs until otherwise notified. The email communication we received did not indicate if the order was temporary or permanent. We later learned through various individuals and conversations that the communication received by the Immigration Courts indicated that the order was a "pause" in the program. Unfortunately, that was not how the news was communicated to us. At present, we continue to have access to detention centers and courts but only in our capacity as legal representatives, which is far more limited than in our capacity as ICH and LOP staff. We have been informed by our removal defense unit that individuals in the detention center received a notification via the Talton tablets available in each housing area that Estrella del Paso was no longer providing services at the detention center. The message did not specify that the suspension of services was related to the LOP and ICH programs and created confusion even for the clients we represent who believed we would not be providing services in any capacity. We are unaware at present if our ICH and LOP materials remain visible at the courts and detention centers. At present the only way we can communicate with pro-se noncitizens about the stoppage of these programs is if they call our office or our hotline which currently has a pre-recorded message stating these programs have been paused.

12. Due to the nature of the stoppage, we have not reached out to request continuation of services despite the lack of funding. As mentioned above, El Paso is in a legal desert and private philanthropy is in short supply. As a result, Estrella del Paso is not able to continue these programs on a volunteer basis without the funding from the Department of Justice.

13. The impact of this pause has been as swift as its announcement. We believe that part of respecting a person's human dignity requires that they be given a fair chance at representing themselves. Immigration proceedings are complex, and that complexity is

made all the more difficult when one factors in language barriers. LOP and ICH ensured pro-se non-citizens understood their rights in proceedings and understood procedurally what they had to present and what they had to fill out to be heard in the non-citizen's best language. Without these necessary services, pro-se noncitizens enter their hearings completely blind and oblivious as to why they are even in removal proceedings and what steps must be taken to pursue relief. Even though we have been notified that our programs are on "pause" the reality is that not only are the populations we serve adversely affected but also our staff and ultimately our organization. Like most nonprofits, our organization does not have deep pockets and every day that the "pause" lasts is a day we must dip into our savings to cover the salaries of our employees. These are funds that will not be easy to replace. Part of our mission is to provide community education on immigration processes. More than ever this communal information is necessary as there are widespread rumors and misinformation being spread in light of recently released executive orders. Prior to receiving the stop-work order, our Organization was planning a social media campaign aimed at providing community members with rights advisal on what to do when encountering immigration officials. That campaign has had to cease as we now pivot to a fundraising campaign to ensure we do not lose our ICH and LOP staff during this pause. This negatively impacts our reach and mission as we are receiving daily requests from members of our community for rights advisal training that we do not have capacity to provide due to our attention being focused on this one issue, which hit us swiftly and suddenly. Also, in the wake of this sudden announcement we were left scrambling with how to honor the order while also getting the information of the pause to the people we were helping. Our solution was to use people from other units to go to the detention center to provide the news, this caused disruption from what they were originally tasked to do. Needless to say, the order caused so much chaos in our organization that it has led to a feeling of anxiety amongst staff not only about the future of their jobs but also what happens to those non-citizens who were counting on these services.

14. The cuts to funding of this program are keenly felt. Our LOP and ICH staff members were exclusively funded through LOP and ICH funds, as mentioned above now that the program has been paused, we are having to deplete our savings as an Organization to keep these 13 individuals employed. At present, our staff members are assisting in our other legal units, but this has proved disruptive to those units' normal processes, as LOP and ICH staff members must be trained in the processes and work those units do. We are an organization that takes pride in the fact that we can offer completely free legal services, however if the "pause" to this program is not lifted soon, it is likely we will not only have to do a big fundraising campaign which detracts from the community service work we had planned, but also we will likely have to go back to charging fees for our services which means we would have to turn away people with meritorious claims all because they cannot afford our fee even if far less than that of a private attorney. The

6

pause in LOP and ICH funding comes at a monthly cost of approximately $83,148.00 for Estrella del Paso. For an organization our size in El Paso, the monthly cost is incredibly difficult to make up at the pace that is needed. The lack of notice of the pause has inhibited our ability to seek alternative sources of funding and left us in a financially precarious position.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 30th of January 2025, in El Paso, Texas.

/s/Melissa M. Lopez
Melissa M. Lopez
Executive Director/ Attorney At Law
Estrella del Paso
2400 East Yandell Dr.
El Paso, Texas 79903
P: 915.532.2688
E:mlopez@estrella.org