## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMICA CENTER FOR IMMIGRANT
RIGHTS,
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036;

AMERICAN GATEWAYS,
314 East Highland Mall Boulevard, #501
Austin, TX 78752;

ESTRELLA DEL PASO,
2400A E. Yandell Drive
El Paso, TX 79903;

FLORENCE IMMIGRANT AND REFUGEE
RIGHTS PROJECT,
PO Box 654
Florence, AZ 85132;

IMMIGRATION SERVICES AND LEGAL
ADVOCACY,
3801 Canal Street, Suite 210
New Orleans, LA 70119;

NATIONAL IMMIGRANT JUSTICE
CENTER,
111 W. Jackson Boulevard, Suite 800
Chicago, IL 60604;

NORTHWEST IMMIGRANT RIGHTS
PROJECT,
615 Second Avenue, Suite 400
Seattle, WA 98104;

PENNSYLVANIA IMMIGRATION
RESOURCE CENTER,
PO Box 20339
112 Pleasant Acres Road, Suite I
York, PA 17402;

ROCKY MOUNTAIN IMMIGRANT
ADVOCACY NETWORK,

Case No. 1:25-cv-00298

**DECLARATION OF RYAN
BRUNSINK IN SUPPORT OF
PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING
ORDER AND PRELIMINARY
INJUNCTION**

7301 Federal Boulevard, Suite 300
Westminster, CO 80030,

    *Plaintiffs,*

*v.*

UNITED STATES DEPARTMENT OF
JUSTICE,
950 Pennsylvania Avenue, NW
Washington, DC 20530;

EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW,
5107 Leesburg Pike, Suite 1902
Falls Church, VA 22041;

DEPARTMENT OF HOMELAND
SECURITY,
245 Murray Lane SW
Washington, DC 20528;

JAMES R. McHENRY III, in his official
capacity as Acting Attorney General of the
United States,
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530;

SIRCE E. OWEN, in her official capacity as
Acting Director of the Executive Office for
Immigration Review,
Executive Office for Immigration Review
5107 Leesburg Pike, Suite 1902
Falls Church, VA 22041;

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security,
Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528,

    *Defendants.*

**DECLARATION OF RYAN BRUNSINK**
**MANAGING ATTORNEY OF REMOVAL DEFENSE PROGRAMS**
**FOR PENNSYLVANIA IMMIGRATION RESOURCE CENTER (PIRC)**

*I, Ryan Brunsink, make the following statements on behalf of Pennsylvania Immigration Resource Center ("PIRC"). I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is Ryan Brunsink, and I am the Managing Attorney for Removal Defense Programs at PIRC. PIRC's office is located in York, Pennsylvania. PIRC provides free legal educational information and representation on immigration matters to noncitizens across the commonwealth of Pennsylvania. PIRC is the primary organization dedicated to providing legal services to indigent immigrant adults detained by Immigration Customs and Enforcement ("ICE") at the Moshannon Valley Processing Center ("Moshannon Valley") and Clinton County Prison ("Clinton").

2. PIRC provides free, high-quality legal services so that vulnerable immigrants and their families have access to justice and a more secure future. PIRC is composed of two service arms: Removal Defense Programs and the Immigrant Survivors Project. Removal Defense focuses primarily on providing legal services, educational information, and direct representation to individuals in removal proceedings, many of whom are detained. The Immigrant Survivors Project focuses primarily on legal services for non-detained immigrant survivors of sexual assault, domestic violence, trafficking, and other crimes.

3. In furtherance of its mission, PIRC's Removal Defense Programs have several main work components: (1) the Legal Orientation Program ("LOP"), providing educational and pro se services in the form of legal education "know your rights" ("KYR") presentations, conducting individual consultations (intakes), and providing pro se assistance to unrepresented detained noncitizens in the custody of ICE at facilities located in Pennsylvania; (2) connecting unrepresented detained noncitizens who cannot afford a lawyer with pro bono attorneys from our various pro bono firm partners, legal service providers, and law school clinics, for cases at both the trial and appellate court levels; and (3) providing in-house representation for indigent individuals who qualify under separate PIRC programming and funding.

4. To address the first programmatic focus area, PIRC has been operating the LOP in Pennsylvania since 2006, previously at the York County Prison and Berks County Residential Facility for immigrant families, and in recent years at Moshannon Valley Processing Center and Clinton County Prison. PIRC is the sole provider of LOP services in the commonwealth. Moshannon Valley is one of the largest ICE facilities in the country. The combined detention population on average in all facilities served is 1200 people. Currently the population at Moshannon is just over 1300, with a capacity of roughly 1900.

1

5. With LOP funding, PIRC currently has hired nine staff members dedicated to providing LOP services in some capacity. Specifically, PIRC's LOP employs a fully accredited Department of Justice Representative serving as the program manager, a partially accredited representative, a service-provision associate pending partial accreditation, and one program coordinator, all full time. Additionally, the LOP partially funds a Managing Attorney, two Supervising Attorneys, a Staff Attorney, and a post-grad law clerk (Staff Attorney pending bar admission). Staff under LOP regularly travel to each detention center in person to provide legal education KYR presentations, individual consultations, and pro se workshops to noncitizens who are detained and do not have counsel. As a large facility, PIRC's LOP team sends two to four staff members to provide services at Moshannon Valley twice monthly, most often on Thursdays and Fridays on consecutive days. At Clinton, PIRC sends one to two staff once per quarter. Additionally, PIRC provides similar services remotely in between in person visits and responds to inquiries from detainees daily through the pro bono telephone platform and through messaging on electronic tablets available to some detainees.

6. LOP services at Moshannon Valley are critical because of both the size and remote location of the facility. Its capacity is nearly 1900, and it serves as a regional hub for ICE detention. Many states surrounding Pennsylvania have legislated ICE detention out of their states, so Moshannon Valley receives many individuals from all over the northeast and mid-Atlantic regions of the U.S. Located in Clearfield County, Pennsylvania, the facility is very remote with very few private immigration practitioners ever visiting in person. Detainees appear remotely via tele-video before the Elizabeth, New Jersey, Immigration Court.

7. Historically, PIRC's orientation program has received praise from EOIR's Immigration Judges, ICE officials, and detention facilities personnel alike, including from: Immigration Judges Kuyomars Golparvar, Alice Hartye, and Jack Weil while they were at the former York Immigration Court; Immigration Judge Brian Palmer of the Richmond Immigration Adjudication Center; Immigration Judges Richard Bailey and Adam Panopolous of the Elizabeth Immigration Court; ICE Assistant Field Office Directors ("AFODs") Joseph Dunn and Joshua Reid; ICE Supervisory Detention and Deportation Officer ("SDDO") David MacPherson; and prison and detention facility officials Leonard Oddo (Moshannon Valley), Clair Doll (York), Adam Ogle (York), Valerie Conway (York), and Diane Edwards (Berks). Such praise primarily included remarks about increased efficiencies of pro se respondents, decreased levels of anxiety and resultant behavioral issues among detained individuals due to the information shared through the LOP, and help identifying for the Courts respondents who may lack capacity to self-represent through third party notice letters.

8. PIRC serves as the primary referral mechanism for pro bono placement at Moshannon Valley as well. Through the LOP services, individuals are identified as qualifying for additional services, such as in-house PIRC representation under separate funding or referral to other nonprofit legal service organizations based on residence prior to detention.

2

9. Without warning, on January 22, 2025, the Department of Justice issued a national contract stop work order, pursuant to Section 19 of the January 20, 2025, Executive Order titled "Protecting the American People Against Invasion." The national contract stop work order, which took effect immediately, extended to the following programs: the general LOP program, the Immigration Court Helpdesk ("ICH"), the Counsel for Children Initiative ("CCI"), and Family Group Legal Orientation Program ("FGLOP") and stated that these programs were being paused while they undergo an audit. PIRC was made aware of this stop work order through email from the Acacia Center for Justice, the prime contractor and administrator for the LOP.

10. Upon receipt of this news, PIRC immediately cancelled a planned trip to Moshannon Valley for January 23 and 24, 2025. Subsequently, PIRC cancelled a planned trip to Clinton for January 29. On Tuesday, January 28, Ryan Brunsink, Managing Attorney for Removal Defense at PIRC, reached out to SDDO David MacPherson, who is tasked as legal access lead for ICE over Moshannon Valley to request continued access to the facility to continue KYR services without LOP funding. As of January 30, 2025, PIRC has not received a response whether ICE will permit continued access to Moshannon Valley under separate funding for ongoing KYR.

11. The stop work order has severely disrupted PIRC's ability to advance its mission. Without LOP funding, and presently without access to Moshannon Valley, PIRC's staff cannot provide much needed legal information to countless indigent individuals detained and facing removal without the benefit of a lawyer. Some such individuals are subject to expedited removal or have crucial bond hearings. Without any guidance, they risk deportation or unnecessary continued detention.

12. PIRC is very likely to have to lay off five to six staff, about a quarter of all its staff, if the contract pause is not reversed in a matter of roughly eight weeks. The LOP contract supplies about $500,000 towards PIRC salaries and direct costs on a reimbursement basis, again approximately a quarter of PIRC's annual revenue. Additionally, such layoffs could result in hits to additional streams of funding, as other awards are predicated on aggregated full-time-equivalents across the organization. In the interim, PIRC is shifting LOP staff, where possible, to other contracts and grants. This is only sustainable for a limited amount of time, as those contracts and grants figures have ceilings. Additionally, PIRC is seeking emergency funds to help bridge the gap until LOP funding is restored and the critical work can resume.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 30th of January 2025, in Lancaster, Pennsylvania.

**Ryan Brunsink**
Managing Attorney for Removal Defense Programs
Pennsylvania Immigration Resource Center (PIRC)
717.779.1086
rbrunsink@pirclaw.org