## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br>1025 Connecticut Avenue NW, Suite 701<br>Washington, DC 20036;<br><br>AMERICAN GATEWAYS,<br>314 East Highland Mall Boulevard, #501<br>Austin, TX 78752;<br><br>ESTRELLA DEL PASO,<br>2400A E. Yandell Drive<br>El Paso, TX 79903;<br><br>FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br>PO Box 654<br>Florence, AZ 85132;<br><br>IMMIGRATION SERVICES AND LEGAL ADVOCACY,<br>3801 Canal Street, Suite 210<br>New Orleans, LA 70119;<br><br>NATIONAL IMMIGRANT JUSTICE CENTER,<br>111 W. Jackson Boulevard, Suite 800<br>Chicago, IL 60604;<br><br>NORTHWEST IMMIGRANT RIGHTS PROJECT,<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104;<br><br>PENNSYLVANIA IMMIGRATION RESOURCE CENTER,<br>PO Box 20339<br>112 Pleasant Acres Road, Suite I<br>York, PA 17402;<br><br>ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK, | Case No. 1:25-cv-00298-RDM<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

7301 Federal Boulevard, Suite 300
Westminster, CO 80030,

                *Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF
JUSTICE,
950 Pennsylvania Avenue, NW
Washington, DC 20530;

EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW,
5107 Leesburg Pike, Suite 1902
Falls Church, VA 22041;

DEPARTMENT OF HOMELAND
SECURITY,
245 Murray Lane SW
Washington, DC 20528;

JAMES R. McHENRY III, in his official
capacity as Acting Attorney General of the
United States,
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530;

SIRCE E. OWEN, in her official capacity as
Acting Director of the Executive Office for
Immigration Review,
Executive Office for Immigration Review
5107 Leesburg Pike, Suite 1902
Falls Church, VA 22041;

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security,
Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528,

                *Defendants.*

2

Pursuant to the Court's instruction during the February 3, 2025, status conference in this matter, Plaintiffs submit the following notice of supplemental authority.

The United States District Courts for the District of Rhode Island and the District of Washington, D.C. granted Temporary Restraining Orders ("TROs") in cases raising legal issues similar to each other and to this one. *See* Ex. A, *New York et al. v. Trump et al.*, No. 1:25-cv-00039-JJM-PAS (D.R.I.) (ECF 50); Ex. B, *National Council of Nonprofits et al. v. Office of Management and Budget et al.*, No. 1:25-cv-00239-LLA (D.D.C.) (ECF 30). In each of the cases, as here, the plaintiffs brought claims under the Administrative Procedure Act and the United States Constitution and sought TROs enjoining administrative action that purported to freeze the expenditure of funds already appropriated by Congress. The two cases arose from a memorandum ("M-25-13") issued by the Office of Management and Budget ("OMB"), which announced federal-funding cuts as a result of a series of presidential Executive Orders. The plaintiffs in both cases (state Attorneys General in *New York v. Trump* and nonprofit organizations in *National Council of Nonprofits v. Office of Management and Budget*) received critical funding previously appropriated by Congress that was frozen by M-25-13.

Defendants in each case argued the case was moot because OMB purported to "rescind" M-25-13. Both courts rejected the defendants' mootness arguments based on evidence that the funding freeze continued to exist in substance, including the White House Press Secretary's announcement that M-25-13 would continue to be "vigorously enforced" despite the "rescission."

The courts granted a TRO in each case. In *New York v. Trump* the court required the defendants not to "pause, freeze, impede, block, cancel, or terminate [their] compliance with awards and obligations to provide federal financial assistance to the States"; prohibited the defendants from "reissuing" substantially the same directive under a different name; and required

the defendants to inform their agencies and employees immediately of the court's order. ECF 50 at 11. The court in *National Council of Nonprofits v. Office of Management and Budget* enjoined the defendants from "implementing, giving effect to, or reinstating under a different name the directives in OMB Memorandum M-25-13 with respect to the disbursement of Federal funds under all open awards" and ordered them to notify every agency to which M-25-13 was addressed of its order. *Id*. at 29. It further required the defendants to instruct every such agency to "release any disbursements on open awards that were paused due to OMB Memorandum M-25-13," and it required the defendants to report their compliance to the Court. *Id.*

While these cases are not controlling authority, they are persuasive and uniform in result. In particular, each court's analysis of the "likelihood of success" component of the test for injunctive relief provides support for argument made in Argument Section I of the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF 2-1 at 21–28).

Respectfully submitted,

February 4, 2025

/s/ Amer Ahmed

AMICA CENTER FOR IMMIGRANT RIGHTS

/s/ Adina Appelbaum
Adina Appelbaum (D.C. Bar No. 1026331)
Samantha Hsieh (V.A. Bar No. 90800)*
Amelia Dagen (D.C. Bar No. 9004838)
Amica Center for Immigrant Rights
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036
(202) 331-3320
adina@amicacenter.org
sam@amicacenter.org
amelia@amicacenter.org

GIBSON DUNN & CRUTCHER

Amer S. Ahmed (D.C. Bar No. 500630)
Richard W. Mark (D.D.C. Bar No. NY0378)
Raena Ferrer Calubaquib (C.A. Bar No. 328794)*
Apratim Vidyarthi (N.Y. Bar No. 6007041)*
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
rmark@gibsondunn.com
aahmed@gibsondunn.com
rcalubaquib@gibsondunn.com
avidyarthi@gibsondunn.com

Naima L. Farrell (D.C. Bar No. 1023230)
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
nfarrell@gibsondunn.com

Laura Sturges (C.O. Bar No. 36843)†
Patricia M. Herold (D.C. Bar No. 1030148)
Josiah J. Clarke (C.O. Bar No. 51302)*
Caelin Moriarity Miltko (C.O. Bar No. 56721)
Mason Stringer (C.O. Bar No. 60586)*
Timoteo J. L'Esperance (C.O. Bar. No. 60740)*
1801 California Street, Suite 4200
Denver, CO 80202-2642
(303) 298-5700
lsturges@gibsondunn.com
pherold@gibsondunn.com
jclarke@gibsondunn.com
cmoriaritymiltko@gibsondunn.com
mstringer@gibsondunn.com
tlesperance@gibsondunn.com

5

Katherine Marquart (D.C. Bar No. 1044618)
Arthur M. Halliday (C.A. Bar No. 347620)*
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
kmarquart@gibsondunn.com
ahalliday@gibsondunn.com

Alexander M. Fischer (N.Y. Bar No. 6018485)*
811 Main Street, Suite 3000
Houston, TX 77002-6117
(346) 718-6600
afischer@gibsondunn.com

\* *pro hac vice* forthcoming
† admitted *pro hac vice*