# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMICA CENTER FOR IMMIGRANT
RIGHTS,
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036;

AMERICAN GATEWAYS,
314 East Highland Mall Boulevard, #501
Austin, TX 78752;

ESTRELLA DEL PASO,
2400A E. Yandell Drive
El Paso, TX 79903;

FLORENCE IMMIGRANT AND REFUGEE
RIGHTS PROJECT,
PO Box 654
Florence, AZ 85132;

IMMIGRATION SERVICES AND LEGAL
ADVOCACY,
3801 Canal Street, Suite 210
New Orleans, LA 70119;

NATIONAL IMMIGRANT JUSTICE CEN-
TER,
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604;

NORTHWEST IMMIGRANT RIGHTS
PROJECT,
615 Second Avenue, Suite 400
Seattle, WA 98104;

PENNSYLVANIA IMMIGRATION RE-
SOURCE CENTER,
PO Box 20339
112 Pleasant Acres Road, Suite I
York, PA 17402;

ROCKY MOUNTAIN IMMIGRANT AD-
VOCACY NETWORK,

Case No. 1:25-cv-00298

**JOINT STATUS REPORT**

Case 1:25-cv-00298-RDM    Document 16    Filed 02/10/25    Page 2 of 4

7301 Federal Boulevard, Suite 300,
Westminster, CO 80030


                    Plaintiffs,

     v.

UNITED STATES DEPARTMENT OF JUS-
TICE,
950 Pennsylvania Avenue, NW
Washington, DC 20530;

EXECUTIVE OFFICE FOR IMMIGRA-
TION REVIEW,
5107 Leesburg Pike, Suite 1902
Falls Church, VA 22041;


DEPARTMENT OF HOMELAND SECU-
RITY,
245 Murray Lane SW
Washington, DC 20528;

JAMES R. McHENRY III, in his official ca-
pacity as Acting Attorney General of the
United States,
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530;

SIRCE E. OWEN, in her official capacity as
Acting Director of the Executive Office for
Immigration Review,
Executive Office for Immigration Review
5107 Leesburg Pike, Suite 1902
Falls Church, VA 22041;

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security,
Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528,

                    Defendants.

Plaintiffs, Amica Center for Immigrant Rights, American Gateways, Estrella Del Paso, Florence Immigrant and Refugee Rights Project, Immigration Services and Legal Advocacy, National Immigrant Rights Center, Northwest Immigrant Rights Project, Pennsylvania Immigration Resource Center, and Rocky Mountain Immigrant Advocacy Network, and Defendants, the United States Department of Justice, Executive Office for Immigration Review ("EOIR"), Department of Homeland Security, James R. McHenry III, Sirce E. Owen, and Kristi Noem, hereby submit this joint status report.

On February 2, 2025, a Contracting Officer for the Department of Justice contacted non-party Acacia Center for Justice, indicating that the stop-work order challenged in this litigation had been rescinded as to the Legal Orientation Program ("LOP"), Immigration Court Helpdesk ("ICH"), Family Group Legal Orientation Program ("FGLOP"), and the Counsel for Children Initiative ("CCI") (collectively, the "Programs"). Defendants have provided Acacia Center for Justice with a point of contact in the Department of Justice who can help resolve any future access issues.

After the joint status conference on February 3, 2025, the parties communicated to confirm that Plaintiffs have resumed access to ICE detention facilities and their Program-related activities.

On February 10, 2025, Defendants' counsel informed Plaintiffs' counsel via email that (1) EOIR has no immediate plans to pause funding for the Programs and that (2) Defendants would provide Plaintiffs with at least three days' notice before any funding pause to the Programs takes place prior to the Court's resolution of Plaintiffs' motion for a preliminary injunction. Plaintiffs reserve their right to renew their motion for an expedited and emergency temporary restraining order if necessary.

In light of Defendants' representations regarding continued funding for the Programs and access to ICE detention facilities for Program activities, the parties have agreed to the proposed briefing schedule for Plaintiffs' motion for a preliminary injunction below:

- The parties propose that Defendants produce to Plaintiffs the complete administrative record and file with the Court a certified list of the contents of the administrative record pursuant to Local Rule 7(n)(1) no later than **February 21, 2025**;

- The parties propose that Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction be due on **February 28, 2025**;

- The parties propose that Plaintiffs' Reply in Support of their Motion for a Preliminary Injunction be due on **March 10, 2025**; and

- The parties are available for a hearing at the Court's convenience after **March 10, 2025**.

Date: February 10, 2025

/s/ Laura M. Sturges
Laura M. Sturges (*admitted pro hac vice*)

GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
(303) 298-5700
lsturges@gibsondunn.com

Naima L. Farrell
1700 M. Street, N.W.
Washington, D.C. 20036-4504
Tel.: 202.955.8500
nfarrell@gibsondunn.com

*Attorneys for Plaintiffs*

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

/s/ Zachary W. Sherwood
ZACHARY W. SHERWOOD
Trial Attorney
Indiana Bar No. 37147-49
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
zachary.w.sherwood@usdoj.gov
(202) 616-8467

*Attorney for Defendants*