UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br>　　　　Defendants. | ) ) ) ) ) ) ) Civil Action No. 1:25-cv-298-RDM ) ) ) ) ) ) |

## NOTICE OF FILING OF CERTIFIED INDEX
## TO ADMINISTRATIVE RECORD

Pursuant to Local Rule 7(n)(1) and the Court's February 10, 2025 Minute Order, attached hereto is the certified list of the contents of the Administrative Record in this case. This list, together with an electronic copy of the Administrative Record, will be sent to Plaintiffs' counsel today by electronic file transfer.

Dated: February 21, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　ANDREW I. WARDEN
　　　　　　　　　　　　　　　　　　　　Assistant Director
　　　　　　　　　　　　　　　　　　　　Federal Programs Branch

　　　　　　　　　　　　　　　　　　　　*/s/ Zachary W. Sherwood*
　　　　　　　　　　　　　　　　　　　　ZACHARY W. SHERWOOD
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　Indiana Bar No. 37147-49
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　1100 L Street NW
　　　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 616-8467

Facsimile: (202) 616-8460
E-mail: zachary.w.sherwood@usdoj.gov

*Counsel for Defendants*