UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br>1025 Connecticut Avenue NW, Suite 701<br>Washington, DC 20036;<br><br>AMERICAN GATEWAYS,<br>314 East Highland Mall Boulevard, #501<br>Austin, TX 78752;<br><br>ESTRELLA DEL PASO,<br>2400A E. Yandell Drive<br>El Paso, TX 79903;<br><br>FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br>PO Box 654<br>Florence, AZ 85132;<br><br>IMMIGRATION SERVICES AND LEGAL ADVOCACY,<br>3801 Canal Street, Suite 210<br>New Orleans, LA 70119;<br><br>NATIONAL IMMIGRANT JUSTICE CENTER,<br>111 W. Jackson Blvd., Suite 800<br>Chicago, IL 60604;<br><br>NORTHWEST IMMIGRANT RIGHTS PROJECT,<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104;<br><br>PENNSYLVANIA IMMIGRATION RESOURCE CENTER,<br>PO Box 20339<br>112 Pleasant Acres Road, Suite I<br>York, PA 17402;<br><br>ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK, | Case No. 1:25-cv-00298<br><br>**MOTION TO SUPPLEMENT THE RECORD ON PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(A)** |

1

7301 Federal Boulevard, Suite 300,
Westminster, CO 80030

               Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF JUSTICE,
950 Pennsylvania Avenue, NW
Washington, DC 20530;

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
5107 Leesburg Pike, Suite 1902
Falls Church, VA 22041;

DEPARTMENT OF HOMELAND SECURITY,
245 Murray Lane SW
Washington, DC 20528;

JAMES R. McHENRY III, in his official capacity as Acting Attorney General of the United States,
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530;

SIRCE E. OWEN, in her official capacity as Acting Director of the Executive Office for Immigration Review,
Executive Office for Immigration Review
5107 Leesburg Pike, Suite 1902
Falls Church, VA 22041;

KRISTI NOEM, in her official capacity as Secretary of Homeland Security,
Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528,

               Defendants.

2

Plaintiffs in the above-captioned action hereby request the Court to permit them to supplement the record on their Request for a Preliminary Injunction filed on January 31, 2025 (Dkt. No. 2) with additional facts as set forth in (1) the United States Attorney General's February 5, 2025 memorandum titled "Sanctuary Jurisdiction Directives" ("AG Memorandum") (attached as Exhibit A; (2) non-party provider declarations (attached as Exhibits B–L); (3) the ABA's declarations (attached as Exhibits M–O). Plaintiffs conferred with Defendants, who oppose this request.

Plaintiffs move to file the AG Memorandum, which was published on February 5, 2025, after Plaintiffs filed their Preliminary Injunction motion. *See* Ex. A. The Memorandum is relevant because it directs "[a]ll Department components that provide federal funding to non-governmental organizations [to] immediately identify all contracts, grants, or other agreements with organizations that support or provide services to removable or illegal aliens," with the goal of ultimately terminating funding for at least some of non-governmental organizations. Ex. A at 2. Defendants are aware of the AG Memorandum and Plaintiffs raised concerns regarding the impact of the AG Memorandum with Defendants' counsel prior to filing this motion, although Defendants did not include the Memorandum in their Administrative Record filed Friday February 21, 2025. Filing the memorandum will not raise unfair surprise. *See, e.g.*, *United States v. Mejia*, 657 F. Supp. 3d 123, 130 (D.D.C. 2023) (considering new argument when the opposing party had an opportunity to respond).

Plaintiffs also move to file the additional declarations, Exhibits B–O, pursuant to Judge Moss's request that Plaintiffs provide the positions of non-parties who provide Legal Orientation Program, Immigration Court Helpdesk, Family Group Legal Orientation Program, and the Counsel for Children Initiative programs. The Court has the discretion to consider these supplemental declarations. *ITServe All., Inc. v. Dep't of Homeland Sec.*, 590 F. Supp. 3d 27, 35 (D.D.C. 2022)

(permitting the submission of a declaration with a reply brief in further support of a motion for summary judgment, because the government had the benefit of the "adversarial procedure"), *aff'd sub nom. ITServe All., Inc. v. United States Dep't of Homeland Sec.*, 71 F.4th 1028 (D.C. Cir. 2023). Timing and consideration of these additional declarations are especially appropriate here, where Defendants have not yet filed their response brief.

The Court should consider this additional evidence as it weighs Plaintiffs' request for a preliminary injunction. Doing so ensures "the greatest possible accuracy in judicial decisionmaking," which is particularly important given that this Court's adjudication of this matter "affects the broad public interest." *Consumers Union of U. S., Inc. v. Fed. Power Comm'n*, 510 F.2d 656, 662 (D.C. Cir. 1974).

    Respectfully submitted,

Date: February 24, 2025

*/s/ Laura M. Sturges*
Laura M. Sturges (*admitted pro hac vice*)

GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
(303) 298-5700
lsturges@gibsondunn.com

Naima L. Farrell
1700 M. Street, N.W.
Washington, D.C. 20036-4504
Tel.: 202.955.8500
nfarrell@gibsondunn.com

*Attorneys for Plaintiffs*