UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-298-RDM |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b) and the Court's Standing Order in Civil Cases, ECF No. 12, Defendants respectfully move for an extension of time to file their Opposition to Plaintiffs' Motion for Preliminary Injunction, ECF No. 2, and a corresponding extension of time for Plaintiffs to file their Reply in support of their Motion for Preliminary Injunction. Specifically, Defendants request that their opposition deadline be extended by five days to March 5, 2025, and that Plaintiffs' reply deadline be extended by three days to March 13, 2025. Defendants have conferred with Plaintiffs, and Plaintiffs consent to this request, but respectfully request that the Court keep the current Motion Hearing date. Defendants agree that the requested extensions need not affect the timing of the Motion Hearing currently scheduled for March 17, 2025.

There is good cause to grant the requested relief. Counsel for Defendants needs to attend to personal matters in the coming days related to the recent death of a family member. The requested extension of Defendants' opposition deadline would accordingly accommodate this development. A corresponding extension of Plaintiffs' reply deadline would also ensure that Plaintiffs are not prejudiced in any way by Defendants' request.

For the foregoing reasons, Defendants respectfully request that the Court grant this Motion and extend (1) Defendants' deadline to file their Opposition to Plaintiffs' Motion for Preliminary

1

Injunction to March 5, 2025, and (2) Plaintiffs' deadline to file their Reply in support of their Motion for Preliminary Injunction to March 13, 2025.

DATED: February 24, 2025          Respectfully submitted,

ERIC J. HAMILTON
Deputy Assistant Attorney General

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Indiana Bar No. 37147-49
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8467
Fax: (202) 616-8470
Email: zachary.w.sherwood@usdoj.gov

*Counsel for Defendant*