# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br>1025 Connecticut Avenue NW, Suite 701<br>Washington, DC 20036;<br><br>AMERICAN GATEWAYS,<br>314 East Highland Mall Boulevard, #501<br>Austin, TX 78752;<br><br>ESTRELLA DEL PASO,<br>2400A E. Yandell Drive<br>El Paso, TX 79903;<br><br>FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br>PO Box 654<br>Florence, AZ 85132;<br><br>IMMIGRATION SERVICES AND LEGAL ADVOCACY,<br>3801 Canal Street, Suite 210<br>New Orleans, LA 70119;<br><br>NATIONAL IMMIGRANT JUSTICE CENTER,<br>111 W. Jackson Blvd., Suite 800<br>Chicago, IL 60604;<br><br>NORTHWEST IMMIGRANT RIGHTS PROJECT,<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104;<br><br>PENNSYLVANIA IMMIGRATION RESOURCE CENTER,<br>PO Box 20339<br>112 Pleasant Acres Road, Suite I<br>York, PA 17402;<br><br>ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK, | Case No. 1:25-cv-00298<br><br>**MOTION FOR SAMANTHA HSIEH'S ADMISSION *PRO HAC VICE*** |

| | |
|---|---|
| 7301 Federal Boulevard, Suite 300, Westminster, CO 80030 | |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, 950 Pennsylvania Avenue, NW Washington, DC 20530; | |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, 5107 Leesburg Pike, Suite 1902 Falls Church, VA 22041; | |
| DEPARTMENT OF HOMELAND SECURITY, 245 Murray Lane SW Washington, DC 20528; | |
| JAMES R. McHENRY III, in his official capacity as Acting Attorney General of the United States, U.S. Department of Justice 950 Pennsylvania Ave., NW Washington, DC 20530; | |
| SIRCE E. OWEN, in her official capacity as Acting Director of the Executive Office for Immigration Review, Executive Office for Immigration Review 5107 Leesburg Pike, Suite 1902 Falls Church, VA 22041; | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, Department of Homeland Security 245 Murray Lane, SW Washington, DC 20528, | |
| Defendants. | |

Pursuant to Local Rule 83.2(d), Adina Appelbaum of Amica Center for Immigrant Rights respectfully moves for the admission and appearance of Samantha Hsieh *pro hac vice* in the above-captioned matter as an additional counsel of record for Plaintiffs Amica Center for Immigrant Rights, American Gateways, Estrella del Paso, Florence Immigrant and Refugee Rights Project, Immigration Services and Legal Advocacy, National Immigrant Justice Center, Northwest Immigrant Rights Project, Pennsylvania Immigration Resource Center, and Rocky Mountain Immigrant Advocacy Network.  As set forth in the accompanying declaration ("Exhibit A"), Samantha Hsieh is admitted, practicing, and a member in good standing of the bar of the State of Virginia.  This motion is supported and signed by Adina Appelbaum, an active and sponsoring member of the Bar of this Court.  A proposed order is attached.

Respectfully submitted,

Dated: March 5, 2025

/s/ *Adina Appelbaum* _____
Adina Appelbaum
D.C. Bar No. 1026331
Amica Center for Immigrant Rights
1025 Connecticut Ave. NW, Ste. 701
Tel.: (202) 899-1412
adina@amicacenter.org
*Attorneys for Plaintiffs*