UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-298-RDM |

## NOTICE OF DEVELOPMENT IN OTHER CASE

In accordance with the Court's request at the February 3, 2025 status conference, Defendants hereby notify the Court of a recent decision by the United States District Court for the District of Rhode Island in *New York v. Trump*, 1:25-cv-39-JJM-PAS (D.R.I.), which is attached as an exhibit to this Notice.

DATED: March 7, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Indiana Bar No. 37147-49
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8467
Fax: (202) 616-8470

1

Email: zachary.w.sherwood@usdoj.gov

*Counsel for Defendant*