UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amica Center for Immigrant Rights, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> United States Department of Justice, et al., <br><br> *Defendants.* | ) ) ) ) ) ) ) Case No. 1:25-cv-00298-RDM ) ) ) ) ) ) |

**UNOPPOSED MOTION OF FORMER IMMIGRATION JUDGES &
FORMER MEMBERS OF THE BOARD OF IMMIGRATION APPEALS FOR LEAVE
TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

The former immigration judges and former members of the Board of Immigration Appeals listed in Appendix A hereto respectfully move for leave to file an *amicus curiae* brief in support of Plaintiffs' Motion for Preliminary Injunction.

1. As discussed more fully in the brief accompanying this motion, *amici* are former immigration judges and former members of the Board of Immigration Appeals with substantial, combined years of service and intimate knowledge of the U.S. immigration system.

2. The United States Department of Justice has advised that it is not opposed to this motion.

3. This Court has allowed *amicus curiae* participation where, among other reasons, the *amicus* "has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide[,]" *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003) (quoting *Ryan v. CFTC*, 125 F.3d 1062, 1063 (7th Cir. 1997)), or seeks "to provide information regarding a significant, unclear legal issue." *Hopi Tribe v. Trump*, No. 17-

cv-2590, 2019 WL 2494161, at *3 (D.D.C. Mar. 20, 2019) (citing *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 138 (D.D.C. 2008)).

4. Permitting the former immigration judges and former members of the Board of Immigration Appeals listed in Appendix A to participate as *amici* in this case would be appropriate for both reasons. As discussed more fully in the accompanying *amicus curiae* brief, *amici* have centuries of collective experience impartially administering justice in removal hearings, aided by the preparation given to respondents by programs like the Legal Orientation Program and the Immigration Court Helpdesk. *Amici* are invested in the issues presented by Plaintiffs because they have dedicated their careers to improving the fairness and efficiency of the U.S. immigration system, even after departing from the bench. Therefore, *amici* provide a unique perspective from that of both parties, which they believe will assist the Court in deciding the issues before it. LCvR 7(o)(2).

5. Counsel for *amici* conferred with counsel for Plaintiffs, who consented to the filing of this *amicus curiae* brief.

6. Counsel for *amici* conferred with counsel for the Defendants, who consented to the filing of this *amicus curiae* brief.

Dated:  March 10, 2025                     Respectfully submitted,

/s/ John R. Jacob
John R. Jacob
D.C. Bar No. 444412
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4000
Fax: (202) 887-4288
Email: jjacob@akingump.com

*Counsel to Amici Former Immigration Judges & Former Members of the Board of Immigration Appeals*