UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-298-RDM |

**APPENDIX OF PORTIONS OF ADMINISTRATIVE RECORD
RELIED UPON BY THE PARTIES**

Pursuant to Local Rule 7(n) and the Court's Standing Order in Civil Cases, ECF No. 12, Defendants respectfully submit this appendix containing copies of those portions of the Administrative Record that are cited or otherwise relied upon in the memoranda in support of or in opposition to Plaintiffs' Motion for Preliminary Injunction, ECF No. 2. Defendants have conferred with Plaintiffs, and Plaintiffs consent to Defendants filing this appendix.

The appendix, which consists of the entire 182-page Administrative Record in this matter, includes the following documents:

INDEX TO THE ADMINISTRATIVE RECORD

| | | |
|---|---|---|
| 1. | Executive Order 14159, "Protecting the American People Against Invasion," 90 Fed. Reg. 8443 (January 20, 2025) | AR 1-6 |
| 2. | Contract between Executive Office for Immigration Review and Acacia Center for Justice – IDIQ 15JPSS22D00000013 | AR 7-82 |
| 3. | Legal Orientation Program (LOP) Task Order – 15JPSS23F00000154/P00003 | AR 83-110 |
| 4. | Immigration Court Helpdesk (ICH) Task Order – 15JPSS22F00000701/P00008 | AR 111-126 |
| 5. | Family Group Legal Orientation Program (FGLOP) Task Order – 15JPSS22F00000699/P00006 | AR 127-143 |
| 6. | Counsel for Children Initiative (CCI) Task Order – 15JPSS22F00000700/P00005 | AR 144-159 |
| 7. | FAR 52.242-15 | AR 160 |
| 8. | Stop-work order from Justice Management Division to Acacia Center for Justice (January 22, 2025) | AR 161 |
| 9. | Email from Justice Management Division to Acacia Center for Justice (January 24, 2025) | AR 162-166 |
| 10. | Directive from Justice Management Division to Acacia Center for Justice communicating rescission of January 22, 2025 stop-work order with attached "Notice of Court Order" (February 2, 2025) | AR 167-182 |

Dated: March 14, 2025                                  Respectfully submitted,

                                                             YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Trial Attorney
Indiana Bar No. 37147-49
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20005
Telephone: (202) 616-8467
Facsimile: (202) 616-8460
E-mail: zachary.w.sherwood@usdoj.gov

*Counsel for Defendants*