IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,<br><br>                   Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>                   Defendants. | Case No. 1:25-cv-00298-RDM |

**PARTIES' JOINT SUBMISSION NOTING STATUS OF OTHER LITIGATION**

Pursuant to the Court's request during the March 17, 2025, Motion Hearing on Plaintiffs' Motion for Preliminary Injunction, the parties submit this joint statement regarding the nature and status of other litigation involving challenges to actions impacting certain federal funding. Defendants note that no court order in any of the cases listed below presently restricts Defendants' ability to exercise their rights under the contract at issue in this matter. Plaintiffs note that the order rescinding the Stop Work Order in this case referenced compliance with the *New York v. Trump* temporary restraining order.

| Case | Court | Claims | Status |
|---|---|---|---|
| *New York v. Donald Trump* | D.R.I. (25-cv-00039) | I. APA (Contrary to Law, Ultra Vires)<br>II. APA (Arbitrary and Capricious)<br>III. Ultra Vires<br>IV. Violation of Separation of Powers<br>V. Violation of Spending Clause and Tenth Amendment<br>VI. Violation of Presentment Clause<br>VII. Violation of Appropriations Clause<br>VIII. Violation of Take Care Clause | Preliminary Injunction **Granted** (Mar. 6, 2025)<br><br>Appeal in Progress (1st Cir. 25-1236) |

1

| Case | Court | Claims | Status |
|---|---|---|---|
| *National Council of Nonprofits v. Office of Management and Budget* | D.D.C. (25-cv-00239) | I. APA (Arbitrary and Capricious)<br>II. APA (Contrary to the First Amendment)<br>III. APA (Exceeds Statutory Authority) | Preliminary Injunction **Granted** (Feb. 25, 2025) |
| *Pacito v. Trump* | W.D. Wash (25-cv-00255) | I. Violation of Refugee Act<br>II. APA<br>III. *Accardi* Doctrine and APA<br>IV. Fifth Amendment (Due Process)<br>V. APA and Immigration and Nationality Act<br>VI. *Accardi* Doctrine and APA<br>VII. Separation of Powers | Preliminary Injunction **Granted** (Feb. 28, 2025)<br><br>Appeal in Progress (9th Cir. 25-1313) |
| *Global Health Council et al. v. Donald J. Trump et al.* | D.D.C. (25-cv-00402) | I. APA (Arbitrary and Capricious)<br>II. APA (Contrary to Statutory and Constitutional Law)<br>III. Separation of Powers<br>IV. Ultra Vires | Preliminary Injunction **Granted** in Part (Mar. 10, 2025) |
| *PFLAG, Inc. v. Donald Trump* | D. Md. (25-cv-00337) | I. Ultra Vires (Usurping Legislative Function)<br>II. Ultra Vires (Conflicts with Statute)<br>III. Ultra Vires (Conflicts with Statute)<br>IV. Fifth Amendment (Equal Protection)<br>V. Fifth Amendment (Substantive Due Process)<br>VI. First Amendment | Preliminary Injunction **Granted** (Mar. 4, 2025) |
| *Massachusetts v. Nat'l Institutes of Health* | D. Mass. (25-cv-10338) | I. APA (Arbitrary and Capricious, Abuse of Discretion)<br>II. APA (Contrary to Statute)<br>III. APA (Contrary to Regulation)<br>IV. APA (Exceeds Statutory Authority, Ultra Vires)<br>V. APA (Procedural Violation) | Preliminary Injunction **Granted** (Mar. 5, 2025) |
| *Conference of Catholic Bishops v. Dep't of State* | D.D.C. (25-cv-00465) | I. APA and Equitable Cause of Action (Violation of Appropriations Statutes)<br>II. APA (Arbitrary and Capricious)<br>III. APA (Failure to Conduct Notice-and-Comment Rulemaking) | Preliminary Injunction **Denied** (Mar. 11, 2025)<br><br>Appeal in Progress (D.C. Cir. 25-5066) |

Respectfully submitted,

Date: March 24, 2025

*/s/ Laura M. Sturges*
Laura M. Sturges (*admitted pro hac vice*)

GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
(303) 298-5700
lsturges@gibsondunn.com

Naima L. Farrell
1700 M. Street, N.W.
Washington, D.C. 20036-4504
Tel.: 202.955.8500
nfarrell@gibsondunn.com

*Attorneys for Plaintiffs*

YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Trial Attorney
Indiana Bar No. 37147-49
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20005
zachary.w.sherwood@usdoj.gov
(202) 616-8467

*Attorney for Defendants*

3