IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,<br><br>             Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>             Defendants. | Case No. 1:25-cv-00298-RDM |

## PROOF OF SERVICE

I hereby certify that service of the summons, complaint, and the Standing Order in Civil Cases (Dkt. 12) was effected pursuant to Federal Rule of Civil Procedure 4(i)(2), 4(i)(1)(A)(ii), and 4(i)(1)(B) as follows on Defendants UNITED STATES DEPARTMENT OF JUSTICE ("DOJ"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); DEPARTMENT OF HOMELAND SECURITY ("DHS"); JAMES R. McHENRY III, in his official capacity as Acting Attorney General of the United States; SIRCE E. OWEN, in her official capacity as Acting Director of the Executive Office for Immigration Review; and KRISTI NOEM, in her official capacity as Secretary of Homeland Security.

1.   On February 5, 2025, I caused to be deposited in the United States Mail copies of the summons, complaint, and Standing Order in Civil Cases (Dkt. 12) in the above-captioned case, addressed separately to the U.S. Attorney's Office for the District of Columbia pursuant to Rule 4(i)(2) and 4(i)(1)(A)(ii), the Attorney General of the United States pursuant to Rule 4(i)(2) and 4(i)(1)(B), and each Defendant pursuant to Rule 4(i)(2).  The following chart lists the receipt number for each mailing and the date of receipt of each delivery, as shown on the receipts for the certified mail, a copy of which is attached hereto as Exhibit 1.

1

| Defendant | Receipt Number | Received Date |
|---|---|---|
| U.S. Attorney's Office | 70030500000243289973 | February 12, 2025 |
| U.S. Attorney General | 70030500000243289966 | February 11, 2025 |
| DOJ | 70030500000243289874 | February 11, 2025 |
| EOIR | 70030500000243289911 | February 7, 2025 |
| DHS | 70030500000243289928 | February 19, 2025 |
| James R. McHenry III | 70030500000243289935 | February 11, 2025 |
| Sirce E. Owen | 70030500000243289942 | February 7, 2025 |
| Kristi Noem | 70030500000243289959 | March 1, 2025 |

Respectfully submitted,

Date: April 8, 2025

*/s/ Arthur M. Halliday*
Arthur M. Halliday (*admitted pro hac vice*)

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
ahalliday@gibsondunn.com

Laura M. Sturges
1801 California Street, Suite 4200
Denver, CO 80202-2642
(303) 298-5700
lsturges@gibsondunn.com

Naima L. Farrell
1700 M. Street, N.W.
Washington, D.C. 20036-4504
Tel.: 202.955.8500
nfarrell@gibsondunn.com

*Attorneys for Plaintiffs*