UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-298-RDM |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to the Court's Standing Order in Civil Cases, *see* Dkt. 12 at 3-4, Defendants respectfully notify this Court of a decision issued by the United States Supreme Court on April 4, 2025, *see Department of Education v. California*, 604 U.S. --, 2025 WL 1008354 (U.S. Apr. 4, 2025) (per curiam), which is attached as an exhibit to this Notice. In that decision, the Supreme Court stayed a district court order enjoining the federal government "from terminating various education-related grants" after concluding, among other things, that the government was "likely to succeed in showing the District Court lacked jurisdiction to order the payment of money under the APA." Slip Op. at 1-2. More specifically, the Court explained that "the APA's limited waiver of sovereign immunity does not extend to orders 'to enforce a contractual obligation to pay money' along the lines of what the District Court [had] ordered," *id.* at 2 (quoting *Great-West Life & Annuity Ins. Co. v. Knudson*, 534 U.S. 204, 212 (2002)), and further noted that "[i]nstead, the Tucker Act grants the Court of Federal Claims jurisdiction over suits based on 'any express or implied contract with the United States,'" *id.* (quoting 28 U.S.C. § 1491(a)(1)).

In addition, the Supreme Court concluded that the remaining stay factors were met because the federal government would be harmed by its likely inability "to recover the grant funds" at issue "once they are disbursed," whereas the grant recipients, in contrast, "c[ould] recover any

1

wrongfully withheld funds through suit in an appropriate forum." *Id.*

The Supreme Court's decision underscores that this Court should deny Plaintiffs' motion for preliminary injunction, Dkt. 2.

DATED: April 9, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Indiana Bar No. 37147-49
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8467
Fax: (202) 616-8470
Email: zachary.w.sherwood@usdoj.gov

*Counsel for Defendant*