IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>        Defendants. | Case No. 1:25-cv-00298-RDM |

**NOTICE OF INTENT TO RENEW PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to the Court's direction during the March 17, 2025, hearing on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 2), and this Court's March 17, 2025, Minute Order (ordering Defendants to provide three business days' notice before suspending or terminating any funding or issuing any further stop-work orders for any of the programs at issue), Plaintiffs file this Notice of Intent to Renew Motion for Temporary Restraining Order and Preliminary Injunction.

Earlier today, Plaintiffs' counsel received the attached Notice of Termination (Ex. 1) from Defendants' counsel, terminating the Programs (as defined in Plaintiffs' Motion) at issue as of 12:01 a.m. on April 16, 2025. (Ex. 1)  The Notice of Termination explains that the Programs are being terminated "for the convenience of the government." *Id.*  In light of this renewed and written intent to violate the Constitution and the APA and cause Plaintiffs immediate and irreparable harm, Plaintiffs provide notice to the Court of its intent for its Motion to be re-urged and re-heard. Plaintiffs will follow this Notice with an updated Motion, but do not want to delay bringing this immediate development to the Court.  Plaintiffs respectfully request a hearing at the Court's earliest opportunity to prevent further harm.

|  | Respectfully submitted, |
|---|---|
| April 10, 2025 | /s/ Laura Sturges |

AMICA CENTER FOR IMMIGRANT RIGHTS

/s/ Adina Appelbaum
Adina Appelbaum (D.C. Bar No. 1026331)
Samantha Hsieh (V.A. Bar No. 90800)[†]
Amelia Dagen (D.C. Bar No. 9004838)
Amica Center for Immigrant Rights
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036
(202) 331-3320
adina@amicacenter.org
sam@amicacenter.org
amelia@amicacenter.org

GIBSON DUNN & CRUTCHER

Amer S. Ahmed (D.C. Bar No. 500630)
Richard W. Mark (D.D.C. Bar No. NY0378)
Raena Ferrer Calubaquib (C.A. Bar No. 328794)[†]
Apratim Vidyarthi (N.Y. Bar No. 6007041)[†]
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
rmark@gibsondunn.com
aahmed@gibsondunn.com
rcalubaquib@gibsondunn.com
avidyarthi@gibsondunn.com

Naima L. Farrell (D.C. Bar No. 1023230)
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
nfarrell@gibsondunn.com

Laura Sturges (C.O. Bar No. 36843)[†]
Patricia M. Herold (D.C. Bar No. 1030148)
Josiah J. Clarke (C.O. Bar No. 51302)*
Caelin Moriarity Miltko (C.O. Bar No. 56721)[†]
Mason Stringer (C.O. Bar No. 60586)[†]
Timoteo J. L'Esperance (C.O. Bar. No. 60740)[†]
1801 California Street, Suite 4200
Denver, CO 80202-2642
(303) 298-5700
lsturges@gibsondunn.com
pherold@gibsondunn.com
jclarke@gibsondunn.com
cmoriaritymiltko@gibsondunn.com
mstringer@gibsondunn.com
tlesperance@gibsondunn.com

2

Katherine Marquart (D.C. Bar No. 1044618)
Arthur M. Halliday (C.A. Bar No. 347620)[†]
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
kmarquart@gibsondunn.com
ahalliday@gibsondunn.com

Alexander M. Fischer (N.Y. Bar No. 6018485)[†]
811 Main Street, Suite 3000
Houston, TX 77002-6117
(346) 718-6600
afischer@gibsondunn.com

\* *pro hac vice* forthcoming
[†] admitted *pro hac vice*