# Exhibit 1



**U.S. Department of Justice**

Justice Management Division
*Procurement Services Staff*
*Washington, D.C. 20530*

Acacia Center for Justice

▉▉▉▉▉▉▉▉▉▉

1025 Connecticut Ave. Suite 701
Washington, DC 20036-5417

Date: April 10, 2025

Dear ▉▉▉▉▉▉▉▉,

SUBJECT: Contract # 15JPSS22D00000013

1. In accordance with FAR 52.249-2 and FAR 52.249-6, the following task orders are terminated for the convenience of the government, effective at 12:01 a.m. on April 16, 2025:

    15JPSS22F00000699 for Family Group Legal Orientation Program (FGLOP)
    15JPSS22F00000700 for Counsel for Children Initiative (CCI)
    15JPSS22F00000701 for Immigration Court Helpdesk (ICH)
    15JPSS23F00000154 for Legal Orientation Program (LOP) and Legal Orientation Program for Custodians (LOPC)

2. We request that you acknowledge receipt of this termination notice, by signing below. A modification confirming this termination will follow.

3. Our point of contact for this action is the undersigned at (202) 532-3256.



Contracting Officer

Receipt Acknowledgment:

▉▉▉▉▉▉▉▉▉▉
Acacia Center for Justice