# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 1:25-cv-00298-RDM<br><br>**SUPPLEMENTAL DECLARATION OF RYAN BRUNSINK IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR A TEMPORARY RESTRAINING ORDER** |

## SUPPLEMENTAL DECLARATION OF RYAN BRUNSINK
## MANAGING ATTORNEY OF REMOVAL DEFENSE FOR PIRC

*I, Ryan Brunsink, make the following statements on behalf of Pennsylvania Immigration Resource Center (PIRC). I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. I incorporate my Declaration in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 2) as if fully set forth herein.

2. As explained in my prior declaration, my name is Ryan Brunsink, and I am the Managing Attorney for Removal Defense Programs at PIRC. PIRC operates the Legal Orientation Program at Moshannon Valley Processing Center and Clinton County Correctional Facility, both in Pennsylvania.

3. On April 10, 2025, the Department of Justice terminated the contracts for the Family Group Legal Orientation Program (FGLOP), Counsel for Children Initiative (CCI), Immigration Court Helpdesk (ICH), Legal Orientation Program (LOP), and Legal Orientation Program for Custodians (LOPC), effective 12:01 am on April 16, 2025. PIRC received notice of the termination by email from the Acacia Center for Justice at end of business, approximately 5 p.m. Eastern, on April 10, 2025.

4. Since my last declaration on behalf of PIRC, our organization's leadership has done significant financial planning, including anticipated layoffs of up to a third of our staff if contract disruptions continue. We do not have reserves to maintain staffing more than a few weeks without the revenues generated from the LOP work that we have performed for well over a decade. The Removal Defense team's morale has been devastated, as we face significant uncertainty in one of the greatest times of need for our services in our organization's nearly 30-year history.

5. Additionally, PIRC sustained a loss of our Unaccompanied Children's Program (UCP) funding from the federal government in the interim following our first declaration. That funding has left us with a number of existing child-clients whose representation is currently unfunded. The termination of both contracts, UCP and LOP, has exacerbated the level of financial strain on our team at PIRC. Together they account for roughly $600,000 of our budgeted revenue, which is well over half of PIRC's Removal Defense Programs' total revenue. Tremendous need and work remain, and yet, none of it can be addressed with continued disruptions in funding. Should we need to lay off significant portions of our staff as currently anticipated, the damage would be irreparable as the organization will no longer being able to maintain the infrastructure and stability necessary to re-start these programs at a later date.

1

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 11th of April 2025, in Lancaster, Pennsylvania.

_____

**Ryan Brunsink, Esq.**
**Managing Attorney, Removal Defense**
**Pennsylvania Immigration Resource Center**
rbrunsink@pirclaw.org
717.779.1086