IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMICA CENTER FOR IMMIGRANT
RIGHTS, *et al.*,

            Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, *et al.*,

            Defendants.

Case No. 1:25-cv-00298-RDM

## JOINT STATUS REPORT

Pursuant to the Court's request for the parties to determine a briefing schedule in preparation for a May 14, 2025, hearing before this Court, the parties have conferred and note the following:

Defendants have agreed to produce the administrative record by Thursday, April 24, 2025, and represent that any earlier production will not be possible. Because Plaintiffs will need to review the administrative record before determining whether cross-motions for summary judgment are possible before the May 14, 2025 hearing, the parties have agreed to dates for preliminary injunction briefing only, as indicated below:

- The parties propose that Plaintiffs' Opening Brief in Support of their Motion for a Preliminary Injunction be due on **Friday, May 2, 2025**;

- The parties propose that Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction be due on **Friday, May 9, 2025**;

- The parties propose that Plaintiffs' Reply in Support of their Motion for a Preliminary Injunction be due on **Monday, May 12, 2025**; and

- The parties are available for a hearing on Plaintiffs' Motion for a Preliminary Injunction as scheduled by the Court on **Wednesday, May 14, 2025**.

After Defendants produce the administrative record, the parties will confer as to whether summary judgment motions can be filed. The parties currently disagree as to whether such motions would be made simultaneously, permitting each side to file an opposition and reply (Plaintiffs' position), or whether Defendants would file a cross-motion in conjunction with their opposition to Plaintiffs' motion, followed by Plaintiffs filing their opposition to Defendants' cross-motion in conjunction with their reply (Defendants' position). The parties have agreed to continue to confer to try to reach agreement regarding motions for summary judgment following production of the administrative record.

| | |
|---|---|
| Date: April 18, 2025 | Respectfully submitted, |
| /s/ Laura M. Sturges<br>Laura M. Sturges (*admitted pro hac vice*) | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| GIBSON, DUNN & CRUTCHER LLP<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>(303) 298-5700<br>lsturges@gibsondunn.com | ANDREW I. WARDEN<br>Assistant Director<br>Federal Programs Branch |
| Naima L. Farrell<br>1700 M. Street, N.W.<br>Washington, D.C. 20036-4504<br>Tel.: 202.955.8500<br>nfarrell@gibsondunn.com | /s/ Zachary W. Sherwood<br>ZACHARY W. SHERWOOD<br>Trial Attorney<br>Indiana Bar No. 37147-49<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>zachary.w.sherwood@usdoj.gov<br>(202) 616-8467 |
| | *Attorney for Defendants* |

/s/ Adina Appelbaum
Adina Appelbaum

AMICA CENTER FOR IMMIGRANT RIGHTS

Adina Appelbaum (D.C. Bar No. 1026331)
Samantha Hsieh (V.A. Bar No. 90800)
(*admitted pro hac vice*)
Amelia Dagen (D.C. Bar No. 9004838)
Amica Center for Immigrant Rights
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036
(202) 331-3320
adina@amicacenter.org
sam@amicacenter.org
amelia@amicacenter.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2025, a true and correct copy of this document was filed and served with the Clerk of Court and served on all counsel of record, in accordance with Federal Rule of Civil Procedure 5(a).

Date: April 18, 2025

/s/ Laura M. Sturges
Laura M. Sturges (*admitted pro hac vice*)

GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
(303) 298-5700
lsturges@gibsondunn.com

Naima L. Farrell
1700 M. Street, N.W.
Washington, D.C. 20036-4504
Tel.: 202.955.8500
nfarrell@gibsondunn.com

*Attorneys for Plaintiffs*