UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:25-cv-298-RDM<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants hereby respectfully move to dismiss Plaintiffs' First Amended Complaint, Dkt. 62, for lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted. The reasons supporting this motion are set forth in the accompanying memorandum. A proposed order is attached.

DATED: April 24, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Indiana Bar No. 37147-49
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8467

2

        Fax: (202) 616-8470
        Email: zachary.w.sherwood@usdoj.gov

*Counsel for Defendant*