UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-298-RDM |

**[Proposed] ORDER**

Before the Court is Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. Having considered the parties' briefing and the entire record in this matter, Defendants' Motion is hereby **GRANTED** and this entire action is **DISMISSED**.

**SO ORDERED.**

_____
RANDOLPH D. MOSS
United States District Judge

Date: _____, 2025

1