UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,

        Plaintiffs,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

        Defendants

Civil Action No. 1:25-cv-298-RDM

## **CERTIFIED INDEX OF ADMINISTRATIVE RECORD**

Pursuant to Local Rule 7(n)(1) and the Court's Minute Order dated April 19, 2025, Defendants hereby file the certified contents of the Administrative Record for the April 10, 2025 decision to terminate for the convenience of the government the following task orders for Contract # 15JPSS22D00000013:

- 15JPSS22F00000699 for Family Group Legal Orientation Program (FGLOP)
- 15JPSS22F00000700 for Counsel for Children Initiative (CCI)
- 15JPSS22F00000701 for Immigration Court Helpdesk (ICH)
- 15JPSS23F00000154 for Legal Orientation Program (LOP) and Legal Orientation Program for Custodians (LOPC).

The Certification of the Administrative Record is attached as Exhibit 1. The Administrative Record contains the following documents:

| BATES NUMBER | DOCUMENT DESCRIPTION |
|---|---|
| Admin. Rec. 1-2 | Email, Subject: Exercise of the contracts options period of performance (April 3, 2025) |
| Admin. Rec. 3-5 | Email, Subject: Acacia (April 3-4, 2025) |
| Admin. Rec. 6 | Email, Subject: Termination for Convenience (April 3-4, 2025) |
| Admin. Rec. 7 | Notice of Termination for Convenience (April 3, 2025) |
| Admin. Rec. 8 | Email, Subject: Acacia contract (April 3, 2025) |
| Admin. Rec. 9-10 | Email, Subject: DOJ Outreach on Contract (April 4, 2025) |
| Admin. Rec. 11 | Email, Subject: DOJ Outreach on Contract (April 4, 2025) |
| Admin. Rec. 12 | Email, Subject: Termination for Convenience (April 3-4, 2025) |
| Admin. Rec. 13 | Letter, Subject: Rescission of April 3, 2025 Notice (April 4, 2025) |
| Admin. Rec. 14 | Email, Subject: Acacia Contract – Next Steps (April 7, 2025) |
| Admin. Rec. 15-16 | Email, Subject: Acacia Wind-Down Recommendations (April 9, 2025) |
| Admin. Rec. 17 | Email, Subject: ACACIA Contracts (April 9, 2025) |
| Admin. Rec. 18-19 | Email, Subject: Update on Meeting with JMD on Acacia Contract (April 9, 2025) |
| Admin. Rec. 20-23 | Email, Subject: ACACIA Contracts (April 9-10, 2025) |
| Admin. Rec. 24-28 | Email, Subject: ACACIA Contracts (April 9-10, 2025) |
| Admin. Rec. 29 | Email, Subject: Notice of Termination - 15JPSS22D00000013 (April 10, 2025) |
| Admin. Rec. 30 | Letter, Subject: Contract # 15JPSS22D00000013 (April 10, 2025) |
| Admin. Rec. 31 | Email, Subject: 15JPSS22F00000699 Mod P00007 (April 16, 2025) |
| Admin. Rec. 32 | Contract Modification - 15JPSS22F00000699/P00007 (April 16, 2025) |
| Admin. Rec. 33 | Email, Subject: 15JPSS22F00000700 Mod P00006 (April 16, 2025) |

| | |
|---|---|
| Admin. Rec. 34 | Contract Modification - 15JPSS22F00000700/P00006 (April 16, 2025) |
| Admin. Rec. 35 | Email, Subject: 15JPSS22F00000701 Mod P00009 (April 16, 2025) |
| Admin. Rec. 36 | Contract Modification - 15JPSS22F00000700/P00009 (April 16, 2025) |
| Admin. Rec. 37 | Email, Subject: 15JPSS23F00000154 Mod P00004 (April 16, 2025) |
| Admin. Rec. 38 | Contract Modification, 15JPSS22F00000700/P00004 (April 16, 2025) |
| Admin. Rec. 39-41 | Declaration of Sirce E. Owen (April 24, 2025) |
| Admin. Rec. 42-117 | Contract between Executive Office for Immigration Review and Acacia Center for Justice – IDIQ 15JPSS22D00000013 |
| Admin. Rec. 118-145 | Legal Orientation Program (LOP) and Legal Orientation Program for Custodians (LOPC) Task Order– 15JPSS23F00000154/P00003 |
| Admin. Rec. 146-161 | Immigration Court Helpdesk (ICH) Task Order– 15JPSS22F00000701/P00008 |
| Admin. Rec. 162-178 | Family Group Legal Orientation Program (FGLOP) Task Order – 15JPSS22F00000699/P00006 |
| Admin. Rec. 179-194 | Counsel for Children Initiative (CCI) Task Order– 15JPSS22F00000700/P00005 |
| Admin. Rec. 195-199 | FAR 52.249-2: Termination for Convenience of the Government (Fixed-Price) |
| Admin. Rec. 200-205 | FAR 52.249-6: Termination (Cost-Reimbursement). |

DATED: April 24, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Indiana Bar No. 37147-49
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

3

                1100 L Street NW
                Washington, DC 20005
                Phone: (202) 616-8467
                Fax: (202) 616-8470
                Email: zachary.w.sherwood@usdoj.gov

*Counsel for Defendant*