**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )    Civil Action No. 1:25-cv-298-RDM ) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) ) |
| Defendants. | ) ) |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Stephanie E. Gorman, Acting Assistant Director of the Office of Policy, Executive Office for Immigration Review ("EOIR"), United States Department of Justice, certify that, to the best of my knowledge, the materials listed below constitute a true and complete copy of the administrative record with respect to the April 10, 2025, decision to terminate the operative task orders for the five legal access programs at issue in this case.

Dated: April 24, 2025

STEPHANIE GORMAN    Digitally signed by STEPHANIE GORMAN
Date: 2025.04.24 20:26:07 -04'00'

Stephanie E. Gorman