**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Burghard, Christina (EOIR) |
| **Sent:** | Thursday, April 3, 2025 10:00 AM |
| **To:** | Flinn, Sarah M. (EOIR); Gorman, Stephanie (EOIR) |
| **Subject:** | FW: Exercise of the contracts option period of performance |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good morning,

I received the following guidance from JMD that they received instructions to freeze all contracts starting 3/29/25 unless considered "mission essential".

The following list of JMD contracts with OP applies to this directive. The mission essential justification, OBD-186, and SOW must be received by JMD within 60-90 days of the contract expiring. For ease, I placed that timeframe in the table below. I'm going to check with Christina Murray on whether this applies to the LASRF contract since we are past that timeframe already.

| Contract Name | Contract ID | Contract Expires | 60-90 Days Prior to Expiration | FY24 Funds O |
|---|---|---|---|---|
| NQRP | 15JPSS22F00000704 | 7/31/2025 | May 2, 2025 – June 1, 2025 | $14,558,470.3 |
| FGLOP | 15JPSS22F00000699 | 8/31/2025 | June 2, 2025 – July 2, 2025 | $4,925,972.84 |
| CCI | 15JPSS22F00000700 | 7/31/2025 | May 2, 2025 – June 1, 2025 | $2,632,910.00 |
| LOP/LOPC | 15JPSS23F00000154 | 8/31/2025 | June 2, 2025 – July 2, 2025 | $22,446,583.3 |
| LASRF | 15JPSS24F00000418 | 4/30/2025 | January 30, 2025 – March 1, 2025 | $3,458,434.58 |
| ICH | 15JPSS22F00000701 | 8/31/2025 | June 2, 2025 – July 2, 2025 | $8,705,629.17 |
| IDIQ | 15JPSS22D00000013 | 8/31/2025 | June 2, 2025 – July 2, 2025 | $0.00 |
| | | | | **$56,728,000.2** |

Thank you,
Chrissy

**From:** Ibrahim, Sally S. (JMD)
**Sent:** Thursday, April 3, 2025 9:03 AM
**Cc:** Jackson, Michael D. (JMD) ; Murray, Christina (JMD)
**Subject:** Exercise of the contracts option period of performance

Good morning,

Reference Executive Order (E.O.) 14222, Implementing the President's "Department of Government Efficiency" Cost Efficiency Initiative, please note that PSS received instructions to freeze all contracts starting March 29, 2025 and moving forward unless the award is considered "mission essential".

To ensure compliance, PSS is requesting the cooperation of the program offices for the exercise of the contracts option period of performance that is due on or before September 30, 2025, as follows:

1) A written justification has to be submitted to justify why the requirement is "mission essential". The justification has to include the contract number, the option period of performance start and end dates, the relevant statute, the mission

Admin. Rec.1

essential thorough explanation, the appropriation type (annual or no-year), and the funding mechanism (full funding, or incremental funding). The justification will be reviewed for a final determination by PSS.

2) OBD-186 (funding document) has to include a statement "mission essential" along with a brief justification. The OBD-186 has to demonstrate funding available for the total value of the option period or a minimum of three - six months funding is required if the total value is not currently available. The lack of adequate funding is an indication that the requirement is not mission essential.

3) The procurement package to exercise the option period has to be received by PSS at least 60 - 90 days prior to the contract current period of performance expiration date.

Unfortunately, if the above is not received by PSS within the required time frame; there is a high risk of not exercising the following option period of performance.

Regards,

**Sally Ibrahim, M.B.A.**
**Contracting Officer**
**Procurement Services Staff (PSS)**
**U.S. Department of Justice**
███████████████████

Admin. Rec.2

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Hahn, Kristen B. (JMD) |
| **Sent:** | Friday, April 4, 2025 9:07 AM |
| **To:** | Rubenstein, Arie M. (JMD) |
| **Subject:** | FW: [EXTERNAL] Acacia |

**From:** Posner, Morton J. (JMD) █████████████████
**Sent:** Friday, April 4, 2025 8:35 AM
**To:** Hahn, Kristen B. (JMD) ████████████████
**Subject:** FW: [EXTERNAL] Acacia

**From:** Taylor, William N. (JMD) █████████████████
**Sent:** Thursday, April 3, 2025 7:30 PM
**To:** Lauria, Jolene A. (JMD) ██████████████████
**Cc:** Jamison, Tara (JMD) ████████████████; Posner, Morton J. (JMD) ███████████████
**Subject:** RE: [EXTERNAL] Acacia

Scratch that.  It looks like Tarak got in touch with a PSS CO whom I've never met before (Allison Polizzi) and got her to agree to send the termination notice by email and someone can effectuate the termination formally tomorrow.  He's about to email me and loop her in.  The contract is with EOIR under MEGA5 with Acacia Center for Justice.  The **Acacia Center for Justice** is a non-profit organization that focuses on providing legal defense to immigrants at risk of detention or deportation. Its key activities include:

- **Building and strengthening immigrant legal defense programs** for adults and children across the country[4].
- **Partnering with a national network of human rights defenders** to support legal services[2].
- **Advocating for meaningful access to justice** and freedom for immigrants[3].
- **Securing funding for immigration legal services** and managing equitable programs[4].
- **Fostering partnerships and advocating for systemic changes** to enhance access to justice[5].

**William N. Taylor II**
Deputy Assistant Attorney General
Justice Management Division
U.S. Department of Justice
Office: █████████ | Mobile: ██████████
Unclass Email: ████████████
Secret: ████████████████ |TS: █████████████

**From:** Lauria, Jolene A. (JMD) ████████████████
**Sent:** Thursday, April 3, 2025 7:25 PM
**To:** Taylor, William N. (JMD) ████████████████

1

Admin. Rec.3

**Cc:** Jamison, Tara (JMD) ███████████████ Posner, Morton J. (JMD) ██████████████
**Subject:** Re: [EXTERNAL] Acacia

What is the contract.   What is it for.  Nothing will happen between tonight and tomorrow in terms of additional spending.


Sent from my iPhone


> On Apr 3, 2025, at 7:22 PM, Taylor, William N. (JMD) ██████████████████ wrote:
>
> Jolene – I don't think we can accomplish what he's asking.  For one, we don't have CO's available to log in and cancel contracts at this time of night.  Second, he is asking us to cancel a contract that may have a temporary restraining order according to EOIR.  I haven't seen the TRO to confirm its existence but Tarak argues doesn't preclude DOJ from terminating the contract for convenience. ██████████████████████████████████████████████████████████████████ I am being rushed to act by Tarak who is calling me as I type this message.
>
> **William N. Taylor II**
> Deputy Assistant Attorney General
> Justice Management Division
> U.S. Department of Justice
> Office: ██████████ | Mobile: ████████████
> Unclass Email: ████████████
> Secret: ████████████████ |TS: ████████████████

**From:** Makecha, Tarak (JMD) ████████████████
**Sent:** Thursday, April 3, 2025 6:25 PM
**To:** Taylor, William N. (JMD) ████████████████; Jamison, Tara (JMD) ████████████
**Cc:** Auterman, Brenda L. (JMD) ████████████████
**Subject:** RE: [EXTERNAL] Acacia

See attached. Email I have is ████████████████

Please execute this termination today and please forward me the termination email to confirm it went out so I can report completion to WH.

**From:** Taylor, William N. (JMD) ████████████████
**Sent:** Thursday, April 3, 2025 6:09 PM
**To:** Makecha, Tarak (JMD) ████████████████ Jamison, Tara (JMD) ████████████
**Cc:** Auterman, Brenda L. (JMD) ████████████████
**Subject:** RE: [EXTERNAL] Acacia

Admin. Rec.4

+ Tara

**William N. Taylor II**
Deputy Assistant Attorney General
Justice Management Division
U.S. Department of Justice
Office: ███████████ | Mobile: ████████
Unclass Email: ████████
Secret: ██████████████████████ |TS: ████████████

**From:** Makecha, Tarak (JMD) ████████████████
**Sent:** Thursday, April 3, 2025 6:08 PM
**To:** Taylor, William N. (JMD) ████████████████
**Subject:** FW: [EXTERNAL] Acacia

**From:** Josh Gruenbaum - Q < ████████████████
**Sent:** Thursday, April 3, 2025 6:06 PM
**To:** Makecha, Tarak (JMD) < ████████████
**Subject:** [EXTERNAL] Acacia

[15JPSS23F00000154](#)

[15JPSS22F00000701](#)

[15JPSS22F00000700](#)

[15JPSS22F00000704](#)

[15JPSS22F00000699](#)

[15JPSS24F00000418](#)

[15JPSS22D00000013](#)

 **U.S. General Services Administration**

**Josh Gruenbaum, Esq.**
Commissioner of Federal Acquisition Service
████████████████

<DoJ Termination for Convenience_Acacia.docx>

3

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Hahn, Kristen B. (JMD) |
| **Sent:** | Friday, April 4, 2025 9:26 AM |
| **To:** | Rubenstein, Arie M. (JMD) |
| **Subject:** | Fwd: Termination for Convenience |
| **Attachments:** | DoJ Termination for Convenience_Acacia.pdf |

Sent from my iPhone

Begin forwarded message:

> **From:** "Jackson, Michael D. (JMD)" ███████████████████████
> **Date:** April 4, 2025 at 9:19:08 AM EDT
> **To:** "Hahn, Kristen B. (JMD)" ████████████████████
> **Subject: FW: Termination for Convenience**

**Michael D. Jackson**
Assistant Director, AMG-OBD
JMD Procurement Services Staff
2 CON Building, 145 N Street, NE, Room 8E.113 Washington, D.C. 20530
Tel: ██████████ | Email: █████████████████████

**From:** Polizzi, Allison J. (JMD) ███████████████
**Sent:** Thursday, April 3, 2025 7:48 PM
**To:** ██████ @acaciajustice.org
**Subject:** Termination for Convenience

Good evening. Please see the attached letter for the termination for convenience for contracts with the Department of Justice.

Regards,

Allison J. Polizzi
Contracting Officer, Offices, Boards, & Divisions
JMD Procurement Services Staff
Department of Justice
2 CON Building, 145 N Street, NE, Room 8E.115 Washington, D.C. 20530
Tel: ██████████ | Email: ████████████████

Sent from my iPhone

Admin. Rec.6



VIA: Electronic Mail

**<u>NOTICE OF TERMINATION FOR CONVENIENCE</u>**

<u>Date:</u> April 3, 2025
<u>Vendor Name:</u> Acacia Center for Justice
<u>Subject:</u> Termination for Convenience

Dear Acacia Center for Justice,

This email's purpose is to notify your firm the contracts tied to the procurement instrument identifications (PIID) listed below and all subsequent call orders is hereby terminated for convenience effective April 3, 2025, per clause FAR 52.212-4(l) (Termination for the Government's Convenience).

PIIDs:
  15JPSS22F00000699
  15JPSS22F00000701
  15JPSS22F00000700
  15JPSS22F00000702
  15JPSS22F00000703
  15JPSS22F00000704
  15JPSS24F00000418
  15JPSS23F00000154

The Agency has determined that the services are no longer needed.  Effective April 3, 2025, please discontinue providing the services to the United States Department of Justice and its entities.

Please submit your final invoice with any reasonable charges that result from this termination.

If you have any questions, please feel free to contact me.

Sincerely,

*Allison Polizzi*

Allison J. Polizzi
Contracting Officer
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Please acknowledge receipt of this Notice of Termination for Convenience

(End of Notice)

Admin. Rec.7

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Owen, Sirce E. (EOIR) |
| **Sent:** | Thursday, April 3, 2025 8:45 PM |
| **To:** | Murray, Christina (JMD) |
| **Cc:** | Burghard, Christina (EOIR); Radics, Gregory (EOIR) |
| **Subject:** | Acacia contract |

Please notify Acacia immediately that we are terminating their contract as of 11:59 pm.  E.S.T., Tuesday, April 8, 2025.  It is my understanding that DOGE contacted JMD this afternoon and instructed them to terminate the contract.  I was not privy to that conversation, but whoever they spoke to at JMD knows the basis for the termination.

**Sirce E. Owen**
**Director (Acting)**



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information.  If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please notify the sender immediately and delete or destroy this message.

Admin. Rec.8

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Gorman, Stephanie (EOIR) |
| **Sent:** | Friday, April 4, 2025 12:10 PM |
| **To:** | Owen, Sirce E. (EOIR) |
| **Subject:** | FW: DOJ Outreach on Contract |
| **Attachments:** | DoJ Termination for Convenience_Acacia.pdf |
| | |
| **Importance:** | High |

Please see email correspondence by Acacia to the COs and the CORE.  Apparently, some form of notification was sent.

Respectfully,

*Stephanie E. Gorman*
Assistant Director (Acting), Office of Policy
U.S. Dept. of Justice/Executive Office for Immigration Review
Mobile: ██████████



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information.  If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please notify the sender immediately and delete or destroy this message.

---

**From:** Burghard, Christina (EOIR) ██████████████████████
**Sent:** Friday, April 4, 2025 12:05 PM
**To:** Gorman, Stephanie (EOIR) ████████████████; Flinn, Sarah M. (EOIR) ████████████
**Subject:** FW: DOJ Outreach on Contract

FYI

---

**From:** Leah Prestamo ██████████████████
**Sent:** Friday, April 4, 2025 12:03 PM
**To:** Murray, Christina (JMD) ████████████████████
**Cc:** Ibrahim, Sally S. (JMD) ██████████████████████; Burghard, Christina (EOIR) ████████████
**Subject:** [EXTERNAL] DOJ Outreach on Contract

Dear Christina,

Yesterday evening we received the attached notice from an unknown sender and appearing to be sent from an iPhone. We do not know if this was legitimately sent from DOJ or who this sender is. Please provide guidance on whether this is effective for our contracts. The signatory is not the contracting officer on Acacia's contracts.

Best,

Admin. Rec.9

Leah



**Leah Prestamo** *(she/her)*
**General Counsel**
Working on Eastern Time

Acacia Center for Justice
acaciajustice.org

*This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.*

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Burghard, Christina (EOIR) |
| **Sent:** | Friday, April 4, 2025 1:48 PM |
| **To:** | Gorman, Stephanie (EOIR); Flinn, Sarah M. (EOIR) |
| **Subject:** | Fw: DOJ Outreach on Contract |

Get Outlook for iOS

---

**From:** Leah Prestamo
**Sent:** Friday, April 4, 2025 1:39 PM
**To:** Murray, Christina (JMD)
**Cc:** Ibrahim, Sally S. (JMD) ; Burghard, Christina (EOIR)
**Subject:** [EXTERNAL] RE: DOJ Outreach on Contract
Hi Christina,
I'm following up on my email below. We urgently need to know if this is a real DOJ communication, who our current CO is, and whether Acacia needs to be taking action at this time.
Best,
Leah



**Leah Prestamo** *(she/her)*
**General Counsel**
Working on Eastern Time

Acacia Center for Justice
acaciajustice.org

*This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.*

**From:** Leah Prestamo
**Sent:** Friday, April 4, 2025 12:03 PM
**To:** Murray, Christina (JMD)
**Cc:** Ibrahim, Sally S. (JMD) ; Burghard, Christina (EOIR)
**Subject:** DOJ Outreach on Contract
Dear Christina,
Yesterday evening we received the attached notice from an unknown sender and appearing to be sent from an iPhone. We do not know if this was legitimately sent from DOJ or who this sender is. Please provide guidance on whether this is effective for our contracts. The signatory is not the contracting officer on Acacia's contracts.
Best,
Leah



**Leah Prestamo** *(she/her)*
**General Counsel**
Working on Eastern Time

Acacia Center for Justice
acaciajustice.org

*This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.*

1

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Leah Prestamo ███████████████████ |
| **Sent:** | Friday, April 4, 2025 3:29 PM |
| **To:** | Polizzi, Allison J. (JMD) |
| **Cc:** | Burghard, Christina (EOIR); Murray, Christina (JMD); Ibrahim, Sally S. (JMD) |
| **Subject:** | [EXTERNAL] RE: Termination for Convenience |
| **Attachments:** | DoJ Termination for Convenience_Acacia.pdf |

Dear Allison Polizzi,

We received the email correspondence below and the attached notice. If the contracting officer for this award has been changed, Acacia will need a duly executed modification to that effect. If you are the contracting officer for this action, please forward a contract modification to my attention.

Best,
Leah



**Leah Prestamo** *(she/her)*
**General Counsel**
Working on Eastern Time

Acacia Center for Justice
acaciajustice.org

*This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.*

---

**From:** Polizzi, Allison J. (JMD) ███████████████████
**Sent:** Thursday, April 3, 2025 4:48 PM
**To:** General Mailbox ███████████████████
**Subject:** Termination for Convenience

Good evening. Please see the attached letter for the termination for convenience for contracts with the Department of Justice.

Regards,

Allison J. Polizzi
Contracting Officer, Offices, Boards, & Divisions
JMD Procurement Services Staff
Department of Justice
2 CON Building, 145 N Street, NE, Room 8E.115 Washington, D.C. 20530
Tel: ███████████ | Email: ███████████████████

Sent from my iPhone

1

Admin. Rec.12



**U.S. Department of Justice**
Justice Management Division
*Procurement Services Staff*
*Washington, D.C. 20530*

April 4, 2025

Acacia Center for Justice
ATTN: Leah Prestamo
1025 Connecticut Ave, Suite 701
Washington, DC 20036-5417

Subject: Rescission of April 3, 2025 Notice

Dear Ms. Prestamo,

On April 3, 2025, you received an email and letter titled "Notice of Termination for Convenience" from Ms. Allison Polizzi. The purpose of this letter is to rescind that April 3, 2025 communication. Please disregard that communication in its entirety, which has no legal effect.

The contracts and task orders referenced in the April 3, 2025 communication remain in place, and will remain in place, until further notice.

If you have any questions, please feel free to contact me.

Sincerely,

CHRISTINA MURRAY
Digitally signed by
CHRISTINA MURRAY
Date: 2025.04.04
15:44:39 -04'00'

Christina Y. Murray
Contracting Officer
U. S. Department of Justice
145 N Street NE
Washington, DC 20530

Admin. Rec.13

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Owen, Sirce E. (EOIR) |
| **Sent:** | Monday, April 7, 2025 9:58 AM |
| **To:** | Makecha, Tarak (JMD); Radics, Gregory (EOIR) |
| **Cc:** | Conklin, Hayley (OAG); Warden, Andrew (CIV) |
| **Subject:** | RE: Acacia Contract - Next Steps |

We are currently reviewing the various task orders under the Acacia contract to determine which ones are required by court order and which ones can be wound down.

**Sirce E. Owen**
**Director (Acting)**



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please notify the sender immediately and delete or destroy this message.

---

**From:** Makecha, Tarak (JMD) ███████████████████
**Sent:** Monday, April 7, 2025 9:48 AM
**To:** Owen, Sirce E. (EOIR) ████████████ Radics, Gregory (EOIR) ██████████████
**Cc:** Conklin, Hayley (OAG) █████████████████ Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** Acacia Contract - Next Steps

Team,

I understand that the contract termination for Acacia was pulled on Friday. I was briefed that one issue was a three-day lead time required for the termination notice, which is an easy fix.

The more nuanced issue, as I understand it, was an analysis on broader court cases related to Acacia.

Sirce and Greg, I was given you names as the people working through that analysis. Do you all have a sense on next steps and timing? If you aren't the right POCs, please direct me to the people that are working on the analysis,

Thanks,
Tarak

| | |
|---|---|
| **From:** | Gorman, Stephanie (EOIR) |
| **To:** | Owen, Sirce E. (EOIR) |
| **Subject:** | Acacia Wind-Down Recommendation |
| **Date:** | Wednesday, April 9, 2025 9:00:53 AM |

Director Owen,

Please see recommendation from Office of Policy.

---

*Please note that for all terminations, termination fees may apply.*

**Legal Orientation Program / Legal Orientation Program for Custodians of Unaccompanied Alien Children**

- 15JPSS23F00000154
- LOP: Three-day notice to terminate services for LOP pursuant to Amica Center for Immigrant Rights et al v. United States Department of Justice et al, 1:25-cv-00298-RDM.
- LOPC: 30-day notice terminate services for LOPC to allow EOIR to continue to meet statutory obligations outlined in the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (Pub. L. 110-457). Going forward, obligations would be met under a federalized program.

**Immigration Court Helpdesk**

- 15JPSS22F00000701
- Three-day notice of termination pursuant to the Amica Center for Immigrant Rights et al v. United States Department of Justice et al, 1:25-cv-00298-RDM.

**Counsel for Children Initiative**

- 15JPSS22F00000700
- 60-day wind down period to end representation funded by EOIR on these cases which will allow for representatives to withdraw and facilitate finding other representation (not funded by the Government) for these individuals.

**Family Group Legal Orientation Program**

- 15JPSS22F00000699
- Three-day notice of termination pursuant to the Amica Center for Immigrant Rights et al v. United States Department of Justice et al, 1:25-cv-00298-RDM.
- Note: This needs to be communicated to DHS.

**Legal Access Services for Reunified Families**

- 15JPSS24F00000418
- Do not renew – expires on April 30, 2025
  - Recommend offering federal positions (not to exceed 1 or 2 year) funded by settlement funds currently at EOIR.

**National Qualified Representative Program**

- 15JPSS22F00000704
- No termination – request to finish current task order year which ends on July 31, 2025. This is a little less than 120 days and allows for procurement activity to meet obligations under permanent injunction in *Franco*.

Reduction in scope to not include Nationwide Policy cases. For those 60 days to end representation funded by EOIR on these cases which will allow for representatives to withdraw and facilitate finding other representation (not funded by the Government) for these individuals.

*Stephanie E. Gorman*
Assistant Director (Acting), Office of Policy
U.S. Dept. of Justice/Executive Office for Immigration Review
Mobile: █████████



~~ATTORNEY WORK PRODUCT. This communication and its contents, including any attachments, are pre-decisional and prepared in anticipation of litigation, and are subject to the Deliberative Process privilege, Attorney Work Product privilege, and/or the Attorney Client privilege pursuant to 5 USC 552(b)(5).~~

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Flinn, Sarah M. (EOIR) |
| **Sent:** | Wednesday, April 9, 2025 3:18 PM |
| **To:** | Owen, Sirce E. (EOIR); Gorman, Stephanie (EOIR) |
| **Subject:** | FW: ACACIA Contracts |

Good afternoon, Director Owen,

I am forwarding this to you in advance of AD Gorman's call.

Sarah

**From:** Adkins, Nikki N. (EOIR)
**Sent:** Wednesday, April 9, 2025 2:32 PM
**To:** Ibrahim, Sally S. (JMD) ; Murray, Christina (JMD) ; Burghard, Christina (EOIR) ; Jackson, Michael D. (JMD)
**Subject:** ACACIA Contracts

Good Afternoon,

EOIR is requesting the following changes to the ACACIA contract. Thanks - Nikki

**Please issue a Notice of Intent to Acacia for the following task orders to be Terminated for Convenience effective Tuesday, April 15, 2025, at 11:59 p.m.:**

- **FGLOP**
- **ICH**
- **CCI (Fixed Price)**
- **LOP/LOPC**

**Please issue a Notice of Intent to NOT exercise the option year effective 4/30/2025:**
- **LASRF (Fixed Price)**

**Please issue a modification effective Tuesday, April 15, 2025, ceasing work on the Nationwide Policy (NWP) portion of the award. Franco services will continue through the end of the POP of July 31, 2025. Please issue a Notice of Intent to NOT exercise the option year effective July 31, 2025.**

- **NQRP (Fixed Price)**

Admin. Rec.17

## Sherwood, Zachary W. (CIV)

| | |
|---|---|
| **From:** | Gorman, Stephanie (EOIR) |
| **Sent:** | Wednesday, April 9, 2025 4:34 PM |
| **To:** | Burghard, Christina (EOIR) |
| **Cc:** | Flinn, Sarah M. (EOIR); Tennyson, Mike (EOIR); Adkins, Nikki N. (EOIR) |
| **Subject:** | RE: Update on Meeting with JMD on Acacia Contract |

Chrissy,

As discussed, EOIR is taking further action to ensure that the 3-day cancellation notice is delivered today.

Thank you,


*Stephanie E. Gorman*
Assistant Director (Acting), Office of Policy
U.S. Dept. of Justice/Executive Office for Immigration Review
Mobile: ▮▮▮▮▮▮▮▮



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information.  If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please notify the sender immediately and delete or destroy this message.

---

**From:** Burghard, Christina (EOIR) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, April 9, 2025 3:01 PM
**To:** Flinn, Sarah M. (EOIR) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Gorman, Stephanie (EOIR) ▮▮▮▮▮▮▮▮▮▮
**Cc:** Adkins, Nikki N. (EOIR) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Update on Meeting with JMD on Acacia Contract

Good afternoon,

I wanted to provide an update on our recent meeting with Michael Jackson and Christina Murray at JMD regarding EOIR's request on changes to the Acacia contract.  They confirmed they will issue notices tomorrow to Acacia to terminate FGLOP, ICH, CCI, and LOP/LOPC effective Tuesday, April 15, 2025, at 11:59 p.m.

Additionally, they agree to provide notice to Acacia tomorrow on our intent to not exercise the option year for both LASRF and NQRP, with a modification to NQRP effective April 15, 2025 to cease work on the Nationwide Policy portion of the award.  Attached are further details on our request that was sent over to JMD following our meeting today.

Please let me know if you have any questions.

Thanks,

1

Admin. Rec.18

Chrissy

**Chrissy Burghard**
Administrative Officer, Office of Policy
**Cell**: ██████████
**Email**: ████████████████████

Admin. Rec.19

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Burghard, Christina (EOIR) |
| **Sent:** | Thursday, April 10, 2025 11:50 AM |
| **To:** | Flinn, Sarah M. (EOIR); Gorman, Stephanie (EOIR) |
| **Subject:** | FW: ACACIA Contracts |

---

**From:** Owen, Sirce E. (EOIR)
**Sent:** Thursday, April 10, 2025 11:49 AM
**To:** Jackson, Michael D. (JMD) ; Murray, Christina (JMD) ; Ibrahim, Sally S. (JMD) ; Burghard, Christina (EOIR)
**Subject:** FW: ACACIA Contracts

Resending.

EOIR is requesting the following changes to the ACACIA contract. Thank you.


**Please issue a Notice of Intent to Acacia for the following task orders to be Terminated for Convenience effective Tuesday, April 15, 2025, at 11:59 p.m.:**

- **FGLOP 15JPSS22F00000699**
- **ICH 15JPSS22F00000701**
- **CCI (Fixed Price) 15JPSS22F00000700**
- **LOP/LOPC 15JPSS23F00000154**

**Please issue a Notice of Intent to NOT exercise the option year effective 4/30/2025:**
- **LASRF (Fixed Price) 15JPSS24F00000418**

**Please issue a modification effective Tuesday, April 15, 2025, ceasing work on the Nationwide Policy (NWP) portion of the award. Franco services will continue through the end of the POP of July 31, 2025. Please issue a Notice of Intent to NOT exercise the option year effective July 31, 2025.**

- **NQRP (Fixed Price) 15JPSS22F00000704**


**Sirce E. Owen**
**Director (Acting)**



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please notify the sender immediately and delete or destroy this message.

Admin. Rec.20

**From:** Adkins, Nikki N. (EOIR)
**Sent:** Thursday, April 10, 2025 9:38 AM
**To:** Jackson, Michael D. (JMD) ███████████████>; Murray, Christina (JMD) ███████████████>;
Ibrahim, Sally S. (JMD) ███████████████>; Burghard, Christina (EOIR) ███████████████>
**Subject:** RE: ACACIA Contracts

Hi Michael,

Below is the updated information to include the task order numbers.

EOIR is requesting the following changes to the ACACIA contract. Thanks – Nikki

**Please issue a Notice of Intent to Acacia for the following task orders to be Terminated for Convenience effective Tuesday, April 15, 2025, at 11:59 p.m.:**

- **FGLOP <mark>15JPSS22F00000699</mark>**
- **ICH <mark>15JPSS22F00000701</mark>**
- **CCI (Fixed Price) <mark>15JPSS22F00000700</mark>**
- **LOP/LOPC <mark>15JPSS23F00000154</mark>**

**Please issue a Notice of Intent to NOT exercise the option year effective 4/30/2025:**
- **LASRF (Fixed Price) <mark>15JPSS24F00000418</mark>**

**Please issue a modification effective Tuesday, April 15, 2025, ceasing work on the Nationwide Policy (NWP) portion of the award. Franco services will continue through the end of the POP of July 31, 2025. Please issue a Notice of Intent to NOT exercise the option year effective July 31, 2025.**

- **NQRP (Fixed Price) <mark>15JPSS22F00000704</mark>**



**From:** Jackson, Michael D. (JMD) ███████████████>
**Sent:** Thursday, April 10, 2025 8:41 AM
**To:** Adkins, Nikki N. (EOIR) ███████████████; Murray, Christina (JMD) ███████████████;
Ibrahim, Sally S. (JMD) ███████████████>; Burghard, Christina (EOIR) ███████████████>
**Cc:** Jackson, Michael D. (JMD) ███████████████>
**Subject:** RE: ACACIA Contracts

We need to know why does EOIR want these task orders terminated? Please provide a memo in writing ASAP.

Thank you,

**Michael D. Jackson**
Assistant Director, AMG-OBD
JMD Procurement Services Staff

2 CON Building, 145 N Street, NE, Room 8E.113 Washington, D.C. 20530
Tel: ███████████ | Email: ███████████████████████████

---

**From:** Adkins, Nikki N. (EOIR) ████████████████████ >
**Sent:** Wednesday, April 9, 2025 3:57 PM
**To:** Murray, Christina (JMD) < ████████████████ >; Ibrahim, Sally S. (JMD) ████████████████ >;
Burghard, Christina (EOIR) ████████████████ >; Jackson, Michael D. (JMD) ████████████████ >
**Subject:** Re: ACACIA Contracts

We have not contacted them. Can you contact them and let them know of EOIR's intent? Thank you.

---

**From:** Murray, Christina (JMD) ████████████████████
**Sent:** Wednesday, April 9, 2025 3:34:44 PM
**To:** Adkins, Nikki N. (EOIR) ████████████████ >; Ibrahim, Sally S. (JMD) ████████████████ >; Burghard,
Christina (EOIR) ████████████████ ; Jackson, Michael D. (JMD) ████████████████ >
**Subject:** RE: ACACIA Contracts

OGC would like to know whether EOIR has been in touch with the Federal Programs attorneys litigating the Amica
case (which requires the 3 day notice). We need to let them know first.

---

**From:** Adkins, Nikki N. (EOIR) ████████████████████ >
**Sent:** Wednesday, April 9, 2025 3:29 PM
**To:** Ibrahim, Sally S. (JMD) ████████████████ Murray, Christina (JMD) ████████████████ >;
Burghard, Christina (EOIR) ████████████████ Jackson, Michael D. (JMD) ████████████████ >
**Subject:** RE: ACACIA Contracts

Hi All,

We have been informed that this notification must be made today. Can you please send the notice of
intents today? Thanks - Nikki

---

**From:** Adkins, Nikki N. (EOIR)
**Sent:** Wednesday, April 9, 2025 2:32 PM
**To:** Ibrahim, Sally S. (JMD) ████████████████ ; Murray, Christina (JMD) ████████████████ >;
Burghard, Christina (EOIR) ████████████████ ; Jackson, Michael D. (JMD) ████████████████ >
**Subject:** ACACIA Contracts

Good Afternoon,

EOIR is requesting the following changes to the ACACIA contract. Thanks - Nikki

**Please issue a Notice of Intent to Acacia for the following task orders to be Terminated for
Convenience effective Tuesday, April 15, 2025, at 11:59 p.m.:**

- **FGLOP**
- **ICH**
- **CCI (Fixed Price)**
- **LOP/LOPC**

3

Admin. Rec.22

**Please issue a Notice of Intent to NOT exercise the option year effective 4/30/2025:**
- **LASRF (Fixed Price)**

**Please issue a modification effective Tuesday, April 15, 2025, ceasing work on the Nationwide Policy (NWP) portion of the award. Franco services will continue through the end of the POP of July 31, 2025. Please issue a Notice of Intent to NOT exercise the option year effective July 31, 2025.**

- **NQRP (Fixed Price)**

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Burghard, Christina (EOIR) |
| **Sent:** | Thursday, April 10, 2025 2:48 PM |
| **To:** | Gorman, Stephanie (EOIR); Flinn, Sarah M. (EOIR) |
| **Subject:** | FW: ACACIA Contracts |

FYI

**From:** Adkins, Nikki N. (EOIR)
**Sent:** Thursday, April 10, 2025 2:24 PM
**To:** Jackson, Michael D. (JMD) ; Murray, Christina (JMD) ; Ibrahim, Sally S. (JMD) ; Burghard, Christina (EOIR)
**Cc:** Higa, Sakura (JMD)
**Subject:** RE: ACACIA Contracts

Hi Michael,

I have confirmed with Leadership we will not be terminating the IDIQ. Thanks - Nikki

**From:** Jackson, Michael D. (JMD) ███████████████
**Sent:** Thursday, April 10, 2025 1:12 PM
**To:** Adkins, Nikki N. (EOIR) ████████████>; Murray, Christina (JMD) ████████>;
Ibrahim, Sally S. (JMD) ████████████>; Burghard, Christina (EOIR) ████████████>
**Cc:** Higa, Sakura (JMD) ████████████
**Subject:** RE: ACACIA Contracts

Can you please confirm with your leadership? Also, has EOIR reviewed the letter Christina sent over? We need to have any comments back ASAP so that we can be ready to move forward.

**Michael D. Jackson**
Assistant Director, AMG-OBD
JMD Procurement Services Staff
2 CON Building, 145 N Street, NE, Room 8E.113 Washington, D.C. 20530
Tel: ████████████ | Email: ████████████████████

**From:** Adkins, Nikki N. (EOIR) ████████████>
**Sent:** Thursday, April 10, 2025 1:10 PM
**To:** Jackson, Michael D. (JMD) ████████████>; Murray, Christina (JMD) ████████████;
Ibrahim, Sally S. (JMD) ████████████>; Burghard, Christina (EOIR) ████████████>
**Cc:** Higa, Sakura (JMD) ████████████>
**Subject:** RE: ACACIA Contracts

Hi Michael,

Yes, I am under the impression the entire contract will terminate. - Nikki

1

**From:** Jackson, Michael D. (JMD) █████████████████████
**Sent:** Thursday, April 10, 2025 1:04 PM
**To:** Adkins, Nikki N. (EOIR) ████████████████████ >; Murray, Christina (JMD) ███████████████ ;
Ibrahim, Sally S. (JMD) ██████████████ >; Burghard, Christina (EOIR) ████████████████████
**Cc:** Higa, Sakura (JMD) ████████████████ >; Jackson, Michael D. (JMD) ███████████████████
**Subject:** RE: ACACIA Contracts

Nikki,

Since we are terminating the task orders, what is the plan for the IDIQ contract? Does EOIR plan to terminate that contract?

**Michael D. Jackson**
Assistant Director, AMG-OBD
JMD Procurement Services Staff
2 CON Building, 145 N Street, NE, Room 8E.113 Washington, D.C. 20530
Tel: ████████████ | Email: ████████████████████████

**From:** Adkins, Nikki N. (EOIR) ████████████████ >
**Sent:** Thursday, April 10, 2025 11:08 AM
**To:** Jackson, Michael D. (JMD) ██████████████████ >; Murray, Christina (JMD) █████████████████ ;
Ibrahim, Sally S. (JMD) ████████████████ >; Burghard, Christina (EOIR) ████████████████ >
**Cc:** Higa, Sakura (JMD) █████████████████ >
**Subject:** RE: ACACIA Contracts

Hi Michael,

I wanted to check to see which SOW should be modified. There are significant differences in the word SOW and the PDF SOW. I am noting a few of the discrepancies. Which version would you like modified? Please advise. Thanks

- Page 7 of Word and Page 19 of PDF
- Page 8 of Word and Page 20 of PDF
- Page 11 of Word and Page 23 of PDF
- Page 12 of Word and Page 24 of PDF

**From:** Jackson, Michael D. (JMD) ██████████████████ >
**Sent:** Thursday, April 10, 2025 10:30 AM
**To:** Adkins, Nikki N. (EOIR) ████████████████ >; Murray, Christina (JMD) ██████████████ >;
Ibrahim, Sally S. (JMD) ████████████████ >; Burghard, Christina (EOIR) ████████████████ >
**Cc:** Jackson, Michael D. (JMD) ██████████████████ >; Higa, Sakura (JMD) ████████████ >
**Subject:** RE: ACACIA Contracts

Nikki,

For the NQRP (Fixed Price) 15JPSS22F00000704 action, the following need to happen in order for the Contracting Officer to take actions:



Admin. Rec.25

1. The work on the Nationwide Policy (NWP) portion of the award needs to be de-scoped. I have provided the SOW for that to take place. Please use track changes to identify what is being de-scoped.
2. PSS will issue a notice to not exercise the next option and inform the Contractor that the Franco services will continue through the end of the POP of July 31, 2025.

As soon as we can get the SOW back with the track changes of work that needs to be de-scope we can move forward with this action.

**Michael D. Jackson**
Assistant Director, AMG-OBD
JMD Procurement Services Staff
2 CON Building, 145 N Street, NE, Room 8E.113 Washington, D.C. 20530
Tel: ███████████ | Email: ████████████████████████

---

**From:** Adkins, Nikki N. (EOIR) ███████████████████ >
**Sent:** Thursday, April 10, 2025 9:38 AM
**To:** Jackson, Michael D. (JMD) < ████████████████ >; Murray, Christina (JMD) ████████████ >;
Ibrahim, Sally S. (JMD) ██████████████████ >; Burghard, Christina (EOIR) ██████████████
**Subject:** RE: ACACIA Contracts

Hi Michael,

Below is the updated information to include the task order numbers.

EOIR is requesting the following changes to the ACACIA contract. Thanks – Nikki

**Please issue a Notice of Intent to Acacia for the following task orders to be Terminated for Convenience effective Tuesday, April 15, 2025, at 11:59 p.m.:**

- **FGLOP** ==15JPSS22F00000699==
- **ICH** ==15JPSS22F00000701==
- **CCI (Fixed Price)** ==15JPSS22F00000700==
- **LOP/LOPC** ==15JPSS23F00000154==

**Please issue a Notice of Intent to NOT exercise the option year effective 4/30/2025:**
- **LASRF (Fixed Price)** ==15JPSS24F00000418==

**Please issue a modification effective Tuesday, April 15, 2025, ceasing work on the Nationwide Policy (NWP) portion of the award. Franco services will continue through the end of the POP of July 31, 2025. Please issue a Notice of Intent to NOT exercise the option year effective July 31, 2025.**

- **NQRP (Fixed Price)** ==15JPSS22F00000704==

**From:** Jackson, Michael D. (JMD) ███████████████████████
**Sent:** Thursday, April 10, 2025 8:41 AM
**To:** Adkins, Nikki N. (EOIR) ██████████████; Murray, Christina (JMD) ██████████ >;
Ibrahim, Sally S. (JMD) ██████████████; Burghard, Christina (EOIR) █████████████ >
**Cc:** Jackson, Michael D. (JMD) ████████████
**Subject:** RE: ACACIA Contracts

We need to know why does EOIR want these task orders terminated? Please provide a memo in writing ASAP.

Thank you,

**Michael D. Jackson**
Assistant Director, AMG-OBD
JMD Procurement Services Staff
2 CON Building, 145 N Street, NE, Room 8E.113 Washington, D.C. 20530
Tel: ████████████ | Email: ███████████████████████

**From:** Adkins, Nikki N. (EOIR) ████████████████ >
**Sent:** Wednesday, April 9, 2025 3:57 PM
**To:** Murray, Christina (JMD) ██████████████ >; Ibrahim, Sally S. (JMD) ██████████████ >;
Burghard, Christina (EOIR) < █████████████ >; Jackson, Michael D. (JMD) █████████████ >
**Subject:** Re: ACACIA Contracts

We have not contacted them. Can you contact them and let them know of EOIR's intent? Thank you.

**From:** Murray, Christina (JMD) █████████████████
**Sent:** Wednesday, April 9, 2025 3:34:44 PM
**To:** Adkins, Nikki N. (EOIR) ████████████████ >; Ibrahim, Sally S. (JMD) ██████████████ >; Burghard,
Christina (EOIR) █████████████ >; Jackson, Michael D. (JMD) ███████████████
**Subject:** RE: ACACIA Contracts

OGC would like to know whether EOIR has been in touch with the Federal Programs attorneys litigating the Amica case (which requires the 3 day notice). We need to let them know first.

**From:** Adkins, Nikki N. (EOIR) ████████████████
**Sent:** Wednesday, April 9, 2025 3:29 PM
**To:** Ibrahim, Sally S. (JMD) ██████████████ >; Murray, Christina (JMD) ██████████████ >;
Burghard, Christina (EOIR) ██████████████ >; Jackson, Michael D. (JMD) █████████████ >
**Subject:** RE: ACACIA Contracts

Hi All,

We have been informed that this notification must be made today. Can you please send the notice of intents today? Thanks - Nikki

4

**From:** Adkins, Nikki N. (EOIR)
**Sent:** Wednesday, April 9, 2025 2:32 PM
**To:** Ibrahim, Sally S. (JMD) ███████████████████ >; Murray, Christina (JMD) ███████████████ >;
Burghard, Christina (EOIR) ███████████████████ >; Jackson, Michael D. (JMD) ███████████████ >
**Subject:** ACACIA Contracts

Good Afternoon,

EOIR is requesting the following changes to the ACACIA contract. Thanks - Nikki

**Please issue a Notice of Intent to Acacia for the following task orders to be Terminated for Convenience effective Tuesday, April 15, 2025, at 11:59 p.m.:**

- **FGLOP**
- **ICH**
- **CCI (Fixed Price)**
- **LOP/LOPC**

**Please issue a Notice of Intent to NOT exercise the option year effective 4/30/2025:**
- **LASRF (Fixed Price)**

**Please issue a modification effective Tuesday, April 15, 2025, ceasing work on the Nationwide Policy (NWP) portion of the award. Franco services will continue through the end of the POP of July 31, 2025. Please issue a Notice of Intent to NOT exercise the option year effective July 31, 2025.**

- **NQRP (Fixed Price)**

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Murray, Christina (JMD) |
| **Sent:** | Thursday, April 10, 2025 3:11 PM |
| **To:** | Burghard, Christina (EOIR) |
| **Subject:** | FW: Notice of Termination - 15JPSS22D00000013 |
| **Attachments:** | Notice of Termination - 15JPSS22D00000013.pdf |

FYI.

**From:** Murray, Christina (JMD)
**Sent:** Thursday, April 10, 2025 3:09 PM
**To:** Leah Prestamo ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** Jackson, Michael D. (JMD) ▮▮▮▮▮▮▮▮▮▮▮▮▮>; Higa, Sakura (JMD) ▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** Notice of Termination - 15JPSS22D00000013

Dear Ms. Prestamo,

Please see the attached notice of termination.

Respectfully,

Christina Y. Murray
Contracting Officer
Procurement Services Staff
Justice Management Division
U.S. Department of Justice
Phone: ▮▮▮▮▮▮▮▮▮
Email: ▮▮▮▮▮▮▮▮▮▮▮▮

1

Admin. Rec.29



**U.S. Department of Justice**
Justice Management Division
*Procurement Services Staff*
*Washington, D.C. 20530*

Acacia Center for Justice
Attn: Leah Prestamo
1025 Connecticut Ave. Suite 701
Washington, DC 20036-5417

Date: April 10, 2025

Dear Ms. Prestamo,

SUBJECT: Contract # 15JPSS22D00000013

1. In accordance with FAR 52.249-2 and FAR 52.249-6, the following task orders are
   terminated for the convenience of the government, effective at 12:01 a.m. on April
   16, 2025:

   15JPSS22F00000699 for Family Group Legal Orientation Program (FGLOP)
   15JPSS22F00000700 for Counsel for Children Initiative (CCI)
   15JPSS22F00000701 for Immigration Court Helpdesk (ICH)
   15JPSS23F00000154 for Legal Orientation Program (LOP) and Legal Orientation
   Program for Custodians (LOPC)

2. We request that you acknowledge receipt of this termination notice, by signing
   below. A modification confirming this termination will follow.

3. Our point of contact for this action is the undersigned at ██████████.

*Christina Y. Murray*

Christina Murray
Contracting Officer

Receipt Acknowledgment:

Leah Prestamo
Acacia Center for Justice

Admin. Rec.30

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Murray, Christina (JMD) |
| **Sent:** | Wednesday, April 16, 2025 8:14 AM |
| **To:** | lprestamoacaciajusti (Vendor) |
| **Cc:** | Jackson, Michael D. (JMD); Burghard, Christina (EOIR) |
| **Subject:** | 15JPSS22F00000699 Mod P00007 |
| **Attachments:** | 15JPSS22F00000699-Mod P00007.pdf |

Dear Leah,

Please see the attached modification for your records.

Respectfully,

Christina Y. Murray
Contracting Officer
Procurement Services Staff
Justice Management Division
U.S. Department of Justice
Phone: ██████████
Email: ██████████████

1

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE<br>15JPSS22D00000013 | PAGE<br>1 | OF | PAGES<br>1 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER<br>P00007 | 3. EFFECTIVE DATE<br>04/16/2025 | 4. REQUISITION/PURCHASE REQUISITION NUMBER | | 5. PROJECT NUMBER *(If applicable)* |
|---|---|---|---|---|

| 6. ISSUED BY                                CODE | 15JPSS | 7. ADMINISTERED BY *(If other than Item 6)*                 CODE | |
|---|---|---|---|
| U.S. Department of Justice<br>Procurement Services Staff, OBD<br>145 N St., NE, 8E.300<br>Washington, DC 20530 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(Number, street, country, state and ZIP Code)* | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|
| ACACIA CENTER FOR JUSTICE<br>1025 CONNECTICUT AVE NW STE 1000A # 1008<br>WASHINGTON, DC 20036-5417<br><br>UEI: CAJ4W5QGNKK9<br>DUNS: 118493024 | | 9B. DATED *(SEE ITEM 11)* |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER<br>15JPSS22F00000699 |
| CODE                    FACILITY CODE | | 10B. DATED *(SEE ITEM 13)*<br>09/01/2022 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

| ☐ | The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers | ☐ is extended, | ☐ is not extended. |
|---|---|---|---|

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | D. OTHER *(Specify type of modification and authority)*<br>Unilateral pursuant to FAR 52.249-6 | |

| E. IMPORTANT: Contractor | X is not, | ☐ is required to sign this document and return copies to the issuing office. |
|---|---|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

This confirms the Government's notice of termination to you dated April 10, 2025 terminating the task order for the Government's convenience under the clause entitled FAR 52.249-6, Termination. The termination is effective on the date and in the manner stated in the notice of termination.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>Christina Y. Murray<br>Contracting Officer |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br><br>By CHRISTINA MURRAY<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>Digitally signed by CHRISTINA MURRAY<br>Date: 2025.04.15 07:14:44 -04'00' |

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

Admin. Rec.32

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Murray, Christina (JMD) |
| **Sent:** | Wednesday, April 16, 2025 8:16 AM |
| **To:** | lprestamoacaciajusti (Vendor) |
| **Cc:** | Jackson, Michael D. (JMD); Burghard, Christina (EOIR) |
| **Subject:** | 15JPSS22F00000700 Mod P00006 |
| **Attachments:** | 15JPSS22F00000700-Mod P00006.pdf |

Dear Leah,

Please see the attached modification for your records.

Respectfully,

Christina Y. Murray
Contracting Officer
Procurement Services Staff
Justice Management Division
U.S. Department of Justice
Phone: ▮▮▮▮▮▮▮▮▮▮
Email: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1

Admin. Rec.33

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE 15JPSS22D00000013 | PAGE 1 | OF | PAGES 1 |

| 2. AMENDMENT/MODIFICATION NUMBER P00006 | 3. EFFECTIVE DATE 04/16/2025 | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER (If applicable) |

| 6. ISSUED BY                    CODE      15JPSS | 7. ADMINISTERED BY (If other than Item 6)      CODE |

**6. ISSUED BY**
U.S. Department of Justice
Procurement Services Staff, OBD
145 N St., NE, 8E.300
Washington, DC 20530

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |

ACACIA CENTER FOR JUSTICE
1025 CONNECTICUT AVE NW STE 1000A # 1008
WASHINGTON, DC 20036-5417

UEI: CAJ4W5QGNKK9
DUNS: 118493024

9B. DATED (SEE ITEM 11)

| X | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER 15JPSS22F00000700 |

10B. DATED (SEE ITEM 13)
09/01/2022

CODE                FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) Unilateral pursuant to FAR 52.249-2 |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This confirms the Government's notice of termination to you dated April 10, 2025 terminating the task order for the Government's convenience under the clause entitled FAR 52.249-2, Termination for Convenience of the Government. The termination is effective on the date and in the manner stated in the notice of termination.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Christina Y. Murray Contracting Officer |

| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA By CHRISTINA MURRAY (Signature of Contracting Officer) | 16C. DATE SIGNED Digitally signed by CHRISTINA MURRAY Date: 2025.04.15 07:16:04 -04'00' |

Previous edition unusable

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

Admin. Rec.34

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Murray, Christina (JMD) |
| **Sent:** | Wednesday, April 16, 2025 8:18 AM |
| **To:** | lprestamoacaciajusti (Vendor) |
| **Cc:** | Jackson, Michael D. (JMD); Burghard, Christina (EOIR) |
| **Subject:** | 15JPSS22F00000701 Mod P00009 |
| **Attachments:** | 15JPSS22F00000701-Mod P00009.pdf |

Dear Leah,

Please see the attached modification for your records.

Respectfully,

Christina Y. Murray
Contracting Officer
Procurement Services Staff
Justice Management Division
U.S. Department of Justice
Phone: █████████████
Email: █████████████████████

1

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE 15JPSS22D00000013 | PAGE 1 | OF | PAGES 1 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER *(If applicable)* |
|---|---|---|---|
| P00009 | 04/16/2025 | | |

| 6. ISSUED BY | CODE | 15JPSS | 7. ADMINISTERED BY *(If other than Item 6)* | CODE |
|---|---|---|---|---|
| U.S. Department of Justice Procurement Services Staff, OBD 145 N St., NE, 8E.300 Washington, DC 20530 | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(Number, street, country, state and ZIP Code)* | | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|---|
| ACACIA CENTER FOR JUSTICE 1025 CONNECTICUT AVE NW STE 1000A # 1008 WASHINGTON, DC 20036-5417 UEI: CAJ4W5QGNKK9 DUNS: 118493024 | | | 9B. DATED *(SEE ITEM 11)* |
| | | X | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER 15JPSS22F00000701 |
| | | | 10B. DATED *(SEE ITEM 13)* 09/01/2022 |

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)* Unilateral pursuant to FAR 52.249-6 |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
This confirms the Government's notice of termination to you dated April 10, 2025 terminating the task order for the Government's convenience under the clause entitled FAR 52.249-6, Termination. The termination is effective on the date and in the manner stated in the notice of termination.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* Christina Y. Murray Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | By CHRISTINA MURRAY *(Signature of Contracting Officer)* Digitally signed by CHRISTINA MURRAY Date: 2025.04.16 07:17:12 -04'00' | |

Previous edition unusable

**STANDARD FORM 30** (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

Admin. Rec.36

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Murray, Christina (JMD) |
| **Sent:** | Wednesday, April 16, 2025 8:13 AM |
| **To:** | lprestamoacaciajusti (Vendor) |
| **Cc:** | Jackson, Michael D. (JMD); Burghard, Christina (EOIR) |
| **Subject:** | 15JPSS23F00000154 Mod P00004 |
| **Attachments:** | 15JPSS23F00000154-Mod P00004.pdf |

Dear Leah,

Please see the attached modification for your records.

Respectfully,

Christina Y. Murray
Contracting Officer
Procurement Services Staff
Justice Management Division
U.S. Department of Justice
Phone: █████████
Email: █████████████

Admin. Rec.37

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE 15JPSS22D00000013 | PAGE 1 | OF | PAGES 1 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER P00004 | 3. EFFECTIVE DATE 04/16/2025 | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 15JPSS | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

U.S. Department of Justice
Procurement Services Staff, OBD
145 N St., NE, 8E.300
Washington, DC 20530

8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code)

ACACIA CENTER FOR JUSTICE
1025 CONNECTICUT AVE NW STE 1000A # 1008
WASHINGTON, DC 20036-5417

UEI: CAJ4W5QGNKK9
DUNS: 118493024

(X)

9A. AMENDMENT OF SOLICITATION NUMBER

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NUMBER
X  15JPSS23F00000154

10B. DATED (SEE ITEM 13)
08/31/2023

| CODE | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) Unilateral pursuant to FAR 52.249-6 |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
This confirms the Government's notice of termination to you dated April 10, 2025 terminating the task order for the Government's convenience under the clause entitled FAR 52.249-6, Termination. The termination is effective on the date and in the manner stated in the notice of termination.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Christina Y. Murray Contracting Officer |
|---|---|

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| _(Signature of person authorized to sign)_ | | By CHRISTINA MURRAY _(Signature of Contracting Officer)_ | Digitally signed by CHRISTINA MURRAY Date: 2025.04.16 07:18:17 -04'00' |

Previous edition unusable

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ )<br><br>AMICA CENTER FOR IMMIGRANT )<br>RIGHTS, *et al.*, )<br>   )<br>   Plaintiffs, )<br>   )<br>   v. )<br>   )<br>U.S. DEPARTMENT OF JUSTICE, *et al.*, )<br>   )<br>   Defendants. )<br>_____ ) | Civil Action No. 1:25-cv-298-RDM |

**DECLARATION OF SIRCE E. OWEN**

I, Sirce E. Owen, declare as follows:

1.      I am the Acting Director of the Executive Office for Immigration Review (EOIR) in the U.S. Department of Justice (DOJ).  EOIR's mission is to adjudicate immigration cases by fairly, expeditiously, and uniformly interpreting and administering the Nation's immigration laws. Under delegated authority from the Attorney General, EOIR conducts immigration court proceedings, appellate reviews, and administrative hearings.  I was appointed EOIR Acting Director in January 2025.  Prior to assuming this position, I served as an Appellate Immigration Judge from 2020 to 2025, Assistant Chief Immigration Judge from 2018 to 2020, and Acting Deputy Director of EOIR from 2019 to 2020.

2.      This declaration is based on my personal knowledge and information made available to me in the course of my official duties.

3.      Based upon my current and past job duties with EOIR, I am familiar with the Legal Orientation Program (LOP), the Legal Orientation Program for Custodians of Unaccompanied Children (LOPC), the Immigration Court Helpdesk (ICH), the Family Group Legal Orientation

1

Program (FGLOP), and the Counsel for Children Initiative (CCI). These programs generally provide information about immigration court procedures and other basic legal information and resources to individuals in removal proceedings.

4.      On April 10, 2025, the Justice Management Division (JMD), the DOJ component that manages contracts on behalf of DOJ, sent a letter to Acacia Center for Justice stating that, "[i]n accordance with FAR 52.249-2 and FAR 52.249-6," the operative task orders for LOP, LOPC, ICH, FGLOP, and CCI "are terminated for the convenience of the government, effective at 12:01 a.m. on April 16, 2025."

5.      I am familiar with the Attorney General's Memorandum regarding "Sanctuary Cities Directives" dated February 5, 2025. Section II of the Memorandum directs Department of Justice components to identify contracts "with organizations that support or provide services to removable or illegal aliens" and to submit requested information about those contracts to the Office of the Associate Attorney General (OASG) for review. "Upon completion of this process," the Memorandum provides that "the Associate Attorney General, in consultation with the Deputy Attorney General, shall determine which (if any) agreements to terminate and whether to resume funding of any remaining agreements, consistent with applicable statutes, regulations, and terms."

6.      EOIR compiled and reviewed certain information regarding recipients of DOJ funding in accordance with the Attorney General's Memorandum but did not submit any information about the contracts for LOP, LOPC, ICH, FGLOP, and CCI to OASG in response to the Memorandum. At the time the Memorandum was issued on February 5, 2025, EOIR was required to maintain funding for these five programs to comply with a temporary restraining order from a federal district court in a separate case. EOIR thus understood that it was not required to submit information about these programs in response to the Attorney General's Memorandum. EOIR also did not

receive any direction or determination to suspend or terminate the contracts for LOP, LOPC, ICH, FGLOP, and CCI from OASG.  In the Department's organizational structure, and by regulation, 8 C.F.R. § 1003.0(b)(1), EOIR does not report to OASG and does not take direction from OASG.

7.      Accordingly, the April 10, 2025 termination of the operative task orders for LOP, LOPC, ICH, FGLOP, and CCI was neither prompted by nor the product of the February 5, 2025 Attorney General Memorandum.


This declaration is made pursuant to 28 U.S.C. § 1746.  I declare under penalty of perjury that the foregoing is true and correct.



Executed on this 24th day of April 2025.

SIRCE OWEN

Digitally signed by
SIRCE OWEN
Date: 2025.04.24
18:18:18 -04'00'

Sirce E. Owen
Acting Director
Executive Office for Immigration Review

3