| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE<br>15JPSS22D00000013 | PAGE<br>1 | OF | PAGES<br>18 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER<br>P00002 | 3. EFFECTIVE DATE<br>04/19/2024 | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER *(If applicable)* |
|---|---|---|---|

| 6. ISSUED BY                                    CODE | 15JPSS | 7. ADMINISTERED BY *(If other than Item 6)*       CODE |
|---|---|---|

6. ISSUED BY
U.S. Department of Justice
Procurement Services Staff, OBD
145 N St., NE, 8E.300
Washington, DC 20530

| 8. NAME AND ADDRESS OF CONTRACTOR *(Number, street, country, state and ZIP Code)* | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|

ACACIA CENTER FOR JUSTICE
1025 CONNECTICUT AVE NW STE 1000A # 1008
WASHINGTON, DC 20036-5417

UEI: CAJ4W5QGNKK9
DUNS: 118493024

9B. DATED *(SEE ITEM 11)*

10A. MODIFICATION OF CONTRACT/ORDER NUMBER
15JPSS22D00000013      X

10B. DATED *(SEE ITEM 13)*
09/01/2022

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
See Line Item Detail

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER *(Specify type of modification and authority)* | |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
The purpose of this modification is to incorporate clause DOJ-05 into this IDIQ and to update the points of contact for both Acacia and EOIR in sections G.1.2 and G.2 of the IDIQ. See the attached documents for details  All other terms and conditions remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)*<br>Leah Prestamo, General Counsel | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>Markus T Gaines<br>Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED<br>7/2/24 | 16B. UNITED STATES OF AMERICA<br>By _Markus T Gaines_ Digitally signed by MARKUS GAINES Date: 2024.07.02 13:57:50<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>7/2/2024 |

Previous edition unusable

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

**Section B - Supplies or Services and Prices/Costs**

EOIR Legal Access, Orientation, and Representation Services.

Time and Materials

## SCHEDULE OF SUPPLIES/SERVICES
### CONTINUATION SHEET

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0001 | Base Period<br>PSC: R418<br>**Line Period of Performance:** 09/01/2022 - 08/31/2023<br>Base Period | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$250,000,000.00000<br>Change:<br>$0.00000<br>Current:<br>$250,000,000.00000 | $0.00 | $0.00 | Previous:<br>$250,000,000.00<br>Change: $0.00<br>Current:<br>$250,000,000.00 |

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0002 | Option Period 1<br>PSC: R418<br>**Line Period of Performance:** 09/01/2023 - 08/31/2024<br>Exercised Option | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$0.00000<br>Change:<br>$0.00000<br>Current:<br>$0.00000 | $0.00 | $0.00 | Previous: $0.00<br>Change: $0.00<br>Current: $0.00 |

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0003 | Option Period 2<br>PSC: R418<br>**Line Period of Performance:** 09/01/2024 - 08/31/2025<br>Unexercised Option | Previous : 0<br>Change: 0<br>Current : 0 | LT | Previous:<br>$0.00000<br>Change:<br>$0.00000<br>Current:<br>$0.00000 | $0.00 | $0.00 | Previous: $0.00<br>Change: $0.00<br>Current: $0.00 |

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
|---|---|---|---|---|---|---|---|

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0004 | Option Period 3<br>PSC: R418<br>**Line Period of Performance:** 09/01/2025 - 08/31/2026<br>Unexercised Option | Previous : 0<br>Change: 0<br>Current : 0 | LT | Previous: $0.00000<br>Change: $0.00000<br>Current: $0.00000 | $0.00 | $0.00 | Previous: $0.00<br>Change: $0.00<br>Current: $0.00 |
| 0005 | Option Period 4<br>PSC: R418<br>**Line Period of Performance:** 09/01/2026 - 08/31/2027<br>Unexercised Option | Previous : 0<br>Change: 0<br>Current : 0 | LT | Previous: $0.00000<br>Change: $0.00000<br>Current: $0.00000 | $0.00 | $0.00 | Previous: $0.00<br>Change: $0.00<br>Current: $0.00 |

| | |
|---|---|
| **Base Total:** | Original: $250,000,000.00<br>Change: $0.00<br>Current: $250,000,000.00 |
| **Exercised Options Total:** | Previous: $0.00<br>Change: $0.00<br>Current: $0.00 |
| **Unexercised Options Total:** | Previous: $0.00<br>Change: $0.00<br>Current: $0.00 |
| **Base and Options Total:** | Previous: $250,000,000.00<br>Change: $0.00<br>Current: $250,000,000.00 |

15JPSS22D00000013                Legal Access, Orientation, and Representation Services for EOIR

## SECTION B – SUPPLIES OR SERVICES AND PRICES/COSTS

**B.1    General**

(a)  The services to be performed under this contract are legal access, orientation, and representation services for the Executive Office for Immigration Review (EOIR).  All requirements will be fulfilled on an indefinite-delivery, indefinite-quantity (IDIQ) task order basis.

(b)  The contract will include a one (1) year base period and four (4) option periods as described in the table below.  See Section F.1 for complete contract term and option information.

Contract Term

| | | | |
|---|---|---|---|
| Base Period | 09/01/22 | thru | 08/31/23 |
| Option Period 1 | 09/01/23 | thru | 08/31/24 |
| Option Period 2 | 09/01/24 | thru | 08/31/25 |
| Option Period 3 | 09/01/25 | thru | 08/31/26 |
| Option Period 4 | 09/01/26 | thru | 08/31/27 |

(c)  Because the continuing provision of support services is essential to continuity of the program, it is critical that the phase-in of contractor personnel and the assumption of ongoing tasks is accomplished in a well-planned, orderly and efficient manner.

(d)  The performance of all work under this contract shall be initiated by the issuance of task orders by the Contracting Officer as discussed in Sections C.5.1 and H.2.  Task orders may be issued on a firm-fixed price, labor-hour, or time-and-materials basis, or any combination thereof.

**B.2    Minimum and Maximum Amounts**

(a)  The Government will order a minimum amount of **$50,000.00** under this contract.  The Government will have the entire term of the contract (to include all options) to fulfill the contract minimum.  The specific contract line item numbers (CLINs) and quantities will be identified in the task order(s) issued under this contract.  The exercise of the renewal options (see Section F.2) does not re-establish the contract minimum.  During the life of this contract, the Government may order items in any quantity up to the maximum amount specified in paragraph (b) below.  If the minimum amount has not been ordered, the Government will exercise the option for the next year.

(b)  There are no maximum quantities or amounts for each individual CLIN, task order, or contract period.  The maximum aggregate amount of all task orders issued under the contract shall not exceed **$250,000,000.00** for the entire term of this contract, including all options which may be exercised.

**B.3    Pricing Tables**

(a)  All prices are fixed unit prices that include direct labor, fringe benefits, applicable indirect costs, and profit necessary to provide the services specified in the contract and/or task order.  All contract unit prices and multipliers (applied to other direct cost items) shall be as specified in the pricing tables contained in Attachments (1.1) through (1.6).  Additional pricing tables may be added throughout the duration of the contract, as applicable, as support for other legal access, orientation, and representation programs are needed.

2

(b) The following definitions apply to the applicable pricing table(s) contained in Attachments (1.1) through (1.6):

  (1) <u>Loaded Hourly Rate</u>. All loaded hourly rates shall be all inclusive of direct labor, local travel expenses, fringe benefits, applicable indirect costs, and any profit necessary for each labor category. The loaded hourly rates set forth in the pricing tables shall be the rates charged for services (excluding the National Qualified Representative Program (NQRP) and Counsel for Children Initiative (CCI)) performed under the contract and/or task order. The contractor may discount the loaded hourly rates at the task order level.

  (2) <u>Multiplier</u>. The factor to be applied against the actual cost of any Other Direct Cost (ODC) item to cover administrative handling expenses. The multiplier is to be applied against the actual cost of an ODC for which reimbursement has been authorized. The billable amount shall be limited to the actual cost plus the amount resulting from the application of the appropriate multiplier identified in the table (e.g., actual cost of item is $100.00, and multiplier for the CLIN is 1.02, the total billable amount is $102.00). For subcontracted items/services, the multiplier shall only be applied one time. For example, a subcontractor might be required to travel. It is not permissible for the subcontractor to apply a markup to the travel costs in billing the prime contractor, and then for the prime contractor to apply another markup when billing the Government. The multiplier may only be applied once, and must be applied to the original cost of the item.

  (3) <u>CCI Case Assignment</u>. All rates shall be all inclusive of direct labor, all travel expenses (excluding training and site visit travel costs), other direct costs, fringe benefits, applicable indirect costs, and any profit necessary to provide the level of service specified in the contract and/or task order.

  (4) <u>Franco NQRP Case Representation</u>. All rates shall be inclusive of direct labor, all travel expenses (excluding training and site visit travel costs), other direct costs, fringe benefits, applicable indirect costs, and any profit necessary to provide the level of service specified in the contract and/or task order.

  (5) <u>Nationwide Policy NQRP Case Representation</u>. All rates shall be inclusive of direct labor, all travel expenses (excluding training and site visit travel costs), other direct costs, fringe benefits, applicable indirect costs, and any profit necessary to provide the level of services specified in the contract and/or task order.

(c) <u>Long-Distance Travel</u>. All reimbursable long-distance travel shall be approved in advance by the Contracting Officer's Representative (COR). Reimbursement for actual (approved) travel costs incurred during the performance of support services shall be in accordance with Part 31 of the Federal Acquisition Regulations. Travel requirements under this contract shall be met using the most economical form of transportation available. If economy class transportation is not available, the Contractor must submit (to the COR) a request for advance approval to utilize higher class travel. All travel should be scheduled sufficiently in advance to be able to take advantage of offered discount rates. Individual travel authorization letters may be provided to the Contractor (for all Contractor personnel who are required to travel) which may allow Contractor personnel to receive Government rates when on long distance travel. The Department encourages advance airfare purchases to take advantage of supersaver discounts. If the trip is canceled or travel dates are changed due to the Government's actions, the Government will, absent special circumstances, pay airline cancellation charges or airline charges for changes in the travel dates.

## SECTION C – DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

**C.1**    **Introduction**

EOIR has a requirement for the following non- personal services for noncitizens who are, or may be, placed in immigration proceedings before EOIR's Immigration Courts and the Board of Immigration Appeals:

(a) Legal orientation programs for detained and non-detained noncitizen adults and for the custodians of Unaccompanied Children (UC);

(b) Immigration court helpdesk programs for non-detained individuals;

(c) Direct legal representation programs for certain noncitizen children and detained adults; and

(d) Other legal access, orientation, and representation programs.

**C.2**    **Background**

(a) EOIR was established in January 1983. Under delegated authority of the Attorney General of the United States, EOIR administers and interprets federal immigration laws and regulations through the conduct of immigration court proceedings, appellate reviews, and administrative hearings in individual cases. EOIR carries out these responsibilities through its three main components:

(1) The Office of the Chief Immigration Judge (OCIJ), which oversees all the immigration courts and their proceedings throughout the United States;

(2) The Board of Immigration Appeals (BIA), which hears appeals of decisions made in individual cases by Immigration Judges, District Directors of the Department of Homeland Security (DHS), or other immigration officials; and

(3) The Office of the Chief Administrative Hearing Officer (OCAHO), which resolves cases concerning employer sanctions, document fraud, and immigration-related employment discrimination.

(b) The Office of the Chief Immigration Judge oversees and directs the activities of immigration courts throughout the United States. Immigration courts operate in federal buildings, private buildings, correctional institutions, and DHS-operated and/or DHS-contracted detention centers and other facilities. Immigration judges conduct immigration hearings at these courts to resolve various immigration matters.

(c) There are various types of immigration proceedings before the court, including *inter alia* reviews of credible and reasonable fear determinations.  However, the vast majority are removal proceedings, which include Master Calendar and Individual Hearings. In Master Calendar hearings, Immigration Judges are required to ensure that noncitizens have a clear understanding of the charges against them, their procedural rights during the hearing process, and their options for relief. In

4

addition, Immigration Judges attempt to provide adequate time for noncitizens to assemble facts, documents, and witnesses which may be helpful in their pursuit of relief from removal at their Individual Hearings. As a result, the additional time required by pro se noncitizens often places a great burden on the court's dockets and reduces the efficiency of the Master Calendar hearing process. For unaccompanied children, EOIR previously carried out the Baltimore Representation Initiative for Unaccompanied Children as well as the Remote Access Initiative in multiple areas of the U.S. Southeast. In FY 2021, EOIR launched the Counsel for Children Initiative (CCI) which provides representation to certain qualified children.

(d) In FY 2016, with specific funding from Congress, EOIR launched the Immigration Court Helpdesk (ICH) Program to serve non-detained noncitizens in immigration court proceedings. The primary purpose of the ICH is to orient non-detained noncitizens appearing before the immigration court on the removal hearing process and to inform them about possible remedies and legal resources. In 2021, EOIR launched the Family Group Legal Orientation (FGLOP) Program to serve certain family groups, released from ICE custody on ATD (Alternative to Detention), whose cases are placed on an immigration court's Dedicated Docket.

Attachment (2) provides a list of current sites where the different programs exist. This list is provided for informational purposes and does not restrict the Government from requiring services be performed at additional sites during performance of the contract.

## C.3    Project Management Support

### C.3.1    General

(a) The Contractor shall provide all management, administration, staffing, planning, scheduling, etc., for all items and services required by the contract and individual task orders. Project management support activities include, but are not limited to, all activities associated with overall prime/subcontract/task order management (e.g., key personnel costs and administrative support staff providing contract level, subcontract level, or task order level support (e.g., invoicing, reporting, oversight, etc.)) and will be recovered through fixed unit prices contained within Attachment (1.0) for labor associated with project management support and on a firm-fixed price or time-and-materials basis for applicable other direct costs associated with project management support.

(b) The Contractor is solely responsible for supervising all of its employees and the duties described below:

(1) Recruiting, hiring, training, and professional development of personnel.
(2) Providing effective supervision of all contractor employees.
(3) Monitoring service problems and keeping the COR and designated Government officials informed of project status and problem resolution.
(4) Providing monthly and ad hoc or other periodic reports (when requested by the Government) status and financial reports to the Government in an agreed upon format.
(5) Ensuring that deliverables are supplied to the Government, as defined in Section C.3.3.
(6) Ensuring that all personnel comply with the security requirements outlined in this contract.

5

**C.3.2    Staffing**

(a)  The Contractor shall provide trained, experienced staff to perform the work specified under individual orders issued against this contract.  The Contractor shall continuously monitor, manage, and control the work to ensure it is successfully accomplished. The Contractor shall make its best effort to retain staff members who have gained experience on this contract, and to minimize staff turnover. The Contractor shall ensure that all personnel who perform under this contract meet the security requirements of Section H.4.

(b)  The Government reserves the right to review the qualifications of all staff (to include subcontractor staff) selected to work on any given task order before assignment. During the period of performance associated with any task order under this contract, the Contractor shall submit resumes for any individuals being added to the contract staff (not including subcontractor staff) or replacing a member of the contract staff (not including subcontractor staff). These individuals must be fully qualified for the relevant position. Resumes shall be pre-screened through the Contractor prior to submission for Government review. Each resume shall include past employment positions and a brief description of the experiences, dates, and names of one or more references, including addresses and telephone numbers where available.

(c)  The Government reserves the right to request the Contractor to reassign contractor and/or subcontractor personnel whose services are no longer required by the Government for such reasons as quality of performance, changes in project requirements, etc. An official request for such a reassignment will be provided to the Contractor in writing by the Administrative Contracting Officer (ACO).

**C.3.3    Deliverables**

(a)  All reports required under this contract shall be delivered to the COR as shown below. This list of reports is not exhaustive; additional reports shall be delivered as required by the COR.

(b)    Generally, the Contractor's format for all documentation deliverables should be acceptable subject to review by the Government.

(c)  The Contractor shall attend any briefings, other meetings, and/or on-the-job training provided by the Government. Briefings are normally held during normal working hours.

**C.3.3.1 Management Plan**

The Contractor shall implement, and update during contract performance, the Management Plan delineated in the Contractor's proposal for the legal access, orientation, and representation services. The Contractor's Management Plan shall, at a minimum, address the following:

(1) Lay out the organization and infrastructure the Contractor has in place to manage the day-to-day operations necessary to meet the contract requirements, including the Contractor's chain of command, points of contact, problem notification procedures and problem response times, problem escalation procedures, and any other processes or procedures the Contractor has in

6

place to facilitate performance;

(2) Establish a schedule for completion of all required tasks;

(3) Emphasize a "team" approach between the Contractor and subcontractors carrying out the programs at the local level, with the Contractor serving as leader of such team.

### C.3.3.2 <u>Program Operation Plan</u>

(a) <u>Program Operation Plan (POP)</u>. The Contractor, in consultation with the COR, shall provide a POP for each program carried out by a subcontractor at a local program site prior to the start of operation at each program site, or within a time frame agreed upon by the parties if the particular program site is a new addition to the task order.  The POP shall include:

**Legal Orientation Programs:**

(1) Start date (if different from task order start date);

(2) Structure and schedule of group and individual orientations/sessions;

(3) Structure and schedule of self-help workshops;

(4) Structure and schedule of any "post release" services if applicable;

(5) Pro Bono Plan;

(6) Narrative overview of site operations; and

(7) Proposed local management plan, to include staffing and supervision along with labor categories and hours.

**Legal Representation Programs:**

(1) Start date (if different from task order start date);

(2) Proposed plan to implement a system whereby cases are accepted for legal representation as early in immigration proceedings as feasible, and in a manner not based on potential eligibility for relief from removal, consistent with the terms of this contract;

(3) Proposed capacity and/or plan for determining ongoing capacity of contract attorneys; and

(4) Proposed operation plan.

(b) <u>Implementation</u>. The Contractor shall coordinate with the COR and on-site representatives to implement the programs at each detention site, location, or designated contract site, as they apply to each program. "On-site representatives" may include officials and federal

7

government contractors from the DHS, EOIR, or other individuals deemed necessary by the COR. The Contractor shall coordinate with these representatives for the scheduling of legal orientation presentations, the use of facilities, the exchange of information on noncitizens served, and other reasons related to the performance of services.

    (c) <u>Site Monitoring and Evaluations</u>. Applicable to the legal orientation programs only, the Contractor shall perform an annual evaluation of each program site.  Site visits should be in-person but may be conducted remotely in consultation with the Government, as specified in each individual task order, and shall include at a minimum: i) collection and review of data evaluating the level and quality of services provided, and ii) the impact of such services on the goals of the program to determine the performance of each local program site.  The Government will participate in these program site visits at its discretion.

    (d) <u>Monthly Conference Calls</u>. For each program, the Contractor shall facilitate a monthly conference call with the Contractor's local program providers  and the Government, and at any time that the Contractor or Government deem it necessary.

## C.3.3.3 **Quarterly Progress Report**

    The Contractor shall submit a quarterly program management progress report to the COR. The first quarterly progress report shall be delivered electronically to the COR by the 15th calendar day of the fifth month of contract performance with all subsequent progress reports to be provided in three-month increments.  The quarterly reports shall discuss at a minimum:

(1)  Summary of activities that were performed and/or occurred during the previous quarter to include, but not be limited to, a description of the effort and cost.

(2)  Results of site evaluations for any site inspections conducted within the previous quarter;

(3)  The progress to date on any new programs compared with the plan and time schedule;

(4)  Any information which the Contractor believes would impact the time schedule for major actions.

(5)  For the legal orientation programs: The number of group and individual orientations made and self-help workshops conducted over the past quarter and cumulatively; the number of noncitizens served (by attending a group orientation, individual orientation and self-help workshop) over the past quarter and cumulatively; the number of pro bono referrals made over the past quarter and cumulatively; and other data as deemed necessary by the Government;

(6)  For the legal representation programs: the number of noncitizens represented over the past quarter and cumulatively; and other data as deemed necessary by the Government.

(7)  For the immigration court helpdesk programs: The number of group and individual

8

sessions provided and self-help workshops conducted over the past quarter and cumulatively; the number of noncitizens served (by attending a group session, individual session, and self-help workshop) over the past quarter and cumulatively; the number of pro bono referrals made over the past quarter and cumulatively; and other data as deemed necessary by the Government.

### C.3.3.4 **Other Deliverables**

Other deliverables will be specified in individual task orders and may include, but are not limited to:

(1) Legal Orientation Programs Training – The Contractor shall provide training for all essential participants in the legal orientation programs, including Contractor presenters and key management staff. The Contractor shall also provide training to Government-contracted personnel (e.g. DHS-contracted staff, HHS-contracted caseworkers and field coordinators) and other Government representatives as determined by the COR. This training may be provided through any or all of the following means:

    (A) Legal orientation programs Training Manuals – When training manuals are produced, they shall be updated as needed.

    (B) Annual Conference - to include all essential staff.

    (C) Local On-Site Training Programs (OSTP) – for new presenters and key management staff.

    (D) Conference calls, webinars, or other remote learning methods can be used to supplement other training methods.

(2) Written and/or Recorded Legal Orientation Materials –The Contractor shall develop appropriate written and/or recorded legal orientation materials in accordance with Government guidance. These materials must be approved by the Government prior to distribution and use.

(3) The Contractor shall make available to the public on the internet all relevant self-help legal materials currently in use by the sites and relevant written training conference materials.

(4) Program Evaluation Reports – The Contractor shall provide Program Evaluation Reports for each program on a quarterly and/or annual basis as determined by each task order's period of performance. The Program Evaluation Reports shall include a detailed description of services performed and provide recommendations on the use of outcome information for continuous improvement of each program. The evaluation of program outcomes shall include analysis on how the particular program task order as well as each program task order site has met the stated goals (see Attachment (3)) of the program.

(5) Facilitate monthly conference calls between the Government, the Contractor and the subcontractors, as specified in each respective task order, to discuss local program performance.

## C.4    Scope of Work

The Contractor shall furnish all personnel, materials, support, and management necessary to provide legal access, orientation, and representation services to noncitizens who are, or may be placed, in immigration proceedings before EOIR's Immigration Courts and the Board of Immigration Appeals.

## C.5    General Work Requirements

### C.5.1    Task Orders

Legal access, orientation, and representation services will be initiated through issuance of individual task orders for these services. The Legal Access Programs (LAP) work to improve access to legal information and to increase rates of representation for noncitizens appearing before the immigration courts and the BIA. LAP program services to be performed under this contract include, but are not limited to, the following:

### C.5.1.1 Legal Orientation Program for Detained Adults (LOP)

The Contractor shall implement and oversee legal orientation programs for detained adult noncitizens who are, or may be placed, in immigration proceedings before EOIR's Immigration Courts and the Board of Immigration Appeals at sites designated by the COR. As specified in each task order issued against this contract, the Contractor shall furnish the services at each site cited in Attachment (2). The services to be performed include, but are not limited to, the following: group orientations; individual orientations; self-help workshops; Friend of the Court services; development of Pro Bono Plans; and other services as deemed necessary by the COR. The services shall be performed by on-site presenters, who must either be a licensed attorney or DOJ Accredited Representative with full accreditation, or a legal assistant/paralegal, law student, law school graduate, or other trained volunteer working under the direct supervision of such licensed attorneys or DOJ Accredited Representatives with full accreditation. Limited temporary exceptions may be approved in the discretion of the COR. Specific requirements to satisfy program needs will be defined in individual task orders.

### C.5.1.2 Legal Orientation Program for Custodians of Unaccompanied Children (LOPC)

The Contractor shall implement and oversee legal orientation programs for custodians of unaccompanied - children (LOPC). Under the LOPC, the Contractor shall provide legal orientation presentations for custodians of an Unaccompanied Child ("UAC") (as defined by Section 462 of the Homeland Security Act of 2002). A "custodian" is an individual seeking custody of a UC in the care of the Department of Health and Human Services (HHS), or an individual who already has custody of a child who was formerly a UC in HHS care. The LOPC will address the custodians' responsibilities to ensure, as best as possible, the UC's appearance at all Immigration Court hearings, and to protect the UC from mistreatment, exploitation and trafficking. As specified in each task order issued against this contract, the Contractor shall furnish the services at each site cited in Attachment (2). The services to be

10

performed include, but are not limited to, the following: group and/or individual orientations; self-help workshops; Friend of the Court services; development of Pro Bono Referral Plans; and other services as deemed necessary by the COR. The services shall be performed by on-site presenters, who must either be a licensed attorney or DOJ Accredited Representative, or a legal assistant/paralegal, law student, law school graduate, or other trained volunteer working under the direct supervision of such licensed attorneys or Accredited Representatives. Specific requirements to satisfy program needs will be defined in individual task orders.

### C.5.1.3 Immigration Court Helpdesk Program (ICH)

The Contractor shall implement and oversee immigration court helpdesks (ICH) at immigration court locations determined by the COR to orient non-detained noncitizens who appear or may appear before certain immigration courts on the removal hearing process and to inform non-detained noncitizens about possible remedies and legal resources. As specified in each task order issued against this contract, the Contractor shall furnish the services at each site cited in Attachment (2). The services to be performed include, but are not limited to, the following: group sessions; individual sessions; self-help workshops; Friend of the Court services; development of Pro Bono Referral Plans; and other services as deemed necessary by the COR. The services shall be performed by on-site presenters, who must either be a licensed attorney or DOJ Accredited Representative, or a legal assistant/paralegal, law student, law school graduate, or other trained volunteer working under the direct supervision of such licensed attorneys or Accredited Representatives. Specific requirements to satisfy program needs will be defined in individual task orders.

### C.5.1.4 Family Group Legal Orientation Program (FGLOP)

The Contractor shall implement and oversee legal orientation sessions to family groups who have or may have cases scheduled on EOIR's "Dedicated Dockets" in designated sites. As specified in each task order issued against this contract, the Contractor shall furnish the services at each site cited in Attachment (2). The services to be performed include, but are not limited to, the following: single-family and multi-family group orientations; self-help workshops; Friend of the Court services; assistance in referring cases to pro bono representatives; and other services as deemed necessary by the COR. Specific requirements to satisfy program needs will be defined in individual task orders.

### C.5.1.5 National Qualified Representative Program (NQRP)

The Contractor shall implement and oversee legal representation and other related services to certain unrepresented adults, such as those in custody of the Department of Homeland Security ("DHS") who are in immigration proceedings and who are determined by the Government to be incompetent to represent themselves in their immigration proceedings. The services to be performed include, but are not limited to, the following:

(a) The Contractor shall provide legal representation via provision of a Qualified Representative, defined as a licensed attorney, a law student or law graduate directly supervised by a licensed attorney, or a DOJ Accredited Representative with full accreditation, as set forth in 8 C.F.R. §1292.1;

(b) The Contractor shall provide other related services reasonably necessary to complete the immigration proceedings listed in the Statement of Work and/or a "release plan" when the adult is released from DHS custody; and

(c) The Contractor shall provide other services as deemed necessary by the COR. Specific requirements to satisfy program needs will be defined in individual task orders.

**C.5.1.6  Counsel for Children Initiative (CCI)**

The Contractor shall implement and oversee legal representation and other related services to certain children in removal and other specified immigration proceedings before specific EOIR Immigration Courts throughout the United States (as identified by the COR). As specified in each task order issued against this contract, the Contractor shall furnish the services at each site cited in Attachment (2). The services to be performed include, but are not limited to, the following: legal representation to certain children in removal before specific EOIR Immigration Courts throughout the United States (as identified by the Government) and in other specified immigration proceedings; and other services as deemed necessary by the COR. Specific requirements to satisfy program needs will be defined in individual task order(s).

**C.6  Quality Control**

The Contractor shall perform quality control pursuant to the Quality Assurance Plan originally submitted in its pre-award proposal. The Contractor's Quality Assurance Plan shall provide a detailed description of the quality assurance measures employed to meet all of the requirements of this contract. The Contractor shall maintain and update its Quality Assurance Plan as necessary; however, any changes to the plan must be approved by the COR before being implemented.

**C.7  Phase-In**

The continuing provision of legal access, orientation, and representation services specified herein is essential to continuity of the programs. Therefore, it is critical that the transition from the current operation to a new contract be accomplished in a well-planned, orderly and efficient manner. The Contractor shall be responsible for the phase-in of Contractor personnel and the assumption of ongoing tasks utilizing the Transition Plan provided by the Contractor in its proposal. Phase-in activities shall include, but not be limited to, placement of any necessary subcontracts, mobilization of staff and other resources, obtaining necessary clearances, execution of the Confidentiality Agreement included as Attachment (4), and any other activities required to put the Contractor in a position to perform this scope of work.

**C.8  Phase-Out**

At the conclusion of the contract, the functions performed under the contract and any task order issued against it may convert to an in-house Government operation or may be awarded through another contractual instrument. In either case, the Contractor may be required to assist in the phase-out of this contract. The price and terms of the assistance required will be negotiated separately.

15JPSS22D00000013                    Legal Access, Orientation, and Representation Services for EOIR

## SECTION D – PACKAGING AND MARKING

**D.1    <u>Payment of Postage and Fees</u>**

     All postage and fees related to submitting information to the Contracting Officer or the Contracting Officer's Representative (COR) shall be paid by the Contractor.

**D.2    <u>Preservation, Packaging, and Marking</u>**

     (a)  All information submitted to the Contracting Officer or the COR shall include the contract number.

     (b)  Unless otherwise specified, all material shall be preserved, packaged, and packed in accordance with normal commercial practices to insure acceptance by common carrier and safe arrival at destination.

13

15JPSS22D00000013                     Legal Access, Orientation, and Representation Services for EOIR

## SECTION E – INSPECTION AND ACCEPTANCE

**E.1**     **Inspection and Acceptance**

(a)  Inspection and acceptance of supplies and services to be furnished under individual task orders will be performed at the place of performance or destination, by the COR or her/his designated representative, in accordance with FAR 52.246-2, 52.246-4, or 52.246-6, as applicable.  Inspection will consist of an examination of the deliverable(s) and/or services for (1) compliance with the statement of work and/or other task order specific requirements, (2) thoroughness with respect to scope or content, and (3) quality with respect to the standards set forth in Section C or the individual task order.

(b)  The Government shall have 30 calendar days from receipt of each invoice to inspect and accept items delivered/work performed under the task order.  Rejected work and/or comments on all deliverables will be provided to the Contractor by the COR.

(c)  The Contractor shall be responsible for replacement or corrections to the work or deliverables as necessary to meet the standards of acceptance identified in the contract and the task order.  The cost to replace or correct nonconforming work or deliverables shall be borne as specified in the appropriate Section E.2 clause or as specified in the task order.

**E.2**     **Clauses Incorporated by Reference**

| Clause Number | Title |
|---|---|
| 52.246-2 | Inspection of Supplies – Fixed Price (AUG 1996) |
| 52.246-4 | Inspection of Services – Fixed Price (AUG 1996) |
| 52.246-6 | Inspection – Time and Material and Labor Hours (MAY 2001) |
| 52.246-16 | Responsibility for Supplies (APR 1984) |

14

15JPSS22D00000013                 Legal Access, Orientation, and Representation Services for EOIR

## SECTION F – DELIVERIES OR PERFORMANCE

**F.1      Term of the Contract**

The period of performance of the contract shall commence on September 1, 2022 and end on August 31, 2023. Four (4) additional option periods of twelve (12) months may be exercised at the discretion of the Government.

**F.1.1      Option to Extend Term of Contract (FAR 52.217-9) (MAR 2000)**

(a)  This contract may be extended, at the unilateral option of the Government, upon the same terms and conditions stated herein for a period of one (1) year or fractions thereof. To exercise the option to extend the term of the contract, the Contracting Officer will issue a written modification prior to the expiration of the applicable term period. The Government will endeavor to provide a preliminary written notice of its intent to exercise the option; however, the lack of such written notice will not in any way lessen the Government's unilateral right to extend the contract pursuant to this clause. If such a preliminary notice is provided, it shall not be construed as an exercise of the option nor will it bind the Government to exercise the option.

(b)  If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c)  The total duration of this contract, including the exercise of any options under this clause, shall not exceed 60 months.

**F.1.2      Option to Extend Services (FAR 52.217-8) (NOV 1999)**

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed six (6) months. The Contracting Officer may exercise the option by written notice to the Contractor within the term of the contract.

**F.2      Place of Performance**

A large percentage of the work under this contract will be performed at immigration courts throughout the United States. Immigration courts are located in federal buildings, private buildings, correctional institutions, and DHS-operated and/or contracted detention centers and other facilities. However, the exact location(s) will be specified in the individual task orders.

**F.3      Notice to the Government of Delays**

In the event the Contractor encounters difficulty in meeting performance requirements or anticipates difficulty in complying with the work order schedule or completion date, or whenever the Contractor has knowledge that any actual or potential situation is delaying or threatens to delay the timely

performance of this contract, the Contractor shall immediately notify the Contracting Officer and the COR, in writing, giving pertinent details; provided, however, that this data shall be informational only in character and that this provision shall not be construed as a waiver by the Government of any delivery schedule or date, or any rights or remedies provided by law or under this contract.

**F.4    Observance of Legal Holidays/Federal Non-Work Days**

(a)  The Contractor must establish a standard holiday schedule that exactly coincides with the Government's schedule for employees working on Government site.  Holidays observed are listed below. Holidays and other non-work days are not billable unless work is requested by the Government and performed on these days.  The following is a list of Government holidays:

1.    New Year's Day;
2.    Martin Luther King Jr. Day;
3.    Presidents' Day;
4.    Memorial Day;
5.    Juneteenth National Independence Day;
6.    Independence Day;
7.    Labor Day;
8.    Columbus Day;
9.    Veterans Day;
10.   Thanksgiving Day;
11.   Christmas Day; and
12.   Inauguration Day (every fourth year) in Washington DC metro area

(b)  No work shall be performed by Contractor personnel on Government facilities on Federal holidays or other non-work days without prior written approval of the Contracting Officer.  Work performed on holidays, weekends or other non-work days shall be billable at the "normal" unit prices.

(c)  There are certain types of irregularly occurring circumstances that prompt the Government to close its offices where Contractor personnel are working, either on a national or local basis (i.e., bomb threats, inclement weather, environmental conditions, death of a national figure or funding lapses).  In general, the Contractor will follow the same guidelines as Federal employees in the Washington, D.C. area regarding closure of the Government.  See OPM's website, http://www.opm.gov, and Operating Status, which will show the daily status if Federal Government Washington, D.C. offices are open/closed, or if opening on a late arrival basis.  When a Government closure is announced prior to the start of any workday, the Government is not obligated to pay the Contractor for that particular day.  When a Government closure is announced after the start of the workday, the Contractor will be paid for a full eight hours for all labor category positions filled at the start of the day, after the COR's coordination with the ACO.  If a "late arrival" notice is announced, the Contractor will be paid minus the time designated in the late arrival notification.  For instance, if

16

the late arrival notification states a two hour delay, then two hours would be deducted from a full eight hours.

(d)  During a Government closure, some Contractor employees may be designated as essential and will be required to work.  The determination as to which employees (or positions) are considered essential will be made by the COR in consultation with the IDIQ Program Manager.

**F.5**    **Clauses Incorporated by Reference**

| Clause Number | Title |
|---|---|
| 52.242-15 | Stop-Work Order (AUG 1989) |
| 52.242-17 | Government Delay of Work (APR 1984) |
| 52.247-34 | F.O.B. Destination (NOV 1991) |

17

15JPSS22D00000013                  Legal Access, Orientation, and Representation Services for EOIR

## SECTION G – CONTRACT ADMINISTRATION DATA

**G.1     Responsibilities for Contract Administration**

**G.1.1   Contracting Officer (CO)**

(a)  The Contracting Officer has the overall responsibility for the administration of this contract. The Contracting Officer alone, without delegation, is authorized to take actions on behalf of the Government to amend, modify or deviate from the contract terms, conditions, requirements, specifications, details and/or delivery schedules.  However, the Contracting Officer may delegate certain other responsibilities to their authorized representative.

(b)  This contract will be administered by:



(c)  Written communications shall  refer to the contract number and shall be mailed to the above address.

**G.1.2   Contracting Officer's Representative (COR)**

(a)  Upon award, a Contracting Officer's Representative (COR) will be designated to coordinate the technical aspects of this contract and inspect items/services furnished hereunder; however, the COR shall not be authorized to change any terms and conditions of the contract, including price.

(b)  The performance of work required herein shall be subject to the technical direction of the cognizant COR or their designee with respect to technical matters pertaining hereto.  As used herein, "Technical Direction" is direction to the Contractor that fills in details, suggests possible lines of inquiry, or otherwise supplements the scope of work.  "Technical Direction" must be confined to the general scope of work set forth herein and shall not constitute a new assignment, nor supersede or modify any other Clause of this contract.  To be valid, technical direction:

(1)  must be issued in writing consistent with the general scope of work set forth in the contract;

(2)  shall not change the expressed terms, conditions, or specifications incorporated into this contract; and

18

15JPSS22D00000013                Legal Access, Orientation, and Representation Services for EOIR

> (3)  shall not constitute a basis for extension to the contract delivery schedule or contract price.

(c)  The COR is authorized to:

> (1)  Act as liaison and to coordinate contractor/government activities;
>
> (2)  Arrange for and coordinate the use of government resources (personnel, space, documents, etc.);
>
> (3)  Provide technical guidance in the performance of the contract; and
>
> (4)  Receive, review and approve (but not reject or deny) progress reports, selected invoices and final reports or other functions of a technical nature.

(e)  The COR has the responsibility to inspect all deliverables and authorization to certify (but not reject or deny) invoices for payment in accordance with Section G.5.  The authority to reject or deny performance and associated invoice payment is expressly reserved for the Contracting Officer.

(f)  The COR does not have the authority to alter the Contractor's obligations under the contract; direct changes that fall within the purview of the clause entitled "Changes" and/or modify any of the expressed terms, conditions, specifications, or price of the contract.  If as a result of technical discussions, it is desirable to alter/change contractual obligations or the Specification/Work Statement, the Contracting Officer shall issue such changes in writing and signed.

(g)  The COR assigned cognizance of this contract is:



(h)  A copy of certain written communications shall be concurrently mailed or otherwise furnished to the Contracting Officer at the address set forth in Clause G.1.1.

### G.1.3   Security Programs Manager

(a)  Upon contract award, a Security Programs Manager (SPM) will be designated to coordinate those aspects of this contract which pertain to obtaining and maintaining security clearances at the appropriate levels for contractor personnel performing hereunder.

Admin. Rec.62

15JPSS22D00000013                    Legal Access, Orientation, and Representation Services for EOIR

(b)  During the pre-award phase of this contract, the SPM is responsible for performing the following duties:

(1)  Provide the Contracting Officer with the appropriate contractor personnel security screening requirements (including waiver requirements, if appropriate) and background investigations (BI) requirements for obtaining services of non-Federal employees under the resultant contract and orders.

(2)  Determine the risk level for each contractor position.  The risk level must be based on an overall assessment of the damage that an untrustworthy contractor could cause to the efficiency or the integrity of Departmental operations.  The SPM shall provide this information to the Contracting Officer for inclusion in the resultant contract.

(3)  Certify that the personnel security requirements of the contract are adequate to ensure the security of Departmental operations, information and personnel.  The SPM shall provide this written certification to the Contracting Officer prior to release of the Request for Proposals.

(c)  The SPM for this contract is:



(d)  The personnel security requirements of this contract are set forth in Section H.4 of the contract.

(e)  Following award of this contract, the SPM shall ensure that the personnel security requirements set forth herein are followed.  In addition, the SPM shall comply with the supplemental guidelines provided by the Contracting Officer.

## G.2    Contractor Representative(s)

(a)  The Contractor's Representative(s) to be contacted for all contract administration matters.



20

15JPSS22D00000013              Legal Access, Orientation, and Representation Services for EOIR

(b)  The Contractor's Representative(s) shall be responsible for all contract administration issues and shall act as the central point of contact with the Government for all such issues.  The representative(s) shall have full authority to act for the contractor in all contractual matters.

## G.3    Payment

### G.3.1    General Invoice Requirements

(a)  The Contractor shall render invoices not more frequently than monthly, in an original only (i.e., one copy only) to the COR at the address listed in Section G.1.2.  To constitute a proper invoice, the following information and/or attached documentation shall be included with the invoice (as applicable):

(1)  Name and address of the Contractor
(2)  Invoice date
(3)  Contract number
(4)  Task order number
(5)  CLIN number and description, quantity, unit price and extended total for the period covered (see also paragraph (b) below)
(6)  Shipping and payment terms
(7)  Name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment)
(8)  Taxpayer Identification Number
(9)  DUNS Number

(b)  In addition to the invoice requirements listed in paragraph (a) above, each invoice shall include (as applicable):

(1)  For task orders with labor hour costs, actual direct labor hours expended by each individual (fractional parts of an hour shall be rounded to the nearest one-half (1/2) hour or lesser fraction in computing the amount payable) multiplied by the appropriate unit price (hourly rate) from the applicable CLIN.

(2)  Itemization of all actual ODCs being claimed in accordance with Part 31 of the FAR with supporting documentation as requested by the COR. The appropriate multiplier (administrative handling charge) from the pricing table shall be included.

(3)  Total cost for each CLIN category shall be shown as a whole dollar/cent value. Computations that equal a fractional value of a cent shall be rounded up or down accordingly to the nearest whole cent (.005 or less round down).

(c)  The COR will certify the hours worked, ODC items (if any), and satisfactory completion of all work and services billed.  Negative inspection results will be reported immediately to the Contractor and Contracting Officer.

21

(d)  Each program Statement of Work may include additional invoice requirements.

(e) Payment will be made on a monthly basis in accordance with the clause entitled "Payments under Time-and-Materials and Labor-Hour Contracts" (see Section I.2, Clause 52.232-7).  Please note that the Contractor must submit all invoices to the address in Section G.1.2.

## G.3.2   <u>Interest on Overdue Payments</u>

(a)  The FAR clause entitled "Prompt Payment" (see Section I.2, Clause 52.232-25) is applicable to payment under this contract and requires interest on overdue payment and improperly taken discounts. Determinations of interest due will be made in accordance with the provisions of the prompt payment clause as modified by paragraph (b) below.

(b)  Subdivision (a)(5)(i) of the Prompt Payment clause is  modified to specify the following period for constructive acceptance by the Government:  The Government agrees to inspect and determine the acceptability of services rendered in accordance with Section E.1 of this contract.  For the purpose of determining the due date for payment and for no other purpose, acceptance will be deemed to occur on the last day of the above stated inspection period.  However, the Contractor is not entitled to payment of contract amounts or interest unless and until actual acceptance occurs.  If the services are deficient, the provisions of this clause will apply to the date the Contractor corrects the deficiencies in services.

Admin. Rec.65

## SECTION H – SPECIAL CONTRACT REQUIREMENTS

**H.1**     **Contract Type**

    This is a fixed unit price, indefinite-delivery, indefinite-quantity contract. Individual orders may be issued on a firm-fixed price, time-and-materials, or labor-hour basis, or any combination thereof.

**H.2**     **Ordering**

**H.2.1**     **General**

    (a) Services to be furnished under this contract shall be ordered or confirmed by the placement of an order by the Contracting Officer as set forth in this Section. Such orders may be issued anytime during the term of this contract (see Section F.1). All orders will be issued in writing. All orders are subject to the terms and conditions of this contract. In the event of a conflict between an order and this contract, the contract shall control.

    (b) Only the Justice Management Division, Procurement Services Staff, is authorized to place orders directly with the Contractor.

    (c) There are no minimum or maximum dollar amount limitations for individual orders placed under this contract. The maximum aggregate amount of all orders placed under this contract is specified in Section B.2.

    (d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. In no event shall the completion date for any order extend beyond one year after the expiration date of the contract. In such instances, the contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided that the Contractor shall not be required to make any deliveries under this contract after the final period of performance specified in the order.

    (e) Orders may be issued for a one year period of multiple years. For any order issued for a one year period involving a requirement that remains active beyond one year, the Contracting Officer may either issue a new order at the end of the order period or extend the performance of the order via contract modification.

    (f) Request for Task Order Proposal. When a requirement within the scope of work for this contract is identified, the Contracting Officer will transmit to the Contractor a Request for Task Order Proposal (RFTOP). By the date specified in the RFTOP, the Contractor shall deliver to the Contracting Officer a written proposal that provides the technical and pricing information required by the RFTOP. The Government will review the proposal and comment as necessary.

**H.2.2**   **Order Content**

    Each order issued under this contract will include the following information as applicable:

Admin. Rec.66

(1)    Contract number and order number;
(2)    Date of the order;
(3)    Program name and title/description;
(4)    Description of the work to be performed;
(5)    Work schedule, period of performance or required completion date;
(6)    Place of delivery or performance;
(7)    Reporting requirements and deliverables;
(8)    CLIN number and description, quantity, unit price and extended total;
(9)    Firm fixed price to complete the requirements and/or the ceiling price for those tasks to be performed on a not-to-exceed or time-and-materials or labor-hour basis;
(10)   Security requirements; and
(11)   Accounting and appropriation data.

## H.3    Prohibition against Soliciting and Performing Personal Services

(a)  The performance of personal services under this contract is strictly prohibited.

(b)  Personal service contracting is described in Section 37.104 of the Federal Acquisition Regulations (FAR).  There are a number of factors, when taken individually or collectively, which may constitute personal services.  Each contract arrangement must be judged in light of its own facts and circumstances, but the question relative to personal services is:  Will the Government exercise relatively continuous supervision and control over the contractor personnel performing this contract?

(c)  The Government and the Contractor understand and agree that the support services to be delivered under this contract are non-personal services in nature; that is, no employer-employee relationships exist or will exist under the contract between the Government and the Contractor or between the Government and the Contractor's employees.

(d)  Contractor personnel under this contract shall not:

(1) Be placed in a position where they are appointed or employed by a Federal employee, or are under the supervision, direction, or evaluation of a Federal employee.

(2) Be placed in a Federal staff or policy making position.

(3) Be placed in a position of supervision, direction, or evaluation over DOJ personnel, or personnel of other contractors, or become a part of a government organization.

(e)  Employee Relationship

(1) The services to be performed under this contract do not require the contractor or its employees to exercise personal judgment and discretion on behalf of the Government.

(2) Rules, regulations, direction, and requirements which are issued by DOJ management under their responsibility for good order, administration, and security are applicable to all personnel who enter a Government installation.  This is not to be construed or interpreted

24

to establish any degree of Government control which is inconsistent with a non-personal services contract.

(3) The Contractor shall immediately advise the Contracting Officer if the Contractor or its employees are directed by any Government employee to perform work that the Contractor believes constitutes personal services.

(f)  The Contractor shall appoint a Quality Assurance (QA) Manager who will be the contractor's authorized representative for technical and administrative performance of all services required hereunder. The QA Manager shall provide the single point of contact through which all contractor/government communications, work, and technical direction shall flow.  The QA Manager shall receive and execute, on behalf of the Contractor, such technical direction as the COR may issue within the terms and conditions of the contract.  All administrative support of contractor technical personnel required to fulfill the tasks assigned under this contract shall be the responsibility of the contractor.

## H.4    Personnel Security Requirements for Contractor Employees (NOV 2021); (Alt. I) – Classified Information – Cleared Contractors

Work performed under this contract will involve any one or more of the following: access to DOJ Information, which may include Controlled Unclassified Information (CUI), i.e., unclassified, sensitive DOJ information, and/or access to DOJ Information Technology (IT) systems, and/or unescorted access to DOJ space or facilities.  Contractor employees will occupy Public Trust Positions, unless clause alternates are applied.

_____(Check if applicable) Access to/safeguarding of classified information will be required. Alternate I sections also apply_

### H.4.1    General Requirements

(a)(1) All references to "contract(or) personnel" and "contract(or) employee" in this clause means all individuals, without limitation, to include individuals employed by the contractor, team member, subcontractor, consultant, and/or independent contractor, who will have access to information of the Department of Justice (DOJ) or information that is within the custody and control of the DOJ, access to DOJ IT systems, and/or unescorted access to DOJ facilities/space in connection with the performance of this contract.  "Employment" as used herein does not create nor imply an employer/employee relationship between the DOJ and contractor employees.

_(Alt. I) [The following is added to the clause]: (2) Additionally, work performed under this contract will involve access to classified information [National Security Information (NSI)]._

(b)(1) The type of security investigation required for each contractor employee will be governed by the type and risk level of information made available to the contractor employee.  The contractor will not be permitted to commence performance under this contract until a sufficient number of its personnel, as determined by the Security Programs Manager (SPM), in consultation with the Contracting Officer's Representative if one is appointed, have received the requisite security approval.

Admin. Rec.68

*(Alt. I) [The following is added to the Clause]: (2) All contractor employees requiring access to classified information will be processed by Defense Counterintelligence and Security Agency (DCSA) in accordance with the National Industrial Security Program (NISP). The contractor will not be permitted to commence performance under this contract until a sufficient number of its personnel, as determined by the SPM in consultation with the Contracting Officer's Representative (COR) if one is appointed, have received the requisite NSI Clearance.*

(c) Except where specifically noted otherwise, the federal government will be responsible for the cost and conduct of the investigation.

(d) The contractor shall ensure that no contractor employee commences performance prior to receipt of a written authorization from the contracting officer, COR, or the SPM that performance by the respective contractor employee is authorized.

(e) The data and other information to which the contractor may have access as a result of this contract is the property of, and/or within the custody and control of, the Department, and its disclosure to third parties is governed by various statutes and regulations, the violation of which may subject the discloser to criminal penalties.

(f) The Contractor is responsible for verifying that all non-U.S. citizens performing work under this contract are legally authorized to work in the United States.

**H.4.2** *Removed*

**H.4.3** **Background Investigation Requirements.** A National Crime Information Center (NCIC) check will be performed on every individual providing services under this contract. The NCIC check provides information regarding criminal history. Information provided in this check, or lack thereof, will be used to determine the individual's fitness to perform work under this contract.

**H.4.4** **Background Investigation Process**

(a) The contractor will be required to submit to the COR the full name, date of birth and social security number of each individual being considered for work under this contract. Upon award, the contractor will be provided with the format required for this submission.

(b) The SPM will notify the COR of their final fitness determination.

(c) The COR will notify the contractor of the results of the NCIC check, including any individual who is found ineligible to perform work under the contract. For any individual found ineligible to perform work under the contract on a Department contract, the contractor shall propose a replacement.

**H.4.5** *Removed*

26

## H.4.6  Employee Reporting Requirements

(a) All contractor employees must sign the DOJ *Self-Reporting Requirements for All Contractor Personnel* statement acknowledging and accepting the DOJ requirement that they immediately self-report certain information.  The COR will provide the Self-Reporting statement, a list of reportable information and the form for reporting, to the contractor employee before commencing work under the contract.

(b) The COR and SPM will review the written report and documentation and make a determination regarding continued fitness to work under a DOJ contract.

## H.4.7  Replacement Personnel

(a) The contractor shall make every effort to avoid costs to the government for security investigations for replacement of contractor employees, and in so doing shall ensure that otherwise satisfactorily performing and physically able contractor employees remain in contract performance for the duration of the contract.  The contractor shall take all necessary steps to ensure that contractor personnel who are selected for assignment to this contract are professionally qualified and personally reliable, of reputable background and sound character, and able to meet all other requirements stipulated in the contract.

(b) The fact that the government performs security investigations shall not in any manner relieve the contractor of its responsibility to ensure that all contract personnel are reliable and of reputable background and sound character.  Should a security investigation conducted by the government and/or a contractor's self-report or failure to self-report render ineligible a contractor employee, the contracting officer will determine whether the contractor has violated this clause.  The contracting officer may direct the contractor, at its own expense, to remove and replace any contractor personnel who fails to comply with or violates applicable requirements of this contract.  Such action may be taken at the government's direction without prejudice to its rights under any other provision of this contract, including termination for default, and the contractor may be held liable, at a minimum, for all reasonable and necessary costs incurred by the government to (i) provide coverage (performance) through assignment of individuals employed by the government or third parties in those cases where absence of contractor personnel would cause either a security threat or DOJ program disruption and (ii) conduct security investigations in excess of those which would otherwise be required.

(c) Nothing in this clause shall require the contractor to bear costs involved in the conduct of security investigations for replacement of a contractor employee who separates from the contractor of his/her own accord, is incapacitated, or is deceased.

(d) The contractor shall comply with the terms and conditions set forth under this clause and assumes all liability for failure to comply.  The rights and remedies conferred upon the government by this clause are in addition to all and other rights and remedies pursuant to the contract and as established by law.

27

15JPSS22D00000013                    Legal Access, Orientation, and Representation Services for EOIR

*In reference to the following clause, Section H.5 titled 'Security of Department Information and Systems', be advised that the phone number to report a security incident has changed (refer to f. titled 'Information System Security Breach or Incident', paragraphs 2. and 3.b.). The number to call to report an incident is 202-357-7000 and the email address is JSOC@usdoj.gov. The timeframes for reporting an incident remain unchanged and you are still required to notify the Contracting Officer and COR of the incident.*

**H.5    Security of Department Information and Systems**

    a. Applicability to Contractors and Subcontractors

This clause applies to all contractors and subcontractors, including cloud service providers ("CSPs"), and personnel of contractors, subcontractors, and CSPs (hereinafter collectively, "Contractor") that may access, collect, store, process, maintain, use, share, retrieve, disseminate, transmit, or dispose of DOJ Information within 180 days after contract award. It establishes and implements specific DOJ requirements applicable to this Contract. The requirements established herein are in addition to those required by the Federal Acquisition Regulation ("FAR"), including FAR 11.002(g) and 52.239-1, the Privacy Act of 1974, and any other applicable laws, mandates, Procurement Guidance Documents, and Executive Orders pertaining to the development and operation of Information Systems and the protection of Government Information. This clause does not alter or diminish any existing rights, obligation or liability under any other civil and/or criminal law, rule, regulation or mandate.

    b. General Definitions

1. Information means any communication or representation of knowledge such as facts, data, or opinions, in any form or medium, including textual, numerical, graphic, cartographic, narrative, or audiovisual. Information includes information in an electronic format that allows it be stored, retrieved or transmitted, also referred to as "data," and "personally identifiable information" ("PII"), regardless of form.

2. Personally Identifiable Information (or PII) means any information about an individual maintained by an agency, including, but not limited to, information related to education, financial transactions, medical history, and criminal or employment history and information, which can be used to distinguish or trace an individual's identity, such as his or her name, social security number, date and place of birth, mother's maiden name, biometric records, etc., including any other personal information which is linked or linkable to an individual.

3. DOJ Information means any Information that is owned, produced, controlled, protected by, or otherwise within the custody or responsibility of the DOJ, including, without limitation, Information related to DOJ programs or personnel. It includes, without limitation, Information (1) provided by or generated for the DOJ, (2) managed or acquired by the Contractor for the DOJ in connection with the performance of the contract, and/or (3) acquired in order to perform the contract.

4. Information System means any resources, or set of resources organized for accessing, collecting, storing, processing, maintaining, using, sharing, retrieving, disseminating, transmitting, or disposing of (hereinafter collectively, "processing, storing, or transmitting") Information.

28

5. Covered Information System means any information system used for, involved with, or allowing, the processing, storing, or transmitting of DOJ Information.

   c. Confidentiality and Non-disclosure of DOJ Information

1. Preliminary and final deliverables and all associated working papers and material generated by the Contractor containing DOJ Information are the property of the U.S. Government and must be submitted to the Contracting Officer ("CO") or the CO's Representative ("COR") at the conclusion of the contract. The U.S. Government has unlimited data rights to all such deliverables and associated working papers and materials in accordance with FAR 52.227-14.

2. All documents produced in the performance of this contract containing DOJ Information are the property of the U.S. Government and Contractor shall neither reproduce nor release to any third-party at any time, including during or at expiration or termination of the contract without the prior written permission of the CO.

3. Any DOJ information made available to the Contractor under this contract shall be used only for the purpose of performance of this contract and shall not be divulged or made known in any manner to any persons except as may be necessary in the performance of this contract. In performance of this contract, the Contractor assumes responsibility for the protection of the confidentiality of any and all DOJ Information processed, stored, or transmitted by the Contractor. When requested by the CO (typically no more than annually), the Contractor shall provide a report to the CO identifying, to the best of the Contractor's knowledge and belief, the type, amount, and level of sensitivity of the DOJ Information processed, stored, or transmitted under the Contract, including an estimate of the number of individuals for whom PII has been processed, stored or transmitted under the Contract and whether such information includes social security numbers (in whole or in part).

   d. Compliance with Information Technology Security Policies, Procedures and Requirements

1. For all Covered Information Systems, the Contractor shall comply with all security requirements, including but not limited to the regulations and guidance found in the Federal Information Security Management Act of 2014 ("FISMA"), Privacy Act of 1974, E-Government Act of 2002, National Institute of Standards and Technology ("NIST") Special Publications ("SP"), including NIST SP 800-37, 800-53, and 800-60 Volumes I and II, Federal Information Processing Standards ("FIPS") Publications 140-2, 199, and 200, OMB Memoranda, Federal Risk and Authorization Management Program ("FedRAMP"), DOJ IT Security Standards, including DOJ Order 0904, as amended. These requirements include but are not limited to:

   a. Limiting access to DOJ Information and Covered Information Systems to authorized users and to transactions and functions that authorized users are permitted to exercise;

   b. Providing security awareness training including, but not limited to, recognizing and reporting potential indicators of insider threats to users and managers of DOJ Information and Covered Information Systems;

29

c.  Creating, protecting, and retaining Covered Information System audit records, reports, and supporting documentation to enable reviewing, monitoring, analysis, investigation, reconstruction, and reporting of unlawful, unauthorized, or inappropriate activity related to such Covered Information Systems and/or DOJ Information;

d.  Maintaining authorizations to operate any Covered Information System;

e.  Performing continuous monitoring on all Covered Information Systems;

f.  Establishing and maintaining baseline configurations and inventories of Covered Information Systems, including hardware, software, firmware, and documentation, throughout the Information System Development Lifecycle, and establishing and enforcing security configuration settings for IT products employed in Information Systems;

g.  Ensuring appropriate contingency planning has been performed, including DOJ Information and Covered Information System backups;

h.  Identifying Covered Information System users, processes acting on behalf of users, or devices, and authenticating and verifying the identities of such users, processes, or devices, using multifactor authentication or HSPD-12 compliant authentication methods where required;

i.  Establishing an operational incident handling capability for Covered Information Systems that includes adequate preparation, detection, analysis, containment, recovery, and user response activities, and tracking, documenting, and reporting incidents to appropriate officials and authorities within the Contractor's organization and the DOJ;

j.  Performing periodic and timely maintenance on Covered Information Systems, and providing effective controls on tools, techniques, mechanisms, and personnel used to conduct such maintenance;

k.  Protecting Covered Information System media containing DOJ Information, including paper, digital and electronic media; limiting access to DOJ Information to authorized users; and sanitizing or destroying Covered Information System media containing DOJ Information before disposal, release or reuse of such media;

l.  Limiting physical access to Covered Information Systems, equipment, and physical facilities housing such Covered Information Systems to authorized U.S. citizens unless a waiver has been granted by the Contracting Officer ("CO"), and protecting the physical facilities and support infrastructure for such Information Systems;

m.  Screening individuals prior to authorizing access to Covered Information Systems to ensure compliance with DOJ Security standards;

n.  Assessing the risk to DOJ Information in Covered Information Systems periodically,

30

including scanning for vulnerabilities and remediating such vulnerabilities in accordance with DOJ policy and ensuring the timely removal of assets no longer supported by the Contractor;

o.  Assessing the security controls of Covered Information Systems periodically to determine if the controls are effective in their application, developing and implementing plans of action designed to correct deficiencies and eliminate or reduce vulnerabilities in such Information Systems, and monitoring security controls on an ongoing basis to ensure the continued effectiveness of the controls;

p.  Monitoring, controlling, and protecting information transmitted or received by Covered Information Systems at the external boundaries and key internal boundaries of such Information Systems, and employing architectural designs, software development techniques, and systems engineering principles that promote effective security; and

q.  Identifying, reporting, and correcting Covered Information System security flaws in a timely manner, providing protection from malicious code at appropriate locations, monitoring security alerts and advisories and taking appropriate action in response.

2.  The Contractor shall not process, store, or transmit DOJ Information using a Covered Information System without first obtaining an Authority to Operate ("ATO") for each Covered Information System. The ATO shall be signed by the Authorizing Official for the DOJ component responsible for maintaining the security, confidentiality, integrity, and availability of the DOJ Information under this contract. The DOJ standards and requirements for obtaining an ATO may be found at DOJ Order 0904, as amended. (For Cloud Computing Systems, see Section V, below.)

3.  The Contractor shall ensure that no non-U.S. citizen accesses or assists in the development, operation, management, or maintenance of any DOJ Information System, unless a waiver has been granted by the DOJ Component Head (or his or her designee) responsible for the DOJ Information System, the DOJ Chief Information Officer, and the DOJ Security Officer.

4.  When requested by the DOJ CO or COR, or other DOJ official as described below, in connection with the DOJ's efforts to ensure compliance with security requirements and to maintain and safeguard against threats and hazards to the security, confidentiality, integrity, and availability of DOJ Information, the Contractor shall provide the DOJ, including the Office of Inspector General ("OIG") and Federal law enforcement components, (1) access to any and all information and records, including electronic information, regarding a Covered Information System, and (2) physical access to Contractor's facilities, installations, systems, operations, documents, records, and databases. Such access may include independent validation testing of controls, system penetration testing, and FISMA data reviews by the DOJ or agents acting on behalf of the DOJ, and such access shall be provided within 72 hours of the request. Additionally, the Contractor shall cooperate with the DOJ's efforts to ensure, maintain, and safeguard the security, confidentiality, integrity, and availability of DOJ Information.

5.  The use of Contractor-owned laptops or other portable digital or electronic media to process or store DOJ Information covered by this clause is prohibited until the Contractor provides a letter to the DOJ CO, and obtains the CO's approval, certifying compliance with the following

requirements:

    a.  Media must be encrypted using a NIST FIPS 140-2 approved product;

    b.  The Contractor must develop and implement a process to ensure that security and other applications software is kept up-to-date;

    c.  Where applicable, media must utilize antivirus software and a host-based firewall mechanism;

    d.  The Contractor must log all computer-readable data extracts from databases holding DOJ Information and verify that each extract including such data has been erased within 90 days of extraction or that its use is still required. All DOJ Information is sensitive information unless specifically designated as non-sensitive by the DOJ; and,

    e.  A Rules of Behavior ("ROB") form must be signed by users. These rules must address, at a minimum, authorized and official use, prohibition against unauthorized users and use, and the protection of DOJ Information. The form also must notify the user that he or she has no reasonable expectation of privacy regarding any communications transmitted through or data stored on Contractor-owned laptops or other portable digital or electronic media.

6. Contractor-owned removable media containing DOJ Information shall not be removed from DOJ facilities without prior approval of the DOJ CO or COR.

7. When no longer needed, all media must be processed (sanitized, degaussed, or destroyed) in accordance with DOJ security requirements.

8. The Contractor must keep an accurate inventory of digital or electronic media used in the performance of DOJ contracts.

9. The Contractor must remove all DOJ Information from Contractor media and return all such information to the DOJ within 15 days of the expiration or termination of the contract, unless otherwise extended by the CO, or waived (in part or whole) by the CO, and all such information shall be returned to the DOJ in a format and form acceptable to the DOJ. The removal and return of all DOJ Information must be accomplished in accordance with DOJ IT Security Standard requirements, and an official of the Contractor shall provide a written certification certifying the removal and return of all such information to the CO within 15 days of the removal and return of all DOJ Information.

10. DOJ, at its discretion, may suspend the Contractor's access to any DOJ Information, or terminate the contract, when DOJ suspects that the Contractor has failed to comply with any security requirement, or in the event of an Information System Security Incident (see Section V.E. below), where the Department determines that either event gives cause for such action. The suspension of access to DOJ Information may last until such time as the DOJ, in its sole discretion, determines

that the situation giving rise to such action has been corrected or no longer exists. The Contractor understands that any suspension or termination in accordance with this provision shall be at no cost to the DOJ, and that upon request by the CO, the Contractor must immediately return all DOJ Information to the DOJ, as well as any media upon which DOJ Information resides, at the Contractor's expense.

e. Cloud Computing

1. Cloud computing means an Information System having the essential characteristics described in NIST SP 800-145, *The NIST Definition of Cloud Computing.* For the sake of this provision and clause, Cloud Computing includes Software as a Service, Platform as a Service, and Infrastructure as a Service, and deployment in a Private Cloud, Community Cloud, Public Cloud, or Hybrid Cloud.

2. Contractor may not utilize the Cloud system of any CSP unless:

   a. The Cloud system and CSP have been evaluated and approved by a 3PAO certified under FedRAMP and Contractor has provided the most current Security Assessment Report ("SAR") to the DOJ CO for consideration as part of Contractor's overall System Security Plan, and any subsequent SARs within 30 days of issuance, and has received an ATO from the Authorizing Official for the DOJ component responsible for maintaining the security confidentiality, integrity, and availability of the DOJ Information under contract; or,

   b. If not certified under FedRAMP, the Cloud System and CSP have received an ATO signed by the Authorizing Official for the DOJ component responsible for maintaining the security, confidentiality, integrity, and availability of the DOJ Information under the contract.

3. The Contractor must ensure that the CSP allows the DOJ to access and retrieve any DOJ Information processed, stored or transmitted in a Cloud system under this Contract within a reasonable time of any such request, but in no event less than 48 hours from the request. To ensure that the DOJ can fully and appropriately search and retrieve DOJ Information from the Cloud system, access shall include any schemas, meta-data, and other associated data artifacts.

f. Information System Security Breach or Incident

1. Definitions

   a. Confirmed Security Breach (hereinafter, "Confirmed Breach") means any confirmed unauthorized exposure, loss of control, compromise, exfiltration, manipulation, disclosure, acquisition, or accessing of any Covered Information System or any DOJ Information accessed by, retrievable from, processed by, stored on, or transmitted within, to or from any such system.

   b. Potential Security Breach (hereinafter, "Potential Breach") means any suspected, but unconfirmed, Covered Information System Security Breach.

33

    c.  Security Incident means any Confirmed or Potential Covered Information System Security Breach.

2.  Confirmed Breach. Contractor shall immediately (and in no event later than within 1 hour of discovery) report any Confirmed Breach to the DOJ CO and the CO's Representative ("COR"). If the Confirmed Breach occurs outside of regular business hours and/or neither the DOJ CO nor the COR can be reached, Contractor must call DOJ-CERT at 1-866-US4-CERT (1-866-874-2378) immediately (and in no event later than within 1 hour of discovery of the Confirmed Breach), and shall notify the CO and COR as soon as practicable.

3.  Potential Breach.

    a.  The Contractor shall report any Potential Breach within 72 hours of detection to the DOJ CO and the COR, *unless* the Contractor has (a) completed its investigation of the Potential Breach in accordance with its own internal policies and procedures for identification, investigation and mitigation of Security Incidents and (b) determined that there has been no Confirmed Breach.

    b.  If the Contractor has not made a determination within 72 hours of detection of the Potential Breach whether a Confirmed Breach has occurred, the Contractor shall report the Potential Breach to the DOJ CO and COR within one (1) hour (i.e., 73 hours from detection of the Potential Breach). If the time by which to report the Potential Breach occurs outside of regular business hours and/or neither the DOJ CO nor the CO can be reached, Contractor must call the DOJ Computer Emergency Readiness Team (DOJ-CERT) at 1-866-US4-CERT (1-866-874-2378) within one hour (i.e., 73 hours from detection of the Potential Breach) and contact the DOJ CO and COR as soon as practicable.

4.  Any report submitted in accordance with paragraphs (B) and (C), above, shall identify (1) both the Information Systems and DOJ Information involved or at risk, including the type, amount, and level of sensitivity of the DOJ Information and, if the DOJ Information contains PII, the estimated number of unique instances of PII, (2) all steps and processes being undertaken by Contractor to minimize, remedy, and/or investigate the Security Incident, (3) any and all other information as required by the US-CERT Federal Incident Notification Guidelines, including the functional impact, information impact, impact to recoverability, threat vector, mitigation details, and all available incident details; and (4) any other information specifically requested by the DOJ. Contractor shall continue to provide written updates to the DOJ CO regarding the status of the Security Incident at least every three (3) calendar days until informed otherwise by the DOJ CO.

5.  All determinations regarding whether and when to notify individuals and/or federal agencies potentially affected by a Security Incident will be made by DOJ senior officials or the DOJ Core Management Team at DOJ's discretion.

6.  Upon notification of a Security Incident in accordance with this section, Contractor must provide to DOJ full access to any affected or potentially affected facility and/or Information System, including access by the DOJ OIG and Federal law enforcement organizations, and undertake any

34

and all response actions DOJ determines are required to ensure the protection of DOJ Information, including providing all requested images, log files, and event information to facilitate rapid resolution of any Security Incident.

7. DOJ, at its sole discretion, may obtain, and Contractor will permit, the assistance of other federal agencies and/or third party contractors or firms to aid in response activities related to any Security Incident. Additionally, DOJ, at its sole discretion, may require Contractor to retain, at Contractor's expense, a Third Party Assessing Organization (3PAO), acceptable to DOJ, with expertise in incident response, compromise assessment, and federal security control requirements, to conduct a thorough vulnerability and security assessment of all affected Information Systems.

8. Response activities related to any Security Incident undertaken by DOJ, including activities undertaken by Contractor, other federal agencies, and any third-party contractors or firms at the request or direction of DOJ, may include inspections, investigations, forensic reviews, data analyses and processing, and final determinations of responsibility for the Security Incident and/or liability for any additional response activities. Contractor shall be responsible for all costs and related resource allocations required for all such response activities related to any Security Incident, including the cost of any penetration testing.

g. Personally Identifiable Information Notification Requirement

Contractor certifies that it has a security policy in place that contains procedures to promptly notify any individual whose Personally Identifiable Information ("PII") was, or is reasonably determined by DOJ to have been, compromised. Any notification shall be coordinated with the DOJ CO and shall not proceed until the DOJ has made a determination that notification would not impede a law enforcement investigation or jeopardize national security. The method and content of any notification by Contractor shall be coordinated with, and subject to the approval of, DOJ. Contractor shall be responsible for taking corrective action consistent with DOJ Data Breach Notification Procedures and as directed by the DOJ CO, including all costs and expenses associated with such corrective action, which may include providing credit monitoring to any individuals whose PII was actually or potentially compromised.

h. Pass-through of Security Requirements to Subcontractors and CSPs

The requirements set forth in the preceding paragraphs of this clause apply to all subcontractors and CSPs who perform work in connection with this Contract, including any CSP providing services for any other CSP under this Contract, and Contractor shall flow down this clause to all subcontractors and CSPs performing under this contract. Any breach by any subcontractor or CSP of any of the provisions set forth in this clause will be attributed to Contractor.

## H.6    **Confidentiality of Data**

(a)  Duplication or disclosure of the data and other information to which the Contractor will have access as a result of this contract is prohibited, unless authorized by the Contracting Officer or as required for performance of this contract.  This provision does not apply to data or other information obtained from individuals served under the contract for purposes of referral to potential pro bono counsel.  The terms "Contractor" and "contract employee" in this clause include all entities and individuals that will perform under this contract requiring access to sensitive unclassified information, including the Contractor, team

35

member, subcontractor, consultant, and/or independent contractor. It is understood that throughout performance of this contract, the Contractor will have access to confidential data which is either the sole property of the Department of Justice or is the sole property of other than the contracting parties. The Contractor agrees to maintain the confidentiality of all data to which access may be gained throughout performance of this contract, whether title thereto vests in the Department of Justice or otherwise. The Contractor agrees not to disclose or divulge any such information except to persons who:

> Have a DOJ security clearance,
> Have signed the Confidentiality Agreement, and
> Have a need to know.

This limitation specifically applies to the contractor's management chain, or personnel who have access to sensitive unclassified information.

(b)  The Contractor agrees to not disclose said data, any interpretations and/or translations thereof, or data derivative there from, to unauthorized parties in contravention of these provisions, without the prior written approval of the Contracting Officer or the party in which title thereto is wholly vested.  The Contractor may be held responsible for any violations of confidentiality.

(c)  The Contractor agrees that upon termination of the contract, he has no property or possessory right to any of the correspondence, files or materials, of whatever kind and description, or any copies or duplicates of such, whether developed/prepared by him or furnished by the technical office in connection with the performance of this contract; and that, upon demand, the Contractor will surrender immediately to the COR such items, matters, materials, and copies, except where protected by Institutional Review Board (IRB) restrictions, attorney/client privilege and other applicable laws, or where the information is collected from an individual with their consent or where made public pursuant to Section C.3.3.4(3).

(d)  All contract employees who will have access to sensitive unclassified information will be asked to sign a Confidentiality Agreement (Attachment (4)).  It is the responsibility of the Contractor to assure that such Agreements have been signed before access to sensitive unclassified information is permitted.

## H.7    **Document Management**

(a)  Upon request, all working documents in either electronic or printed form shall be provided to the COR at the time of contract completion or termination except where protected by Institutional Review Board (IRB) restrictions, attorney/client privilege and other applicable laws, or where the information is collected from an individual with his/her consent. After the completion or termination of the contract, the Contractor shall archive material relating to project management records such as accounting and billing reports, and time sheets in accordance with Federal record and privacy requirements. The Contractor may archive other project documents and materials, including the deliverables.  However, these documents shall not be disclosed to other parties or be used for any other purpose without the written permission of the COR.

(b) The Contractor shall be responsible for protecting all project documents (including archived documents and materials), either in electronic or printed form, consistent with the overall sensitivity of

15JPSS22D00000013                Legal Access, Orientation, and Representation Services for EOIR

their respective content.

## H.8    Proprietary Rights – Government Furnished Data and Materials

The DOJ shall retain all rights and privileges, including those of patent and copyright, to all
Government furnished data. The Contractor shall neither retain nor reproduce for private or
commercial use any data or other materials furnished under this contract other than as is necessary to
perform its obligations under the contract. The Contractor agrees not to assert any rights at common
law or in equity or establish any claim to statutory copyright in such data. These rights are not
exclusive and are in addition to any other rights and remedies to which the Government is otherwise
entitled in the contract.

## H.9    Restrictions on Data Produced Under this Contract

(a) The Government shall have unlimited rights, as delineated in FAR Clause 52.227-14,
"Rights in Data – General", which is hereby incorporated by reference, in all computer software,
documentation, and other data developed by the Contractor under this contract.

(b) The Government shall have restricted rights, as delineated in Alternate III of FAR Clause
52.227-14, Rights in Data - General, in all restricted computer software furnished by the Contractor
under this contract.

(c) The Contractor agrees that upon termination of this contract, whether with or without
cause, it may have no property or possessory right to any of the correspondence, files, or materials of
whatever kind or description, or any copies or duplicates of such, whether developed or prepared by
the Contractor or furnished to the Contractor by the Government in connection with the performance
of this contract; and that upon demand, the contractor shall surrender immediately to the Government
such items, matters, materials, and copies.

## H.10    Section 508 Accessibility

Section 508 of the Rehabilitation Act of 1973 requires that Federal agencies' electronic and
information technology (EIT) is accessible to people with disabilities. The Federal Acquisition
Regulations (FAR) Final Rule for Section 508 can be found at www.section508.gov. The Federal
Electronic and Information Technology Accessibility Standards (36 CFR 1194) are incorporated into
and made a part of this contract. These standards may be found at the Section 508 standards page
within the website, above.  The Contractor must comply with these standards in performing under this
contract.

## H.11    Continuing Contract Performance During a Pandemic Influenza or Other National Emergency

(a) During a pandemic or other emergency we understand that our contractor workforce will
experience the same high levels of absenteeism as our federal employees.  Although the Excusable Delays
and Termination for Default clauses used in government contracts list epidemics and quarantine
restrictions among the reasons to excuse delays in contract performance, we expect our contractors to

Admin. Rec.80

make a reasonable effort to keep performance at an acceptable level during emergency periods.

(b) The Office of Personnel Management (OPM) has provided guidance to federal managers and employees on the kinds of actions to be taken to ensure the continuity of operations during emergency periods. This guidance is also applicable to our contract workforce. Contractors are expected to have reasonable policies in place for continuing work performance, particularly those performing mission critical services, during a pandemic influenza or other emergency situation.

(c) The types of actions a federal contractor should reasonably take to help ensure performance are:

- Encourage employees to get inoculations or follow other preventive measures as advised by the public health service.

- Contractors should cross-train workers as backup for all positions performing critical services. This is particularly important for work such as guard services where telework is not an option.

- Implement telework to the greatest extent possible in the workgroup so systems are in place to support successful remote work in an emergency.

- Communicate expectations to all employees regarding their roles and responsibilities in relation to remote work in the event of a pandemic health crisis or other emergency.

- Establish communication processes to notify employees of activation of this plan.

- Integrate pandemic health crisis response expectations into telework agreements.

- With the employee, assess requirements for working at home (supplies and equipment needed for an extended telework period). Security concerns should be considered in making equipment choices; agencies or contractors may wish to avoid use of employees' personal computers and provide them with PCs or laptops as appropriate.

- Determine how all employees who may telework will communicate with one another and with management to accomplish work.

- Practice telework regularly to ensure effectiveness.

- Make it clear that in emergency situations, employees must perform all duties assigned by management, even if they are outside usual or customary duties.

- Identify how time and attendance will be maintained.

38

15JPSS22D00000013                Legal Access, Orientation, and Representation Services for EOIR

(d) It is the Contractor's responsibility to advise the government contracting officer if they anticipate not being able to perform and to work with the Department to fill gaps as necessary. This means direct communication with the contracting officer or in their absence, another responsible person in the contracting office via telephone or email messages acknowledging the Contractors notification. The incumbent Contractor is responsible for assisting the Department in estimating the adverse impacts of nonperformance and to work diligently with the Department to develop a strategy for maintaining the continuity of operations.

(e) The Department does reserve the right in such emergency situations to use federal employees, employees of other agencies, contract support from other existing contractors, or to enter into new contracts for critical support services. Any new contracting efforts would be acquired following the guidance in the Office of Federal Procurement Policy issuance "Emergency Acquisitions", May, 2007 and Subpart 18.2, Emergency Acquisition Flexibilities, of the Federal Acquisition Regulations.

## H.12   Organizational Conflict of Interest

(a) The Contractor warrants that, to the best of its knowledge and belief, and except as otherwise set forth in this contract, it does not have any organizational conflict of interest as defined in paragraph B below.

(b) The term "organizational conflict of interest" means a situation where a Contractor has interests, either due to its other activities or its relationships with other organizations, which place it in a position that may be unsatisfactory or unfavorable (i) from the Department's standpoint in being able to secure impartial, technically sound, objective assistance and advice from the Contractor, or in securing the advantages of adequate competition in its procurement; or (ii) from industry's standpoint in that unfair competitive advantages may accrue to the Contractor in question.

(c) The Contractor agrees that, if after award it discovers an organizational conflict of interest with respect to this contract, it shall make an immediate and full disclosure in writing to the Contracting Officer who shall include a description of the action which the Contractor has taken or proposes to take to avoid, eliminate or neutralize the conflict. The Government may, however, terminate the contract for the convenience of the Government if it would be in the best interests of the Government.

(d) In the event that the Contractor was aware of organizational conflict of interest prior to the establishment of this contract and intentionally did not disclose the conflict to the Contracting Officer, the Government may terminate the contract at no cost to the Government.

## H.13   Department's Policy on Domestic Violence, Sexual Assault and Stalking

(a) It is the Department's policy to enhance workplace awareness of and safety for victims of domestic violence, sexual assault, and stalking. This policy is summarized in DOJ Policy Statement 1200.2 (Policy Statement), available in full for public viewing at https://www.justice.gov/sites/default/files/ovw/legacy/2013/12/19/federal-workplacee-responses-to-domesticviolence-sexualassault-stalking.pdf. Contractor agrees, upon contract award, to provide notice of this Policy Statement, including at a minimum the above-listed URL, to all of Contractor's employees and employees of subcontractors who will be assigned to work on Department premises.

39

15JPSS22D00000013            Legal Access, Orientation, and Representation Services for EOIR

(b) Point of Contact for Victims of Domestic Violence, Sexual Assault, and Stalking.  Upon contract award, the Department will notify contractor of the name and contact information for the Point of Contact for Victims of domestic violence, sexual assault, and stalking for the component or components where contractor will be performing.  The Contractor agrees to inform its employees and employees of subcontractors who will be assigned to work on Department premises of the name and contact information for the Victim Point of Contact.

## H.14    Electronic Signatures

(a) The Department of Justice is committed to doing business in the most efficient and effective way possible, and to facilitate paperless processes. In furtherance of this goal, the Contracting Officer may apply their digital signature to procurement documents in the Portable Document Format (PDF) through the use of their government issued Personal Identity Verification (PIV) Card with a valid public key certificate. A digital signature made with these certificates is evidence that a specific individual signed the electronic record and that it was not altered. The recipient of a signed document can rely on the digital signature as evidence for a third party that the signature was generated by the claimed signer.

(b) For procurement documents that require a signature from a representative of the contractor, the contractor may utilize manual or electronic signature. Should the contractor utilize an electronic signature, by returning the document with an electronic symbol affixed to the appropriate signature block, the contractor representative signing on behalf of the contractor certifies that:

(1) Electronic Form of Signature: The contractor representative has knowingly adopted, applied or affixed an electronic symbol to the document;

(2) Intent to Sign: The contractor representative has applied an electronic symbol with the intent to legally bind the contractor;

(3) Association of Signature to Record: the contractor representative's signature is attached to the electronic record being signed;

(4) Identification and Authentication of Signer: The contractor has a means to identify and authenticate a particular person as the signer; and

(5) Integrity of Signed Record: The contractor can attest to the integrity of the signed record between the time of signature and the returned record to the Government.

(c) This clause applies to this document and subsequent documents (e.g., modifications, task/delivery orders) associated with this action.

## H.15    Key Personnel

(a)  The key personnel to be assigned to perform hereunder are as follows:

40



(b)  The personnel specified in this clause of this contract are considered to be essential to the work the Contractor agrees to perform hereunder.  Prior to diverting any of the specified individuals to other programs, or replacing any of them for any reason, the Contractor shall notify the Contracting Officer reasonably in advance and shall submit justification, including proposed substitutions or replacements, in sufficient detail to permit the Contracting Officer to evaluate the impact on the work the Contractor is obligated to perform hereunder.  The Contractor shall not replace any of the key personnel hereinafter named to work on this contract without the written consent of the Contracting Officer.  The list of key personnel set forth above may be amended from time to time during the course of the contract to add or delete personnel, as appropriate.

41

## SECTION I – CONTRACT CLAUSES

**I.1    Clauses Incorporated by Reference (FAR 52.252-2) (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.acquisition.gov/far/

**I.2    Clauses Incorporated by Reference**

| Clause Number | Title |
|---|---|
| 52.202-1 | Definitions (JUN 2020) |
| 52.203-3 | Gratuities (APR 1984) |
| 52.203-5 | Covenant Against Contingent Fees (MAY 2014) |
| 52.203-6 | Restrictions on Subcontractor Sales to the Government (JUN 2020) |
| 52.203-7 | Anti-Kickback Procedures (JUN 2020) |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (MAY 2014) |
| 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity (MAY 2014) |
| 52.203-12 | Limitations on Payments to Influence Certain Federal Transactions (JUN 2020) |
| 52.203-13 | Contractor Code of Business Ethics and Conduct (OCT 2015) |
| 52.203-16 | Preventing Personal Conflicts of Interest (DEC 2011) |
| 52.203-17 | Contractor Employee Whistleblower Rights and Requirement To Inform Employees of Whistleblower Rights (APR 2014) |
| 52.204-4 | Printed or Copied Double-Sided on Postconsumer Fiber Content Paper (MAY 2011) |
| 52.204-9 | Personal Identity Verification of Contractor Personnel (JAN 2011) |
| 52.204-10 | Reporting Executive Compensation and First-Tier Subcontract Awards (JUN 2020) |
| 52.204-13 | System for Award Management Maintenance (OCT 2018) |
| 52.204-15 | Service Contract Reporting Requirements for Indefinite-Delivery Contracts (OCT 2016) |
| 52.204-16 | Commercial and Government Entity Code Reporting (AUG 2020) |
| 52.204-17 | Ownership or Control of Offeror (AUG 2020) |

42

15JPSS22D00000013                    Legal Access, Orientation, and Representation Services for EOIR

| Clause Number | Title |
|---|---|
| 52.204-18 | Commercial and Government Entity Code Maintenance (AUG 2020) |
| 52.204-19 | Incorporation by Reference of Representations and Certifications (DEC 2014) |
| 52.204-22 | Alternative Line Item Proposal (JAN 2017) |
| 52.204-25 | Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment (NOV 2021) |
| 52.209-6 | Protecting the Government's Interest when Subcontracting with Contractor's Debarred, Suspended, or Proposed for Debarment (NOV 2021) |
| 52.209-9 | Updates of Publicly Available Information Regarding Responsibility Matters (OCT 2018) |
| 52.209-10 | Prohibition on Contracting With Inverted Domestic Corporations (NOV 2015) |
| 52.215-2 | Audit and Records–Negotiation (JUN 2020) |
| 52.215-8 | Order of Precedence – Uniform Contract Format (OCT 1997) |
| 52.215-11 | Price Reduction for Defective Cost or Pricing Data-Modifications (JUN 2020) |
| 52.215-13 | Subcontractor Certified Cost or Pricing Data – Modifications (JUN 2020) |
| 52.215-14 | Integrity of Unit Prices (NOV 2021) |
| 52.215-21 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data-Modifications (NOV 2021) |
| 52.216-18 | Ordering (AUG 2020) Note: See Section H.2 for fill-ins |
| 52.216-19 | Order Limitations (OCT 1995) Note: See Section H.2 for fill-ins |
| 52.216-22 | Indefinite Quantity (OCT 1995)        Note: See Section H.2 for fill-ins |
| 52.217-8 | Option to Extend Services (NOV 1999)        Note: See Section F.3 for fill-ins |
| 52.217-9 | Option to Extend the Term of the Contract (MAR 2000)        Note: See Section F.2 for fill-ins |
| 52.219-4 | Notice of Price Evaluation for HUBZone Small Business Concerns (SEP 2021) |
| 52.219-8 | Utilization of Small Business Concerns (OCT 2018) |
| 52.219-9 | Small Business Subcontracting Plan (NOV 2021) |
| 52.219-16 | Liquidated Damages–Subcontracting Plan (SEP 2021) |
| 52.219-28 | Post-Award Small Business Program Representation (SEP 2021) |
| 52.222-3 | Convict Labor (JUN 2003) |
| 52.222-19 | Child Labor - Cooperation with Authorities and Remedies (JAN 2022) |
| 52.222-21 | Prohibition of Segregated Facilities (APR 2015) |
| 52.222-26 | Equal Opportunity (SEP 2016) |

43

15JPSS22D00000013                    Legal Access, Orientation, and Representation Services for EOIR

| Clause Number | Title |
|---|---|
| 52.222-35 | Equal Opportunity for Veterans (JUN 2020) |
| 52.222-36 | Equal Opportunity for Workers with Disabilities  (JUN 2020) |
| 52.222-37 | Employment Reports on Veterans (JUN 2020) |
| 52.222-38 | Compliance with Veteran's Employment Reporting Requirements (FEB 2016) |
| 52.222-40 | Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) |
| 52.222-50 | Combating Trafficking in Persons (NOV 2021) |
| 52.222-54 | Employment Eligibility Verification (NOV 2021) |
| 52.223-5 | Pollution Prevention and Right-to-Know Information (MAY 2011) |
| 52.223-6 | Drug-Free Workplace (MAY 2001) |
| 52.223-10 | Waste Reduction Program (MAY 2011) |
| 52.223-18 | Encouraging Contractor Policies to Ban Text Messaging While Driving (JUN 2020) |
| 52.224-1 | Privacy Act Notification (APR 1984) |
| 52.224-2 | Privacy Act (APR 1984) |
| 52.224-3 | Privacy Training (JAN 2017) |
| 52.225-13 | Restrictions on Certain Foreign Purchases (FEB 2021) |
| 52.225-20 | Prohibition on Conducting Restricted Business Operations in Sudan-Certification (AUG 2009) |
| 52.225-25 | Prohibition on Contracting With Entities Engaging in Certain Activities or Transactions Relating to Iran-Representation and Certifications (JUN 2020) |
| 52.227-1 | Authorization and Consent (JUN 2020) |
| 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement (JUN 2020) |
| 52.227-14 | Rights in Data–General (MAY 2014) (ALT III) |
| 52.227-19 | Commercial Computer Software License (DEC 2007) |
| 52.229-3 | Federal, State, and Local Taxes (FEB 2013) |
| 52.230-2 | Cost Accounting Standards (JUN 2020) |
| 52.232-1 | Payments (APR 1984)<br>Note: Applies to orders issued on a firm-fixed price basis. |
| 52.232-7 | Payments Under Time-and-Material and Labor-Hour Contracts (NOV 2021)<br>Note: Applies to orders issued on a Time & Material or Labor Hour basis |
| 52.232-8 | Discounts for Prompt Payment (FEB 2002) |

44

| Clause Number | Title |
|---|---|
| 52.232-11 | Extras (APR 1984) |
| 52.232-17 | Interest (MAY 2014) |
| 52.232-23 | Assignment of Claims (MAY 2014) |
| 52.232-25 | Prompt Payment (JAN 2017) |
| 52.232-33 | Payment by Electronic Funds Transfer – System for Award Management (OCT 2018) |
| 52.232-39 | Unenforceability of Unauthorized Obligations (JUN 2013) |
| 52.232-40 | Providing Accelerated Payments to Small Business Subcontractors (NOV 2021) |
| 52.233-1 | Disputes (MAY 2014) |
| 52.233-3 | Protest After Award (AUG 1996) |
| 52.233-4 | Applicable Law for Breach of Contract Claim (OCT 2004) |
| 52.237-3 | Continuity of Services (JAN 1991) |
| 52.239-1 | Privacy or Security Safeguards (AUG 1996) |
| 52.242-3 | Penalties for Unallowable Costs (SEP 2021) |
| 52.242-13 | Bankruptcy (JUL 1995) |
| 52.243-1 | Changes – Fixed-Price (AUG 1987) (ALT I) |
| 52.243-3 | Changes – Time-and-Materials or Labor-Hours (SEP 2000) |
| 52.244-2 | Subcontracts (JUN 2020) |
| 52.244-6 | Subcontracts for Commercial Products and Commercial Services (JAN 2022) |
| 52.245-9 | Use and Charges (APR 2012) |
| 52.246-25 | Limitation of Liability – Services (FEB 1997) |
| 52.248-1 | Value Engineering (JUN 2020) |
| 52.249-2 | Termination for Convenience of the Government (Fixed Price) (APR 2012) |
| 52.249-6 | Termination (Cost-Reimbursement) (Basic and Alternate IV) (MAY 2004) |
| 52.249-8 | Default (Fixed-Price Supply and Service) (APR 1984) |
| 52.249-14 | Excusable Delays (APR 1984) |
| 52.253-1 | Computer Generated Forms (JAN 1991) |

Admin. Rec.88

**I.3**    **Clauses Incorporated by Full Text**

**I.3.1**    **Whistleblower Information Distribution (Oct 2021)**

Within 30 days of contract award, the contractor and its subcontractors must distribute the "Whistleblower Information for Employees of DOJ Contractors, Subcontractors, Grantees, or Sub-Grantees or Personal Services Contractors" ("Whistleblower Information") document to their employees performing work in support of the products and services delivered under this contract (https://oig.justice.gov/sites/default/files/2020-04/NDAA-brochure.pdf). By agreeing to the terms and conditions of this contract, the prime contractor acknowledges receipt of this requirement, in accordance with 41 U.S.C. § 4712 and FAR 3.908 & 52.203-17, and commits to distribution. Within 45 days of award, the contractor must provide confirmation to the contracting officer verifying that it has distributed the whistleblower information as required.

**I.3.2**    **FAR 52.223-99, Ensuring Adequate COVID-19 Safety Protocols for Federal Contractors**

Ensuring Adequate COVID-19 Safety Protocols for Federal Contractors (Oct 2021) (Deviation)

(a) *Definition*. As used in this clause -

*United States or its outlying areas* means—

(1) The fifty States;

(2) The District of Columbia;

(3) The commonwealths of Puerto Rico and the Northern Mariana Islands;

(4) The territories of American Samoa, Guam, and the United States Virgin Islands; and

(5) The minor outlying islands of Baker Island, Howland Island, Jarvis Island, Johnston Atoll, Kingman Reef, Midway Islands, Navassa Island, Palmyra Atoll, and Wake Atoll.

(b) *Authority.* This clause implements Executive Order 14042, Ensuring Adequate COVID Safety Protocols for Federal Contractors, dated September 9, 2021 (published in the Federal Register on September 14, 2021, 86 FR 50985).

(c) *Compliance.* The Contractor shall comply with all guidance, including guidance conveyed through Frequently Asked Questions, as amended during the performance of this contract, for contractor or subcontractor workplace locations published by the Safer Federal Workforce Task Force (Task Force Guidance) at https://www.saferfederalworkforce.gov/contractors/.

(d) *Subcontracts*. The Contractor shall include the substance of this clause, including this paragraph (d), in subcontracts at any tier that exceed the simplified acquisition threshold, as defined in

Federal Acquisition Regulation 2.101 on the date of subcontract award, and are for services, including construction, performed in whole or in part within the United States or its outlying areas.

### I.3.3    **Contractor Privacy Requirements (JAN 2022)**

    (a)  Limiting Access to Privacy Act and Other Sensitive Information

*(1) Privacy Act Information*

In accordance with FAR 52.224-1 Privacy Act Notification (APR 1984) and FAR 52.224-2 Privacy Act (APR 1984), if this contract requires Contractor personnel to have access to information protected by the Privacy Act of 1974, the Contractor is advised that the relevant DOJ system of records notices (SORNs) applicable to this Privacy Act information may be found at https://www.justice.gov/opcl/doj-systems-records.[1] Applicable SORNs published by other agencies may be accessed through those agencies' websites or by searching the Federal Digital System (FDsys) available at http://www.gpo.gov/fdsys/. SORNs may be updated at any time.

*(2) Prohibition on Performing Work Outside a Government Facility/Network/Equipment*

Except where use of Contractor networks, IT, other equipment, or Workplace as a Service (WaaS) is specifically authorized within this contract, the Contractor shall perform all tasks on authorized Government networks, using Government-furnished IT and other equipment and/or WaaS and Government information shall remain within the confines of authorized Government networks at all times. Any handling of Government information on Contractor networks or IT must be approved by the Senior Component Official for Privacy of the component entering into this contract. Except where remote work is specifically authorized within this contract, the Contractor shall perform all tasks described in this document at authorized Government facilities; the Contractor is prohibited from performing these tasks at or removing Government-furnished information to any other facility; and Government information shall remain within the confines of authorized Government facilities at all times. Contractors may only access classified materials on government furnished equipment in authorized government owned facilities regardless of remote work authorizations.

*(3) Prior Approval Required to Hire Subcontractors*

The Contractor is required to obtain the Contracting Officer's approval prior to engaging in any contractual relationship (Subcontractor) in support of this contract requiring the disclosure of information, documentary material and/or records generated under or relating to this contract. The Contractor (and any Subcontractor) is required to abide by Government and Agency guidance for protecting sensitive and proprietary information.

*(4) Separation Checklist for Contractor Employees*

---

[1] "[T]he term 'record' means any item, collection, or grouping of information about an individual that is maintained by an agency, including, but not limited to, his education, financial transactions, medical history, and criminal or employment history and that contains his name, or the identifying number, symbol, or other identifying particular

assigned to the individual, such as a finger or voice print or a photograph." 5 U.S.C. § 552a(a)(4). "[T]he term 'system of records' means a group of any records under the control of any agency from which information is retrieved by the name of the individual or by some identifying number, symbol, or other identifying particular assigned to the individual." 5 U.S.C. § 552a(a)(5).

The Contractor shall complete and submit an appropriate separation checklist to the Contracting Officer before any employee or Subcontractor employee terminates working on the contract. The Contractor must submit the separation checklist on or before the last day of employment or work on the contract. The separation checklist must verify: (1) return of any Government-furnished equipment; (2) return or proper disposition of personally identifiable information (PII)[2], in paper or electronic form, in the custody of the employee or Subcontractor employee including the sanitization of data on any computer systems or media as appropriate; and (3) termination of any technological access to the Contractor's facilities or systems that would permit the terminated employee's access to PII or other sensitive information.

In the event of adverse job actions resulting in the dismissal of a Contractor or Subcontractor employee before the separation checklist can be completed, the Prime Contractor must notify the Contracting Officer within 24 hours and confirm receipt of the notification. In the case the Contractor is unable to notify the Contracting Officer, then the Contractor should notify the Contract Officer's Representative (COR).

Contractors must complete the separation checklist with the Contracting Officer or COR by returning all Government-furnished property including, but not limited to, computer equipment, media, credentials and passports, smart cards, mobile devices, Personal Identity Verification (PIV) cards, calling cards, and keys and terminating access to all user accounts and systems. Unless the Contracting Officer requests otherwise, the relevant IDIQ Program Manager or other Key Personnel designated by the Contracting Officer or COR may facilitate the return of equipment.

(b)        Privacy Training, Safeguarding, and Remediation

   (1)  *Required Security and Privacy Training for Contractors*

The Contractor must ensure that all employees take appropriate privacy training, including Subcontractors who have access to PII as well as the creation, use, dissemination and/or destruction of PII at the outset of the employee's work on the contract and every year thereafter. Training must include procedures on how to properly handle PII, including heightened security requirements for the transporting or transmission of sensitive PII, and reporting requirements for a suspected breach or loss of PII. These courses, along with more information about DOJ security and training requirements for Contractors, are available at https://www.justice.gov/jmd/learndoj. The Federal Information Security Modernization Act of 2014 (FISMA) requires all individuals accessing DOJ information to complete training on records management, cybersecurity awareness, and information system privacy awareness. Contractor employees are required to sign the "Privacy Rules of

---

[2] As stated in FAR 52.224-3 and Office of Management and Budget (OMB) Circular A-130, Managing Federal Information as a Strategic Resource (2016), "'personally identifiable information' means information that can be used to distinguish or trace an individual's identity, either alone or when combined with other information that is linked or linkable to a specific individual." Regarding "sensitive PII," "[t]he sensitivity level of the PII will depend on the context, including the purpose for which the PII is created, collected, used, processed, stored, maintained,

disseminated, disclosed, or disposed. For example, the sensitivity level of a list of individuals' names may depend on the source of the information, the other information associated with the list, the intended use of the information, the ways in which the information will be processed and shared, and the ability to access the information." OMB Circular A-130, at App. II-2.

Behavior," acknowledging and agreeing to abide by privacy law, policy, and certain privacy safeguards, prior to accessing DOJ information. These Rules of Behavior are made available to all new users of DOJ's computer network and to trainees at the conclusion of DOJ-OPCL-CS-0005.

The Contractor should maintain copies of certificates as a record of compliance and must submit an email notification annually to the COR verifying that all employees working under this contract have completed the required privacy and cybersecurity training.

*(2) Safeguarding PII Requirements*

Contractor employees must comply with DOJ Order 0904 and other guidance published to the publicly-available Office of Privacy and Civil Liberties (OPCL) Resources page[3] relating to the safeguarding of PII, including the use of additional controls to safeguard sensitive PII (e.g., the encryption of sensitive PII). This requirement flows down from the Prime Contractor to all Subcontractors and lower tiered subcontracts.

*(3) Non-Disclosure Agreement Requirement*

Prior to commencing work, all Contractor personnel that may have access to PII or other sensitive information shall be required to sign a Non-Disclosure Agreement (NDA) and the DOJ IT Rules of Behavior. The Non-Disclosure Agreement:

a)  prohibits the Contractor from retaining or divulging any PII or other sensitive information, or derivatives therefrom, furnished by the Government or to which they may otherwise come in contact as a result of their performance of work under the contract/task order that is otherwise not publicly available, whether or not such information has been reduced to writing; and

b)  requires the Contractor to report any loss of control, compromise, unauthorized disclosure, or unauthorized acquisition of PII or other sensitive information to the component-level or headquarters Security Operations Center within one (1) hour of discovery.

The Contractor should maintain signed copies of the NDA for all employees as a record of compliance.  The Contractor should also provide copies of each employee's signed NDA to the Contracting Officer before the employee may commence work under the contract/task order.

*(4) Prohibition on Use of PII in Vendor Billing and Administrative Records*
The Contractor's invoicing, billing, and other financial or administrative records or databases is not authorized to regularly store or include any sensitive PII or other confidential government information that is created, obtained, or provided during the performance of the contract without the written permission of the Senior Component Official for Privacy (SCOP). It is acceptable to list the names, titles and contact information for the Contracting Officer, COR, or other personnel associated with the administration of the contract in the invoices as needed.

49

³ The DOJ OPCL Resources page is available at https://www.justice.gov/opcl/resources.

(5) *Reporting Actual or Suspected Data Breach*

Contractors must report any actual or suspected breach of PII within one (1) hour of discovery.[4] A "breach" is an incident or occurrence that involves the loss of control, compromise, unauthorized disclosure, unauthorized acquisition, or any similar occurrence where: (1) a person other than an authorized user accesses or potentially accesses PII or (2) an authorized user accesses or potentially accesses PII for an other than authorized purpose. The report of a breach must be made to DOJ. The Contractor must cooperate with DOJ's inquiry into the incident and efforts to minimize risks to DOJ or individuals, including remediating any harm to potential victims.

a) The Contractor must develop and maintain an internal process by which its employees and Subcontractors are trained to identify and report the breach, consistent with DOJ Instruction 0900.00.01[5], Reporting and Response Procedures for a Breach of Personally Identifiable Information.

b) The Contractor must report any such breach by its employees or Subcontractors to the DOJ Security Operations Center (dojcert@usdoj.gov, 202-357-7000); Component-level Security Operations Center and Component-level Management Team, where appropriate; the COR; and the Contracting Officer within one (1) hour of the initial discovery.

c) The Contractor must provide a written report to the DOJ Security Operations Center (dojcert@usdoj.gov, 202-357-7000) within 24 hours of discovery of the breach by its employees or Subcontractors. The report must contain the following information:

    i. Narrative or detailed description of the events surrounding the suspected loss or compromise of information.[6] Date, time, and location of the incident.

    ii. Amount, type, and sensitivity of information that may have been lost or compromised, accessed without authorization, etc.

    iii. Contractor's assessment of the likelihood that the information was compromised or lost and the reasons behind the assessment.[7]

    iv. Names and classification of person(s) involved, including victim, Contractor employee/Subcontractor and any witnesses.

    v. Cause of the incident and whether the company's security plan was followed and, if

---

[4] As stated in DOJ Instruction 0900, "Contractors must notify the Contracting Officer, the Contracting Officer's Representative, and JSOC (or component-level SOC) within 1 hour of discovering any incidents, including breaches, consistent with this Instruction, guidance issued by the CPCLO, NIST standards and guidelines, and the US-CERT notification guidelines."

[5] https://www.justice.gov/file/4336/download

[6] As stated in DOJ Instruction 0900, the description should include the type of information that constitutes PII; purpose for which PII is collected, maintained, and used; extent to which PII identifies a peculiarly vulnerable population; the determination of whether the information was properly encrypted or rendered partially or completely inaccessible by other means; format of PII (e.g., whether PII was structured or unstructured); length of time PII was exposed; any evidence confirming that PII is being misused or that it was never accessed.

[7] As stated in DOJ Instruction 0900, the report should include the nature of the cyber threat (*e.g.*, Advanced Persistent Threat, Zero Day Threat, data exfiltration) for cyber incidents.

        not, which specific provisions were not followed.[8]

   vi.   Actions that have been or will be taken to minimize damage and/or mitigate further compromise.

   vii.   Recommendations to prevent similar situations in the future, including whether the security plan needs to be modified in any way and whether additional training may be required.

   d)   The Contractor shall provide full access and cooperation for all activities determined by the Government to be required to ensure an effective incident response, including providing all requested images, log files, and event information to facilitate rapid resolution of sensitive information incidents.

   e)   At the Government's discretion, Contractor employees or Subcontractor employees may be identified as no longer eligible to access PII or to work on that contract based on their actions related to the loss or compromise of PII.

*(6) Victim Remediation*

At DOJ's request, the Contractor is responsible for notifying victims and providing victim remediation services in the event of a breach of PII held by the Contractor, its agents, or its Subcontractors, under this contract. Victim remediation services shall include at least 18 months of credit monitoring and, for serious or large incidents as determined by the Government, call center help desk services for the individuals whose PII was lost or compromised. When DOJ requests notification, the Department Chief Privacy and Civil Liberties Officer and SCOP will direct the Contractor on the method and content of such notification to be sent to individuals whose PII was breached. By performing this work, the Contractor agrees to full cooperation in the event of a breach. The Contractor should be self-insured to the extent necessary to handle any reasonably foreseeable breach, with another source of income, to fully cover the costs of breach response, including but not limited to victim remediation.

   (c)   Government Records Training, Ownership, and Management

*(1) Records Management Training and Compliance*

   a)   The Contractor must ensure that all employees and Subcontractors that have access to PII as well as to those involved in the creation, use, dissemination and/or destruction of PII take the *DOJ Records and Information Training for New Employees (RIM)* training course or another training approved by the Contracting Officer or COR. This training will be provided at the outset of the Subcontractor's/employee's work on the contract and every year thereafter. The Contractor shall maintain copies of certificates as a record of compliance and must submit an email notification annually to the COR verifying that all employees working under this contract have completed the required records management training.

[8] As stated in DOJ Instruction 0900, the report should include analysis on whether the data is accessible, usable, and

15JPSS22D00000013                Legal Access, Orientation, and Representation Services for EOIR

intentionally targeted.

b) The Contractor agrees to comply with Federal and Agency records management policies, including those policies associated with the safeguarding of records containing PII and those covered by the Privacy Act of 1974. These policies include the preservation of all records created or received regardless of format, mode of transmission, or state of completion.

*(2) Records Creation, Ownership, and Disposition*

a) The Contractor shall not create or maintain any records not specifically tied to or authorized by the contract using Government IT equipment and/or Government records or that contain Government Agency information. The Contractor shall certify, in writing, the appropriate disposition or return of all Government information at the conclusion of the contract or at a time otherwise specified in the contract. In accordance with 36 CFR 1222.32, the Contractor shall maintain and manage all Federal records created in the course of performing the contract in accordance with Federal law.  Records may not be removed from the legal custody of DOJ or destroyed except in accordance with the provisions of the agency records schedules.

b) Except as stated in the Performance Work Statement and, where applicable, the Contractor's Commercial License Agreement, the Government Agency owns the rights to all electronic information (electronic data, electronic information systems or electronic databases and all supporting documentation and associated metadata created as part of this contract. All deliverables (including all data and records) under the contract are the property of the U.S. Government and may be considered federal records, for which the Agency shall have unlimited rights to use, dispose of, or disclose such data contained therein. The Contractor must deliver sufficient technical documentation with all data deliverables to permit the agency to use the data.

c) The Contractor shall not retain, use, sell, disseminate, or dispose of any government data/records or deliverables without the express written permission of the Contracting Officer or Contracting Officer's Representative. The Agency and its contractors are responsible for preventing the alienation or unauthorized destruction of records, including all forms of mutilation. Willful and unlawful destruction, damage or alienation of Federal records is subject to the fines and penalties imposed by 18 U.S.C. § 2701. Records may not be removed from the legal custody of the Agency or destroyed without regard to the provisions of the Agency records schedules.

(d) Data Privacy and Oversight

*(1) Restrictions on Testing or Training Using Real Data Containing PII*

The use of real data containing PII from any source for testing or training purposes is generally prohibited. The Contractor shall use synthetic or de-identified real data for testing or training whenever feasible.

Admin. Rec.95

    *(2) Requirements for Contractor IT Systems Hosting Government Data*

    The Contractor is required to obtain an Authority To Operate (ATO) for any IT environment owned or controlled by the Contractor or any Subcontractor on which Government data shall reside for the purposes of IT system development, design, data migration, testing, training, maintenance, use, or disposal.

    *(3) Requirement to Support Privacy Compliance*

    a) If this contract requires the development, maintenance or administration of information technology[9], the Contractor shall support the completion of the Initial Privacy Assessment (IPA) document, if requested by Department personnel. An IPA is the first step in a process to identify potential privacy issues and mitigate privacy risks. The IPA asks basic questions to help components assess whether additional privacy protections may be needed in designing or implementing a project[10] to mitigate privacy risks, and whether compliance work may be needed. Upon review of the IPA, the OPCL determines whether a Privacy Impact Assessment (PIA) document and/or SORN, or modifications thereto, are required. The Contractor shall provide adequate support to complete the applicable risk assessment and PIA document in a timely manner, and shall ensure that project management plans and schedules include the IPA, PIA, and SORN (to the extent required) as milestones. Additional information on the privacy compliance process at DOJ, including IPAs, PIAs, and SORNs, is located on the DOJ OPCL website (https://dojnet.doj.gov/privacy/), including DOJ Order 0601, Privacy and Civil Liberties. The Privacy Impact Assessment Guidance and Template outline the requirements and format for the PIA.

    b) If the contract involves an IT system build or substantial development or changes to an IT system that may require privacy risk assessment and documentation, the Contractor shall provide adequate support to DOJ to ensure DOJ can complete any required assessment, and IPA, PIA, SORN, or other supporting documentation to support privacy compliance. The Contractor shall work with personnel from the program office, OPCL, the Office of the Chief Information Officer (OCIO), and the Office of Records Management and Policy to ensure that the privacy assessments and documentation are kept on schedule, that the

---

[9] As defined in 40 U.S.C. § 11101, the term "information technology" means any equipment or interconnected system or subsystem of equipment, used in the automatic acquisition, storage, analysis, evaluation, manipulation, management, movement, control, display, switching, interchange, transmission, or reception of data or information by the executive agency, if the equipment is used by the executive agency directly or is used by a contractor under a contract with the executive agency that requires the use (i) of that equipment or (ii) of that equipment to a significant extent in the performance of a service or the furnishing of a product; includes computers, ancillary equipment (including imaging peripherals, input, output, and storage devices necessary for security and surveillance), peripheral equipment designed to be controlled by the central processing unit of a computer, software, firmware and similar procedures, services (including support services), and related resources; but does not include any equipment acquired by a federal contractor incidental to a federal contract.

[10] In this instance, the term "project" is used to scope the activities (e.g., creating, collecting, using, processing, storing, maintaining, disseminating, disclosing, or disposing of information) covered by an IPA. A project is intended to be technology-neutral, and may include an information system, a digital service, an information technology, a combination thereof, or some other activity that may create potential privacy issues or privacy risks that would benefit from an IPA. The scope of a project covered by an IPA is discretionary, but components should work with their SCOP and OPCL.

answers to questions in the documents are thorough and complete, and that questions asked by the OPCL and other offices are answered in a timely fashion. The Contractor must ensure the completion of required PIAs, documentation of privacy controls consistent with federal law and standards, e.g. NIST 800-53, Rev. 5; and compliance with the Privacy Act of 1974, E-Government Act of 2002, Federal Information Security Modernization Act of 2014, and key OMB guidelines, e.g., OMB Circular A-130.

## SECTION J – LIST OF ATTACHMENTS

Attachment (1.0) Pricing Table for Project Management Support
Attachment (1.1) Pricing Table for LOP
Attachment (1.2) Pricing Table for LOPC
Attachment (1.3) Pricing Table for ICH
Attachment (1.4) Pricing Table for FGLOP
Attachment (1.5) Pricing Table for NQRP
Attachment (1.6) Pricing Table for CCI
Attachment (2) List of Program Sites
Attachment (3) Legal Access Program Goals
Attachment (4) Confidentiality Agreement
Attachment (5) Subcontracting Plan
Attachment (6) Labor Categories

Admin. Rec.98

**Attachment (2)**

**Program Sites**
**(The sites listed are current as of March 2022)**

**Legal Orientation Program for Detained Adults (LOP) Detention Facilities:**

1. Adelanto ICE Processing Center, Adelanto, California (including Desert View Annex);
2. Berks County Residential Center, Leesport, Pennsylvania;
3. Broward Transitional Center, Pompano Beach, Florida;
4. Caroline Detention Facility, Bowling Green, Virginia;
5. Central Arizona Florence Correctional Complex, Florence, Arizona;
6. Clinton County Correctional Facility, McElhattan, Pennsylvania
7. Denver Contract Detention Facility, Aurora, Colorado;
8. Dorchester County Detention Center, Cambridge, Maryland;
9. El Paso Service Processing Center, El Paso, Texas;
10. El Valle Detention Facility; Raymondville, Texas
11. Elizabeth Detention Center, Elizabeth, New Jersey;
12. Eloy Detention Center, Eloy, Arizona;
13. Florence Service Processing Center, Florence, Arizona;
14. Folkston ICE Processing Center, Folkston, Georgia;
15. Houston Contract Detention Facility, Houston, Texas;
16. IAH Secure Adult Detention Facility ("Polk"); Livingston, Texas;
17. Immigration Centers of America - Farmville, Farmville, Virginia;
18. Jackson Parish Correctional Center, Jonesboro, Louisiana;
19. Joe Corley Detention Facility, Conroe, Texas;
20. Karnes County Residential Center, Karnes City, Texas;
21. Krome Service Processing Center, Miami, Florida;
22. La Palma Correctional Center, Eloy, Arizona;
23. LaSalle ICE Processing Center, Jena, Louisiana;
24. Montgomery Processing Center; Conroe, Texas;
25. Moshannon Valley Correctional Center; Philipsburg, Pennsylvania;
26. Northwest Detention Center, Tacoma, Washington;
27. Otay Mesa Detention Center, San Diego, California;
28. Otero County Processing Center, Chaparral, New Mexico;
29. Pine Prairie ICE Processing Center, Pine Prairie, Louisiana;
30. Port Isabel Service Processing Center, Los Fresnos, Texas;
31. Prairieland Detention Center, Alvarado, Texas;
32. Richwood Correctional Center, Richwood, Louisiana;
33. South Louisiana ICE Processing Center, Basile, Louisiana;
34. South Texas Detention Complex, Pearsall, Texas;
35. Stewart Detention Center, Lumpkin, Georgia;
36. T. Don Hutto Residential Center, Taylor, Texas; and
37. Winn Correctional Center, Winnfield, Louisiana

**1**

**Legal Orientation Program for Custodians of Unaccompanied Children (LOPC) Sites:**

1. Atlanta, Georgia
2. Baltimore, Maryland
3. Boston, Massachusetts
4. Charlotte, North Carolina
5. Dallas, Texas
6. Harlingen, Texas
7. Houston, Texas
8. Long Island, New York
9. Los Angeles, California
10. Memphis, Tennessee
11. Miami, Florida
12. New York, New York
13. Newark, New Jersey
14. San Francisco California
15. Washington, District of Columbia

**Immigration Court Helpdesk (ICH) Sites:**

1. New York Immigration Court (to include Federal Plaza, Varick, and 290 Broadway)
2. Los Angeles Immigration Court (to include Olive Street, Van Nuys, and 300 North)
3. San Antonio Immigration Court
4. Laredo Immigration Hearing Facility
5. Harlingen Immigration Court
6. Brownsville Immigration Hearing Facility
7. Chicago Immigration Court
8. Miami Immigration Court
9. Boston Immigration Court
10. Denver Immigration Court
11. Detroit Immigration Court
12. El Paso Immigration Court
13. Newark Immigration Court
14. San Diego Immigration Court
15. San Francisco Immigration Court
16. Seattle Immigration Court

**Family Group Legal Orientation Program (FGLOP) Sites:**

1. Boston, Massachusetts
2. Denver, Colorado
3. Detroit, Michigan
4. El Paso, Texas
5. Los Angeles, California
6. Miami, Florida
7. Newark, New Jersey
8. New York, New York
9. San Diego, California
10. San Francisco, California
11. Seattle, Washington

**Counsel for Children Initiative (CCI) Sites:**

Children receiving services under the CCI must be in proceedings in the immigration court jurisdictions noted below.

1. Atlanta, Georgia
2. Houston, Texas
3. Los Angeles, California
4. San Francisco, California
5. New York, New York
6. San Diego, California
7. Seattle, Washington
8. Portland, Oregon
9. Newark, New Jersey
10. New Orleans, Louisiana
11. Chicago, Illinois
12. Memphis, Tennessee
13. San Antonio, Texas
14. Santa Ana, California

**National Qualified Representative Program (NQRP):**

The NQRP is a nationwide program designed to provide services at all Immigration and Customs Enforcement (ICE) detention facilities where individuals are held for more than 72 hours.

Admin. Rec.101

## Legal Access Program Goals

1. **Legal Orientation Program (for Detained Adults) (LOP)**

In 2002, EOIR launched the Legal Orientation Program (LOP) to provide legal orientation services to adults who are in EOIR removal proceedings and in the custody of the Department of Homeland Security (DHS, legacy INS).  The purpose of this program is to provide detained adults with information about the immigration court process, their legal options, and their legal obligations.   Services are offered in several formats:  group orientation presentations providing broad overviews and basic information; individual orientations involving one-on-one meetings (generally following a group orientation); and pro se workshops which are small classes offering specific self-help guidance for adults who will appear in their proceedings pro se.  As resources allow, the LOP assists in the referrals of pro bono attorneys to detained adults who are unable to proceed pro se or whose cases may benefit from the assistance of legal representation.

2. **Legal Orientation Program for Custodians of Unaccompanied Children (LOPC)**

In 2010, EOIR launched the Legal Orientation Program for Custodians of Unaccompanied Children (LOPC) to provide legal orientation presentations to the adult caregivers (custodians) of unaccompanied children in EOIR removal proceedings.  The purpose of this program is to inform the children's custodians of their responsibilities in ensuring the child's appearance at all immigration proceedings, and protecting the child from mistreatment, exploitation, and trafficking, as provided under the Trafficking Victims Protection Reauthorization Act of 2008.  The LOPC informs custodians of immigration court processes, and of the forms of relief available to children in removal proceedings.  As resources allow, the LOPC assists interested custodians in locating pro bono counsel for the children in their care. EOIR works with the Department of Health and Human Services, Office of Refugee Resettlement, and non-government partners to carry out this program nationally.

3. **Immigration Court Helpdesk (ICH)**

In 2016, EOIR established the Immigration Court Helpdesk (ICH) to improve the efficiency and effectiveness of immigration court proceedings, particularly in the immigration courts with the largest overall backlog of cases.  The purpose of this program is to provide non-detained individuals in immigration court proceedings with information about court processes and their responsibilities and rights under the immigration laws.  By providing services in high-volume courts, the ICH aims to increase court efficiency by preparing individuals for the court process and educating individuals about the forms of relief available to them.  ICH provides group information sessions, which provide broad overviews of and basic information about the legal process.  The ICH also offers individual information sessions involving one-on-one meetings where individuals can ask questions about the immigration laws and about what to expect as they pursue their cases before the immigration court.  Services also include self-help workshops, which are small classes during which participants can prepare and practice for the proceedings in which they will appear pro se.  As resources allow, the ICH assists in the referrals of pro bono attorneys in cases that may benefit from the assistance of legal representation.

4. **Family Group Legal Orientation Program (FGLOP)**

In September 2021, EOIR launched the Family Group Legal Orientation Program (FGLOP).  The purpose of the FGLOP is to provide legal orientation sessions to family groups with cases scheduled on EOIR's "Dedicated Dockets" in designated cities.  Participants receive information about various

**1**

agencies' practices and procedures, and available legal options.  Presentations are offered in several formats, including multi-family group sessions, which provides general information about available forms of relief and preparing for a hearing.  The FGLOP also offers single-family group orientations limited to a particular family and only those families who do not have legal representation.  The FGLOP may also provide supplemental services, including follow-up orientations, self-help workshops for pro se participates, Friend of the Court (FOC) services, and assistance in referring cases to pro bono representatives.

## 5.  National Qualified Representative Program (NQRP)

Since 2013, EOIR has administered the National Qualified Representative Program (NQRP) in response to the Orders issued in *Franco-Gonzales v. Holder*, CV 10-02211 (Partial Judgment and Permanent Injunction (C.D. Cal. R. April 23, 2013); Order Further Implementing This Court's Permanent Injunction (C.D. Cal. R. Oct. 29, 2014)).  These Orders require EOIR to provide certain safeguards and protections to class members identified as having a serious mental disorder or condition that may render them incompetent to represent themselves in immigration proceedings.

Coinciding with this, in 2013, EOIR's Office of the Chief Immigration Judge (OCIJ) announced a "Nationwide Policy to Provide Enhanced Procedural Protections to Unrepresented Detained Noncitizens with Serious Mental Disorders or Conditions" ("Nationwide Policy").  Under this Policy, EOIR is committed to identifying detained, unrepresented individuals who may not be mentally competent to represent themselves in immigration proceedings, and who are not *Franco* class members.

The purpose of the NQRP is to ensure EOIR's compliance with the above-referenced *Franco* Orders and to carry out EOIR's commitment under the Nationwide Policy.  Under both, an immigration judge must conduct a judicial competency inquiry (JCI) of certain detained, unrepresented respondents to determine whether they are competent to represent themselves in immigration proceedings. If there is insufficient evidence to determine competency, the immigration judge must order a Forensic Competency Evaluation (FCE) at the conclusion of the JCI to assist in determining competency.  A Mental Health Professional (MHP) must conduct the FCE, and comply with applicable reporting requirements.   If a finding of incompetency is made, EOIR must arrange for the provision of a Qualified Representative within stated timeframes.

## 6.  Counsel for Children Initiative (CCI)

In August 2021, EOIR piloted a new representation initiative called the Counsel for Children Initiative (CCI). The purpose of the CCI is to increase the effective and efficient adjudication of immigration proceedings involving certain designated children who have crossed the U.S. border without a parent or legal guardian by providing representation to these children in their immigration proceedings. The CCI will also help to identify children who have been victims of human trafficking or abuse and, as appropriate, refer them to support services. CCI representatives will accept cases regardless of the child's potential eligibility for legal relief (i.e. a universal representation model).

2

Attachment (4)

## U.S. DEPARTMENT OF JUSTICE

## CONFIDENTIALITY AGREEMENT FOR
## CONTRACTOR EMPLOYEES

I.      I, _____, do solemnly swear (or affirm) that I understand the high standards of trustworthiness and integrity required of me with regard to materials and information which may come to my attention in connection with Government Contract _____while I am an employee of _____.

II.     Except as necessary in the performance of my duties under this contract, I will not:

     A.     Reveal, divulge, or publicize any matters dealt with under this contract.

     B.     Disseminate any oral or written information obtained as a result of execution of this contract or performance of work hereunder.

     C.     Remove any document from the place of performance of this contract, except as approved in advance by the Contracting Officer's Representative (COR).

     In addition, I have read and will abide by the provisions of the Security Requirements clause of the above referenced contract.

     I further swear (or affirm) that I understand the provisions of Section II A, B, and C above are fully applicable during my employment with _____ on this contract, and continue to apply without any time limitation, including the time after my employment on the contract is terminated.

III.    As a contractor employee on this contract, I understand that the Government may remove any computer access privileges for unauthorized, negligent, or willful actions.

IV.    As a contractor employee on this contract, I understand that all materials provided by the Government, including any copies, notes, or working papers derived or produced therefrom, are the property of the Government.   If required to do so by the Contracting Officer or COR, I will promptly surrender such materials and derived copies, notes, or working papers that are in my custody or control.   I understand that my failure to surrender such materials promptly, or my conversion of such materials to a use not called for by the contract (e.g., delivery of a document, or a copy thereof, or notes containing information taken from the document, to someone not working on this contract), may be a violation of 18 U.S.C. 641 (theft of government property) and may subject me to fines (up to $10,000) and imprisonment (up to 10 years).

V.     In accordance with contract provisions, the Government may formally modify or change this Agreement in those instances in which the courts (e.g., grand jury investigations), statutory requirements (e.g., civil or criminal investigative demands), or specific circumstances dictate such a modification or change.

VI.    These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, right, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General of a

violation of any law, rule or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling.

_____          _____
Signature                                                        Date

**2**

### Description of Labor Categories

The Contractor shall be paid in accordance with the fixed loaded hourly rates as shown in the pricing table(s) for the specified categories of labor based on the number of actual hours incurred in the performance of work specified.

**Position Title:** Program Director/Senior Attorney
**Education/Qualifications:** J.D. Degree and Licensed to Practice in the United States ***and/or*** minimum of five (5) years of experience working in the immigration field.
**Functional Responsibilities:** Senior-level staff ultimately responsible for contractual compliance, budgeting, contracting, programmatic oversight and supervision. Engages in high-level stakeholder relations. Provides mentorship, training, and supervision to legal staff based on their familiarity with the demanding nature of the work as well as structural and pragmatic limitations. Actively participates in legal service provider network events, and maintains collaborative relationships with other stakeholders, including relevant government agencies and pro bono attorneys.

**Position Title:** Attorney/DOJ Accredited Representative
**Education/Qualifications:** J.D. Degree and Licensed to Practice in the United States ***and/or*** DOJ Accredited Representative with Full Accreditation.
**Functional Responsibilities:** Thoroughly trained, experienced, and culturally competent attorneys/DOJ Accredited Representatives directly provide legal services, including group and individual orientations. Supervises other legal staff in the delivery of services. Develops written and recorded legal orientation materials.

**Position Title:** Paralegal/Legal Assistant
**Education/Qualifications:** Associate's Degree ***and/or*** minimum of two (2) years of relevant experience.
**Functional Responsibilities:** Supports participants and ensures holistic, person-centered services. May also provide legal services under the supervision of an attorney/DOJ Accredited Representative with full accreditation. Develops written and recorded legal orientation materials with the approval of attorney/DOJ Accredited Representative with full accreditation.

**Position Title:** Administrative Staff
**Education/Qualifications:** High School Diploma or GED is preferable.
**Functional Responsibilities:** Assists in tracking hearings, case deadlines, and timelines, as well as provides administrative support. Supports in managing schedules, ensuring efficient and effective use of resources; conducts all necessary data entry for reporting purposes; collects and retrieves necessary documents and maintains program records and data.

Admin. Rec.106

# SECTION 1    DOJ-05 Security of Department Information and Systems
## (OCT 2023)

## I.    Applicability to Contractors and Subcontractors

Section 2839.102 of the Justice Acquisition Regulation (JAR), (48 C.F.R. § 2839.102), applies to this contract. Accordingly, all contractors are obligated to comply with all applicable DOJ security policies, directives, or guidance documents, including the security requirements in the provisions in this contract clause. This contract clause applies to all contractors and subcontractors, including cloud service providers ("CSPs"), and personnel of the contractors and subcontractors (hereinafter collectively, "Contractor") that may access, collect, store, process, maintain, use, share, retrieve, disseminate, transmit, or dispose of DOJ Information.  The security requirements set forth herein are in addition to those required by the Federal Acquisition Regulation ("FAR"), and any other applicable laws, mandates, contract clauses, DOJ policies, directives or guidance documents and Executive Orders pertaining to the development and operation of Information Systems and/or the protection of Government Information. This clause does not alter or diminish any existing rights, obligations, or liability under any other civil and/or criminal law, rule, regulation, or mandate.

## II.    General Definitions

The following general definitions apply to this clause. Specific definitions also apply as set forth in other paragraphs.

      A.    **Authorization to Operate** ("ATO"), as defined in National Institute of Standards and Technology ("NIST") Special Publication ("SP") 800-37 Revision 2, is the official management decision given by a senior Federal official or officials to authorize operation of an information system and to explicitly accept the risk to agency operations (including mission, functions, image, or reputation), agency assets, individuals, other organizations, and the Nation based on the implementation of an agreed-upon set of security and privacy controls.

      B.    **Cloud Computing**, as defined in DOJ Order 0904 Cybersecurity Program, is a model for enabling ubiquitous, convenient, on-demand network access to a shared pool of configurable computing resources (e.g., networks, servers, storage, applications, and services) that can be rapidly provisioned and released with minimal management effort or service provider interaction. This cloud model is composed of five essential characteristics, three service models, and four deployment models in accordance with NIST SP 800-145.

      C.    **Covered Contract** is any contract, order or other agreement under which the contractor, or a subcontractor at any tier, including a cloud service provider, may access, collect, store, process, maintain, use, share, retrieve, disseminate, transmit, or dispose of DOJ Information (as defined below) in the course of providing a product or service to the Department, with the exception of acquisitions under the micro-purchase threshold.

      D.    **Covered Information System** means any information system used for, involved with, or allowing, the processing, storing, or transmitting of DOJ Information under a Covered Contract.

      E.    **Data** means recorded information, regardless of form or the media on which it may be recorded. The term includes technical data, computer software, and personally identifiable information (PII) (defined below). The term does not include information incidental to contract administration, such as financial, administrative, cost or pricing, or management information.

      F.    **DOJ Information**, as defined in DOJ Order 0904, means any Information that is

owned, produced, controlled, protected by, or otherwise within the custody or responsibility of the DOJ, including, without limitation, information related to DOJ programs or personnel. It includes, without limitation, Information (1) provided by or generated for the DOJ, (2) managed or acquired by the Contractor for the DOJ in connection with the performance of the contract, and/or (3) acquired to perform the contract.

G.    **Information,** as defined in DOJ Order 0904, is any communication or representation of knowledge such as facts, data, or opinions, in any form or medium, including textual, numerical, graphic, cartographic, narrative, or audiovisual. This includes any communication or representation of knowledge in an electronic format that allows it to be stored, retrieved, or transmitted.

H.    **Information System**, means a discrete set of information resources organized for the collection, processing, maintenance, use, sharing, dissemination, or disposition of information (44 U.S.C. 3502(8)).

I.    **Personally Identifiable Information ("PII")**, as defined in the FAR 24.101, means information that can be used to distinguish or trace an individual's identity, either alone or when combined with other information that is linked or linkable to a specific individual. It includes but is not limited to common data elements such as names, addresses, dates of birth, and places of employment, to identity documents, Social Security numbers or other government- issued identifiers, precise location information, medical history, and biometric records. This definition covers all PII that is created by or becomes available to the contractor, including its employees, subcontractors, or affiliates, as a result of performing under this contract. PII, as supplementally defined in DOJ Order 0904, also includes information about an individual maintained  by an agency, including, but not limited to, information related to education, financial transactions, medical history, and criminal or employment history and information, which can be used to distinguish or trace an individual's identity.

**J.**    **Private Cloud**, as defined in NIST SP 800-145, is the deployment model for cloud infrastructure provisioned for exclusive use by a single organization comprising multiple consumers (e.g., business units). It may be owned, managed, and operated by the organization, a third party, or some combination of them, and it may exist on or off premises.

K.    **Security Breach** means any security incident (as defined below) that directly relates to the loss of control, compromise, exfiltration, manipulation, unauthorized disclosure, unauthorized acquisition, unauthorized exposure or unauthorized access or any similar occurrence of any Covered Information System or any DOJ Information or any PII accessed by, retrievable from, processed by, stored on, or transmitted within, to or from any such system. This includes incidents where (1) a person other than an authorized user accesses or potentially accesses PII or DOJ Information or (2) an authorized user accesses or potentially accesses PII or DOJ Information for an unauthorized purpose.

> a.  **Potential Security Breach** (hereinafter, "Potential Breach") means any suspected, but unconfirmed security breach (as defined above).
> b.  **Confirmed Security Breach** (hereinafter, "Confirmed Breach") means any confirmed security breach (as defined above).

L.    **Security Incident** means any occurrence that (1) may actually or imminently jeopardize, without lawful authority, the availability, integrity, authentication, confidentiality, or nonrepudiation of DOJ Information or a Covered Information System; or (2) may constitute a

violation or imminent threat of violation of law, security policies, security procedures, or acceptable use policies.

  a. **Potential Security Incident** means any suspected, but unconfirmed security incident (as defined above).

  b. **Confirmed Security Incident** means any confirmed security incident (as defined above).

  M. **Vulnerability,** as defined in DOJ Vulnerability Management Plan, and the OCIO Information Security Management Procedure, means a weakness or flaw discovered in the design of a system that, when exploited, may result in a loss of confidentially, integrity, or availability of DOJ Information or an Information System.

## III. Confidentiality and Non-Disclosure of DOJ Information

  A. Preliminary and final contract deliverables and all associated working papers and material generated by the Contractor developed using DOJ Information, product, source code, and/or methods of operations, are the property of the U.S. Government and must be submitted to the Contracting Officer ("CO") or the CO's Representative ("COR") at the conclusion of the contract. The U.S. Government has unlimited data rights to all such deliverables and associated working papers and materials in accordance with FAR 52.227-14 (Rights in Data-General). The Contractor will define a method of monitoring the development activity to include any activity associated with DOJ Information, product, source code, and methods of operations. The data rights and development details shall be defined within the Contract.

If the Contractor intends to utilize its existing data, for which it has a patent or copyright, to develop a contract deliverable, it is incumbent upon the Contractor to negotiate with the CO the proper FAR Part 27 clauses in the contract to protect its existing data.

  B. Pursuant to FAR 52.227-14(d)(2), all documents and data produced in the performance of this contract containing DOJ Information, product code, source code, and/or methods of operations are the property of the U.S. Government and, without the prior written permission of the CO, the Contractor shall neither reproduce nor release such information to any third-party at any time, including during performance or following expiration and/or termination of the contract.

  C. Any DOJ Information made available to the Contractor under this contract shall be used only for the purpose of performance of this contract and shall not be divulged or made known in any manner to any persons except as may be necessary in the performance of this contract. In performance of this contract, the Contractor assumes responsibility for the protection of the confidentiality of all DOJ Information processed, stored, or transmitted by the Contractor. The Contractor shall comply with information security responsibilities and duties throughout the contract and after expiration/termination as appropriate per contract close-out activities. When requested by the CO (typically no more than annually), the Contractor shall provide a report to the CO identifying, to the best of the Contractor's knowledge and belief, the type, amount, and level of sensitivity of the DOJ Information processed, stored, or transmitted under the Contract, including an estimate of the number of individuals for whom PII has been processed, stored or transmitted under the Contract and whether such information includes social security numbers (in whole or in part).

Admin. Rec.109

## IV.    Compliance with Information Technology Security Policies, Procedures and Requirements

A.    For all Covered Information Systems, in addition to any other applicable requirements, as set forth in Part I, the Contractor shall comply with the security requirements of the Federal Information Security Modernization Act of 2014 ("FISMA"), Privacy Act of 1974, E-Government Act of 2002, National Institute of Standards and Technology ("NIST") Special Publications ("SP"), including NIST SP 800-37, 800-53, and 800-60 Volumes I and II, Federal Information Processing Standards ("FIPS") Publications 140-2, 199, and 200, Federal Risk and Authorization Management Program ("FedRAMP"), DOJ IT Security Standards as amended, and OMB Memoranda relating to the security of information and/or Federal Information Systems.

B.    In addition, for all Covered Information Systems, the Contractor shall comply with the following requirements, which are listed here only to highlight certain specific applicable requirements from one of the sources identified in the first paragraph of this Section. This is not an exhaustive list of all such requirements with which the Contractor is obligated to comply, and the omission of a requirement from this list should not be construed as negating the materiality of that requirement.    These requirements and those in the authorities in the prior paragraph should be read together.

1.    Limiting access to DOJ Information and Covered Information Systems to authorized users and to transactions and functions that authorized users are permitted to exercise.

2.    Providing security awareness training at least annually to all Contractor employees and contractors involved with the Covered Contract.  Such training shall include, but not be limited to, recognizing and reporting potential indicators of insider threats to users and managers of DOJ Information and Covered Information Systems.

3.    Creating, protecting, and retaining, in accordance with applicable requirements but in any event at least until the expiration of the contract, Covered Information System audit records, reports, and supporting documentation to enable reviewing, monitoring, analysis, investigation, reconstruction, and reporting of unlawful, unauthorized, or inappropriate activity related to such Covered Information Systems and/or DOJ Information.

4.    Maintaining authorizations to operate any Covered Information System.

5.    Performing continuous monitoring on all Covered Information Systems, to include but not be limited to, collecting, reviewing, and analyzing appropriate logs and timely investigating security alerts and potential security incidents.

6.    Establishing and maintaining baseline configurations and current inventories of Covered Information Systems, including hardware, software, firmware, and documentation, throughout the Information System Development Lifecycle, and establishing and enforcing security configuration settings for IT products employed in Covered Information Systems.

7.    Ensuring appropriate contingency planning has been performed, including DOJ Information and Covered Information System backups.

8.    Identifying Covered Information System users, processes acting on behalf of users, or devices, and authenticating and verifying the identities of such users, processes, or devices, using multifactor authentication or HSPD-12 compliant authentication methods as defined by NIST 800-63-3, *Digital Identity Guidelines* or current revision.

9.    Establishing and maintaining an operational incident handling capability for Covered Information Systems that includes adequate and timely development, logging, detection, analysis, containment, recovery, and user response activities,

and tracking, documenting, and timely reporting incidents to appropriate officials and authorities within the Contractor's organization and the DOJ.

10. Performing periodic and timely maintenance on Covered Information Systems, and providing effective controls on tools, techniques, mechanisms, and personnel used to conduct such maintenance.

11. Protecting Covered Information System media containing DOJ Information, including paper, digital and electronic media, and DOJ assets under Contractor control; protecting them from environmental impacts, access, and equipment positioning requirements defined; limiting access to DOJ Information to authorized users; and sanitizing or destroying Covered Information System media containing DOJ Information before disposal, release or reuse of such media.

12. Limiting physical access to Covered Information Systems, equipment, and physical facilities housing such Covered Information Systems to authorized personnel according to DOJ 03.

13. Screening individuals prior to authorizing access to Covered Information Systems to ensure compliance with DOJ Security standards including personnel background checks.

14. Continuously assessing the risk to DOJ Information in Covered Information Systems, including scanning and remediating vulnerabilities, or implementing appropriate mitigation in accordance with DOJ policy, and ensuring the timely removal of assets no longer supported by the Contractor.

15. Continuously monitoring the application of security controls of Covered Information Systems, assessing the efficacy of such controls, and developing and implementing plans of action designed to correct deficiencies and eliminate or reduce vulnerabilities in such Covered Information Systems.

16. Monitoring, controlling, and protecting information transmitted or received by Covered Information Systems at the external boundaries and key internal boundaries of such Covered Information Systems, and employing architectural designs, software development techniques, and systems engineering principles that promote effective security.

17. Identifying, reporting, and correcting Covered Information System security flaws in a timely manner, providing protection from malicious code at appropriate locations, monitoring security alerts and advisories and taking appropriate and timely action in response.

18. Ensuring return of Government Furnished Equipment ("GFE") and/or PIV card assets within 10 business days of notification for end of use (contract end, staff change, etc.).

19. Complying with rights in data (FAR 52.227-14) as to the development, management, and protection of DOJ Information.

20. Reporting on risks or known issues impacting DOJ Services (staffing, hardware, process, changes, etc.) through the Contractor's CO or COR, DOJ Service Owner ("SO"), and Government Technical Manager ("GTM") including risk mitigation activities.

21. Reporting through the Contractor's CO or COR on any projected or planned changes in corporate ownership, covered information system design, and/or any technical changes that could impact the confidentiality, integrity or availability of DOJ Information, data, or systems. Changes to system design must be updated through the authorization process per NIST SP 800-37 Revision 2, Step 6 ('Continuous Monitoring") or current NIST revision.

22. When, as part of operating within the DOJ environment, the Contractor's covered information system is subject to review, audit, or assessment by third parties,

facilitating DOJ access to information system resources, facilities, personnel, and documentation in a timely manner as required by the auditors. Should a third-party organization conduct a review of any Covered Information System, the Contractor must provide a copy of the report to DOJ, through the CO and COR.

23.    Completing an attestation that meets OMB Memorandum M-22-18 for software procurements following the template attestation form developed by NIST. The attestation form must be returned to the CO and COR for sharing with the component Chief Information Officer (CIO).

24.    Reporting on outages impacting DOJ Services through the Contractor's CO, COR, and DOJ Service Owner (SO) to include event and mitigation details.

C.    The Contractor shall not process, store, or transmit DOJ Information using a Covered Information System without first obtaining an ATO for each Covered Information System. The ATO shall be signed by the Authorizing Official for the DOJ component responsible for maintaining the security, confidentiality, integrity, and availability of the DOJ Information under this contract. (For Cloud Computing Systems, see Section V, below.)

D.    **Deferred to the terms and conditions agreed upon in the original IDIQ under section II PERSONNEL SECURITY REQUIREMENTS FOR CONTRACTOR EMPLOYEES (ALT. I) – CLASSIFIED INFORMATION – CLEARED CONTRACTORS.**

E.    When requested by the DOJ CO or COR as described below, the Contractor shall provide DOJ, including the Office of Inspector General ("OIG") and Federal law enforcement components, (1) access to any and all information and records, including electronic information, regarding a Covered Information System, and (2) physical access to the Contractor's facilities, installations, systems, operations, documents, records, and databases. Such access may include independent validation testing of controls, system penetration testing, and FISMA data reviews by DOJ or agents acting on behalf of DOJ, and such access shall be provided within 72 hours of the request. Additionally, the Contractor shall cooperate with DOJ's efforts to ensure, maintain, and safeguard the security, confidentiality, integrity, and availability of DOJ Information.

F.    The use of Contractor-owned laptops or other portable digital or electronic media to process or store DOJ Information covered by this clause or access a Covered Information System is prohibited unless the CO approves it in writing after the Contractor has provided a letter certifying compliance with the following requirements. For any requirements which include the use or storage of PII, the Senior Component Official for Privacy must also approve. Any additional requirements set forth for the use or storage of PII under DOJ-02, Contractor Privacy Requirements, are in addition to, not superseded by, the requirements set forth here.

1.    Media must be encrypted using a NIST FIPS 140-2 approved product.

2.    The Contractor must develop and implement a process to ensure that security and other applications software is kept up to date.

3.    Where applicable, media must utilize antivirus software and a host-based firewall mechanism.

4.    The Contractor must log all computer-readable data extracts from databases holding DOJ Information and verify that each extract including such data has been erased within 90 days of extraction or that its use is still required. All DOJ Information should be treated by the Contractor as sensitive information unless specifically designated as non-sensitive by the DOJ.

5.    A Rules of Behavior (ROB) form must be signed and acknowledged annually by users. These rules must address, at a minimum, authorized, and official use,

prohibition against unauthorized users and use, and the protection of DOJ Information. The form also must notify the users that they have no reasonable expectation of privacy regarding any communications transmitted through or data stored on Contractor-owned laptops or other portable digital or electronic media.

6.     Cybersecurity Awareness Training (CSAT) shall be provided annually by Contractor for all users of Covered Information System. This training must be submitted to, and approved by, the CO or COR in advance of being provided to users. Users must complete and acknowledge having received CSAT each year. At a minimum, CSAT provided by contractors must include:

     a. Insider Threat Detection and Reporting – Importance of detecting, methodologies, indicators, and reporting

     b. Privacy Awareness – Privacy Act and PII

     c. General Cybersecurity – Information security, trends in advance persistent threats, social engineering/phishing, appropriate use, mobile devices, remote access, basic security best practices

G.     Contractors shall not store DOJ information on Contractor-owned removable IT (e.g., media such as a thumb drive or external hard drive) unless expressly authorized in writing by the DOJ CO or COR in the performance of their contract.

H.     When no longer needed, all media must be processed (sanitized, degaussed, or destroyed) in accordance with NIST SP 900-88, *Guidelines for Media Sanitization*.

I.     The Contractor must keep an accurate inventory of digital or electronic media used in the performance of DOJ contracts.

J.     The Contractor must remove all DOJ Information from Contractor media and return all such information to the DOJ within 10 days of the expiration or termination of the contract, unless otherwise extended by the CO, or waived (in part or whole) by the CO, and all such information shall be returned in a format and form acceptable to DOJ. The Contractor shall provide a written certification certifying the removal and return of all such information to the CO within 10 business days of the removal and return of all DOJ Information.

K.     DOJ, at its discretion, may suspend the Contractor's access to any DOJ Information, or terminate the contract, when DOJ suspects that the Contractor has failed to comply with any security requirement, or in the event of an Information System Security Incident or Security Breach (see definitions above), where the Department determines that either event gives cause for such action. The suspension of access to DOJ Information may last until such time as DOJ, in its sole discretion, determines that the situation giving rise to such action has been corrected or no longer exists. Any termination action taken because of the Contractor's suspected failure to comply with any security requirement will be conducted in accordance with the applicable termination clause governing the awarded contract. The Contractor understands that any suspension or termination in accordance with this provision shall be at no cost to DOJ, and that upon request by the CO, the Contractor must immediately return all DOJ Information to DOJ, as well as any media upon which DOJ Information resides, at the Contractor's expense. The Contractor must comply with FAR 52.227-14 (Rights in Data), FAR 52.245-1 (Government

Property), DOJ 2400.3A Chapter 1 (component property procedures), and FAR 4.804-5(a)(6) (Procedures for closing out contract files).

V.    **Cloud Computing**

    A.    The Contractor may not utilize the Cloud system of any Cloud Service Provider (CSP) unless:

        1.    All of the following has occurred: (a) the Cloud system and CSP have been evaluated by a Third Party Assessing Organization ("3PAO") certified under FedRAMP; (b) the Cloud system received FedRAMP authorization; (c) the Contractor has provided the most current System Security Plan ("SSP") and Security Assessment Report ("SAR") to the DOJ CO for consideration, and provides any subsequent SSPs and SARs within 30 days of issuance; and, (d) the Authorizing Official for the DOJ component responsible for maintaining the security confidentiality, integrity, and availability of the DOJ Information under the Covered Contract has issued an ATO; or,

        2.    In cases where the CSP or its offering is not FedRAMP authorized, the COR approves utilization of the Cloud System after the CSP has worked with the authorizing official, the DOJ OCIO, and the FedRAMP Program Management Office to determine that the CSP is likely to seek and receive Agency/FedRAMP authorization within 1 year, or DOJ has authorized use as a Private Cloud or Contractor Owned, Contractor Operated system.

    B.    The Contractor must ensure that the CSP allows DOJ to access and retrieve any DOJ Information processed, stored, or transmitted in a Cloud system under this Contract within a reasonable time of any such request, but in no event less than 48 hours from the request. To ensure that the DOJ can fully and appropriately search and retrieve DOJ Information from the Cloud system, access shall include any schemas, meta-data, and other associated data artifacts.

    C.    The Contractor must ensure that the CSP provides access and information to support and enable DOJ's cloud security posture management, to include the current inventory of security management configuration data for services and information to confirm the Contractor has been monitoring accounts for compliance with security requirements. The DOJ Justice Security Operations Center (JSOC) must be able to access logs and events to investigate potential security breaches and perform security posture assessments associated with the Security Audit Identity Credential Access Management (ICAM) policies.

    D.    The Contractor must ensure that the CSP provides evidence of annual recertification of privileged user access management.

    E.    A Supply Chain Risk Management (SCRM) review is mandatory for specified acquisitions in accordance with established process in EO 14028 and NIST SP 800-161, *Cybersecurity Supply Chain Risk Management Practices for Systems*

*and Organizations*, or superseding document. All vendor products and solutions to be used on DOJ national security systems, enterprise-wide systems, or new FIPS-199 High and Moderate systems for the purpose of accessing, collecting, storing, processing, maintaining, using, sharing, retrieving, disseminating, transmitting, or disposing of DOJ Information must be submitted to DOJ OCIO for a Supply Chain Risk Management review prior to contract award or ATO signature. Changes in corporate ownership or structure shall be reported to the CO for referral to SCRM. The Contractor shall notify the CO of any confirmed Supply Chain compromise affecting the Contractor's products or services within 1 hour of discovery.

_____ The following SCRM requirements for acquisition of systems, hardware, or software which will be used in systems that are mission critical or process sensitive data apply to this award. **(CO check as appropriate in coordination with the Program Manager and/or System Owner)**

1. The Contractor shall develop and deliver a SCRM Plan. The SCRM Plan shall meet the format described in NIST SP 800-161, Appendix E. The SCRM plan shall address the following security controls from NIST SP 800-53 Rev 5: SR-2, SR-3, SR-4, SR-5, SR-6, SR-7, SR-8, SR-9, SR-10, and SR-11. Equivalent ISO 27000 series controls may be used if they are mapped to the NIST control(s).

2. The Contractor shall implement the required security controls as documented in the SCRM Plan. The requirements of the SCRM plan shall flow down to all subcontractors. Evidence of the certification and compliance is required.

3. The Contractor shall provide evidence of compliance with the documented SCRM Plan. **(CO select which applies)**
   _____ Self-assessment by a contractor security team
   _____ External assessment by an independent auditor

## VI. Information System Security Incident or Security

A. <u>Confirmed Security Incident</u>. The Contractor shall immediately (and in no event later than 1 hour of discovery) report any Confirmed Security Incident to the DOJ CO and COR. If the Confirmed Security Incident occurs outside of regular business hours and/or neither the DOJ CO nor the COR can be reached, the Contractor must call JSOC at 1-202-357-7000 immediately (and in no event later than within 1 hour of discovery of the Confirmed Security Incident) and shall notify the CO and COR as soon as practicable.

B. <u>Potential Security Incident.</u>
   1. If the Contractor suspects that DOJ information has been potentially disclosed or impacted, the Contractor shall promptly investigate to determine if a Security Incident has occurred. If the Contractor has not determined within 24 hours (i.e., 24 hours from detection of potential security incident and/or security breach) whether the Potential Security Incident was in fact a Security Incident, then it must immediately report

the Potential Security Incident to the DOJ CO and the COR. If the time by which to report the Potential Security Incident occurs outside of regular business hours and/or neither the DOJ CO nor the COR can be reached, the Contractor must call or e-mail the JSOC Team at 1-202-357-7000 or JSOC@USDOJ.GOV and contact the DOJ CO and COR as soon as practicable. If the contract involves PII, the Contractor must comply with the notification requirements of DOJ-02 and Executive Order M-17-12 (Memorandum on Preparing for and Responding to a Breach of Personally Identifiable Information), Contractor Privacy Requirements, Section B.5, for an actual or suspected Security Incident.

2.      The Contractor must limit sharing of Security Incident details to only those individuals involved in responding to the potential Security Incident. Any provisions of the Covered Contract regarding the citizenship or location of individuals working on the Covered Contract apply equally to individuals involved in responding to any potential Security Incidents. The Contractor may request assistance from the JSOC for advice, incident response, or FBI coordination. The Contractor must provide weekly updates to CO, COR and JSOC during the course of a Security Incident investigation.

C.      Any report submitted in accordance with paragraphs (B) and (C), above, shall identify:

1.      Both the Covered Information Systems and DOJ Information involved or at risk, including the type, amount, and level of sensitivity of the DOJ Information and, if the DOJ Information contains PII, the estimated number of unique instances of PII.

2.      All steps and processes being undertaken by the Contractor to minimize, remedy, and/or investigate the Security Incident.

3.      Any and all other information as required by the CISA Federal Incident Notification Guidelines, including the functional impact, information impact, impact to recoverability, threat vector, mitigation details, and all available incident details; and

The Contractor may request assistance from the JSOC Team for advice, incident response, or FBI coordination, and must provide weekly updates to CO, COR, and JSOC during the course of an Incident investigation.

D.      Except as otherwise required by Federal, State and local laws, executive orders, rules and regulations, all determinations regarding whether and when to notify other individuals and/or federal agencies potentially affected by a Security Incident will be made by DOJ senior officials, the DOJ Core Management Team, or the COR at DOJ's discretion.

E.      The Contractor must provide to DOJ full access to any facility and/or Covered Information System affected or potentially affected by any potential or confirmed Security Incident, including access by the DOJ OIG and federal law enforcement organizations, and undertake any and all response actions DOJ determines are required to ensure the protection of

DOJ Information, including providing all requested images, log files, and event information to facilitate rapid resolution of any Security Incident.

F.      DOJ, at its sole discretion, may obtain, and the Contractor will permit, the assistance of other federal agencies and/or third-party contractors or firms to aid in response activities related to any potential or confirmed Security Incident. Additionally, DOJ, at its sole discretion, may require the Contractor to retain, at the Contractor's expense, a 3PAO acceptable to DOJ, with expertise in incident response, compromise assessment, and federal security control requirements, to conduct a thorough vulnerability and security assessment of all affected Covered Information Systems.

G.      Response activities related to any Security Incident undertaken by DOJ, including activities undertaken by the Contractor, other federal agencies, and any third-party contractors or firms at the request or direction of DOJ, may include inspections, investigations, forensic reviews, data analyses and processing, and final determinations of responsibility for the Security Incident and/or liability for any additional response activities. The Contractor shall be responsible for all costs and related resource allocations required for all such response activities related to any Security Incident, including the cost of any penetration testing.

## VII. Pass-Through of Security Requirements to Subcontractors and CSPs

A.      The requirements set forth in the preceding paragraphs of this clause apply to all subcontractors and CSPs who perform work in connection with the contract, including any CSP providing services for any other CSP under the contract, and the Contractor shall flow down this clause to all subcontractors and CSPs performing under this contract. Any breach by any subcontractor or CSP of any of the provisions set forth in this clause will be attributed to the Contractor.

(End of Clause)