| **AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT** | | 1. CONTRACT ID CODE 15JPSS22D00000013 | | PAGE 1 | OF | PAGES 4 |
|---|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER P00003 | 3. EFFECTIVE DATE 09/01/2024 | 4. REQUISITION/PURCHASE REQUISITION NUMBER See Lines | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

| 6. ISSUED BY                                  CODE | 15JPSS | 7. ADMINISTERED BY (If other than Item 6)      CODE |
|---|---|---|
| U.S. Department of Justice<br>Procurement Services Staff, OBD<br>145 N St., NE, 8E.300<br>Washington, DC 20530 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|---|
| ACACIA CENTER FOR JUSTICE<br>1025 CONNECTICUT AVE NW STE 1000A # 1008<br>WASHINGTON, DC 20036-5417<br><br>UEI: CAJ4W5QGNKK9<br>DUNS: 118493024 | | | |
| | | | 9B. DATED (SEE ITEM 11) |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER |
| | | | 15JPSS23F00000154 |
| | | X | 10B. DATED (SEE ITEM 13) |
| CODE | FACILITY CODE | | 08/31/2023 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

OBD-2023-0339ADIR-JEOIROLAP-JEOIROLAP-JEOIR-JEOIR181-25105-2023

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
|---|---|
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to exercise option period 2 and add $22,446,583.32 in funding.  See the attached revised SOW and  pricing for details. All other terms and conditions remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Leah Prestamo, General Counsel | | Markus T Gaines<br>Digitally signed by MARKUS GAINES | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 9/5/24 | By   Date: 2024.09.06 09:53:45 -04'00'<br>(Signature of Contracting Officer) | 09/04/2024 |

Previous edition unusable

**STANDARD FORM 30** (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

**Section 1 - Commodity or Services Schedule**

## SCHEDULE OF SUPPLIES/SERVICES

CONTINUATION SHEET

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0001 | PSC: R418<br>**Line Period of Performance:** 09/01/2023 - 08/31/2024<br>Exercised Option 1 | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$19,893,446.41000<br>Change:<br>$0.00000<br>Current:<br>$19,893,446.41000 | $0.00 | $0.00 | Previous:<br>$19,893,446.41<br>Change: $0.00<br>Current:<br>$19,893,446.41 |

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0002 | PSC: R418<br>**Line Period of Performance:** 09/01/2023 - 08/31/2024 | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$0.00000<br>Change:<br>$0.00000<br>Current:<br>$0.00000 | $0.00 | $0.00 | Previous: $0.00<br>Change: $0.00<br>Current: $0.00 |

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0003 | PSC: R418<br>**Line Period of Performance:** 09/01/2024 - 08/31/2025 | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$0.00000<br>Change:<br>$22,446,583.32000<br>Current:<br>$22,446,583.32000 | $0.00 | $0.00 | Previous: $0.00<br>Change:<br>$22,446,583.32<br>Current:<br>$22,446,583.32 |

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0004 | PSC: R418<br>**Line Period of Performance:** 09/01/2025 - 08/31/2026 | Previous : 1<br>Change: 0 | LT | Previous:<br>$0.00000 | $0.00 | $0.00 | Previous: $0.00<br>Change: $0.00 |

| | | Current : 1 | | Change:<br>$0.00000<br>Current:<br>$0.00000 | | | Current: $0.00 |

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0005 | PSC: R418<br>**Line Period of Performance:** 09/01/2026 - 08/31/2027 | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$0.00000<br>Change:<br>$0.00000<br>Current:<br>$0.00000 | $0.00 | $0.00 | Previous: $0.00<br>Change: $0.00<br>Current: $0.00 |

| | |
|---|---|
| **Base Total:** | Original: $0.00<br>Change: $22,446,583.32<br>Current: $22,446,583.32 |
| **Exercised Options Total:** | Previous: $19,893,446.41<br>Change: $0.00<br>Current: $19,893,446.41 |
| **Unexercised Options Total:** | Previous: $0.00<br>Change: $0.00<br>Current: $0.00 |
| **Base and Options Total:** | Previous: $19,893,446.41<br>Change: $22,446,583.32<br>Current: $42,340,029.73 |

**FUNDING DETAILS:**

| ITEM NO. | FUNDING LINE | OBLIGATED AMOUNT | ACCOUNTING CODES | REFERENCED REQUISITION |
|---|---|---|---|---|
| N/A | 1 | Previous : $19,747,860.52<br>Change: $0.00<br>Current : $19,747,860.52 | OBD-2023-0339ADIR-JEOIROLAP-<br>JEOIROLAP-JEOIR-JEOIR181-25105-2023 | 15JE1R-23-PR-0305 |
| N/A | 2 | Previous : $145,585.89<br>Change: $0.00<br>Current : $145,585.89 | OBD-2023-0339XDIR-JEOIROLAP-<br>JEOIROLAP-JEOIR-JEOIR181-25105-2023 | 15JE1R-23-PR-0305 |
| N/A | 3 | Previous : $0.00<br>Change: $22,446,583.32<br>Current : $22,446,583.32 | OBD-2024-0339ADIR-JEOIROLAP-<br>JEOIROLAP-JEOIR-JEOIR181-25105-2024 | 15JE1R-24-PR-0214 |
| | | PREVIOUS: $19,893,446.41<br>CHANGE: $22,446,583.32<br>CURRENT: $42,340,029.73 | | |

Admin. Rec.120

**Section 2 - Contract Clauses**

**No Clauses**

**Section 3 - List of Attachments**

**No Clauses**

| Identifier | Title | Number of Pages |
|---|---|---|
| 1 | TO 154.pdf | |
| 2 | Table LOP.pdf | |
| 3 | 15JPSS23F00000154 Mod 01.pdf | |

**EOIR Office of Legal Access Programs**

**Legal Orientation Program (LOP) for Detained Adults and Legal Orientation Program for Custodians of**

**Unaccompanied Children (LOPC)**

**FY24/FY25 Statement of Work for Option Year 2**

**(Updated 08/29/2024)**

The period of performance for this Task Order is **September 1, 2024, to August 31, 2025**. Two (2) additional 12-month option periods may be exercised at the discretion of the Government to extend performance through July 31, 2027.

## I.    Legal Orientation Program (LOP) for Detained Adults

The Legal Orientation Program (LOP) is provided through the Executive Office for Immigration Review (EOIR). The purpose of the LOP is to improve the judicial efficiency and effectiveness of EOIR Immigration Court proceedings and processes by informing and advising detained adult individuals about immigration court and other immigration adjudication practices, procedures, general information about options related to relief and protection from removal, and other relevant resources as soon as possible after entering Department of Homeland Security (DHS) custody.

The Contractor must provide LOP for detained adult individuals (individuals) who are, or may be, placed in EOIR Immigration Court and/or DHS removal proceedings and are held in DHS custody at facilities listed in the attached Appendix (covered sites) prior to their initial Master Calendar Hearing and/or DHS interview or application adjudication.[1]

Work at sites not listed in the Appendix or within local travel distance (i.e., fifty (50) miles) from the covered sites listed in the Appendix, must receive prior written approval from the Contract Officer's Representative (COR).

The Government, in consultation with the Contractor, will determine a start service date of not more than ninety (90) calendar days to begin services at a new covered site. Upon the Contractor's request, and with evidence of meaningful attempts to begin services (including remote options), the COR may extend the timeline established in increments of thirty (30) days. The Government will determine additional LOP sites as appropriate. Following identification of a new covered site for services, and in due consideration of the Contractor's assessment of the viability of an LOP site, the Government in consultation with the Contractor will determine the appropriate start service date for any additional site to be identified in the future. After the first extension of thirty (30) calendar days past the original ninety (90) calendar days, the Government may pursue a separate contract to start service. In such a scenario, the Contractor will work with any additional contractor or service provider to deliver services to the extent that this collaboration does not require the Contractor to share proprietary knowledge.

---

[1] The Government acknowledges that circumstances exist out of the Contractor's control that may inhibit Contractor's access to the individuals on this timeline. If such circumstances are present, the Contractor will make its best efforts to provide LOP services to individuals as soon as operationally possible.

**A. Services.**

1) The Contractor must submit a Program Operation Plan (POP) within twenty-one (21) business days from the date the Government issues this Task Order. The COR must complete any required review or approval within ten (10) business days from the date the Government receives the proposed POP. The POP must include:

   a) Structure and schedule for providing in-person Group Orientations, Individual Orientations, and Pro Se Workshops, which may include limited remote provision of LOP where the COR determines it is appropriate. Approving the POP with the remote schedule constitutes a COR determination that the remote schedules are appropriate;

   b) Alternate structure and schedule for remote or hybrid remote/in-person Group Orientations, Individual Orientations, and Pro Se Workshops to ensure the ability to provide services in circumstances where facility access is temporarily limited or restricted;

   c) Plan for Pro Bono Referrals and Placements; and

   d) Plan for Friend of the Court Services, where appropriate and feasible.

2) The Contractor must provide, in writing, the most up to date LOP services schedule for all covered sites, which are included in the POPs. The POP schedule must include scheduled times for each service at each covered site. The POP schedules must be provided to the Government every six (6) months following the start of the period of performance. The COR, in consultation with the Contractor, may determine alternate timeframes for the periodic updates.

3) The Contractor must coordinate with the COR and on-site representatives to implement the program at the covered sites. "On-site representatives" may include officials from DHS, EOIR, local government, contract facility administrators, or other individuals deemed necessary by the Contractor or the COR.

   a) The Contractor must work collaboratively with governmental agencies, government contractors, and other private non-profit agencies and pro bono attorneys who regularly represent or assist individuals in removal proceedings and other immigration processes before EOIR and/or DHS. The Contractor must make all reasonable efforts to maintain positive working relationships with LOP stakeholders. Collaborative work with governmental agencies and other LOP stakeholders may include, in consultation with the COR, participating in meetings, providing information and data in accordance with Section E below, and/or other inquiries related to the LOP. Collaborative work also includes scheduling meetings with relevant governmental agencies and stakeholders where information sharing is necessary for logistical planning and execution. The Contractor must obtain approval from the COR, after consultation with EOIR OGC, before providing reports required under this SOW or sharing

Admin. Rec.123

information or data required to be kept confidential under the IDIQ to any person or entity not employed by the Contractor or EOIR, including in response to third-party requests for information or data. The Contractor may provide information to volunteer attorneys and/or legal service organizations as part of pro bono referrals, after receiving written consent from the participant in accordance with the written consent requirements contained in this SOW.

4) The Contractor must arrange for suitable space in which to provide LOP services at the covered site, which may include the EOIR immigration court or other space within the detention facility that is appropriate for group presentations and/or private discussions. Where a contract detention facility or state or county jail is involved, EOIR will make its best effort to facilitate access to a suitable space. Where suitable space is unavailable at the covered site due to facility limitations and/or insufficient stakeholder cooperation, the Contractor should notify the COR and Contract Officer (CO) and seek written approval from the CO to provide in-person or remote LOP services at an equivalent site, as approved by the COR and if practicable, as a temporary alternate to the covered site. Approval of a POP that contains services at an alternate site constitutes the required approval.

5) The Contractor may, with prior written approval from the COR, provide services via telephone or video teleconferencing equipment (VTC) or other equivalent remote communication technology. Such remote services will not be approved for more than four (4) week intervals unless they are a part of an alternate operations plan in an approved POP and to account for circumstances preventing facility access. The Government may rescind such approval with two (2) weeks (i.e. fourteen (14) calendar days) of notice to the Contractor. To ensure the ability to provide services in new and emergent situations (e.g. when services cannot be safely provided in person due to communicable disease outbreak), the COR may determine a need for services via telephone, live video, or other equivalent remote communication technology, and the COR may direct the Contractor to provide such remote services. For approved remote services, the Contractor will arrange for use of suitable technology available at the covered site which may include, but is not limited to, the DTS Pro Bono Platform, telephones, computers, tablets, and Virtual Attorney Visitation (VAV) units.

6) The Contractor must maintain and host a file-share or other electronic repository, with approval from EOIR, to allow subcontractors to access all EOIR-approved LOP self-help materials, program guidance, program manuals and curricula, and other program management documents. The Contractor must ensure compliance with Section 508 of the Rehabilitation Act for any new materials created under this task order. The contractor will have one hundred eighty (180) days from the start of this Task Order to ensure that all program materials created for this program from September 1, 2022, onward are updated to comply with Section 508 of the Rehabilitation Act. The Contractor will not be required to ensure compliance with

3

Section 508 of the Rehabilitation Act for documents created prior to the start of the IDIQ that are made available for review in the file-share. The Contractor must ensure the COR and those Government employees the COR identifies can access the complete LOP document repository. All materials produced under this Task Order for provision to individuals must be approved by the COR prior to use or release, except related to legal strategy.

7) All such materials will be available for Contractor use and distribution one (1) business day after EOIR notifies the Contractor of approval by providing the mutually agreed upon final version to the Contractor. The Contractor will not continue to use or distribute materials after notice from the COR that they are invalid for use and distribution.

8) The Contractor must design and distribute to individuals appropriate and general written and/or recorded legal orientation information, self-help materials, and other relevant and informative materials and ensure compliance with Section 508 of the Rehabilitation Act for any new materials created for this Task Order. The Contractor will have one hundred eighty (180) days from the start of this Task Order to ensure that legal orientation materials that created for this program from September 1, 2022 onward are updated to comply with Section 508 of the Rehabilitation Act. The Contractor will not be required to ensure compliance with Section 508 of the Rehabilitation Act for documents created prior to the start of the IDIQ. Prior to creating any materials for general distribution, the Contractor will review existing materials to avoid duplicative creation of documents on similar topics and adapt proposed materials as needed, unless related to legal strategy. The COR will pre-approve the proposed new materials for review within five (5) business days of receipt of request from Contractor. When submitting non-English language documents to EOIR for approval, the Contractor must include a corresponding English version. Additionally, the Contractor must conduct a substantive review of any Spanish language documents to ensure that the translation is as close as possible to the English language version and has undergone a quality assurance process before submitting them to the COR for approval.

9) The Contractor must maintain a curated library, in consultation with the COR, of EOIR-approved LOP written and/or recorded materials on the internet and ensure compliance with Section 508 of the Rehabilitation Act.

10) The Contractor must prepare for services by reviewing any information made available to the Contractor from the Government on individuals eligible for services, subject to applicable privacy and confidentiality laws and consistent with any necessary clearances or background checks.

11) The Contractor must provide Group Orientations to all available individuals in DHS custody at the covered sites prior to their initial Master Calendar Hearing in the EOIR Immigration Court and/or initial DHS fear assessment interview (e.g. Credible Fear Interview or Reasonable Fear Interview) or application adjudication

4

(e.g. affirmative asylum interview or Asylum Merits Interview).[2] The Group Orientations must include general information about pursuing relief or protection from removal and preparing for an immigration hearing and/or a DHS fear assessment interview or application adjudication, as relevant to the participating individuals receiving LOP. The Contractor presenters will respond to general concerns of individuals in group question-and-answer periods held during the Group Orientations. The Group Orientations must follow the general structure of the Group Orientations as designed by the EOIR LOP Program and contained in the LOP Training Manual. Documentation, including session information and the training manual, are subject to the COR's review and change.

12) The Contractor must provide Group Orientations to individuals held in DHS custody in other immigration removal proceedings and processes, including those before the EOIR Board of Immigration Appeals and DHS expedited removal proceedings. The Group Orientations may also be customized to meet the needs of the specific covered site population and participating individuals, and may include information on facility processes (e.g., instructions on LOP communication via tablets, contacting deportation officers, the Office of the Immigration Detention Ombudsman, Immigration and Customs Enforcement (ICE) Detention Reporting and Information Line, using the mail system, ICE Detainee Telephone System Pro Bono Platform, medical requests, etc.) and other information that may assist in orderly and efficient government operations.

13) The Contractor must provide Individual Orientations to unrepresented[3] individuals in DHS custody, when requested.[4] The Contractor must also verbally notify those receiving Individual Orientations, prior to the start of that Individual Orientation and in a language the individual understands, that the Contractor is not the unrepresented individual's legal representative. The Individual Orientations are intended to assist individuals in understanding their legal situations. Presenters may respond to specific concerns and/or questions regarding matters of immigration law and procedure and may provide legal advice, within the scope of the LOP, based on the individual's immigration circumstances. The Contractor may also provide legal advice, and assistance in completing legal documents or forms consistent with EOIR regulations and as authorized by law. In addition, the Contractor must use Individual Orientations to distribute self-help legal materials and identify cases for possible pro bono representation before EOIR and/or DHS.

---

[2] The Government acknowledges that circumstances exist out of the Contractor's control that may inhibit the Contractor's access to the individuals on this timeline. If such circumstances are present, the Contractor will make its best efforts to provide LOP to individuals as soon as operationally possible.

[3] Individuals who are represented in only certain matters of their immigration case, such as bond-only representation, may receive Individual Orientations on subject matters outside the scope of their representation and in accordance with the LOP presenters' applicable state ethical rules.

[4] The Government acknowledges that circumstances exist out of the Contractor's control that may inhibit the Contractor's access to individuals and affect the Contractor's ability to meet this requirement. If such circumstances are present, the Contractor will make its best efforts to provide LOP to all individuals requesting Individual Orientations.

Admin. Rec.126

14) The Contractor must ensure that all Contractor presenters are attorneys, Department of Justice Accredited Representatives (DOJ) with full accreditation, or other Contractor staff working under the direct supervision of an attorney or DOJ Accredited Representative with full accreditation, with reasonable exceptions if approved by the COR. All presenters who are attorneys or DOJ Accredited Representatives must be "in good standing." Direct supervision means that an attorney or DOJ Accredited Representative with full accreditation is present at the site on the day of services to consult with LOP staff or, in the event of emergent circumstances preventing on site presence at the location, is reachable by telephone to consult with LOP staff prior to the completion of LOP services on the day the guidance is requested. However, if the Contractor is providing services via remote technology, direct supervision means that an attorney or DOJ Accredited Representative with full accreditation is available to the LOP staff by telephone within five (5) minutes of LOP staff sending notice of a need for contact.

15) The Contractor must provide, to the greatest extent possible, Individual Orientations to unrepresented individuals immediately following the Group Orientations and/or prior to the unrepresented individual's initial Master Calendar Hearing in the immigration court and/or initial DHS fear assessment interview or application adjudication. Prior to subsequent hearings, the Contractor may provide additional LOP services, which may include assistance with forms and applications, and translating documents.

16) The Contractor must provide Pro Se Workshops in accordance with the POP for unrepresented individuals.[5] The purpose of Pro Se Workshops is to inform and assist small groups of unrepresented individuals in understanding the relevant laws and procedures to be followed in pursuing particular forms of relief or in understanding special procedures in place that may apply to their own legal situation. The presenters may respond to specific concerns/questions of an individual regarding matters of immigration law and procedure and may provide legal advice based on the individual's immigration circumstances.

17) The Contractor must conduct LOP services in the individual's preferred language. If an individual does not understand the language in which the LOP services are conducted, the Contractor must provide interpreters, and/or written or recorded orientation materials in the language understood by the individual.

18) The Contractor must explain to all individuals receiving LOP services that the presenter is affiliated with the Contractor/Subcontractor organization and that the presenter is not the attorney or representative of the individual(s). For all individual services (not covering Group Orientations and Pro Se Workshops) the presenter shall obtain written acknowledgment from each unrepresented individual that the

---

[5] Individuals who are represented in only certain matters of their immigration case, such as bond-only representation, may receive Pro Se Workshops on subject matters outside the scope of their representation and in accordance with the LOP presenters' applicable state ethical rules.

unrepresented individual stating, in effect, that they (a) understand the presenter is not their attorney or representative, and (b) understands that the program cannot guarantee pro bono representation in their case. Written acknowledgement can include electronic signature. Only one (1) written acknowledgement form is required per individual. The Contractor or Subcontractor organization must retain records of written acknowledgement from each unrepresented individual according to applicable records retention schedules. The Contractor will introduce data entry protocols that require all Subcontractor organizations to confirm (via check box) that either written acknowledgment has been secured or a waiver for this requirement has been received from the COR for all services entered in the Contractor database that require written acknowledgement. The Contractor will introduce data entry protocols no later than thirty (30) calendar days after the beginning of the Task Order. Written acknowledgement records must be disposed in accordance with the provisions of the agency record schedules. Services provided via the LOP Information Line and remote services are exempt from the written acknowledgment requirement. The COR may grant exceptions to the written acknowledgement requirement. The COR will deny or approve exceptions to the written acknowledgement within three (3) business days.

19) The Contractor must provide supplemental LOP services in accordance with the POP, which may be in the form of:

   a) Follow-up services, which may consist of subsequent Group Orientations, Individual Orientations, and Pro Se Workshops with individuals who have already received one;
   b) Friend of the Court services, consistent with EOIR guidance; and/or
   c) Pro bono referrals.

20) The Contractor must develop a Pro Bono Referral Plan to promote and facilitate pro bono representation for unrepresented individuals. The Contractor must provide referrals to available pro bono legal and other relevant non-legal services where available. The Contractor should exercise care to avoid the perception that such referrals constitute representation. The Government encourages referrals for pro bono representation to as many different attorneys as possible, given availability constraints. For the Contractor to release information and/or documents collected during the performance of services under this Task Order to third parties, including for purposes of pro bono referral and placement, the Contractor must obtain written consent from each unrepresented individual. Written consent can include electronic signatures. The Contractor/Subcontractor organization must retain records of written consent from each unrepresented individual according to applicable records retention schedules. The Contractor will submit on a quarterly basis a random sampling of twenty (20) percent of consent forms for that quarter amounting to no more than four hundred (400) consent forms for the contract year. Written consent records must be disposed of in accordance with the provisions of the agency records schedule. The COR, in consultation with EOIR OGC, may jointly approve

exceptions to the written consent requirement on a case-by-case basis. Such requests must be legally justified, meaning that they must be supported by a valid legal reason, such as compliance with law, urgent and compelling circumstances, significant public interest, or practical necessity. The Contractor must submit a written request for exceptions, detailing the reasons for the exception, to the COR. The COR and EOIR OGC must approve or deny the request within five (5) business days. The Contractor must document any verbal consent and retain records in accordance with the retention requirements set out in the IDIQ. The consent to disclosure of information must meet Privacy Act requirements such as those provided in Form EOIR-59, 28 CFR § 16.41(d)-(e), and comply with the Immigration and Nationality Act and 8 CFR § 1208.6, where applicable. The COR, in consultation with EOIR's OGC, will approve or propose alternative consent language within ten (10) business days if the Contractor decides not to use the Form EOIR-59 to obtain written consent.

21) The Contractor must maintain and continue to develop the Legal Orientation Program Manual and provide training and logistical planning and execution for all essential participants in the program, including Contractor/Subcontractor staff and key management staff. The scope of the training is limited to performing contracted program services. All training materials, including agendas and session summaries, must be approved in advance by the COR. All trainings must be open to the Government, unless otherwise agreed upon between the Government and the Contractor. Panels or sessions that include Government speakers must be open to the Government. Trainings will be responsive to LOP requests and demonstrated needs and may be in the form of an annual conference, a series of on-site training programs for small groups, and/or other means such as virtual trainings, individual phone consultations, and group conference calls. Training will generally be planned and delivered via remote technology. In circumstances in which the Contractor believes providing training in person is necessary, the Contractor may request approval for an in-person training by submitting a written justification for the COR to evaluate in consultation with Government training experts. The COR will approve or deny the Contractor's request within fifteen (15) business days. The Government will augment training as necessary to provide relevant instruction on practices, procedures, and other information not readily available to non-Government officials.   For all virtual training, the Contractor must provide access to the technology necessary to facilitate participation.

22) The Contractor must implement and manage one (1) or more national call centers providing telephonic and/or live video orientations and provide referrals to in-person LOP services, where available and appropriate. This may be through telephone, video-teleconferencing equipment, or equivalent multi-way remote communication technology. The purpose of the call centers is to provide LOP services (including legal advice), modified for remote delivery, where no in-person LOP is available or practicable.

a) The Contractor will also distribute to individuals appropriate and informative written materials (e.g., an outline of the topics discussed at the presentation, a list of legal and/or social services in the local community, etc.) by regular mail, e-mail, or other methods of correspondence.

b) Prior to the start of operation of each call center, the COR must approve of a POP submitted by the Contractor. The POP must include:

  i.   Structure and schedule for providing Telephonic Orientations; and
  ii.  Plan for Pro Bono Referrals and Placements.

23) The Contractor must report to the COR within five (5) business days from when the Contractor becomes aware of any problems that arise related to the performance of the specific tasks in this Statement of Work (SOW) and consult with the COR regarding resolution of such problems.

24) The Contractor must coordinate with the COR to conduct visits in-person, where resources allow, of each site that the COR and/or the Contractor designates to monitor performance and provide feedback regarding services. The Contractor must endeavor to send the site visit memorandum draft to the COR within thirty (30) business days of the site visit's completion. The Contractor will finalize the site visit memorandum to the COR within fifteen (15) business days of receiving the Government's feedback.

25) The Contractor must conduct both (1) quarterly individual site check-in calls and (2) monthly conference calls with all LOP provider sites and the Government to discuss program operations and performance, and additionally at any time when either party believes it is necessary. The Government and the Contractor may consult to determine instances where written updates from LOP providers can substitute monthly conference calls or quarterly LOP provider site calls. The Contractor must record written notes memorializing the attendees, announcements, main points, and other relevant information shared in the monthly conference calls. The Contractor must provide the written notes to the Government within twenty-one (21) calendar days from the call.

**B. Invoicing.** The Contractor must submit a status report to the Government together with the monthly invoice by the 25th calendar day of the following month, provided that if the 25th calendar day falls on a weekend or holiday, the Contractor shall submit the report and invoice on the following business day. The report must include the labor hours, broken down by labor category, upon which the invoice is predicated. The report and invoice must not include personally identifiable information (PII). Receipt by the Contractor of the Subcontractor's charges shall, for purposes of this Task Order, be deemed an expense incurred by the Contractor, and the Contractor shall be entitled to invoice the Government for such expenses.

C. **Monthly Reports**. The Contractor must submit, in conjunction with the corresponding monthly invoice, a report to the COR listing the following data points per subcontractor: (i) Current invoice month spending; (ii) current approved budget; (iii) prior spending for each invoice period since the beginning of the Task Order year; and (iv) applicable budget analysis as appropriate to explain invoicing variances.

D. **Quarterly Reports.** The Contractor must submit, based on the fiscal year, a quarterly program management progress report to the COR providing analysis and listing the following services conducted pursuant to this SOW over the past quarter by each site and cumulatively since the beginning of the Task Order year, including (i) the number of Group Orientations; (ii) the number of Individual Orientations including follow-up services; (iii) the number of Pro Se Workshops; (iv) the total number of unique individuals served; (v) the number of pro bono referrals made; (vi) the number of pro bono placements made; (vii) the number of referrals to non-legal resources made; (viii) the number of individuals served through the limited appearance regulation, (ix) the number of individuals served through Friend of the Court; and (x) other data as deemed necessary by the Contractor or the COR. The data should be broken down by legal service provider and include Key Performance Indicators, agreed upon by the Government and Contractor within ninety (90) days of issuance of this Task Order. The Quarterly Reports must not include PII.

E. **Data Access.** The Government must have full access to data collected for the performance of the Task Order, not subject to any privilege or otherwise protected from disclosure under the law, and the Contractor shall provide such data to the Government. Information the Contractor collects in the performance of services under this SOW, except information subject to privilege or otherwise protected from disclosure under the law, is DOJ information and is part of an official EOIR record and can be provided to the Government without consent from the individual including, but not limited to, information for furthering efforts toward pro bono placement. The Government can request ad hoc reports with ten (10) business days of notice to the Contractor unless the COR approves an extension. All parties shall work in good faith to determine appropriate deadlines based on the nature and complexity of the reports, and to coordinate the timing of ad hoc reports with quarterly and other required reports.

F. **Legal Advice.** The provision of legal advice alone does not require the legal service provider to enter an appearance to represent the respondent in proceedings before EOIR pursuant to 8 CFR 1003.17.

G. **Travel.** Local travel, defined as travel within fifty (50) miles of the applicable primary place of performance (e.g., a covered site or subcontractor office) will not be reimbursed under this Task Order. Long-distance travel, defined as travel outside of the fifty (50) mile radius of the applicable primary place of performance, must receive written approval by the COR before any travel expenses are incurred. Travel requests may be sent to the COR on a quarterly basis, or as needed. The COR will approve or deny travel requests within five (5) business days of the request.

**H. Noncompliance.** In the event the CO or COR finds that the Contractor has failed to comply with the purpose of the LOP or any provision of this SOW, the Contractor's representative shall be promptly notified in writing of the nature and scope of the deficiency. Upon such notice, the Contractor will have thirty (30) days to respond and/or remedy the deficiency before any further action is taken by the CO or COR. The CO or COR will notify the Contractor, within seven (7) days of any response or attempt to remedy, as to whether the Contractor is still found to be out of compliance with this SOW.

**I. Termination.** The Government may cancel this task order or the provision of LOP services at a particular site covered by this task order for cause or for the Government's convenience by providing advance written notice to the Contractor.

**J. Limitations.** Nothing in this task order is intended to restrict performance under any other task order or other contract vehicle the Department of Justice issues.

## II.   Legal Orientation Program for Custodians of Unaccompanied Children (LOPC)

The William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (Pub. L. 110-457) tasks the Executive Office for Immigration Review with ensuring that the adult caregivers of unaccompanied children receive legal orientations. To carry out this statutory mandate, EOIR's Office of Legal Access Programs operates the Legal Orientation Program for Custodians of Unaccompanied Children (LOPC). Under the LOPC, the Contractor must provide legal orientations to the custodians of unaccompanied children (hereinafter "unaccompanied children" or "children" or "child"). "Custodians" are individuals who have or are seeking custody of one or more child(ren) who are currently or were formerly in the care of the Office of Refugee Resettlement, Department of Health and Human Services (ORR-HHS). The purpose of the LOPC is to address the custodians' responsibilities to attempt to ensure the child's appearance at all immigration court hearings, and to protect the child from mistreatment, exploitation, and trafficking.

The Contractor will provide services under this Task Order in the LOPC sites located in the attached Appendix. The Government, in consultation with the Contractor, will determine a start service date of not more than ninety (90) calendar days to begin services at a new covered site. Upon the Contractor's request, and with evidence of meaningful attempts to begin services (including remote options), the Contractor Officer Representative (COR) may extend the timeline established in increments of thirty (30) calendar days. The Government will determine additional LOPC sites as appropriate. Following identification of a new site for services, and in due consideration of the Contractor's assessment of the viability of an LOPC site, the Government, in consultation with the Contractor, will determine the appropriate start service date. After the first extension of thirty (30) calendar days past the original ninety (90) calendar days, the Government may pursue a separate contract to start services. In such a scenario, the Contractor will work with any additional contractor or service providers to deliver services to the extent that this collaboration does not require the Contractor to share proprietary knowledge.

Admin. Rec.132

The Contractor will also run an LOPC Call Center in two locations: National Call Center in New York City, NY and West Coast Call Center in Los Angeles, CA, which will be available to receive phone inquiries from custodians of children and ORR caseworkers. The Call Centers will schedule appointments for LOPC services at provider locations around the country and provide telephonic and/or video orientations for custodians.

**A. Services.**

1) The Contractor must submit a Program Operation Plan (POP) within twenty-one (21) business days of the start of this Task Order. The COR must complete any required review or approval within ten (10) business days of receipt of the proposed POP. The POP must include:

   a) Structure, schedule, and projected range per quarter of Group and Individual Orientation presentations, as well as telephonic and video orientations, where appropriate;
   b) Structure and schedule of any supplemental LOPC services;
   c) Pro Bono Referral and Placement Plan; and
   d) Plan for Friend of the Court (FOTC) services, where appropriate and feasible.

2) The Contractor must provide, in writing, the most up-to-date LOPC services schedule for all covered sites, which are included in the POPs. The POP schedule must include scheduled times for each service at each covered site. The POP schedules must be provided to the Government every six months following the start of the period of performance. The COR, in consultation with the Contractor, may determine an alternate timeframe for the periodic updates.

3) The Contractor must coordinate with the COR and on-site representatives to implement the program at the designated sites. "On-site representatives" may include officials from EOIR, HHS, or other individuals deemed necessary by the Contractor or the COR. This includes the scheduling of legal orientation presentations ("orientations"), the use of any HHS-contracted facilities, and the exchange of information on custodians and children. The Contractor must work collaboratively with governmental agencies, government contractors, and other private non-profit agencies and pro bono attorneys who regularly represent respondents in removal proceedings and other immigration processes before EOIR and/or DHS. The Contractor must make all reasonable efforts to maintain positive working relationships with LOPC stakeholders, including on-site representatives. Collaborative work with governmental agencies and other LOPC stakeholders may include, in consultation with the COR, participating in meetings, responding to information and data requests in accordance with Section E below, and responding to other inquiries related to the LOPC. The Contactor must obtain approval from the COR, after consultation with EOIR Office of General Counsel (OGC), before providing reports required under this SOW or sharing information or data required to be kept confidential under the IDIQ to any person or entity not employed by the Contractor or EOIR, including in response to third-party requests for information or data. The

Contractor may provide information to volunteer attorneys and/or legal service organizations as part of pro bono referrals, after receiving written consent from the participant in accordance with the written consent requirements contained in this SOW.

4) The Contractor must design and use or distribute to custodians appropriate written and/or recorded legal information, self-help guides, and other relevant and informative materials, and must ensure compliance with Section 508 of the Rehabilitation Act for any new materials created for the Task Order. The Contractor will have one hundred eighty (180) days from the start of this Task Order to ensure that legal orientation materials created for this program from September 1, 2022, onward are updated to comply with Section 508 of the Rehabilitation Act. The Contractor will not be required to ensure compliance with Section 508 of the Rehabilitation Act for documents created prior to the start of the IDIQ. Prior to creating any materials for general distribution, the Contractor will review existing materials to avoid duplicative creation of documents on similar topics and adapt proposed materials, as needed, unless related to legal strategy. The COR will respond to the Contractor's requests for creation of materials for general distribution withing five (5) business days.  When submitting non-English language documents to EOIR for approval, the Contractor must include a corresponding English version. Additionally, the Contractor must conduct substantive review of Spanish language documents to ensure that the translation is as close as possible to the English language version and has undergone a quality assurance process before submitting them to the COR for approval.

5) The Contractor must maintain and host a file-share or other electronic repository, with approval from EOIR, to allow subcontractors to access all EOIR-approved LOPC self-help materials, program guidance, program manuals and curricula, and other program management documents. The Contractor must ensure that this platform is in compliance with Section 508 of the Rehabilitation Act for any new materials created under this Task Order. The Contractor will have one hundred eighty (180) calendar days from the start of this Task Order to ensure that all program materials created for this program from 9/01/2022 onward are updated to comply with Section 508 of the Rehabilitation Act. The Contractor will not be required to ensure compliance with Section 508 of the Rehabilitation Act for documents created prior to the start of the IDIQ that are made available for review in the file-share. The Contractor must ensure the COR and those Government employees the COR identifies can access the complete LOPC document repository. All materials produced under this Task Order for provision to individuals must be approved by the COR prior to use or release, except related to legal strategy. All such materials will be available for the Contractor's use and distribution one (1) business day after EOIR notifies the Contractor of approval by providing the mutually agreed upon final version to the Contractor. The Contractor will not continue to use or distribute materials after notice from the COR that they are invalid for use and distribution.

13

6) As directed by the COR, the Contractor must distribute EOIR-produced materials to service recipients and coordinate with employees associated with the courts and any off-site locations to make available such materials as the COR directs.

7) The Contractor must arrange for suitable space to provide LOPC services, which may include space within the Contractor's offices, the HHS-contracted children's shelter, the HHS-contracted fingerprinting location, the EOIR immigration courts, or other spaces that are appropriate for group presentations and/or private discussions. The Government will make its best effort to facilitate access to a suitable Government-controlled space with sufficient times to conduct LOPC services. Other locations may be approved by the COR in advance. Approval of a POP that contains services at an alternate site constitutes the required approval. In addition, the Contractor may provide services via telephone, video-conferencing, or other multi-way remote communication technology.

8) The Contractor must review in advance information made available to the Contractor from the Government on the children and their respective custodians in order to make necessary preparations for the orientations, subject to applicable privacy and confidentiality laws and consistent with any necessary clearances or background checks.

9) The Contractor must provide Group and/or Individual Orientations to custodians at the designated sites as specified in each site's POP, regardless of the representation status of the child. Orientations must be provided in person, by phone, and/or via live video. Orientations must review the range of rights available to the child, as well as the responsibilities of the child and their respective custodians throughout the immigration adjudication process, including appearance at all immigration court hearings. Orientations must also review the applicable laws and programs intended to protect the child from mistreatment, exploitation, and trafficking, and inform the custodians of available resources to assist the child in this respect.

10) The Contractor must provide Group Orientations at the designated sites to custodians. The Group Orientations must include general information about pursuing relief or protection from removal, preparing for an immigration hearing or interview, and obtaining information on protecting the child from mistreatment, exploitation, and trafficking. The Group Orientations must follow the general structure of orientations as designed by EOIR for the LOPC and contained in the LOPC Manual. Documentation, including orientation information and the training manual, are subject to the COR's review and change. The Contractor's presenters will respond to general concerns of program participants in group question-and-answer periods held during the Group Orientations.

11) The Contractor must provide Individual Orientations for the purpose of:

14

     a) identifying children who have been subjected to mistreatment, exploitation, and trafficking;

     b) identifying children's cases for possible pro bono representation;

     c) determining custodian's or child's eligibility to attend Pro Se Workshops;

     d) making appropriate non-legal referrals to local social services; and

     e) distributing appropriate self-help legal materials.

Individual Orientations are intended to assist custodians and the children in their care in understanding the court process and the legal options available to them. Orientations (as well as Pro Se Workshops) may include information, where applicable, about assisting interested children in pursuing legal relief or protection from removal (including voluntary departure), preparing for an immigration hearing or asylum interview, and obtaining more information on protecting the child from mistreatment, exploitation, and trafficking. Presenters may respond to specific concerns/questions regarding immigration law and procedure and may provide legal advice based on the child's immigration circumstances. The Contractor may also provide assistance in completing legal documents or forms consistent with EOIR regulations and as authorized by law. Prior to the start of the Individual Orientation or presentation, presenters should verbally notify those receiving the information and/or legal advice that they are not the custodian's nor the child's legal representative.

12) The Contractor presenters must be attorneys, DOJ Accredited Representatives with full accreditation, or other Contractor staff working under the direct supervision of an attorney or DOJ Accredited Representative with full accreditation, with reasonable exceptions if approved by the COR. All presenters who are attorneys or DOJ Accredited Representatives must be in "in good standing." Direct supervision means that an attorney or Accredited Representative with full accreditation is available to the LOPC staff by telephone within five minutes of LOPC staff sending notice of a need for contact. If the Contractor is providing services via remote technology, direct supervision means that an attorney or DOJ Accredited Representative with full accreditation is available to the LOPC staff by telephone within five minutes of notice of a need for contact.

13) In exceptional circumstances, such as in cases of suspicion of mistreatment, exploitation, and trafficking, LOPC services may be provided to unaccompanied children outside the presence of the custodian. In such cases, the Contractor staff meeting individually with a child under the age of eighteen (18) must have passed the required background check approved by EOIR Office of Security. Only when an emergency situation exists may Contractor staff without the required background check temporarily meet with the child individually; however, this meeting must occur with the presence of, or in the line of sight of, another staff member who does have the required background check. The Contractor must also comply with any mandatory reporting requirements in accordance with federal, state, and local laws

Admin. Rec.136

and immediately notify the COR.

14) The Contractor must conduct LOPC services in the custodian's preferred language. If a custodian does not understand the language in which the LOPC service is conducted, the Contractor must provide interpreters and/or written or recorded orientation materials in the custodian's preferred language.

15) The Contractor must state at the beginning of each orientation that the presenter is affiliated with the Contractor/Subcontractor organization. The presenters must state that they are not the attorney or representative of the custodian or child. For all presentations other than Group Orientations and Pro Se Workshops in which a specific script is followed, the presenter must also obtain acknowledgment from each custodian that the custodian (a) understands the presenter is not the attorney or representative of the custodian or the child, (b) understands that the program cannot guarantee pro bono representation in the child's case. Written acknowledgement can include electronic signatures. Only one written acknowledgment form is required per custodian. The Contractor or Subcontractor organization must retain records of written acknowledgment from each custodian according to applicable records retention schedules. The Contractor will introduce data entry protocols by the start of the Q2 reporting period (January 2025) that require all Subcontractor organizations to confirm (via check box) that either written acknowledgment has been secured or a waiver of this requirement has been received from the COR for all services entered in the Contractor database that require written acknowledgment. Written acknowledgment records must be disposed of in accordance with the provisions of the agency record schedule. All services provided via remote technology and all services provided by the LOPC Call Centers are exempt from the written acknowledgment requirement. The COR may grant exceptions to the written acknowledgment requirement. The COR will deny or approve exceptions to the written acknowledgment within three (3) business days of the request.

16) The Contractor must distribute to custodians appropriate and informative written materials (e.g., an outline of the topics discussed at the presentation, a list of legal and/or social services in the local community, directions to the local immigration court, etc.), as well as make available any relevant recorded materials, subject to materials development, use, and distribution requirements above, by regular mail, e-mail, or other methods of correspondence. All such materials intended for general distribution or that are distributed to custodians of children under this agreement must be approved by the COR or COR designee prior to distribution.

17) The Contractor must provide supplemental LOPC services in accordance with the POP, which may be in the form of follow-up services and additional LOPC services, including Pro Se Workshops, legal screenings with the child, FOTC services, or pro bono referrals. During the pendency of childcare background checks required at the commencement of the Contract, the Contractor will not be

required to complete legal screenings outside the presence of a custodian with any child under the age of eighteen (18). At the COR's direction or with the COR's approval, the Contractor must develop written materials to assist custodians and their respective children with the most common types of supplemental LOPC services. The COR must approve all materials before use.

18) The Contractor must develop a Pro Bono Referral Plan to promote and facilitate pro bono representation for children who are released to custodians. The Contractor must provide referrals to available pro bono legal and other relevant non-legal services where available. This may include referrals to such services within the Contractor/Subcontractor organization. The Contractor should exercise care to avoid the perception that such referrals constitute representation. The Government encourages referrals for pro bono representation to as many different attorneys as possible, given availability constraints. This plan must be developed in consultation with the COR and included in the POP. In order for the Contractor to release the children's information to any third party, information and/or documents collected during the performance of services under this Task Order, including for purposes of pro bono referral and placement, written consent must be obtained from the custodian. Written consent can include electronic signatures. The Contractor/Subcontractor organization must retain records of written consent from each custodian according to applicable records retention schedules. The Contractor will submit on quarterly basis a random sampling of twenty (20) percent of consent forms for that quarter, amounting to no more than  400 consent forms for the contract year. Written consent records must be disposed of in accordance with the provisions of the agency records schedule. The COR, in consultation with EOIR OGC, may jointly approve exceptions to the written consent requirement on a case-by-case basis. Such requests must be legally justified, meaning that they must be supported by a valid legal reason, such as compliance with law, urgent and compelling circumstances, significant public interest, or practical necessity. The Contractor must submit a written request for exceptions, detailing the reasons for the exception, to the COR. The COR and EOIR OGC must approve or deny the request within five (5) business days. The Contractor must document any verbal consent and retain records in accordance with the retention requirements set out in the IDIQ. The consent to disclosure of information must meet Privacy Act requirements such as those provided in Form EOIR-59, 28 CFR § 16.41(d)-(e), and comply with the Immigration and Nationality Act and 8 CFR 1208.6, where applicable. The COR, in consultation with EOIR OGC, will approve or propose alternative consent language within ten (10) business days if the Contractor decides not to use the Form EOIR-59 to obtain written consent.

19) The Contractor must implement and manage an LOPC Call Center in two locations: National Call Center in New York City, NY and West Coast Call Center in Los Angeles, CA to receive phone inquiries from custodians of children and ORR caseworkers. The Call Centers will schedule appointments for LOPC services at

Admin. Rec.138

provider locations around the country and provide orientations and other services as needed for custodians. This may be through telephone, video-teleconferencing equipment, or equivalent multi-way remote communication technology. The parties will agree on performance metrics for Call Center services, such as the minimum number of custodians served or the frequency with which services will be provided. The Contractor will also distribute through the Call Centers appropriate and informative written materials (e.g., an outline of the topics discussed at the presentation or a list of legal and/or social services in the local community), subject to materials development, use, and distribution requirements above, by regular mail, e-mail, or other methods of correspondence.

20) The Contractor must implement and manage one or more national systems to facilitate scheduling of appointments for orientations held at all LOPC sites, in accordance with the plan outlined in Contractor's proposal and the IT Security Compliance Plan submitted to the Government subject to any modifications approved by the Government. This may be through an internet-based scheduling system, toll-free telephone number, and/or other technology. The Government must have full access to data collected for the performance of any scheduling system under the Task Order, not subject to any privilege or otherwise protected from disclosure under the law, and the Contractor must provide such data to the Government. Any such systems, applications, and platforms are subject to all security and legal requirements as they apply to the Government (e.g., information technology; Privacy Act of 1974; Paperwork Reduction Act; and any and all relevant federal laws and regulations). The COR or CO will review, in consultation with EOIR-OIT-Security and EOIR-OGC-Privacy, and the Contractor must obtain approval to proceed prior to the purchase of and/or implementation of any such systems, applications, and platforms.

21) The Contractor must maintain and continue to develop the Legal Orientation Program for Custodians Manual and provide training and logistical planning and execution for all essential participants in the program, including Contractor/Subcontractor staff and key management staff. The scope of the training is limited to performing contracted program services. All training materials, including agendas and session summaries, must be approved by the COR in advance of the training. All trainings must be open to the Government, unless otherwise agreed upon by the Government and the Contractor. Panels or sessions that include Government speakers must be open to the Government. Trainings will be responsive to LOPC requests and demonstrated needs and may be in the form of an annual conference, a series of on-site training programs for small groups, and/or other means such as virtual trainings, individual phone consultations, and group conference calls. Training will generally be planned and delivered via remote technology. In circumstances in which the Contractor believes providing training in person is necessary, the Contractor may request approval for an in-person training by submitting a written justification for the COR to evaluate in consultation with

18

Government training experts. The COR will approve or deny the Contractor's request within fifteen (15) business days. The Government will augment training as necessary, at no cost to the Contractor, to provide relevant instruction on practices, procedures, and other information not readily available to non-Government officials. The Contractor will be responsible for logistics, to include facilitating training space and any Contractor/Subcontractor travel. For all virtual training, the Contractor must provide access to the technology necessary to facilitate participation.

22) The Contractor must provide training to HHS-contracted caseworkers and field coordinators, as well as training to HHS-contracted fingerprinting providers and government representatives as determined by the COR. The training for the HHS-contracted caseworkers and field coordinators must include the following: the elements of the LOPC; where the LOPC is currently available; and how to make referrals to LOPC providers.

23) The Contractor must report to the COR within five (5) business days from when the Contractor becomes aware of any problems that arise related to the performance of the specific tasks in this SOW and consult with the COR regarding resolution of such problems.

24) The Contractor must coordinate with the COR to conduct visits in-person, where resources allow, of each site that the COR and/or the Contractor designates to monitor performance and provide feedback regarding services. The Contractor must endeavor to send the site visit memorandum draft to the COR within thirty (30) business days of the site visit 's completion. The Contractor will finalize the site visit memorandum to the COR within fifteen (15) business days of receiving the Government's feedback.

25) The Contractor must conduct both (1) quarterly individual site check-in calls and (2) monthly conference calls with all LOPC provider sites and the Government to discuss program operations and performance, and additionally at any time when either party believes it is necessary. The Government and the Contractor may consult to determine instances where written updates from LOPC providers may substitute monthly conference calls or individual site check-in calls. The Contractor must record written notes memorializing the attendees, announcements, main points, and other relevant information shared in the monthly conference calls. The Contractor must provide written notes to the Government and all Subcontractors within twenty-one (21) calendar days from the call.

B. **Invoicing.** The Contractor must submit a status report to the Government together with the monthly invoice by the 25th calendar day of the following month, provided that if the 25th calendar day falls on a weekend or holiday, the Contractor must submit the report and invoice on the following business day. The report must include the labor hours, broken down by labor category and activity type, upon which the invoice is predicated. The report and invoice must not include personally identifiable information (PII). Receipt by the Contractor of the

Admin. Rec.140

Subcontractor's charges shall, for purposes of this Task Order, be deemed an expense incurred by the Contractor, and the Contractor shall be entitled to invoice the Government for such expenses.

C. **Monthly Reports**. The Contractor must submit, in conjunction with the corresponding monthly invoice, a report to the COR listing the following data points per subcontractor: (i) Current invoice month spending; (ii) current approved budget; (iii) prior spending for each invoice period since the beginning of the Task Order year; and (iv) applicable budget analysis as appropriate to explain invoicing variances.

D. **Quarterly Reports.** The Contractor must submit, based on the fiscal year, a quarterly program management progress report to the COR providing analysis and listing the following services conducted over the past quarter by each site and cumulatively since the beginning of the Task Order year, including (i) the number of Group Orientations; (ii) the number of Individual Orientations, including follow-up services; (iii) the number of Pro Se Workshops; (iv) the number of custodians served (by attending a Group Orientation, Individual Orientation, follow-up services, and Pro Se Workshops); (v) the number of pro bono referrals made; (vi) the number of pro bono placements made; (vii) the number of referrals to non-legal resources made; (viii) the number of custodians receiving assistance with Pro Se Forms EOIR-33 Change of Address and Motions to Change Venue; (ix) the number of incoming calls and contacts received by the LOPC Call Centers; (x) the number of children served through limited appearance regulation; (xi) the number of children served through FOTC; (xii) the number of custodians served pre-reunification v. post-reunification; (xxiii) the number of services that were conducted as a result of referrals made by ORR case managers or other ORR staff; and (xiv) other data as deemed necessary by the Contractor or the COR. The data should be broken down by legal service provider and include Key Performance Indicators, agreed upon by the Government and Contractor within ninety (90) calendar days of issuance of this Task Order. The Contractor will have until Q2 to begin reporting on newly added metrics (xii and xiii). The Quarterly Reports must not include PII.

E. **Data Access.** The Government shall have full access to data collected for the performance of the Task Order, not subject to any privilege or otherwise protected from disclosure under the law, and the Contractor shall provide such data to the Government. Information the Contractor collects in the performance of services under this SOW, except information subject to privilege or otherwise protected from disclosure under the law, is DOJ information and is part of an official EOIR record that can be provided to the Government without consent from the individual including, but not limited to, information for furthering efforts toward pro bono placement. The Government can request ad hoc reports with ten (10) business days of notice to the Contractor unless the COR approves an extension. All parties shall work in good faith to determine appropriate deadlines based on the nature and complexity of the reports, and to coordinate the timing of ad hoc reports with quarterly and other required reports.

F. **Legal Advice.** The provision of legal advice alone to an unrepresented individual does not require the legal service provider to enter an appearance to represent the respondent in proceedings before EOIR pursuant to 8 CFR 1003.17.

G. **Travel.** Local travel, defined as travel within fifty (50) miles of the applicable primary place

of performance will not be reimbursed under this Task Order. Long-distance travel, defined as travel outside of the fifty (50) mile radius of the applicable primary place of performance, must receive written approval by the COR before any travel expenses are incurred. Travel requests may be sent to the COR on a quarterly basis, or as needed. The COR will approve or deny travel requests within five (5) business days of the request.

**H.  Noncompliance.** In the event the Contracting Officer or COR finds that the Contractor has failed to comply with any provision of this Statement of Work, the Contractor's representative shall be promptly notified in writing of the nature and scope of the deficiency. Upon such notice, the Contractor will have thirty (30) calendar days to respond and/or remedy the deficiency before any further action is taken by the Contracting Officer or COR. The Contracting Officer or COR will notify the Contractor, within seven (7) calendar days of any response or attempt to remedy, as to whether theContractor is still found to be out of compliance with this Statement of Work.

**I.  Termination.** The Government may cancel this Task Order or the provision of LOPC services at a particular site covered by this Task Order for cause or for the Government's convenience by providing advance written notice to the Contractor.

**J.  Limitations.** Nothing in this Task Order is intended to restrict performance under any other Task Order orother contract vehicle the Department of Justice issues.

**\*\*\*\*\*END OF STATEMENT OF WORK\*\*\*\*\***

Admin. Rec.142

**Appendix: Program Sites for the Legal Orientation Program (LOP)**
**FY24/FY25 Appendix for Option Year 2**
**(Updated 08/29/2024)**

Per the Statement of Work, the Government requires service at the below-named covered sites. With due consideration of the Contractor's assessment of viability of programming at an existing or potential new covered site—to include remote services as necessary—this list is subject to additions and deletions.

1) Adams County Correctional Center, Natchez, Mississippi
2) Adelanto ICE Processing Center, Adelanto, California (including Desert View Annex)
3) Broward Transitional Center, Pompano Beach, Florida
4) Caroline Detention Facility, Bowling Green, Virginia
5) Central Arizona Florence Correctional Complex, Florence, Arizona
6) Central Louisiana ICE Processing Center, Jena, Louisiana
7) Clinton County Correctional Facility, McElhattan, Pennsylvania
8) Denver Contract Detention Facility, Aurora, Colorado
9) El Paso Service Processing Center, El Paso, Texas
10) El Valle Detention Facility, Raymondville, Texas
11) Eloy Detention Center, Eloy, Arizona
12) Florence Service Processing Center, Florence, Arizona
13) Folkston ICE Processing Center, Folkston, Georgia
14) Houston Contract Detention Facility, Houston, Texas
15) IAH Secure Adult Detention Facility ("Polk"), Livingston, Texas
16) Immigration Centers of America - Farmville, Farmville, Virginia
17) Imperial Regional Detention Facility, Calexico, California
18) Jackson Parish Correctional Center, Jonesboro, Louisiana
19) Joe Corley Detention Facility, Conroe, Texas
20) Karnes County Residential Center, Karnes City, Texas
21) Krome Service Processing Center, Miami, Florida
22) Montgomery Processing Center, Conroe, Texas
23) Moshannon Valley Correctional Center, Philipsburg, Pennsylvania
24) Northwest Detention Center, Tacoma, Washington
25) Otay Mesa Detention Center, San Diego, California
26) Otero County Processing Center, Chaparral, New Mexico
27) Pine Prairie ICE Processing Center, Pine Prairie, Louisiana
28) Port Isabel Service Processing Center, Los Fresnos, Texas
29) Prairieland Detention Center, Alvarado, Texas
30) Richwood Correctional Center, Richwood, Louisiana
31) South Louisiana ICE Processing Center, Basile, Louisiana
32) South Texas ICE Processing Center, Pearsall, Texas
33) Stewart Detention Center, Lumpkin, Georgia
34) T. Don Hutto Residential Center, Taylor, Texas
35) Winn Correctional Center, Winnfield, Louisiana

Admin. Rec.143

**Appendix: Program Sites for the Legal Orientation Program for Custodians of
Unaccompanied Children (LOPC)
FY24/FY25 Appendix for Option Year 2
(Updated 08/29/2024)**

1) Atlanta, Georgia
2) Baltimore, Maryland
3) Boston, Massachusetts
4) Charlotte, North Carolina
5) Dallas, Texas
6) Harlingen, Texas
7) Houston, Texas
8) Long Island, New York
9) Los Angeles, California
10) Memphis, Tennessee
11) Miami, Florida
12) New York, New York
13) Newark, New Jersey
14) San Francisco, California
15) Washington, DC
16) LOPC National Call Center (New York, NY)
17) West Coast Call Center (Los Angeles, CA)

Admin. Rec.144

**Acacia Center for Justice**
**LOP & LOPC Option Year 2 (OY2) Task Order Proposal: September 1, 2024 - August 31, 2025**
**Submitted 08/23/2024**

| Services Description | Cost | |
|---|---|---|
| PM Support - Labor | $ | 2,442,950.62 |
| PM GRAND TOTAL | $ | 2,442,950.62 |

**Time & Materials (T&M)**

| Services Description | Cost | |
|---|---|---|
| LOP | $ | 12,978,440.70 |
| 1. Nationwide Call Center | |  |
| 2. South Texas | | |
| 3. Delaware - Maryland - Virginia | | |
| 4. Georgia | | |
| 5. Louisiana | | |
| 6. North East Texas | | |
| 7. South Florida | | |
| 8. West Texas - South New Mexico | | |
| 9. Southern California | | |
| 10. Central Arizona | | |
| 11. Southwest California | | |
| 12. New Jersey | $ | - |
| 13. Pacific Northwest | | |
| 14. Pennsylvania | | |
| 15. Rio Grande Valley | | |
| 16. Colorado | | |
| 17. East Texas | | |
| 18. Southeastern California | | |
| 19. Mississippi | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| ODC | $ | |
| SERVICES TOTAL | $ | |

| Task Order Total Cost | | |
|---|---|---|
| GRAND TOTAL | $ | 22,446,583.32 |

Admin. Rec.145

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE 15JPSS22D00000013 | PAGE 1 | OF | PAGES 5 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER P00008 | 3. EFFECTIVE DATE 09/01/2024 | 4. REQUISITION/PURCHASE REQUISITION NUMBER See Lines | 5. PROJECT NUMBER *(If applicable)* |
|---|---|---|---|

| 6. ISSUED BY                                CODE   15JPSS | 7. ADMINISTERED BY *(If other than Item 6)*   CODE |
|---|---|
| U.S. Department of Justice Procurement Services Staff, OBD 145 N St., NE, 8E.300 Washington, DC 20530 | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(Number, street, country, state and ZIP Code)* | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|
| ACACIA CENTER FOR JUSTICE 1025 CONNECTICUT AVE NW STE 1000A # 1008 WASHINGTON, DC 20036-5417 <br><br> UEI: CAJ4W5QGNKK9 <br> DUNS: 118493024 | | 9B. DATED *(SEE ITEM 11)* |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER <br> 15JPSS22F00000701 |
| | | 10B. DATED *(SEE ITEM 13)* 09/01/2022 |

| CODE | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers   ☐ is extended,   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

OBD-2022-0339ADIR-JEOIROLAP-JEOIROLAP-JEOIR-JEOIR225-25105-2022

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor   ☐ is not,   ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is to exercise option period 2, to add $2,052,034.99 in funding to line item 3, and to incorporate a revised SOW and pricing for details. All other terms and conditions remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* Leah Prestamo, General Counsel | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* Markus T Gaines |  |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR <br> *(Signature of person authorized to sign)* | 15C. DATE SIGNED 9/5/24 | 16B. <br> By  *(Signature of Contracting Officer)* | 16C. DATE SIGNED 09/03/2024 |

Markus T Gaines Digitally signed by MARKUS GAINES Date: 2024.09.06 09:44:17 -04'00'

Previous edition unusable

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

Admin. Rec.146

**Section 2 - Commodity or Services Schedule**

FY24 ICH Period of Performance: 09/01/2024 to 08/31/2025.

Time and Materials

## SCHEDULE OF SUPPLIES/SERVICES
### CONTINUATION SHEET

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0001 | PSC: R418<br>**Line Period of Performance:** 09/01/2022 - 05/31/2023<br>Base Period | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$5,591,863.43000<br>Change:<br>$0.00000<br>Current:<br>$5,591,863.43000 | $0.00 | $0.00 | Previous:<br>$5,591,863.43<br>Change: $0.00<br>Current:<br>$5,591,863.43 |
| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
| 0002 | PSC: R418<br>**Line Period of Performance:** 06/01/2023 - 08/31/2024<br>Exercised Option 1 | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$11,106,710.01000<br>Change:<br>$0.00000<br>Current:<br>$11,106,710.01000 | $0.00 | $0.00 | Previous:<br>$11,106,710.01<br>Change: $0.00<br>Current:<br>$11,106,710.01 |
| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
| 0003 | PSC: R418<br>**Line Period of Performance:** 09/01/2024 - 08/31/2025<br>Exercised Option 2 | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$6,653,594.18000<br>Change:<br>$2,052,034.99000<br>Current:<br>$8,705,629.17000 | $0.00 | $0.00 | Previous:<br>$6,653,594.18<br>Change:<br>$2,052,034.99<br>Current:<br>$8,705,629.17 |
| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0004 | PSC: R418 <br> **Line Period of Performance:** 09/01/2025 - 08/31/2026 <br> Unexercised Option 3 | Previous : 1 <br> Change: 0 <br> Current : 1 | LT | Previous: <br> $6,853,161.96000 <br> Change: <br> $0.00000 <br> Current: <br> $6,853,161.96000 | $0.00 | $0.00 | Previous: <br> $6,853,161.96 <br> Change: $0.00 <br> Current: <br> $6,853,161.96 |
| 0005 | PSC: R418 <br> **Line Period of Performance:** 09/01/2026 - 08/31/2027 <br> Unexercised Option 4 | Previous : 1 <br> Change: 0 <br> Current : 1 | LT | Previous: <br> $7,058,754.17000 <br> Change: <br> $0.00000 <br> Current: <br> $7,058,754.17000 | $0.00 | $0.00 | Previous: <br> $7,058,754.17 <br> Change: $0.00 <br> Current: <br> $7,058,754.17 |

| | |
|---|---|
| **Base Total:** | Original: $5,591,863.43 <br> Change: $0.00 <br> Current: $5,591,863.43 |
| **Exercised Options Total:** | Previous: $11,106,710.01 <br> Change: $8,705,629.17 <br> Current: $19,812,339.18 |
| **Unexercised Options Total:** | Previous: $20,565,510.31 <br> Change: $-6,653,594.18 <br> Current: $13,911,916.13 |
| **Base and Options Total:** | Previous: $37,264,083.75 <br> Change: $2,052,034.99 <br> Current: $39,316,118.74 |

**FUNDING DETAILS:**

| ITEM NO. | FUNDING LINE | OBLIGATED AMOUNT | ACCOUNTING CODES | REFERENCED REQUISITION |
|---|---|---|---|---|
| N/A | 1 | Previous : $5,544,671.68 <br> Change: $0.00 <br> Current : $5,544,671.68 | OBD-2022-0339ADIR-JEOIROLAP- <br> JEOIROLAP-JEOIR-JEOIR225-25105-2022 | 15JE1R-22-PR-0359 |
| N/A | 2 | Previous : $112,391.33 <br> Change: $0.00 <br> Current : $112,391.33 | OBD-2023-0339ADIR-JEOIROLAP- <br> JEOIROLAP-JEOIR-JEOIR225-25105-2023 | 15JE1R-23-PR-0056 |
| N/A | 3 | Previous : $8,905,839.69 <br> Change: $0.00 <br> Current : $8,905,839.69 | OBD-2023-0339ADIR-JEOIROLAP- <br> JEOIROLAP-JEOIR-JEOIR225-25105-2023 | 15JE1R-23-PR-0227 |

| N/A | 4 | Previous : $2,200,870.32<br><br>Change: $0.00<br><br>Current : $2,200,870.32 | OBD-2024-0339ADIR-JEOIROLAP-<br><br>JEOIROLAP-JEOIR-JEOIR225-25105-2024 | 15JE1R-24-PR-0150 |
|---|---|---|---|---|
| N/A | 5 | Previous : $0.00<br><br>Change: $8,705,629.17<br><br>Current : $8,705,629.17 | OBD-2024-0339ADIR-JEOIROLAP-<br><br>JEOIROLAP-JEOIR-JEOIR225-25105-2024 | 15JE1R-24-PR-0216 |
| | | PREVIOUS:  $16,763,773.02<br><br>CHANGE: $8,705,629.17<br><br>CURRENT: $25,469,402.19 | | |

**Section 3 - Contract Clauses**

**Clauses By Full Text**

52.203-17   Contractor Employee Whistleblower Rights (Nov 2023)

(a) This contract and employees working on this contract will be subject to the whistleblower rights and remedies established at 41 U.S.C. 4712 and Federal Acquisition Regulation (FAR) 3.900 through 3.905.

(b) The Contractor shall inform its employees in writing, in the predominant language of the workforce, of employee whistleblower rights and protections under 41 U.S.C. 4712, as described in FAR 3.900 through 3.905.

(c) The Contractor shall insert the substance of this clause, including this paragraph (c), in all subcontracts.

(End of clause)

DOJ-01   Whistleblower Information Distribution (Oct 2021)

Within 30 days of contract award, the contractor and its subcontractors must distribute the "Whistleblower Information for Employees of DOJ Contractors, Subcontractors, Grantees, or Sub-Grantees or Personal Services Contractors" ("Whistleblower Information") document to their employees performing work in support of the products and services delivered under this contract (https://oig.justice.gov/sites/default/files/2020-04/NDAA-brochure.pdf). By agreeing to the terms and conditions of this contract, the prime contractor acknowledges receipt of this requirement, in accordance with 41 U.S.C. § 4712 and FAR 3.906 & 52.203-17, and commits to distribution. Within 45 days of award, the contractor must provide confirmation to the contracting officer verifying that it has distributed the whistleblower information as required.

(End of Clause)

**Section 4 - List of Attachments**

**No Clauses**

| Identifier | Title | Number of Pages |
|---|---|---|
| 1 | Mod P0001 | |
| 2 | FY22-23 ICH Backup Table Modification 1.xlsx | |
| 3 | Mod P0002 | |
| 4 | Mod P0003.pdf | |
| 5 | 15JPSS22F00000701 Mod 05.pdf | |

**EOIR Office of Legal Access Programs**
**Immigration Court Helpdesk (ICH)**
**FY24/FY25 Statement of Work**
**(Updated 08/30/2024)**

The Immigration Court Helpdesk (ICH) Program is offered through the Executive Office for Immigration Review (EOIR). The purpose of the ICH Program is to improve the efficiency and effectiveness of EOIR Immigration Court proceedings by informing and advising individuals in proceedings before an Immigration Judge of court practices, procedures, and general information about options related to relief and protection from removal, and other relevant resources. The Contractor will operate Immigration Court Helpdesks to serve noncitizens who are or may be scheduled for non-detained hearings at the EOIR Immigration Court locations listed in the Appendix to serve individuals who have received a Notice to Appear or other charging document from the Department of Homeland Security. The government may designate additional groups for services in collaboration with Contractor.

The Government, in consultation with the Contractor, will determine a start service date of not more than ninety (90) calendar days to begin services at a new covered site. Upon the Contractor's request, and with evidence of meaningful attempts to begin services (including remote options), the Contracting Officer Representative (COR) may extend the timeline established in increments of thirty (30) calendar days, not to exceed two extensions. The Government will determine additional ICH sites as appropriate. Following identification of a new site for services, and in due consideration of the Contractor's assessment of the viability of an ICH site, the Government in consultation with the Contractor will determine the appropriate start service date. After the first extension of thirty (30) calendar days past the original ninety (90) calendar days, the Government may pursue a separate contract to start service. In such a scenario, the Contractor will work with any additional contractor or service provider to deliver services to the extent that this collaboration does not require the Contractor to share proprietary knowledge.

The period of performance for this task order is **September 1, 2024, to August 31, 2025.** Two (2) additional 12-month option periods may be exercised at the discretion of the Government to extend performance through August 31, 2027.

**A. Services.**

1) The Contractor must submit a Program Operation Plan (POP) within twenty-one (21) business days from the date the Government issues this task order. The COR shall complete any required review or approval within ten (10) business days from the date the Government receives the proposed POP. The POP must include:

   a. Structure and schedule of Group Information Sessions and Individual Information Sessions, including any remote services, where the COR determines it is appropriate;

1

    b. Structure and schedule of additional Group Information Sessions, follow-up Individual Information Sessions, and Self-Help Workshops;

    c. Plan for Friend of the Court (FOTC) services; and

    d. Plan for Pro Bono Referrals and Placements.

2) The Contractor must provide to the Government, in writing, the most up-to-date ICH services schedule for all covered sites, which are included in the POPs. The POP schedule must include scheduled times for each service at each covered site. Such POP schedules must be provided to the Government every six months following the start of the period of performance. The COR, in consultation with the Contractor, may determine alternate timeframes for the periodic updates.

3) The Contractor must coordinate with the COR and on-site representatives to implement the ICH at the designated sites. "On-site representatives" may include officials from EOIR, the Department of Homeland Security, or other individuals deemed necessary by the Contractor or the COR. Work collaboratively with governmental agencies, government contractors, private non-profit agencies, and pro bono attorneys who represent individuals in removal proceedings and other immigration processes before EOIR and/or DHS. The Contractor must make all reasonable efforts to maintain positive working relationships with ICH stakeholders, including on-site representatives. Collaborative work with governmental agencies and other ICH stakeholders may include, in consultation with the COR, participating in meetings, providing information and data in accordance with Section E below, and responding to other inquiries related to the ICH. Collaborative work also includes scheduling meetings with relevant governmental agencies and stakeholders where information sharing is necessary for logistical planning and execution. The Contractor must obtain approval from the COR, after consultation with EOIR OGC, before providing reports required under this SOW or sharing information or data required to be kept confidential to any person or entity not employed by the Contractor or EOIR, including in response to third-party requests for information or data. The Contractor may provide information to volunteer attorneys and/or legal service organizations as part of pro bono referrals, after receiving written consent from the participant in accordance with the written consent requirements contained in this SOW.

4) The Contractor must arrange suitable space to provide ICH services, which may include the EOIR Immigration Court Pro Bono Room or other space within the Immigration Court that is appropriate for group presentations and/or private discussions. The Government will make its best effort to facilitate access to suitable Government-controlled space with sufficient time to conduct ICH services. Where suitable space is unavailable at an Immigration Court, the Contractor should notify the COR and Contracting Officer (CO) and seek written approval from the CO to provide live ICH services in-person at an alternate site. Approval of a POP that contains services at an alternative site constitutes the required approval. In addition, the Contractor may provide services via telephone, video-conferencing, or other multi-way remote communication at alternate sites.

5) The Contractor must maintain and host a file-share or other electronic repository, with

approval from EOIR, to allow subcontractors to access all EOIR-approved ICH self-help materials, program guidance, program manuals and curricula, and other program management documents. The Contractor will ensure compliance with Section 508 of the Rehabilitation Act for any new materials created under this Task Order. The Contractor will have one-hundred eighty (180) calendar days from the start of this task order to ensure that all program materials created for this program from September 1, 2022, onward are updated to comply with Section 508 of the Rehabilitation Act. The Contractor will not be required to ensure compliance with Section 508 of the Rehabilitation Act for documents created prior to the start of the IDIQ that are made available for review in the file-share. The Contractor must ensure the COR and those Government employees the COR identifies can access the ICH document repository. All materials produced under this Task Order for provision to individuals must be approved by the COR prior to use or release, except related to legal strategy. All such materials will be available for Contractor use and distribution one (1) business day after EOIR notifies the Contractor of approval by providing the mutually agreed upon final version to the Contractor. The Contractor will not continue to use or distribute materials after notice from the COR that they are invalid for use and distribution.

6) The Contractor must design and use or distribute to individuals appropriate written and/or recorded legal orientation information, self-help guides, and other relevant and informative materials and ensure compliance with Section 508 of the Rehabilitation Act for any new materials created for this task order. The Contractor will have one-hundred eighty (180) calendar days for the start of this task order to ensure that legal orientation materials from September 1, 2022, onward are updated to comply with Section 508 of the Rehabilitation Act. The Contractor will not be required to ensure compliance with Section 508 of the Rehabilitation Act for documents created prior to the start of the IDIQ. Prior to creating any materials for general distribution, the Contractor must propose to the COR and receive approval for any material, unless related to legal strategy. The COR will pre-approve or reject the proposed new materials within five (5) business days of receipt of request from Contractor. When submitting non-English language documents to EOIR for approval, the Contractor must include a corresponding English version. Additionally, the Contractor must conduct a substantive review of any Spanish language documents to ensure that the translation is as close as possible to the English language version and has undergone a quality assurance process before submitting them to COR for approval.

7) The Contractor must prepare for services by reviewing any information made available to the Contractor from the Government on individuals eligible for services, subject to applicable privacy and confidentiality laws and consistent with any necessary clearances or background checks.

8) The Contractor must provide Group Information Sessions at the designated sites to individuals eligible for services. The Group Information Sessions must include general information about pursuing relief or protection from removal and preparing for an immigration hearing or interview. The Group Information Sessions must follow the general structure of Group Information Sessions as designed by the EOIR ICH Program

and contained in the ICH Training Manual. Documentation, including session information and the training manual, are subject to the COR's review and change. The Contractor's presenters will respond to general concerns of program participants in group question-and-answer periods held during the Group Information Sessions. Additional ICH services may be provided to individuals on days of, or in preparation for, subsequent hearings.

9) The Contractor must provide Individual Information Sessions to unrepresented individuals with cases before EOIR and/or DHS, when requested. The Contractor must also verbally notify those receiving Individual Information Sessions, prior to the start of the Individual Information Session and in a language the individual understands, that the Contractor is not the unrepresented individual's legal representative. Presenters may respond to participants' questions that are general in nature. Presenters may respond to specific concerns/questions regarding matters of immigration law and procedure and may provide legal advice based on the person's immigration circumstances. In addition, the Contractor must use Individual Information Sessions to distribute self-help legal materials and identify cases for possible pro bono representation before EOIR and/or DHS.

10) The Contractor must ensure that all Contractor's presenters are attorneys, Department of Justice (DOJ) Accredited Representatives with full accreditation, or other Contractor staff working under the direct supervision of an attorney or DOJ Accredited Representative with full accreditation, with reasonable exceptions if approved by the COR. All presenters who are attorneys or DOJ Accredited Representatives must be "in good standing." Direct supervision means that an attorney or DOJ Accredited Representative with full accreditation is present at the site on the day of services to consult with ICH staff or, in the event of emergent circumstances preventing on-site presence at the location, is reachable by telephone to consult with ICH staff prior to the completion of ICH services on the day the guidance is requested. However, if the Contractor is providing services via remote technology, direct supervision means that an attorney or DOJ Accredited Representative with full accreditation is available to the ICH staff by phone within five minutes of ICH staff sending notice of a need for contact.

11) The Contractor must provide, to the greatest extent possible, Group Information Sessions and Individual Information Sessions to unrepresented individuals prior to or on the same day as their initial Master Calendar Hearing, Credible Fear Interview, and/or Asylum Merits Interview. Prior to subsequent hearings, the Contractor may provide additional ICH services, which may include translating documents or assistance with forms and applications.

12) The Contractor must provide Self-Help Workshops in accordance with the POP for unrepresented individuals The purpose of the Self-Help Workshop is to inform and assist small groups of unrepresented individuals understand immigration laws, follow immigration procedures, pursue particular forms of relief, or understand special procedures that may apply to their own legal situation. The presenters may respond to specific concerns/questions of an individual regarding matters of immigration law and

procedure and may provide legal advice based on the individual's immigration circumstance.

13) The Contractor must conduct Individual Information Sessions in the individual's preferred language, and Group Information Sessions in the language most appropriate for the majority of individuals present. If an individual does not understand the language in which the Group Information Session is conducted, the Contractor must provide interpreters and/or written or recorded materials in the language understood by the individual.

14) The Contractor must explain to all individuals receiving ICH services that the presenter is affiliated with the Contractor/Subcontractor organization and that the presenter is not the attorney or representative of the individual(s). For all presentations other than Group Information Sessions, the presenter must also obtain written acknowledgment from each unrepresented individual stating, in effect, that they (a) understand the presenter is not their attorney or representative, and (b) understand that the program cannot guarantee pro bono representation in their case. Written acknowledgment can include electronic signatures. Only one written acknowledgement form is required per individual. The Contractor or Subcontractor organization must retain records of written acknowledgment from each unrepresented individual according to applicable records retention schedules. The Contractor will introduce data entry protocols that require all Subcontractors to confirm (via check box) that either written acknowledgement has been secured or a waiver for this requirement has been received from the COR for all services entered in the Contractor Database that require written acknowledgement. Written acknowledgement records must be disposed in accordance with the provisions of the agency record schedules. Services provided via the Info Line and remote services are exempt from the written acknowledgement requirement. The COR may grant exceptions to the written acknowledgment requirement. The COR will deny or approve or deny exceptions to the written acknowledgement within three (3) business days.

15) The Contractor must provide supplemental ICH services in accordance with the POP, which may include:
   a. Follow-up services, such as additional Group Information Sessions, Individual Information Sessions, and Self-Help Workshops;
   b. FOTC services, consistent with EOIR guidance; and/or
   c. Pro bono referrals.

16) The Contractor must develop a Pro Bono Referral Plan to promote and facilitate pro bono representation for unrepresented individuals. The Contractor must provide referrals to available pro bono legal and other relevant non-legal services where available. The Contractor should exercise care to avoid the perception that such referrals constitute representation. The Government encourages referrals for pro bono representation to as many different attorneys as possible, given availability constraints. For the Contractor to release information and/or documents collected during the performance of services under this task order to third parties, including for purposes of pro bono referral and placement, the Contractor must obtain written consent from each unrepresented individual. Written

consent can include electronic signatures. The Contractor/Subcontractor organization must retain records of written consent from each unrepresented individual according to applicable records retention schedules. The Contractor will submit on quarterly basis a random sampling of 20 percent of the total number of consent forms completed during that period, amounting to no more than 400 consent forms for the contract year. Written consent records must be disposed in accordance with the provisions of the agency records schedules. The COR, in consultation with EOIR's OGC, may jointly approve exceptions to the written consent requirement on a case-by-case basis. Such requests must be legally justified, meaning they must be supported by a valid legal reason such as compliance with law, urgent and compelling circumstances, significant public interest, or practical necessity. The Contractor must submit a written request for exceptions, detailing the reasons for the exception to the COR. The COR and EOIR's OGC must approve or deny the request within five (5) business days. If no response or denial is received within this period, the request will be deemed approved and the Contractor may proceed with obtaining only verbal consent. The Contractor must document the verbal consent and retain records in accordance with the retention requirements set out in the IDIQ. The consent to disclose information must meet Privacy Act requirements such as those provided in Form EOIR-59, 28 CFR § 16.41(d)-(e), and comply with the Immigration and Nationality Act and 8 CFR § 1208.6, where applicable. The COR, in consultation with EOIR's OGC, will approve or propose alternative consent language within  ten (10) business days if the Contractor decides not to use the Form EOIR-59 to obtain written consent.

17) The Contractor will winddown the Mid-Atlantic Call Center and begin hybrid remote/in-person ICH services at the Annandale Immigration Court (see Appendix). This transition will occur within six months following the commencement date of this Task Order, and the Contractor will endeavor to complete the transition prior to six months. Specifics of the services, including the Subcontractor, schedule, Subcontractor budget details, and exact start-date will be decided by mutual agreement between the Contractor and the Government.  If the Contractor is unable to secure a Subcontractor to provide hybrid services at the Annandale Immigration Court within six months, the Contractor will no longer invoice the Government for the Mid-Atlantic hotline. The Contractor will inform the Government and may request extensions in 30 calendar day increments to continue efforts to find a Subcontractor to provide these services.

18) The Contractor must maintain the ICH Manual and provide training for all essential participants in the program, including Contractor/Subcontractor staff and key management staff. The scope of the training is limited to performing contracted program services. All training materials, including agendas, must be approved in advance by the COR. All trainings must be open to the Government, unless otherwise agreed upon between the Government and the Contractor. This training may be in the form of an annual conference, a series of on-site training programs for small groups, and/or other means such as virtual trainings, individual phone consultations, and group conference calls. For all virtual trainings, the Contractor must provide access to the technology necessary to facilitate participation. The Government will augment training as necessary to provide relevant instruction on practices, procedures, and other information not readily

6

available to non-Government officials. Training will generally be planned and delivered via remote technology. In circumstances in which the Contractor believes providing training in person is necessary, the Contractor may request approval for an in-person training by submitting a written justification for the COR to evaluate in consultation with Government training experts. The COR will approve or deny the Contractor's request within fifteen (15) business days.

19) The Contractor must report to the COR within five (5) business days from when the Contractor becomes aware of any problems that arise related to the performance of the specific tasks in this SOW and consult with the COR regarding resolution of such problems.

20) The Contractor must coordinate with the COR to conduct visits in-person, where resources allow, of each site that the COR and/or the Contractor designates to monitor performance and provide feedback regarding services. The Contractor must endeavor to send the site visit memorandum draft to the COR within thirty (30) business days of the site visit's completion. The Contractor will finalize the site visit memorandum to the COR within fifteen (15) business days of receiving the Government's feedback.

21) The Contractor must conduct monthly conference calls with all ICH provider sites to discuss program operations and performance, and at any time when either Contractor or Government believes it is necessary. At the Governments discretion, the Government may participate in such calls. The Government and the Contractor may consult to determine instances where written updates from ICH providers can substitute monthly conference calls. The Contractor must record written notes memorializing the attendees, announcements, main points, and other relevant information shared in the monthly conference calls. The Contractor must provide the written notes to the Government within twenty-one (21) calendar days from the call.

**B. Invoicing.** The Contractor must submit a status report to the Government together with the monthly invoice by the 25th calendar day of the following month, provided that if the 25th calendar day falls on a weekend or holiday, the Contractor must submit the report and invoice on the following business day. The report must include the labor hours, broken down by labor category upon which the invoice is predicated. The report and invoice must not include personally identifiable information (PII). Receipt by the Contractor of the Subcontractor's charges must, for purposes of this task order, be deemed an expense incurred by the Contractor, and the Contractor must be entitled to invoice the Government for such expenses.

**C. Monthly Reports.** The Contractor must submit, in conjunction with the corresponding monthly invoice, a report to the COR listing the following data points per subcontractor: (i) current invoice month spending; (ii) current approved budget; (iii) prior spending for each invoice period since the beginning of the Task Order year; and (iv) applicable budget analysis as appropriate to explain invoicing variances.

**D. Quarterly Reports.** The Contractor must submit, based on the fiscal year, a quarterly

program management progress report to the COR providing analysis and listing the following services conducted over the past quarter and cumulatively since the beginning of the task order year, including (i) the number of Group Information Sessions; (ii) the number of Individual Information Sessions (including follow-up services); (iii) the number of Self-Help/Pro Se Workshops; (iv) the number of individuals provided Friend of the Court services; (v) the number of individuals served through the limited appearance regulation; (vi) the total number of unique individuals who received ICH services; (vii) the number of pro bono referrals made; (viii) the number of pro bono placements made; (ix) the number of referrals to non-legal resources made; and (x) other data as deemed necessary by the Contractor and the COR. The data should be broken down by legal service provider and include Key Performance Indicators, agreed upon by the Government and Contractor within ninety (90) calendar days of issuance of this task order. The Quarterly Reports must not include PII.

E. **Data Access.** The Government must have full access to data collected for the performance of this task order, not subject to any privilege or otherwise protected from disclosure under the law, and the Contractor must provide such data to the Government. Information the Contractor collects in the performance of services under this SOW, except information subject to privilege or otherwise protected from disclosure under the law, is DOJ information and is part of an official EOIR record and can be provided to the Government without consent from the individual including, but not limited to, information for furthering efforts toward pro bono placement. The Government may request ad hoc reports with ten (10) business days of notice to the Contractor unless the COR approves an extension. All parties must work in good faith to determine appropriate deadlines based on the nature and complexity of the reports, and to coordinate the timing of ad hoc reports with quarterly and other required reports.

F. **Legal Advice.** The provision of legal advice alone to an unrepresented individual does not require the legal service provider to enter an appearance to represent the respondent in proceedings before EOIR pursuant to 8 CFR 1003.17.

G. **Travel**. Local travel, defined as travel within fifty (50) miles of the applicable primary place of performance (i.e., the immigration court intended to be the site of the ICH), will not be reimbursed under this Task Order. Long-distance travel, defined as travel outside of the fifty (50) mile radius of the applicable primary place of performance, is generally disfavored and must receive written approval by the COR before any travel expenses are incurred. Travel requests may be sent to the COR on a quarterly basis, or as needed. The COR will approve or deny travel requests within five (5) business days of the request.

H. **Noncompliance.** In the event the CO or COR finds that the Contractor has failed to comply with the purpose of the ICH or any provision of this SOW, the Contractor's representative must be promptly notified in writing of the nature and scope of the deficiency. Upon such notice, the Contractor will have thirty (30) calendar days to respond and/or remedy the deficiency before any further action is taken by the CO or COR. The CO or COR will notify the Contractor, within seven (7) calendar days of any response or attempt to remedy, as to whether the Contractor is still found to be out of compliance with this SOW.

**I.  Termination.** The Government may cancel this task order or the provision of ICH services at a particular site covered by this task order for cause or for the Government's convenience by providing advance written notice to the Contractor.

**J.  Limitations.** Nothing in this task order is intended to restrict performance under any other task order or other contract vehicle the Department of Justice issues.

**\*\*\*\*\*END OF STATEMENT OF WORK\*\*\*\*\***

Admin. Rec.159

**Appendix: Immigration Court Helpdesk (ICH) Program Locations**
**FY24/FY25 Program Services**
**(Updated  08/30/2024)**

1. Annandale Immigration Court (beginning no later than 03/01/2025)

2. Boston Immigration Court

3. Chicago Immigration Court

4. Denver Immigration Court

5. Detroit Immigration Court

6. El Paso Immigration Court

7. Harlingen Immigration Court

8. Houston Immigration Court

9. Los Angeles Immigration Court (North Los Angeles)

10. Los Angeles Immigration Court (West Los Angeles)

11. Los Angeles Immigration Court (Van Nuys)

12. Los Angeles Immigration Court (Santa Ana)

13. Miami Immigration Court

14. Newark Immigration Court

15. New Orleans Immigration Court

16. New York Immigration Court (Broadway St.)

17. New York Immigration Court (Federal Plaza)

18. New York Immigration Court (Varick St.)

19. Orlando Immigration Court

20. San Antonio Immigration Court

21. San Diego Immigration Court

22. San Francisco Immigration Court

23. Seattle Immigration Court

24. ICH Call Center (until no later than 2/28/2025)

Admin. Rec.160

**Acacia Center for Justice**
**ICH Option Year 2 (OY2) Task Order Proposal: September 1, 2024 - August 31, 2025**
**Submitted 08/12/2024**

| Services Description | Cost | |
|---|---|---|
| PM Support - Labor | $ | |
| PM TOTAL | $ | |

| Services Description | Cost | |
|---|---|---|
| ICH | $ | |
| 1. Boston | $ | |
| 2. Chicago | $ | |
| 3. Denver | $ | |
| 4. Detroit | $ | |
| 5. El Paso | $ | |
| 6. Harlingen & Brownsville | $ | |
| 7. Laredo IHF (Laredo) | $ | - |
| 8. Los Angeles | $ | |
| 9. Miami | $ | |
| 10. Newark | $ | |
| 11. New York | $ | |
| 12. San Antonio | $ | |
| 13. San Diego | $ | |
| 14. San Francisco | $ | |
| 15. Seattle | $ | |
| 16. New Orleans | $ | |
| 17. Annandale | $ | - |
| 18. Houston | $ | |
| 19. Orlando | $ | |
| 20. Mid-Atlantic Hotline through 2/28/2025, thereafter Annand | $ | |
| ODC | $ | |
| SERVICES TOTAL | $ | |

| Task Order Total Cost | | |
|---|---|---|
| GRAND TOTAL | $ | 8,705,629.17 |

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE 15JPSS22D00000013 | PAGE 1 | OF | PAGES 5 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER P00006 | 3. EFFECTIVE DATE 09/01/2024 | 4. REQUISITION/PURCHASE REQUISITION NUMBER See Lines | | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|---|

| 6. ISSUED BY CODE  15JPSS | | 7. ADMINISTERED BY (If other than Item 6) CODE |
|---|---|---|
| U.S. Department of Justice<br>Procurement Services Staff, OBD<br>145 N St., NE, 8E.300<br>Washington, DC 20530 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|
| ACACIA CENTER FOR JUSTICE<br>1025 CONNECTICUT AVE NW STE 1000A # 1008<br>WASHINGTON, DC 20036-5417<br><br>UEI: CAJ4W5QGNKK9<br>DUNS: 118493024 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER 15JPSS22F00000699 |
| | | 10B. DATED (SEE ITEM 13) 09/01/2022 |

| CODE | FACILITY CODE | |
|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| OBD-2022-0339ARMB-JEOIROLAP-JEOIROLAP-JEOIR-JEOIR2222FGLOP-25105-2022 |

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
|---|---|
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to exercise option period 2 and add $4,925,972.84 in funding. See the attached revised SOW and pricing for details. All other terms and conditions remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) Leah Prestamo, General Counsel | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Markus T Gaines | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED 9/5/24 | 16B.<br>By *(Signature of Contracting Officer)* Digitally signed by MARKUS ERICA GAINES Date: 2024.09.06 09:40:51 -04'00' | 16C. DATE SIGNED 09/04/2024 |

| Previous edition unusable | STANDARD FORM 30 (REV. 11/2016) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

**Section 1 - Commodity or Services Schedule**

FY24 FGLOP.  Period of Performance: 9/1/23 to 7/31/25

Time and Materials

## SCHEDULE OF SUPPLIES/SERVICES
### CONTINUATION SHEET

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0001 | PSC: R418<br>**Line Period of Performance:** 09/01/2022 - 07/31/2023<br>Base Period | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$4,417,880.42000<br>Change:<br>$0.00000<br>Current:<br>$4,417,880.42000 | $0.00 | $0.00 | Previous:<br>$4,417,880.42<br>Change: $0.00<br>Current:<br>$4,417,880.42 |
| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
| 0002 | PSC: R418<br>**Line Period of Performance:** 08/01/2023 - 08/31/2024<br>Exercised Option 1 | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$5,360,668.28000<br>Change:<br>$0.00000<br>Current:<br>$5,360,668.28000 | $0.00 | $0.00 | Previous:<br>$5,360,668.28<br>Change: $0.00<br>Current:<br>$5,360,668.28 |
| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
| 0003 | PSC: R418<br>**Line Period of Performance:** 09/01/2024 - 07/31/2025<br>Exercised Option 2 | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$5,698,031.02000<br>Change:<br>($772,058.18000)<br>Current:<br>$4,925,972.84000 | $0.00 | $0.00 | Previous:<br>$5,698,031.02<br>Change:<br>($772,058.18)<br>Current:<br>$4,925,972.84 |
| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0004 | PSC: R418<br>**Line Period of Performance:** 08/01/2025 - 07/31/2026<br>Unexercised Option 3 | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$5,868,946.72000<br>Change:<br>$0.00000<br>Current:<br>$5,868,946.72000 | $0.00 | $0.00 | Previous:<br>$5,868,946.72<br>Change: $0.00<br>Current:<br>$5,868,946.72 |
| 0005 | PSC: R418<br>**Line Period of Performance:** 08/01/2026 - 07/31/2027<br>Unexercised Option 4 | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$6,044,986.12000<br>Change:<br>$0.00000<br>Current:<br>$6,044,986.12000 | $0.00 | $0.00 | Previous:<br>$6,044,986.12<br>Change: $0.00<br>Current:<br>$6,044,986.12 |
| 0006 | PSC: R418<br>**Line Period of Performance:** 09/01/2022 - 07/31/2023<br>Base Period | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$4,417,880.42000<br>Change:<br>$0.00000<br>Current:<br>$4,417,880.42000 | $0.00 | $0.00 | Previous:<br>$4,417,880.42<br>Change: $0.00<br>Current:<br>$4,417,880.42 |
| 0007 | PSC: R418<br>**Line Period of Performance:** 08/01/2023 - 07/31/2024<br>Unexercised Option 1 | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$5,172,780.23000<br>Change:<br>$0.00000<br>Current:<br>$5,172,780.23000 | $0.00 | $0.00 | Previous:<br>$5,172,780.23<br>Change: $0.00<br>Current:<br>$5,172,780.23 |

| 0008 | PSC: R418 **Line Period of Performance:** 08/01/2024 - 07/31/2025 Unexercised Option 2 | Previous : 1 Change: 0 Current : 1 | LT | Previous: $0.00 $5,698,031.02 Change: $0.00 Current: $5,698,031.02 | $0.00 | $0.00 | Previous: $5,698,031.02 Change: $0.00 Current: $5,698,031.02 |

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0009 | PSC: R418 **Line Period of Performance:** 08/01/2025 - 07/31/2026 Unexercised Option 3 | Previous : 1 Change: 0 Current : 1 | LT | Previous: $0.00 $5,868,946.72 Change: $0.00 Current: $5,868,946.72 | $0.00 | $0.00 | Previous: $5,868,946.72 Change: $0.00 Current: $5,868,946.72 |

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | MATERIAL COSTS | TRAVEL COSTS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 0010 | PSC: R418 **Line Period of Performance:** 08/01/2026 - 07/31/2027 Unexercised Option 4 | Previous : 1 Change: 0 Current : 1 | LT | Previous: $0.00 $6,044,986.12 Change: $0.00 Current: $6,044,986.12 | $0.00 | $0.00 | Previous: $6,044,986.12 Change: $0.00 Current: $6,044,986.12 |

| | | | **Base Total:** | Original: $8,835,760.84 Change: $0.00 Current: $8,835,760.84 |
|---|---|---|---|---|
| | | | **Exercised Options Total:** | Previous: $5,360,668.28 Change: $4,925,972.84 Current: $10,286,641.12 |
| | | | **Unexercised Options Total:** | Previous: $40,396,707.95 Change: $-5,698,031.02 Current: $34,698,676.93 |
| | | | **Base and Options Total:** | Previous: $54,593,137.07 Change: $-772,058.18 Current: $53,821,078.89 |

**FUNDING DETAILS:**

| ITEM NO. | FUNDING LINE | OBLIGATED AMOUNT | ACCOUNTING CODES | REFERENCED REQUISITION |
|---|---|---|---|---|
| N/A | 1 | Previous : $4,417,880.42 Change: $0.00 | OBD-2022-0339ARMB-JEOIROLAP-JEOIROLAP-JEOIR-JEOIR2222FGLOP-25105-2022 | 15JE1R-22-PR-0357 |

| N/A | 2 | Previous : $5,172,780.23<br><br>Change: $0.00<br><br>Current : $5,172,780.23 | OBD-2023-0339ARMB-JEOIROLAP-JEOIROLAP-<br>JEOIR-JEOIR2323FGLOP-25105-2023 | 15JE1R-23-PR-0283 |
|---|---|---|---|---|
| | | Current : $4,417,880.42 | | |
| N/A | 3 | Previous : $187,888.05<br><br>Change: $0.00<br><br>Current : $187,888.05 | OBD-2024-0339ARMB-JEOIROLAP-JEOIROLAP-<br>JEOIR-JEOIR2424FGLOP-25105-2024 | 15JE1R-24-PR-0228 |
| N/A | 4 | Previous : $0.00<br><br>Change: $4,925,972.84<br><br>Current : $4,925,972.84 | OBD-2024-0339ARMB-JEOIROLAP-JEOIROLAP-<br>JEOIR-JEOIR2424FGLOP-25105-2024 | 15JE1R-24-PR-0211 |
| | | PREVIOUS:  $9,778,548.70<br><br>CHANGE: $4,925,972.84<br><br>CURRENT: $14,704,521.54 | | |

## Section 2 - Contract Clauses

**No Clauses**

## Section 3 - List of Attachments

**No Clauses**

| Identifier | Title | Number of Pages |
|---|---|---|
| 1 | Mod P0001 Exercise Option YR 1 | |
| 2 | mod P0002.pdf | |
| 3 | 15JPSS22F00000699 Mod 03.pdf | |

Admin. Rec.166

**EOIR Office of Legal Access Programs**
**Family Group Legal Orientation Program (FGLOP)**
**FY24/FY25 Statement of Work**
**(Updated 08/30/2024)**

The objective of the Family Group Legal Orientation Program (FGLOP) is to improve adjudication efficiency and assist all parties involved in the immigration legal framework-unrepresented families, United States Immigration and Customs Enforcement (ICE), United States Citizenship and Immigration Services (USCIS), and the Executive Office for Immigration Review (EOIR).

The FGLOP serves families in defined geographic areas who are:

1) Participating in ICE's Alternatives to Detention (ATD) Program, and
2) Scheduled for a hearing on EOIR's Dedicated Docket or participating in ICE's Family Expedited Removal Management (FERM) Program.

The FGLOP informs families about DHS and EOIR practices, the immigration process, available legal options, and other relevant resources. Any reference to "FGLOP" includes both Multi-Family Group and Single-Family Group Orientations.

The Contractor must provide services under this order at the sites identified in the Appendix.

The Government, in consultation with the Contractor, will determine a start service date of not more than ninety (90) calendar days to begin services at a new covered site. Upon the Contractor's request, and with evidence of meaningful attempts to begin services (including remote options), the Contracting Officer's Representative (COR) may extend the established timeline to start services in increments of thirty (30) calendar days, not to exceed two extensions. The Government will determine additional FGLOP sites as appropriate. Following identification of a new site for services, and in due consideration of the Contractor's assessment of the viability of an FGLOP site, the Government and the Contractor will determine the appropriate start service date. After the first extension of thirty (30) calendar days past the original ninety (90) calendar days, the Government may pursue a separate contract to start service. In such a scenario, the Contractor will work with any additional contractor or service provider to deliver services to the extent that this collaboration does not require the Contractor to share proprietary knowledge.

The period of performance for this task order is **September 1, 2024 to July 31, 2025**. Two (2) additional 12-month option periods may be exercised at the discretion of the Government to extend performance through July 31, 2027.

A. **Services.**

1) The Contractor must submit a Program Operation Plan (POP) within twenty-one (21) business days from the date the Government issues this task order. The COR shall complete any required review or approval, within ten (10) business days

1

from the date the Government receives the proposes POP. The POP must
include:

    a. Structure and schedule of Multi-Family Group and Single-Family Group orientation
       presentations, including any remote services, where the COR determines it is
       appropriate;
    b. Structure and schedule of additional Multi-Family Group Orientations, follow-up
       Single-Family Group Orientations, Self-Help Workshops;
    c. Plan for Friend of the Court (FOTC) services; and
    d. Plan for Pro Bono Referrals and Placements.

2) The Contractor must provide to the Government, in writing, the most up-to-date FGLOP
services schedule for all covered sites, which are included in the POP. The POP schedule
must include scheduled start and end times for each service at each covered site. Such
POP schedules must be provided to the Government every six months following the start
of the period of performance. The COR, in consultation with the Contractor, may
determine alternate timeframes for the periodic updates.

3) The Contractor must coordinate with the COR and on-site representatives to implement
the FGLOP at the designated sites. "On-site representatives" may include officials from
EOIR, the Department of Homeland Security, or other individuals deemed necessary by
the Contractor or COR. The Contractor must work collaboratively with governmental
agencies, government contractors, private non-profit agencies, and pro bono attorneys
who represent individuals in removal proceedings and other immigration processes before
EOIR and/or DHS. The Contractor must make all reasonable efforts to maintain positive
working relationships with FGLOP stakeholders, including on-site representatives.
Collaborative work with governmental agencies and other FGLOP stakeholders may
include, in consultation with the COR, participating in meetings, providing information
and data in accordance with Section E below, and responding to other inquiries related to
the FGLOP. Collaborative work also includes scheduling meetings with relevant
governmental agencies and FGLOP stakeholders where information sharing is necessary
for logistical planning and execution. The Contractor must obtain approval from the COR,
after consultation with EOIR Office of the General Counsel, before providing reports
required under this SOW or sharing information or data required to be kept confidential to
any person or entity not employed by the Contractor or EOIR, including in response to
third-party requests for information or data. The Contractor may provide information to
volunteer attorneys and/or legal service organizations as part of pro bono referrals, after
receiving written consent from the participant in accordance with the written consent
requirements contained in this SOW.

4) The Contractor must arrange suitable space to provide FGLOP services, which may
include the EOIR Immigration Court Pro Bono Room or other space within the
Immigration Court that is appropriate for group presentations and/or private discussions.
The Government will make its best effort to facilitate access to suitable Government-
controlled space with sufficient time to conduct FGLOP services. Where suitable space is
unavailable at an Immigration Court, the Contractor should notify the COR and

2

Contracting Officer (CO) and seek written approval from the CO to provide live FGLOP services in-person at an alternate site. Approval of a POP that contains services at an alternative site constitutes the required approval. In addition, the Contractor may provide services via telephone, video-conferencing, or other multi-way remote communication technology at alternate sites.

5) The Contractor must maintain and host a file-share or other electronic repository, with approval from EOIR, to allow subcontractors to access all EOIR-approved FGLOP self-help materials, program guidance, program manuals, curricula, and other program management documents (FGLOP materials). The Contractor will ensure compliance with Section 508 of the Rehabilitation Act, for any new materials created under this Task Order. The Contractor will have one-hundred eighty (180) calendar days from the start of this task order to ensure that all program materials created for this program from September 1, 2022, onward are updated to comply with Section 508 of the Rehabilitation Act. The Contractor will not be required to ensure compliance with Section 508 of the Rehabilitation Act for documents created prior to the start of the IDIQ that are made available for review in the file-share. The Contractor must ensure the COR and those Government employees the COR identifies can access the FGLOP materials repository. All materials produced under this Task Order for provision to individuals must be approved by the COR prior to use or release, except related to legal strategy. All such materials will be available for Contractor use and distribution one (1) business day after EOIR notifies the Contractor of approval by providing the mutually agreed upon final version to the Contractor. The Contractor will not continue to use or distribute materials after notice from the COR that they are invalid for use and distribution.

6) The Contractor must design and use or distribute to family groups appropriate written and/or recorded legal orientation information, self-help guides, and other relevant and informative materials and ensure compliance with Section 508 of the Rehabilitation Act for any new materials created for this task order. The Contractor will have one-hundred eighty (180) calendar days for the start of this task order to ensure that legal orientation materials from September 1, 2022, onward are updated to comply with Section 508 of the Rehabilitation Act. The Contractor will not be required to ensure compliance with Section 508 of the Rehabilitation Act for documents created prior to the start of the IDIQ. Prior to creating any materials for general distribution, the Contractor must propose to the COR and receive approval on any materials, unless related to legal strategy. The COR will pre-approve or reject the proposed new materials within five (5) business days of receipt of request from Contractor. When submitting non-English language documents to the COR for approval, the Contractor must include a corresponding English version. Additionally, the Contractor must conduct a substantive review of any Spanish language documents to ensure that the translation is substantially accurate to the English language version and has undergone a quality assurance process before submitting them to the COR for approval.

7) The Contractor must prepare for services by reviewing any information made available to the Contractor from the Government on individuals scheduled to appear before EOIR and/or DHS adjudicators, subject to applicable privacy and confidentiality laws and consistent with any necessary clearances or background checks.

8) The Contractor must provide Multi-Family Group Orientations at the designated sites to

3

family groups with cases before EOIR and/or DHS. Multi-Family Group Orientations must include general information about pursuing relief or protection from removal and preparing for an immigration hearing and/or a DHS fear assessment interview or application adjudication, as relevant to the participating family groups receiving FGLOP services. The Multi-Family Group Orientations must follow the general structure of the Multi-Family Group Orientations as designed by the FGLOP and contained in the FGLOP Training Manual. Documentation, including session information and the FGLOP training manual, are subject to the COR's review and change. The Contractor's presenters will respond to general concerns of program participants in group question-and-answer periods held during the Multi-Family Group Orientations. Additional FGLOP services may be provided to individuals on days of, or in preparation for, subsequent hearings.

9) The Contractor must provide Single-Family Group Orientations at the designated sites to family groups with cases before EOIR and/or DHS, when requested. Single-Family Group Orientations are limited to a particular family, and only those families who do not have legal representation. The Contractor must also verbally notify those receiving Single-Family Group Orientations, prior to the start of the Single-Family Orientation and in a language they understand. that the Contractor is not the family members' legal representative. Presenters may respond to family members' questions that are general in nature. Presenters may only respond to questions specific to an immigration case or specific factual scenario by providing general information or a referral to a legal representative. Single-Family Group Orientations and responses to any questions must be general in nature. In addition, the Contractor must use Single-Family Group Orientations to distribute self-help legal materials and identify cases for possible pro bono representation before EOIR and/or DHS.

10) The Contractor must ensure that all Contractor's presenters are attorneys, Department of Justice (DOJ) Accredited Representatives with full accreditation, or other Contractor staff working under the direct supervision of an attorney or DOJ Accredited Representative with full accreditation, with reasonable exceptions if approved by the COR. All presenters who are attorneys or DOJ Accredited Representatives must be "in good standing". Direct supervision means that an attorney or DOJ Accredited Representative with full accreditation is present at the site on the day of services to consult with FGLOP staff or, in the event of emergent circumstances preventing on-site presence at the location, is reachable by telephone to consult with FGLOP staff prior to the completion of FGLOP services on the day the guidance is requested. However, if the Contractor is providing services via remote technology, direct supervision means that an attorney or DOJ Accredited Representative with full accreditation is available to the FGLOP staff by phone within five minutes of FGLOP staff sending notice of a need for contact.

11) The Contractor must provide, to the greatest extent possible, Multi-Family Group Orientations and Single-Family Group Orientations to unrepresented families prior to or on the same day as their Master Calendar Hearing, Credible Fear Interview (CFI), and/or Credible Fear Review (CFR). Prior to subsequent hearings, the Contractor may provide additional FGLOP services, which may include translating documents or assistance with forms and applications.

4

12) The Contractor must provide Self-Help Workshops in accordance with the POP for unrepresented families. The purpose of the Self-Help Workshop is to inform and assist small groups of unrepresented families understand immigration laws, follow immigration procedures, understand particular forms of relief, or understand special procedures that may apply to their own legal situation. The presenters may respond to specific concerns/questions of an individual regarding matters of immigration law and procedure.

13) The Contractor must conduct Single-Family Group Orientation services in the preferred language for the head of the family group, and Multi-Family Group Orientations in the language most appropriate for the majority of families present. If a family head does not understand the language in which the Multi-Family Group Orientation is conducted, the Contractor must provide interpreters and/or written or recorded orientation materials in the language understood by the family head.

14) Contractor must explain to all unrepresented families receiving FGLOP services that the presenter is affiliated with the Contractor/Subcontractor organization and that the presenter is not the attorney or representative of the family group. For all presentations other than Multi-Family Group Orientations, the presenter must also obtain written acknowledgment from the family head stating, in effect, that the family group (a) understands the presenter is not the attorney or representative of the family, and (b) understands that the program cannot guarantee pro bono representation in their case. Written acknowledgment can include electronic signatures. Only one written acknowledgement form is required per individual. The Contractor/Subcontractor organization must retain records of written acknowledgment from each unrepresented family group according to applicable records retention schedules. The Contractor will introduce data entry protocols that require all Subcontractors to confirm (via check box) that either written acknowledgement has been secured or a waiver for this requirement has been received from the COR for all services entered in the Contractor Database that require written acknowledgement., Written acknowledgement records must be disposed in accordance with the provisions of the agency record schedules. Services provided via the FERM Info Line and remote services are exempt from the written acknowledgement requirement. The COR may grant exceptions to the written acknowledgement requirement. The COR will deny or approve or deny exceptions to the written acknowledgement within three (3) business days.

15) The Contractor must provide supplemental FGLOP services in accordance with the POP, which may include:

    a. Follow up services, such as additional Multi-Family Group Orientations, Single-Family Group Orientations, and Self-Help Workshops;
    b. FOTC services, consistent with EOIR guidance; and/or
    c. Pro bono referrals.

16) The Contractor must develop a Pro Bono Referral Plan to promote and facilitate pro bono representation for unrepresented families. The Contractor must provide referrals to available pro bono legal and other relevant non-legal services where available. The Contractor should exercise care to avoid the perception that such referrals constitute

representation. The Government encourages referrals for pro bono representation to as many different attorneys as possible, given availability constraints. For the Contractor to release information and/or documents collected during the performance of services under this task order to third parties, including for purposes of pro bono referral and placement, the Contractor must obtain written consent from each unrepresented adult for themselves and their children individually. Written consent can include electronic signatures. Adults may provide written consent for their minor children. The Contractor/Subcontractor organization must retain records of written consent from each unrepresented individual according to applicable records retention schedules. The Contractor will submit on quarterly basis a random sampling of 20 percent of the total number of consent forms completed during that period for that quarter amounting to no more than four hundred (400) consent forms for the contract year. Written consent records must be disposed in accordance with the provisions of the agency records schedules. The COR, in consultation with EOIR's OGC, may approve exceptions to the written consent requirement on a case-by-case basis. Such requests must be legally justified, meaning they must be supported by a valid legal reason such as compliance with law, urgent and compelling circumstances, significant public interest, or practical necessity. The Contractor must submit a written request for exceptions, detailing the reasons for the exception to the COR. The COR and EOIR's OGC must approve or deny the request within five (5) business days. If no response or denial is received within this period, the request will be deemed approved and the Contractor may proceed with obtaining only verbal consent. The Contractor must document the verbal consent and retain records in accordance with the retention requirements set out in the IDIQ. The consent to disclose information must meet Privacy Act requirements such as those provided in Form EOIR-59, 28 CFR § 16.41(d)-(e), and comply with the Immigration and Nationality Act and 8 CFR § 1208.6, where applicable. The COR, in consultation with EOIR's OGC, will approve or propose an alternative consent language within ten (10) business days if the Contractor decides not to use the Form EOIR-59 to obtain written consent.

17) The Contractor must maintain and manage an information line to provide telephonic and/or live video orientations and referrals to in-person FGLOP services, where available and appropriate, for families enrolled in FERM. This may be through telephone, video-teleconferencing equipment, or equivalent multi-way remote communication technology. The purpose of the information line is to provide FGLOP services, modified for remote delivery, at agreed upon sites listed in the Appendix. The information line will prioritize families enrolled in FERM and provide other FGLOP services where capacity allows. These include sites where existent services are insufficient to meet demand as determined by the COR. The COR will determine which sites are appropriate for implementation of an information line, and may redirect services in consultation with the Contractor. The parties will agree on performance metrics for information line services, such as the minimum number of unique individuals to be served or the frequency with which services will be provided. The Contractor will also distribute to individuals appropriate and informative written materials (e.g., an outline of the topics discussed at the presentation, a list of legal and/or social services in the local community), subject to materials development, use, and distribution requirements above, by regular mail, e-mail, or other methods of correspondence.

18) The Contractor must finalize the translation of the completed video scripts in the four previously agreed upon languages: Spanish, Portuguese, French, and Creole to inform respondents about DHS and EOIR practices, the immigration process, available legal options, and other relevant resources. The Contractor will collaborate with the Government on the production of a series of short, informational videos for respondents and develop resources in multiple languages (as designated above ) to complement the informational videos.

19) The Contractor must maintain the FGLOP Manual and provide training for all essential participants in the program, including Contractor/Subcontractor staff and key management staff. The scope of the training is limited to performing contracted program services. All training materials, including agendas, must be approved in advance by the COR. All trainings must be open to the Government, unless otherwise agreed upon between the Government and the Contractor. This training may be in the form of an annual conference, a series of on-site training programs for small groups, and/or other means such as virtual trainings, individual phone consultations, and group conference calls. For all virtual trainings, the Contractor must provide access to the technology necessary to facilitate participation. The Government will augment training as necessary to provide relevant instruction on practices, procedures, and other information not readily available to non-Government officials. Training will generally be planned and delivered via remote technology. In circumstances in which the Contractor believes providing training in person is necessary, the Contractor may request approval for an in-person training by submitting a written justification for the COR to evaluate in consultation with Government training experts. The COR will approve or deny the Contractor's request within fifteen (15) business days.

20) The Contractor must report to the COR within five (5) business days from when the Contractor becomes aware of any problems that arise related to the performance of the specific tasks in this SOW and consult with the COR regarding resolution of such problems.

21) The Contractor must coordinate with the COR to conduct visits in-person, where resources allow, of each site that the COR and/or the Contractor designates to monitor performance and provide feedback regarding services. The Contractor must endeavor to send the site visit memorandum draft to the COR within thirty (30) business days of the site visit's completion. The Contractor will finalize the site visit memorandum to the COR within fifteen (15) business days of receiving the Government's feedback.

22) The Contractor must conduct monthly conference calls with all FGLOP provider sites to discuss program operations and performance, and at any time when either the Contractor or Government believes it is necessary. At the Government's discretion, the Government may participate in such calls. The Government and the Contractor may consult to determine instances where written updates from FGLOP providers can substitute monthly conference calls. The Contractor must record written notes memorializing the attendees, announcements, main points, and other relevant information shared in the monthly conference calls. The Contractor must provide written notes within twenty-one 21 calendar days from the call.

B. **Invoicing**. The Contractor must submit a status report to the Government together with the monthly invoice by the 25th calendar day of the following month, provided that if the 25th calendar day falls on a weekend or holiday, the Contractor must submit the report and invoice on the following business day. The report must include the labor hours, broken down by labor category upon which the invoice is predicated. The report and invoice must not include personally identifiable information (PII). Receipt by the Contractor of the Subcontractor's charges must for purposes of this task order, be deemed an expense incurred by the Contractor, and the Contractor must be entitled to invoice the Government for such expenses.

C. **Monthly Reports.** The Contractor must submit, in conjunction with the corresponding monthly invoice, a report to the COR listing the following data points per subcontractor: (i) current invoice month spending; (ii) current approved budget; (iii) prior spending for each invoice period since the beginning of the Task Order year; and (iv) applicable budget analysis as appropriate to explain invoicing variances.

D. **Quarterly Reports.** The Contractor must submit, based on the fiscal year, a quarterly program management progress report to the COR providing analysis and listing the following services conducted over the past quarter and cumulatively since the beginning of the task order year, including (i) the number of Multi-Family Group Orientations; (ii) the number of Single-Family Group Orientations (including follow-up services); (iii) the number of Self-Help Workshops; (iv) the number of families served through FOTC services; (v) the number of individuals served through the limited appearance regulation; (vi) the total number of unique individuals who received FGLOP services; (vii) the number of pro bono referrals; (viii) the number of pro bono placements; (ix) the number of referrals to non-legal resources; and (x) other data as deemed necessary by the Contractor and the COR. The data should be broken down by legal service provider and include Key Performance Indicators, agreed upon by the Government and Contractor within ninety (90) calendar days of the issuance of this task order. The Quarterly Reports must not include PII.

E. **Data Access.** The Government must have full access to data collected for the performance of this task order, not subject to any privilege or otherwise protected from disclosure under the law, and the Contractor must provide such data to the Government. Information the Contractor collects in the performance of services under this SOW except information subject to privilege or otherwise protected from disclosure under the law, is DOJ information and is part of an official EOIR record and can be provided to the Government without consent from the individual including, but not limited to, aggregate information, not subject to privilege, for furthering efforts toward pro bono placement. The Government may request ad hoc reports with 10 business days of notice to the Contractor unless the COR approves an extension. All parties must work in good faith to determine appropriate deadlines based on the nature and complexity of the reports, and to coordinate the timing of ad hoc reports with quarterly and other required reports.

F. **Spending Restrictions. Contract funds are specifically restricted to the services outlined within this SOW and may not be used to provide "representation" within the meaning of 8 C.F.R. §1001.1(m), including practice and preparation as defined in 8 C.F.R. § 1001.1(j) and (k), and as restricted by section 292 of the Immigration and Nationality**

8

**Act, 8 U.S.C. § 1362.**.

**G. Travel.** Local travel, defined as travel within fifty (50) miles of the applicable primary place of performance (i.e., the immigration court intended to be the site of the FGLOP), will not be reimbursed under this Task Order. Long-distance travel, defined as travel outside of the fifty (50) mile radius of the applicable primary place of performance, is generally disfavored and must receive written approval by the COR before any travel expenses are incurred. Travel requests may be sent to the COR on a quarterly basis, or as needed. The COR will approve or deny travel requests within five (5) business days of the request.

**H. Noncompliance.** In the event the CO or COR finds that the Contractor has failed to comply with the purpose of the FGLOP or any provision of this SOW, the Contractor's representative must be promptly notified in writing of the nature and scope of the deficiency. Upon such notice, the Contractor will have thirty (30) calendar days to respond and/or remedy the deficiency before any further action is taken by the CO or COR. The CO or COR will notify the Contractor, within seven (7) calendar days of any response or attempt to remedy the deficiency, as to whether the Contractor is still found to be out of compliance with this SOW.

**I. Termination.** The Government may cancel this task order or the provision of FGLOP services at a particular site covered by this task order for cause or for the Government's convenience by providing advance written notice to the Contractor.

**J. Limitations.** Nothing in this task order is intended to restrict performance under any other task order or other contract vehicle the Department of Justice issues.

**\*\*\*\*\*END OF STATEMENT OF WORK\*\*\*\*\***

**Appendix: Family Group Legal Orientation Program (FGLOP) Sites**
**FY24/FY25 Program Services**
**(Updated 08/30/2024)**

1.  Boston Immigration Court

2.  Denver Immigration Court

3.  Detroit Immigration Court

4.  Los Angeles – N. Los Angeles Street Immigration Court

5.  Miami Immigration Court

6.  Newark Immigration Court

7.  New York – Varick Street Immigration Court

8.  San Francisco Immigration Court

9.  Seattle Immigration Court

10. FERM Info Line (Annandale, Baltimore, Chicago, and Newark)

Admin. Rec.176

**Acacia Center for Justice**
**FGLOP Option Year 2 Task Order Proposal: September 1, 2024 – July 31, 2025**
**Submitted 8/28/2024**

| Services Description | Cost | |
|---|---|---|
| PM Support - Labor | $ | |
| PM GRAND TOTAL | $ | |

| Services Description | Cost | |
|---|---|---|
| 1. Boston | $ | |
| 2. Denver | $ | |
| 3. Detroit | $ | |
| 4. El Paso | $ | - |
| 5. Los Angeles | $ | |
| 6. Miami | $ | |
| 7. Newark | $ | |
| 8. New York | $ | |
| 9. San Diego | $ | - |
| 10. San Francisco | $ | |
| 11. Seattle | $ | |
| 12. Family Expedited Removal Management (FERM) | $ | |
| 13. Orientation Videos | $ | |
| ODC | $ | |
| SERVICES TOTAL | $ | |

| Task Order Total Cost | | |
|---|---|---|
| GRAND TOTAL | $ | 4,925,972.84 |

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE 15JPSS22D00000013 | PAGE 1 | OF | PAGES 5 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| P00005 | 08/01/2024 | See Lines | |

| 6. ISSUED BY | CODE | 15JPSS | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

6. ISSUED BY — CODE 15JPSS
U.S. Department of Justice
Procurement Services Staff, OBD
145 N St., NE, 8E.300
Washington, DC 20530

8. NAME AND ADDRESS OF CONTRACTOR (Number, street, country, state and ZIP Code)

ACACIA CENTER FOR JUSTICE
1025 CONNECTICUT AVE NW STE 1000A # 1008
WASHINGTON, DC 20036-5417

UEI: CAJ4W5QGNKK9
DUNS: 118493024

(X)

9A. AMENDMENT OF SOLICITATION NUMBER

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NUMBER
15JPSS22F00000700

X  10B. DATED (SEE ITEM 13)
09/01/2022

| CODE | FACILITY CODE |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

OBD-2022-0339ADIR-JEOIROLAP-JEOIROLAP-JEOIR-25105-2022

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
### IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to exercise option period 2 and to incrementally add $2,602,910.00 in funding for this order.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Leah Prestamo, General Counsel | | Markus T Gaines | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. Digitally signed by MARKUS GAINES Date: 2024.08.01 16:56:10 -04'00' By | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 8/1/24 | (Signature of Contracting Officer) | 08/01/2024 |

Previous edition unusable

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

**Section 2 - Commodity or Services Schedule**

FY22 CCI.  Period of Performance: 08/01/2023 - 07/31/2024.

Firm Fixed Price

## SCHEDULE OF SUPPLIES/SERVICES

CONTINUATION SHEET

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | PSC: R418<br>**Line Period of Performance:** 09/01/2022 - 07/31/2023<br>Base Period | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$2,248,078.70000<br>Change: $0.00000<br>Current:<br>$2,248,078.70000 | Previous: $2,248,078.70<br>Change: $0.00<br>Current: $2,248,078.70 |
| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| 0002 | PSC: R418<br>**Line Period of Performance:** 08/01/2023 - 07/31/2024<br>Exercised Option 1 | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$2,563,244.00000<br>Change: $0.00000<br>Current:<br>$2,563,244.00000 | Previous: $2,563,244.00<br>Change: $0.00<br>Current: $2,563,244.00 |
| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| 0003 | PSC: R418<br>**Line Period of Performance:** 08/01/2024 - 07/31/2025<br>Exercised Option 2 | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$2,632,910.00000<br>Change: $0.00000<br>Current:<br>$2,632,910.00000 | Previous:<br>$2,632,910.00000<br>Change: $0.00 Current:<br>$2,632,910.00000 |
| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| 0004 | PSC: R418<br>**Line Period of Performance:** 08/01/2025 - 07/31/2026<br>Unexercised Option 3 | Previous : 1<br>Change: 0<br>Current : 1 | LT | Previous:<br>$3,080,335.20000<br>Change: $0.00000<br>Current:<br>$3,080,335.20000 | Previous: $3,080,335.20<br>Change: $0.00<br>Current: $3,080,335.20 |
| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| 0005 | PSC: R418<br>**Line Period of Performance:** 08/01/2026 - 07/31/2027<br>Unexercised Option 4 | Previous : 1<br>Change: 0 | LT | Previous:<br>$3,171,845.71000 | Previous: $3,171,845.71<br>Change: $0.00 |

| | | | Current : 1 | | Change: $0.00000 | Current: $3,171,845.71 |
| | | | | | Current: | |
| | | | | | $3,171,845.71000 | |

| ITEM NO. | SUPPLIES/SERVICES | | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0006 | PSC: R418<br>**Line Period of Performance:** 09/01/2022 - 07/31/2023<br>Base Period | | Previous :<br>NaN<br>Change: 1<br>Current : 1 | LT | Previous: $0.00000<br>Change:<br>$2,248,078.70000<br>Current:<br>$2,248,078.70000 | Previous: $0.00<br>Change: $2,248,078.70<br>Current: $2,248,078.70 |

| ITEM NO. | SUPPLIES/SERVICES | | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0007 | PSC: R418<br>**Line Period of Performance:** 08/01/2023 - 07/31/2024<br>Unexercised Option 1 | | Previous :<br>NaN<br>Change: 1<br>Current : 1 | LT | Previous: $0.00000<br>Change:<br>$2,563,244.00000<br>Current:<br>$2,563,244.00000 | Previous: $0.00<br>Change: $2,563,244.00<br>Current: $2,563,244.00 |

| ITEM NO. | SUPPLIES/SERVICES | | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0008 | PSC: R418<br>**Line Period of Performance:** 08/01/2024 - 07/31/2025<br>Unexercised Option 2 | | Previous :<br>NaN<br>Change: 1<br>Current : 1 | LT | Previous: $0.00000<br>Change:<br>$2,991,489.67000<br>Current:<br>$2,991,489.67000 | Previous: $0.00<br>Change: $2,991,489.67<br>Current: $2,991,489.67 |

| ITEM NO. | SUPPLIES/SERVICES | | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0009 | PSC: R418<br>**Line Period of Performance:** 08/01/2025 - 07/31/2026<br>Unexercised Option 3 | | Previous :<br>NaN<br>Change: 1<br>Current : 1 | LT | Previous: $0.00000<br>Change:<br>$3,080,335.20000<br>Current:<br>$3,080,335.20000 | Previous: $0.00<br>Change: $3,080,335.20<br>Current: $3,080,335.20 |

| ITEM NO. | SUPPLIES/SERVICES | | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0010 | PSC: R418<br>**Line Period of Performance:** 08/01/2026 - 07/31/2027<br>Unexercised Option 4 | | Previous :<br>NaN<br>Change: 1<br>Current : 1 | LT | Previous: $0.00000<br>Change:<br>$3,171,845.71000 | Previous: $0.00<br>Change: $3,171,845.71<br>Current: $3,171,845.71 |

| | | | | | | Current: | |
|---|---|---|---|---|---|---|---|
| | | | | | | $3,171,845.71000 | |

| | |
|---|---|
| **Base Total:** | Original: $2,248,078.70 |
| | Change: $2,248,078.70 |
| | Current: $4,496,157.40 |
| **Exercised Options Total:** | Previous: $2,563,244.00 |
| | Change: $2,991,489.67 |
| | Current: $5,554,733.67 |
| **Unexercised Options Total:** | Previous: $9,243,670.58 |
| | Change: $8,815,424.91 |
| | Current: $18,059,095.49 |
| **Base and Options Total:** | Previous: $14,054,993.28 |
| | Change: $14,054,993.28 |
| | Current: $28,109,986.56 |

**FUNDING DETAILS:**

| ITEM NO. | FUNDING LINE | OBLIGATED AMOUNT | ACCOUNTING CODES | REFERENCED REQUISITION |
|---|---|---|---|---|
| N/A | 1 | Previous : $2,319,811.95<br><br>Change: $0.00<br><br>Current : $2,319,811.95 | OBD-2022-0339ADIR-JEOIROLAP-<br><br>JEOIROLAP-JEOIR-25105-2022 | 15JE1R-22-PR-0352 |
| N/A | 2 | Previous : $2,563,244.00<br><br>Change: $0.00<br><br>Current : $2,563,244.00 | OBD-2023-0339ADIR-JEOIROLAP-<br><br>JEOIROLAP-JEOIR-25105-2023 | 15JE1R-23-PR-0284 |
| N/A | 3 | Previous : $0.00<br><br>Change: $2,602,910.00<br><br>Current : $2,602,910.00 | OBD-2024-0339ADIR-JEOIROLAP-<br><br>JEOIROLAP-JEOIR-25105-2024 | 15JE1R-24-PR-0229 |
| | | PREVIOUS:  $4,883,055.95<br><br>CHANGE: $2,602,910.00<br><br>CURRENT: $7,485,965.95 | | |

**Section 3 - Contract Clauses**

**No Clauses**

**Section 4 - List of Attachments**

**No Clauses**

| Identifier | Title | Number of Pages |
|---|---|---|
| 1 | Mod P0001 Exercise the option yr one | |
| 2 | 15JPSS22F00000700 Mod 03.pdf | |

EOIR Office of Legal Access Programs
Counsel for Children Initiative
(CCI)
FY24/FY25 Statement of Work
Option Year 2
(Updated 07/31/24)


I.    **Introduction and Requirements to Provide Legal Counsel to Unrepresented Children in Immigration Proceedings**

A.  **Introduction**

The Contractor will provide legal representation and other related services ("program services") via provision of CCI Representatives (as defined below) to children ("covered children") who:

1) are younger than the age of 18 at the time of the filing of the entry of appearance (Form EOIR-28 or Form EOIR-27 Notice of Appearance) of the CCI Representative;

2) are not currently in the custody of the Department of Health and Human Services ("HHS"), Office of Refugee Resettlement ("ORR");

3) has a Notice to Appear ("NTA") filed with an immigration court;

4) regarding merits hearings:

   a. have not had a merits hearing; or
   b. have had a merits hearing that resulted in a continuance, administrative closure, or an *in absentia* removal order;

5) are not in consolidated immigration proceedings with a family member aged 18 or older; and

6) are not represented by other counsel in immigration proceedings before EOIR or receiving services under the Legal Access Services for Reunified Families (LASRF).

The above-listed requirements apply only to the initial determination of a child's eligibility for program services. "Immigration proceedings" means, and is limited to, proceedings at which Immigration and Customs Enforcement ("ICE") files an NTA on behalf of the Department of Homeland Security ("DHS") before an immigration judge or the Board of Immigration Appeals ("BIA"):

1) that occur prior to the entry of a final administrative order of removal, or a final administrative determination pursuant to 8 C.F.R. §

1

1208.2(c)(3); or

2) custody redetermination (i.e., bond) hearings that occur after the entry of a final administrative order of removal, final administrative order of deportation, final administrative order of exclusion, or a final administrative determination pursuant to 8 C.F.R. § 1208.2(c)(3).

### B. Requirements for CCI Representatives

Program services must be provided to the covered children regardless of the child's eligibility for immigration relief (i.e., a legal remedy to remain lawfully in the United States). The age of the child will be determined by the date of birth listed on the NTA or, should this information not be available, other U.S. government official data, such as documents from DHS, EOIR or ORR.

To be eligible for program services, the child must be in immigration proceedings in an immigration court jurisdiction identified in the Appendix or on appeal to the Board from such court. Program services may be provided in additional immigration court jurisdictions not listed in the Appendix upon written approval of the Contracting Officer's Representative ("COR").

Contractor staff who provide services under this Contract and who meet individually with a child, under the age of 18 and outside the presence of the child's custodian or caregiver, must have passed the required background check approved by EOIR Office of Security. The Contractor must also comply with any mandatory reporting requirements in accordance with federal, state, and local laws and immediately notify the COR of any incidents requiring reporting.

## II. Objective, Program Name, Program Scope, and Period and Place of Performance

### A. Objective

The objective of this Statement of Work is for the Contractor to provide program services via provision of CCI Representatives to child respondents ("CCI Respondents" as defined in Section I).

### B. Program Name and Terminology

1) The program through which the Contractor provides program services is known as the "Counsel for Children Initiative," or "CCI."

2) Program services described in section III below are "Counsel for Children" or "CCI" cases.

2

### C. Program Scope

The CCI scope of services extends to all covered immigration proceedings (as defined in Section I) as implemented under section II.E., below.

### D. Period of Performance

The period of performance for this task order is **August 1, 2024 to July 31, 2025.** Two (2) additional 12-month option periods may be exercised at the discretion of the Government to extend performance through August 31, 2027  31, 2027.

### E. Place of Performance

The Contractor is required to provide the program services described by this Statement of Work to CCI Respondents in covered immigration proceedings in the immigration court jurisdictions listed in the Appendix.

## III.    <u>Specific Program Requirements</u>

### A. Specific Tasks to Be Performed and Program Services to Be Provided

1) Provide legal representation via provision of a CCI Representative in the following circumstances:

1) Representation in immigration proceedings prior to entry of a final administrative order or determination, as follows:

(1) Immigration and Nationality Act Section 240 removal proceedings, before the immigration court;

(2) Custody redetermination (i.e., bond) proceedings before the immigration court;

(3) Immigration court "asylum only" and "withholding only" proceedings pursuant to 8 C.F.R. § 1208.2; and

(4) All appellate proceedings before the BIA; or

2) Representation in any case-related work before United States Citizenship and Immigration Services ("USCIS") directly relating to representation in section III.A.1.(a), above; or

3) Representation in all motions to reopen and/or reconsider directly relating to proceeding listed in section III.A.1.(a)-(b), above; or

4) Representation to obtain Special Immigrant Juvenile status and related

3

work in state court, including appeals or writs.

2) If an immigration judge terminates EOIR proceedings on a case already accepted for CCI representation, CCI Representatives are permitted to initiate and/or continue representation before USCIS until USCIS completes the case.

3) Program services must not include services related to any claims or litigation before federal district courts, circuit courts of appeals, or the Supreme Court of the United States.

4) The Contractor must provide the program services set forth in this Statement of Work for a Baseline Caseload of 200 CCI Respondents, as further described by and subject to the provisions of section IX, below.

## B. Definition and Role of "CCI Representative"

1) "CCI Representative" is defined as a licensed attorney, a law student or law graduate directly supervised by a licensed attorney, or a DOJ Accredited Representative with full accreditation, as set forth in 8 C.F.R. § 1292.1.

2) The role of a CCI Representative in the performance of this Statement of Work is that of an advocate exercising independent professional judgment and providing independent, zealous, and competent representation.

## C. Timing of Entry of Appearance by CCI Representative

1) In all cases, the CCI Representative providing the program services described in this Statement of Work to any CCI Respondent must enter an appearance before the immigration court and/or the BIA through the completion and filing of Form EOIR-28 or Form EOIR-27, respectively.

2) The Form EOIR-28 or Form EOIR-27 must be filed within 60 calendar days of EOIR's approval of the case for CCI eligibility, or before the child reaches 18 years of age (whichever is earlier). Requests for extension of the 60-day filing requirement must be submitted to the COR and will be evaluated on a case-by-case basis.

## D. Withdrawal from Representation

The CCI Representative may only move to withdraw from representation due to:

1) Potential violation of professional ethical standards;

2) Other conflicts of interest not known prior to the CCI Representative's entry of appearance; or

4

3) Where withdrawal is otherwise required or permitted by law.

**E. Additional Specific Tasks to be Performed by the Contractor and Subcontractor CCI Representative Organizations**

1) Supplementary Program Operation Plans

   The Contractor must establish a Supplementary Program Operation Plan ("SPOP"), in consultation with the COR, for the Place of Performance applicable to that organization for each current or prospective CCI Representative organization intended to provide CCI services to multiple clients throughout the task order's period of performance. Each SPOP must include, at a minimum, the following:

   1) Start date and implementation schedule for all tasks and program services required by this Statement of Work;

   2) An explanation of the qualifications and capacities of the CCI Representative organization to efficiently and effectively provide the program services described in this Statement of Work; and

   3) Proposed data management (including required data reporting), proposed personnel management and staffing (including staff supervision), and a training plan to equip staff with the capacities to provide the program services required by this Statement of Work.

2) Conference Calls

   The Contractor must conduct monthly conference calls with the COR and CCI Representatives sub-contracted under this Statement of Work to discuss program performance. The Contractor and the COR may hold fewer conference calls or additional conference calls and/or meetings as they mutually deem necessary. Nothing in this section requires the Contractor or its subcontractors to breach any ethical obligation the Contractor or its subcontractors may have to withhold privileged, protected, or other confidential information.

3) Program Development, Implementation, Monitoring, Evaluation, and Reporting Requirements

   The Contractor must coordinate with the COR and any relevant on-site representatives to develop, implement, monitor, and evaluate the program. On-site representatives may include officials from the Government or other individuals deemed necessary by the Contractor or the COR. The Contractor must provide information regarding performance of this Contract, as requested by the Government and on-site representatives, to permit program development, implementation, monitoring, reporting, and evaluation. Nothing in this section

5

requires the Contractor or its CCI Representative subcontractors to breach any ethical obligation the Contractor or its subcontractors may have to withhold privileged or protected or other confidential information. The Government must have full access to data collected for the performance of the task order, not subject to any privilege or otherwise protected from disclosure under the law, and the Contractor must provide such data to the Government. The Government can request ad hoc reports with 10 business days of notice to the Contractor unless the COR approves an extension. All parties must work in good faith to determine appropriate deadlines based on the nature and complexity of the reports, and to coordinate the timing of ad hoc reports with quarterly and other required reports.

4) Stakeholder Relations

The Contractor will maintain collaborative working relationships with all stakeholders. Any meetings with government stakeholders must include the COR or a COR-designee.

**F.  Data Collection, Privacy, Records, and Information Security Requirements**

1) The Contractor must collect data regarding all new CCI cases (cases initiated after the starting date of the FY 2022/2023 Tas Order ("TO")) for which the Contractor or its subcontractors is providing representation. The data to be collected must include, at a minimum, the name and alien registration number of each child being represented, as well as the data necessary to compile Quarterly Reports, as described below.

(1) **Quarterly Reports**.  The Contractor must submit, based on the fiscal year, a  progress report to the COR listing the following data fields over the past quarter and cumulatively since the beginning of the task order year, including (i) the number of cases submitted to EOIR for approval; (ii) the number of cases approved for representation; (iii) the number of cases rejected and the reason(s) why; (iv) the number of cases withdrawn, rescinded, or otherwise requested to be removed from CCI and the reason(s) why; (v) the number of cases completed; (vi) the number of cases in which  an immigration judge terminated proceedings on a case already accepted for CCI representation, where there is continued representation before USCIS; and (vii) other data as deemed necessary by the Contractor and the COR. The quarterly report must be due to the COR or a designee 45 calendar days after the end of the quarter.

**IV.  <u>Terms Governing the Availability of Contract Funds for Program Services</u>**

**A.  General Rules on Availability of Contract Funds for Program Services**

6

1) Contract funds are specifically restricted to activities reasonably required to fulfill the Contract's requirements and to provide the program services described herein. Contract funds may not be used for any other purpose without the prior written authorization of the Government.

2) As a general matter, and subject to additional provisions below, including section IV.C., Contract funds may be used to provide program services to CCI Respondents whose covered immigration proceedings have not reached a final administrative order or determination.

    a) An order or determination becomes administratively final upon:

        i.    The expiration of the period in which DHS and/or the CCI Respondent are permitted to file an appeal of the immigration judge's order (30 calendar days from the date of initial entry of the order); or

        ii.    A final BIA determination on an appeal of the order or determination by the immigration court, or other final determination by the BIA.

    b) The COR may approve the use of Contract funds past the date on which an order or determination becomes administratively final upon a showing by a CCI Representative of exceptional circumstances warranting the continuation of program funding. CCI Representatives must receive written approval from the Government before using Contract funds in cases that are not subject to the provisions below in which an order or determination has become administratively final.

**B.**    **Availability of Contract Funds Where There is an Entry of Appearance or Substitution of Counsel by Another Legal Representative Not Provided Through This Contract**

Contract funds may not be used to provide program services to a CCI Respondent in any immigration proceedings in which there is a current primary attorney of record or substitution of counsel by another legal representative (not provided through this Contract) in the same proceeding, and which entry of appearance or substitution of counsel is accepted by the immigration judge or BIA.

**C. Availability of Contract Funds and Termination**

As noted in section III.A.2. above, in the event that an immigration judge terminates proceedings on a case already accepted for CCI representation, Contract funds may be used to continue representation until the case has been completed before USCIS.

Admin. Rec.190

### D. Availability of Contract Funds and Administrative Closure

Contract funds may be used to continue providing program services to any CCI Respondent whose immigration proceedings outlined in section III.A.1.(a)-(d) above are administratively closed, where such work is directly relating to those proceedings.

## V.    Termination of the Contract

In the event the Contracting Officer ("CO") or COR finds that the Contractor has failed to comply with the purpose of the CCI or any provision of this Statement of Work (excluding reasonable actions or inactions by a CCI Representative based on the CCI Representative's duty to exercise independent professional judgment and to provide independent, zealous, and competent representation), the Contractor's representative must be promptly notified in writing of the nature and scope of the deficiency. Upon such notice, the Contractor will have 30 calendar days to respond and/or remedy the deficiency before any further action is taken by the CO or COR. The CO or COR will notify the Contractor, within 7 calendar days of any response or attempt to remedy, as to whether the Contractor is still found to be out of compliance with this Statement of Work. If, after the Contractor has had an opportunity to respond and/or remedy the deficiency, the Government finds that the Contractor has materially breached this contract, the Government may, in its discretion, terminate the Contract.

## VI.    <u>Contractor Conflict of Interest</u>

The Contractor must notify the Government in writing of any conflicts of interest held by the Contractor, its subcontractors, and/or its agents and representatives within 24 hours of its determination of the existence of the conflict(s) of interest.

## VII.    <u>Contractor Performance Problems</u>

The Contractor must as soon as possible report to the Government any problems, impediments, or difficulties that arise related to the performance of this task order and will consult with the Government regarding resolution of such problems, impediments, or difficulties. Nothing in this section requires the Contractor or its subcontractors to breach any ethical obligation the Contractor or its subcontractors may have to withhold privileged or protected or other confidential information.

## VIII.    <u>Provisions Governing Contractor Travel</u>

### A.    No Reimbursement For Local Travel; Reimbursement for Long-Distance

Admin. Rec.191

**Travel**

Local travel, defined as travel within fifty (50) miles of the applicable primary place of performance (i.e., the immigration court with venue over the CCI Respondent's case, as specified in each case), will not be reimbursed under this Contract. In the event, however, that services are required to be performed more than 50 miles from this location, the Contractor must be reimbursed for any actual travel costs reasonably necessary to carry out the terms of this Contract. The Contractor should make reasonable efforts to assign a CCI Representative who will not require reimbursement for travel.

B.    **Requirements for Reimbursement for Long Distance Travel**

1)    All reimbursable long-distance travel related to training must be approved in advance, in writing (e-mail is acceptable), by the COR. The COR will review travel requests and respond within five business days of the request. All travel requirements must be met using the most economical form of transportation available. If economy class transportation is not available, the Contractor must submit, to the COR, a request for advance approval to utilize higher-class travel. All travel should be scheduled sufficiently in advance to permit use of offered discount rates. Individual travel authorization letters may be provided to the Contractor (for all Contractor personnel who are required to travel) which may allow Contractor personnel to receive Government rates when on long-distance travel.

2)    If a particular trip is canceled or travel dates are changed due to the Government's actions, the Government will, absent special circumstances, pay airline cancellation charges or airline charges for changes in the travel dates.

IX.    <u>**Services and Prices**</u>

A.    **Fully-Loaded Fixed Price**

1)    The Contractor must provide the program services in this Statement of Work for the Baseline Caseload at a Fixed Price.

2)    The Fixed Price for the Baseline Caseload must be **fully loaded**; that is, it must include all costs required to provide program services to the Baseline Caseload (including all subcontracted legal services provider costs, incidental case costs, and all third-party costs (experts, interpreters, etc.), and must also include the Contractor's costs and Other Direct Costs (ODC)).

B.    **Baseline Caseload**

9

The Baseline Caseload for FY24/25 is not to exceed 200 Counsel for Children cases, including any cases from previous fiscal years that remain pending under the IDIQ.

**\*\*\*\*\*END OF STATEMENT OF WORK\*\*\*\*\***

10

Admin. Rec.193

**Acacia Center for Justice**
**Childrens' Counsel Initiative (CCI)**
**Task Order Proposal: August 1, 2024 - July 31, 2025**
**Submitted 7/23/2024**
**Firm Fixed Price (FFP)**

| Services Description | IDIQ CLIN Identifier | IDIQ Unit | IDIQ Option Year 1 Unit Price, for 8/1/24-8/31/24 | IDIQ Option Year 2 Unit Price, for 9/1/24-7/31/25 | IDIQ Unit Price, pro-rated for 8/1/24-7/31/24 | Estimated Units | Cost |
|---|---|---|---|---|---|---|---|
| **CCI Case Representation (Baseline Caseload = 200 Cases)** | | | | | | | |
| 1. Atlanta | x-6001 | Case | | | | 15 | $ |
| 2. Chicago | x-6002 | Case | | | | 15 | $ |
| 3. Houston | x-6003 | Case | | | | 15 | $ |
| 4. Los Angeles | x-6004 | Case | | | | 15 | $ |
| 5. Memphis | x-6005 | Case | | | | 14 | $ |
| 6. Newark | x-6006 | Case | | | | 14 | $ |
| 7. New Orleans | x-6007 | Case | | | | 14 | $ |
| 8. New York | x-6008 | Case | | | | 14 | $ |
| 9. Portland | x-6009 | Case | | | | 14 | $ |
| 10. San Antonio | x-6010 | Case | | | | 14 | $ |
| 11. San Diego | x-6011 | Case | | | | 14 | $ |
| 12. San Francisco | x-6012 | Case | | | | 14 | $ |
| 13. Santa Ana | x-6013 | Case | $ | | | 14 | $ |
| 14. Seattle | x-6014 | Case | | | | 14 | $ |
| | | | | | | | |
| **FFP GRAND TOTAL** | | | | | | **200** | $ |

| Time & Material (T&M) | |
|---|---|
| **Services** | **Cost** |
| **T&M Other Direct Costs (ODC)** | $ |
| | |
| **T&M GRAND TOTAL** | $ |

4/24/25, 6:52 PM
Case 1:25-cv-00298-RDM   Document 65-4   Filed 04/24/25   Page 78 of 88
52.249-2 Termination for Convenience of the Government (Fixed-Price)

## 52.249-2 Termination for Convenience of the Government (Fixed-Price).

As prescribed in 49.502 (b)(1)(i), insert the following clause:

*Termination for Convenience* of the Government (Fixed-Price) (Apr 2012)

(a) The Government *may* terminate performance of work under this contract in whole or, from time to time, in part if the *Contracting Officer* determines that a termination is in the Government's interest. The *Contracting Officer shall* terminate by delivering to the Contractor a Notice of Termination specifying the extent of termination and the effective date.

(b) After receipt of a Notice of Termination, and except as directed by the *Contracting Officer*, the Contractor *shall* immediately proceed with the following obligations, regardless of any delay in determining or adjusting any amounts due under this clause:

(1) Stop work as specified in the notice.

(2) Place no further subcontracts or orders (referred to as subcontracts in this clause) for materials, services, or facilities, except as necessary to complete the *continued portion of the contract*.

(3) Terminate all subcontracts to the extent they relate to the work terminated.

(4) Assign to the Government, as directed by the *Contracting Officer*, all right, title, and interest of the Contractor under the subcontracts terminated, in which case the Government *shall* have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the *Contracting Officer*, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts; the approval or ratification will be final for purposes of this clause.

(6) As directed by the *Contracting Officer*, transfer title and deliver to the Government-

(i) The fabricated or unfabricated parts, work in process, completed work, *supplies*, and other material produced or acquired for the work terminated; and

(ii) The completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would be required to be furnished to the Government.

(7) Complete performance of the work not terminated.

(8) Take any action that *may* be necessary, or that the *Contracting Officer may* direct, for the protection and preservation of the property related to this contract that is in the possession of the Contractor and in which the Government has or *may* acquire an interest.

(9) Use its best efforts to sell, as directed or authorized by the *Contracting Officer*, any property of the types referred to in paragraph (b)(6) of this clause; *provided*, however, that the Contractor (i)is not required to extend credit to any purchaser and (ii) *may* acquire the property under the conditions prescribed by, and at prices approved by, the *Contracting Officer*. The proceeds of any transfer or disposition will be applied to reduce any payments to be made by the Government under this contract, credited to the price or cost of the work, or paid in any other manner directed by the *Contracting Officer*.

(c) The Contractor *shall* submit complete *termination inventory* schedules no later than 120 days from the *effective date of termination*, unless extended *in writing* by the *Contracting Officer* upon written request of the Contractor within this 120-*day* period.

Admin. Rec.195

(d) After expiration of the plant clearance period as defined in Subpart 49.001 of the Federal *Acquisition* Regulation, the Contractor *may* submit to the *Contracting Officer* a list, certified as to quantity and quality, of *termination inventory* not previously disposed of, excluding items authorized for disposition by the *Contracting Officer*. The Contractor *may* request the Government to remove those items or enter into an agreement for their storage. Within 15 days, the Government will accept title to those items and remove them or enter into a storage agreement. The *Contracting Officer may* verify the list upon removal of the items, or if stored, within 45 days from submission of the list, and *shall* correct the list, as necessary, before final settlement.

(e) After termination, the Contractor *shall* submit a final termination settlement proposal to the *Contracting Officer* in the form and with the certification prescribed by the *Contracting Officer*. The Contractor *shall* submit the proposal promptly, but no later than 1 year from the *effective date of termination*, unless extended *in writing* by the *Contracting Officer* upon written request of the Contractor within this 1-year period. However, if the *Contracting Officer* determines that the facts justify it, a termination settlement proposal *may* be received and acted on after 1 year or any extension. If the Contractor fails to submit the proposal within the time allowed, the *Contracting Officer may* determine, on the basis of information available, the amount, if any, due the Contractor because of the termination and *shall* pay the amount determined.

(f) Subject to paragraph (e) of this clause, the Contractor and the *Contracting Officer may* agree upon the whole or any part of the amount to be paid or remaining to be paid because of the termination. The amount *may* include a reasonable allowance for profit on work done. However, the agreed amount, whether under this paragraph (f) or paragraph (g) of this clause, exclusive of costs shown in paragraph (g)(3) of this clause, *may* not exceed the total contract price as reduced by (1) the amount of payments previously made and (2) the contract price of work not terminated. The contract *shall* be modified, and the Contractor paid the agreed amount. Paragraph (g) of this clause *shall* not limit, restrict, or affect the amount that *may* be agreed upon to be paid under this paragraph.

(g) If the Contractor and the *Contracting Officer* fail to agree on the whole amount to be paid because of the termination of work, the *Contracting Officer shall* pay the Contractor the amounts determined by the *Contracting Officer* as follows, but without duplication of any amounts agreed on under paragraph (f) of this clause:

(1) The contract price for completed *supplies* or services accepted by the Government (or sold or acquired under paragraph (b)(9) of this clause) not previously paid for, adjusted for any saving of *freight* and other charges.

(2) The total of-

(i) The costs incurred in the performance of the work terminated, including initial costs and preparatory expense allocable thereto, but excluding any costs attributable to *supplies* or services paid or to be paid under paragraph (g)(1) of this clause;

(ii) The cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the *terminated portion of the contract* if not included in subdivision (g)(2)(i) of this clause; and

(iii) A sum, as profit on subdivision (g)(2)(i) of this clause, determined by the *Contracting Officer* under 49.202 of the Federal *Acquisition* Regulation, in effect on the date of this contract, to be fair and reasonable; however, if it appears that the Contractor would have sustained a loss on the entire contract had it been completed, the *Contracting Officer shall* allow no profit under this subdivision (g)(2)(iii) and *shall* reduce the settlement to reflect the indicated rate of loss.

(3) The reasonable costs of settlement of the work terminated, including-

(i) Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data;

(ii) The termination and settlement of subcontracts (excluding the amounts of such settlements); and

Admin. Rec.196

(iii) Storage, transportation, and other costs incurred, reasonably necessary for the preservation, protection, or disposition of the *termination inventory*.

(h) Except for normal spoilage, and except to the extent that the Government expressly assumed the risk of loss, the *Contracting Officer shall* exclude from the amounts payable to the Contractor under paragraph (g) of this clause, the fair value as determined by the *Contracting Officer*, for the loss of the Government property.

(i) The cost principles and procedures of part 31 of the Federal *Acquisition* Regulation, in effect on the date of this contract, *shall* govern all costs claimed, agreed to, or determined under this clause.

(j) The Contractor *shall* have the right of appeal, under the Disputes clause, from any determination made by the *Contracting Officer* under paragraph (e), (g), or (l) of this clause, except that if the Contractor failed to submit the termination settlement proposal or request for equitable adjustment within the time provided in paragraph (e) or (l), respectively, and failed to request a time extension, there is no right of appeal.

(k) In arriving at the amount due the Contractor under this clause, there *shall* be deducted-

(1) All unliquidated advance or other payments to the Contractor under the terminated portion of this contract;

(2) Any *claim* which the Government has against the Contractor under this contract; and

(3) The agreed price for, or the proceeds of sale of, materials, *supplies*, or other things acquired by the Contractor or sold under the provisions of this clause and not recovered by or credited to the Government.

(l) If the termination is partial, the Contractor *may* file a proposal with the *Contracting Officer* for an equitable adjustment of the price(s) of the *continued portion of the contract*. The *Contracting Officer shall* make any equitable adjustment agreed upon. Any proposal by the Contractor for an equitable adjustment under this clause *shall* be requested within 90 days from the *effective date of termination* unless extended *in writing* by the *Contracting Officer*.

(m)

(1) The Government *may*, under the terms and conditions it prescribes, make partial payments and payments against costs incurred by the Contractor for the *terminated portion of the contract*, if the *Contracting Officer* believes the total of these payments will not exceed the amount to which the Contractor will be entitled.

(2) If the total payments exceed the amount finally determined to be due, the Contractor *shall* repay the excess to the Government upon demand, together with interest computed at the rate established by the Secretary of the Treasury under 50 U.S.C. App.1215(b)(2). Interest *shall* be computed for the period from the date the excess payment is received by the Contractor to the date the excess is repaid. Interest *shall* not be charged on any excess payment due to a reduction in the Contractor's termination settlement proposal because of retention or other disposition of *termination inventory* until 10 days after the date of the retention or disposition, or a later date determined by the *Contracting Officer* because of the circumstances.

(n) Unless otherwise provided in this contract or by statute, the Contractor *shall* maintain all records and documents relating to the terminated portion of this contract for 3 years after final settlement. This includes all books and other evidence bearing on the Contractor's costs and expenses under this contract. The Contractor *shall* make these records and documents available to the Government, at the Contractor's office, at all reasonable times, without any direct charge. If approved by the *Contracting Officer*, photographs, microphotographs, or other authentic reproductions *may* be maintained instead of original records and documents.

(End of clause)

*Alternate I* (Sept 1996). If the contract is for *construction*, substitute the following paragraph (g) for paragraph (g) of the basic clause:

Admin. Rec.197

(g) If the Contractor and *Contracting Officer* fail to agree on the whole amount to be paid the Contractor because of the termination of work, the *Contracting Officer shall* pay the Contractor the amounts determined as follows, but without duplication of any amounts agreed upon under paragraph (f) of this clause:

(1) For contract work performed before the *effective date of termination*, the total (without duplication of any items) of-

(i) The cost of this work;

(ii) The cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the *terminated portion of the contract* if not included in subdivision (g)(1)(i) of this clause; and

(iii) A sum, as profit on subdivision (g)(1)(i) of this clause, determined by the *Contracting Officer* under 49.202 of the Federal *Acquisition* Regulation, in effect on the date of this contract, to be fair and reasonable; however, if it appears that the Contractor would have sustained a loss on the entire contract had it been completed, the *Contracting Officer shall* allow no profit under this subdivision (g)(1)(iii) and *shall* reduce the settlement to reflect the indicated rate of loss.

(2) The reasonable costs of settlement of the work terminated, including-

(i) Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data;

(ii) The termination and settlement of subcontracts (excluding the amounts of such settlements); and

(iii) Storage, transportation, and other costs incurred, reasonably necessary for the preservation, protection, or disposition of the *termination inventory*.

*Alternate II* (Sept 1996). If the contract is with an agency of the U.S. Government or with State, local, or foreign governments or their agencies, and if the *Contracting Officer* determines that the requirement to pay interest on excess partial payments is inappropriate, delete paragraph (m)(2) of the basic clause.

*Alternate III* (Sept 1996). If the contract is for *construction* and with an agency of the U.S. Government or with State, local, or foreign governments or their agencies, substitute the following paragraph (g) for paragraph (g) of the basic clause. Paragraph (m)(2) *may* be deleted from the basic clause if the *Contracting Officer* determines that the requirement to pay interest on excess partial payments is inappropriate.

(g) If the Contractor and *Contracting Officer* fail to agree on the whole amount to be paid the Contractor because of the termination of work, the *Contracting Officer shall* pay the Contractor the amounts determined as follows, but without duplication of any amounts agreed upon under paragraph (f) of this clause:

(1) For contract work performed before the *effective date of termination*, the total (without duplication of any items) of-

(i) The cost of this work;

(ii) The cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the *terminated portion of the contract* if not included in subdivision (g)(1)(i) of this clause; and

(iii) A sum, as profit on subdivision (g)(1)(i) of this clause, determined by the *Contracting Officer* under 49.202 of the Federal *Acquisition* Regulation, in effect on the date of this contract, to be fair and reasonable; however, if it appears that the Contractor would have sustained a loss on the entire contract had it been completed, the *Contracting Officer shall* allow no profit under this subdivision(iii) and *shall* reduce the settlement to reflect the indicated rate of loss.

Admin. Rec.198

(2) The reasonable costs of settlement of the work terminated, including-

(i) Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data;

(ii) The termination and settlement of subcontracts (excluding the amounts of such settlements); and

(iii) Storage, transportation, and other costs incurred, reasonably necessary for the preservation, protection, or disposition of the *termination inventory*.

**Parent topic:** 52.249 [Reserved]

4/24/25, 6:53 PM
Case 1:25-cv-00298-RDM
Document 65-4
Filed 04/24/25
Page 83 of 88
52.249-6 Termination (Cost-Reimbursement).

**52.249-6 Termination (Cost-Reimbursement).**

As prescribed in 49.503(a)(1), insert the following clause:

Termination (Cost-Reimbursement) (*May* 2004)

(a) The Government *may* terminate performance of work under this contract in whole or, from time to time, in part, if-

(1) The *Contracting Officer* determines that a termination is in the Government's interest; or

(2) The Contractor defaults in performing this contract and fails to cure the default within 10 days (unless extended by the *Contracting Officer*) after receiving a notice specifying the default. "Default" includes failure to make progress in the work so as to endanger performance.

(b) The *Contracting Officer shall* terminate by delivering to the Contractor a Notice of Termination specifying whether termination is for default of the Contractor or for convenience of the Government, the extent of termination, and the effective date. If, after *termination for default*, it is determined that the Contractor was not in default or that the Contractor's failure to perform or to make progress in performance is due to causes beyond the control and without the fault or negligence of the Contractor as set forth in the Excusable Delays clause, the rights and obligations of the parties will be the same as if the termination was for the convenience of the Government.

(c) After receipt of a Notice of Termination, and except as directed by the *Contracting Officer*, the Contractor *shall* immediately proceed with the following obligations, regardless of any delay in determining or adjusting any amounts due under this clause:

(1) Stop work as specified in the notice.

(2) Place no further subcontracts or orders (referred to as subcontracts in this clause), except as necessary to complete the *continued portion of the contract*.

(3) Terminate all subcontracts to the extent they relate to the work terminated.

(4) Assign to the Government, as directed by the *Contracting Officer*, all right, title, and interest of the Contractor under the subcontracts terminated, in which case the Government *shall* have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the *Contracting Officer*, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts, the cost of which would be reimbursable in whole or in part, under this contract; approval or ratification will be final for purposes of this clause.

(6) Transfer title (if not already transferred) and, as directed by the *Contracting Officer*, deliver to the Government-

(i) The fabricated or unfabricated parts, work in process, completed work, *supplies*, and other material produced or acquired for the work terminated;

(ii) The completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would be required to be furnished to the Government; and

(iii) The jigs, dies, fixtures, and other special tools and tooling acquired or manufactured for this contract, the cost of which the Contractor has been or will be reimbursed under this contract.

Admin. Rec.200

(7) Complete performance of the work not terminated.

(8) Take any action that *may* be necessary, or that the *Contracting Officer may* direct, for the protection and preservation of the property related to this contract that is in the possession of the Contractor and in which the Government has or *may* acquire an interest.

(9) Use its best efforts to sell, as directed or authorized by the *Contracting Officer*, any property of the types referred to in paragraph (c)(6) of this clause; *provided, however*, that the Contractor (i)is not required to extend credit to any purchaser and (ii) *may* acquire the property under the conditions prescribed by, and at prices approved by, the *Contracting Officer*. The proceeds of any transfer or disposition will be applied to reduce any payments to be made by the Government under this contract, credited to the price or cost of the work, or paid in any other manner directed by the *Contracting Officer*.

(d) The Contractor *shall* submit complete *termination inventory* schedules no later than 120 days from the *effective date of termination*, unless extended *in writing* by the *Contracting Officer* upon written request of the Contractor within this 120-*day* period.

(e) After expiration of the plant clearance period as defined in Subpart 49.001 of the Federal *Acquisition* Regulation, the Contractor *may* submit to the *Contracting Officer* a list, certified as to quantity and quality, of *termination inventory* not previously disposed of, excluding items authorized for disposition by the *Contracting Officer*. The Contractor *may* request the Government to remove those items or enter into an agreement for their storage. Within 15 days, the Government will accept the items and remove them or enter into a storage agreement. The *Contracting Officer may* verify the list upon removal of the items, or if stored, within 45 days from submission of the list, and *shall* correct the list, as necessary, before final settlement.

(f) After termination, the Contractor *shall* submit a final termination settlement proposal to the *Contracting Officer* in the form and with the certification prescribed by the *Contracting Officer*. The Contractor *shall* submit the proposal promptly, but no later than 1 year from the *effective date of termination*, unless extended *in writing* by the *Contracting Officer* upon written request of the Contractor within this 1-year period. However, if the *Contracting Officer* determines that the facts justify it, a termination settlement proposal *may* be received and acted on after 1 year or any extension. If the Contractor fails to submit the proposal within the time allowed, the *Contracting Officer may* determine, on the basis of information available, the amount, if any, due the Contractor because of the termination and *shall* pay the amount determined.

(g) Subject to paragraph (f) of this clause, the Contractor and the *Contracting Officer may* agree on the whole or any part of the amount to be paid (including an allowance for fee) because of the termination. The contract *shall* be amended, and the Contractor paid the agreed amount.

(h) If the Contractor and the *Contracting Officer* fail to agree in whole or in part on the amount of costs and/or fee to be paid because of the termination of work, the *Contracting Officer shall* determine, on the basis of information available, the amount, if any, due the Contractor, and *shall* pay that amount, which *shall* include the following:

(1) All costs reimbursable under this contract, not previously paid, for the performance of this contract before the effective date of the termination, and those costs that *may* continue for a reasonable time with the approval of or as directed by the *Contracting Officer*; however, the Contractor *shall* discontinue those costs as rapidly as practicable.

(2) The cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the *terminated portion of the contract* if not included in paragraph (h)(1) of this clause.

(3) The reasonable costs of settlement of the work terminated, including-

(i) Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data;

Admin. Rec.201

(ii) The termination and settlement of subcontracts (excluding the amounts of such settlements); and

(iii) Storage, transportation, and other costs incurred, reasonably necessary for the preservation, protection, or disposition of the *termination inventory*. If the termination is for default, no amounts for the preparation of the Contractor's termination settlement proposal *may* be included.

(4) A portion of the fee payable under the contract, determined as follows:

(i) If the contract is terminated for the convenience of the Government, the settlement *shall* include a percentage of the fee equal to the percentage of completion of work contemplated under the contract, but excluding subcontract effort included in subcontractors' termination proposals, less previous payments for fee.

(ii) If the contract is terminated for default, the total fee payable *shall* be such proportionate part of the fee as the total number of articles (or amount of services) delivered to and accepted by the Government is to the total number of articles (or amount of services) of a like kind required by the contract.

(5) If the settlement includes only fee, it will be determined under paragraph (h)(4) of this clause.

(i) The cost principles and procedures in part_31 of the Federal *Acquisition* Regulation, in effect on the date of this contract, *shall* govern all costs claimed, agreed to, or determined under this clause.

(j) The Contractor *shall* have the right of appeal, under the Disputes clause, from any determination made by the *Contracting Officer* under paragraph (f), (h), or (l) of this clause, except that if the Contractor failed to submit the termination settlement proposal within the time provided in paragraph (f) and failed to request a time extension, there is no right of appeal. If the *Contracting Officer* has made a determination of the amount due under paragraph (f), (h) or (l) of this clause, the Government *shall* pay the Contractor-

(1) The amount determined by the *Contracting Officer* if there is no right of appeal or if no timely appeal has been taken; or

(2) The amount finally determined on an appeal.

(k) In arriving at the amount due the Contractor under this clause, there *shall* be deducted-

(1) All unliquidated advance or other payments to the Contractor, under the terminated portion of this contract;

(2) Any *claim* which the Government has against the Contractor under this contract; and

(3) The agreed price for, or the proceeds of sale of materials, *supplies*, or other things acquired by the Contractor or sold under this clause and not recovered by or credited to the Government.

(l) The Contractor and *Contracting Officer must* agree to any equitable adjustment in fee for the *continued portion of the contract* when there is a *partial termination*. The *Contracting Officer shall* amend the contract to reflect the agreement.

(m)

(1) The Government *may*, under the terms and conditions it prescribes, make partial payments and payments against costs incurred by the Contractor for the *terminated portion of the contract*, if the *Contracting Officer* believes the total of these payments will not exceed the amount to which the Contractor will be entitled.

(2) If the total payments exceed the amount finally determined to be due, the Contractor *shall* repay the excess to the Government upon demand, together with interest computed at the rate established by the Secretary of the Treasury under 50 U.S.C. App.1215(b)(2). Interest *shall* be computed for the period from the date the excess payment is received by the Contractor to the date the excess is repaid. Interest *shall* not be charged on any excess payment due to a reduction in the Contractor's termination settlement proposal because of retention or other

Admin. Rec.202

disposition of *termination inventory* until 10 days after the date of the retention or disposition, or a later date determined by the *Contracting Officer* because of the circumstances.

(n) The provisions of this clause relating to fee are inapplicable if this contract does not include a fee.

(End of clause)

*Alternate I* (Sept1996). If the contract is for *construction*, substitute the following paragraph (h)(4) for paragraph (h)(4) of the basic clause:

(4) A portion of the fee payable under the contract determined as follows:

(i) If the contract is terminated for the convenience of the Government, the settlement *shall* include a percentage of the fee equal to the percentage of completion of work contemplated under the contract, but excluding subcontract effort included in subcontractors' termination settlement proposals, less previous payments for fee.

(ii) If the contract is terminated for default, the total fee payable *shall* be such proportionate part of the fee as the actual work in place is to the total work in place required by the contract.

*Alternate II* (Sept1996). If the contract is with an agency of the U.S. Government or with State, local, or foreign governments or their agencies, and if the *contracting officer* determines that the requirement to pay interest on excess partial payments is inappropriate, delete paragraph (m)(2) from the basic clause.

*Alternate III* (Sept1996). If the contract is for *construction* with an agency of the U.S. Government or with State, local, or foreign governments or their agencies, the following paragraph (h)(4) *shall* be substituted for paragraph (h)(4) of the basic clause. Paragraph (m)(2) *may* be deleted from the basic clause if the *contracting officer* determines that the requirement to pay interest on excess partial payments is inappropriate.

(4) A portion of the fee payable under the contract determined as follows:

(i) If the contract is terminated for the convenience of the Government, the settlement *shall* include a percentage of the fee equal to the percentage of completion of work contemplated under the contract, but excluding subcontract effort included in subcontractors' termination settlement proposals, less previous payments for fee.

(ii) If the contract is terminated for default, the total fee payable *shall* be such proportionate part of the fee as the actual work in place is to the total work in place required by the contract.

*Alternate IV* (Sept1996). If the contract is a time-and-material or labor-hour contract, substitute the following paragraphs (h) and (l) for paragraphs (h) and (l) of the basic clause:

(h) If the Contractor and the *Contracting Officer* fail to agree in whole or in part on the amount to be paid because of the termination of work, the *Contracting Officer shall* determine, on the basis of information available, the amount, if any, due the Contractor and *shall* pay the amount determined as follows:

(1) If the termination is for the convenience of the Government, include-

(i) An amount for direct labor hours (as defined in the Schedule of the contract) determined by multiplying the number of direct labor hours expended before the *effective date of termination* by the hourly rate(s) in the Schedule, less any hourly rate payments already made to the Contractor;

(ii) An amount (computed under the provisions for payment of materials) for material expenses incurred before the *effective date of termination*, not previously paid to the Contractor;

(iii) An amount for labor and material expenses computed as if the expenses were incurred before the *effective date of termination*, if they are reasonably incurred after the effective date, with the approval of or as directed by the *Contracting Officer*; however, the Contractor *shall* discontinue these expenses as rapidly as practicable;

Admin. Rec.203

(iv) If not included in subdivision (h)(1)(i), (ii), or (iii) of this clause, the cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the *terminated portion of the contract*; and

(v) The reasonable costs of settlement of the work terminated, including-

(A) Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data;

(B) The termination and settlement of subcontracts (excluding the amounts of such settlements); and

(C) Storage, transportation, and other costs incurred, reasonably necessary for the protection or disposition of the *termination inventory*.

(2) If the termination is for default of the Contractor, include the amounts computed under paragraph (h)(1) of this clause but omit-

(i) Any amount for preparation of the Contractor's termination settlement proposal; and

(ii) The portion of the hourly rate allocable to profit for any direct labor hours expended in furnishing materials and services not delivered to and accepted by the Government.

(l) If the termination is partial, the Contractor *may* file with the *Contracting Officer* a proposal for an equitable adjustment of price(s) for the *continued portion of the contract*. The *Contracting Officer shall* make any equitable adjustment agreed upon. Any proposal by the Contractor for an equitable adjustment under this clause *shall* be requested within 90 days from the *effective date of termination*, unless extended *in writing* by the *Contracting Officer*.

*Alternate V* (Sept1996). If the contract is a time-and-material or labor-hour contract with an agency of the U.S. Government or with State, local or foreign governments or their agencies, substitute the following paragraphs (h) and (l) for paragraphs (h) and (l) of the basic clause. Paragraph (m)(2) *may* be deleted from the basic clause if the *contracting officer* determines that the requirement to pay interest on excess partial payments is inappropriate.

(h) If the Contractor and the *Contracting Officer* fail to agree in whole or in part on the amount to be paid because of the termination of work, the *Contracting Officer shall* determine, on the basis of information available, the amount, if any, due the Contractor and *shall* pay the amount determined as follows:

(1) If the termination is for the convenience of the Government, include-

(i) An amount for direct labor hours (as defined in the Schedule of the contract) determined by multiplying the number of direct labor hours expended before the *effective date of termination* by the hourly rate(s) in the Schedule, less any hourly rate payments already made to the contractor;

(ii) An amount (computed under the provisions for payment of materials) for material expenses incurred before the *effective date of termination*, not previously paid to the Contractor;

(iii) An amount for labor and material expenses computed as if the expenses were incurred before the *effective date of termination* if they are reasonably incurred after the effective date, with the approval of or as directed by the *Contracting Officer*; however, the Contractor *shall* discontinue these expenses as rapidly as practicable;

(iv) If not included in subdivision (h)(1)(i), (ii), or (iii) of this clause, the cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the *terminated portion of the contract*; and

(v) The reasonable costs of settlement of the work terminated, including-

(A) Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data;

(B) The termination and settlement of subcontracts (excluding the amounts of such settlements); and

(C) Storage, transportation, and other costs incurred, reasonably necessary for the protection or disposition of the *termination inventory*.

(2) If the termination is for default of the Contractor, include the amounts computed under paragraph (h)(1) of this clause but omit-

(i) Any amount for preparation of the Contractor's termination settlement proposal; and

(ii) The portion of the hourly rate allocable to profit for any direct labor hours expended in furnishing materials and services not delivered to and accepted by the Government.

(l) If the termination is partial, the Contractor *may* file with the *Contracting Officer* a proposal for an equitable adjustment of the price(s) for the *continued portion of the contract*. The *Contracting Officer shall* make any equitable adjustment agreed upon. Any proposal by the Contractor for an equitable adjustment under this clause *shall* be requested within 90 days from the *effective date of termination*, unless extended *in writing* by the *Contracting Officer*.

**Parent topic:** 52.249 [Reserved]