IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,

        Defendants.

Case No. 1:25-cv-00298-RDM

## JOINT STATUS REPORT

As previewed in the parties' recent Joint Status Report filed April 18, 2025, the parties file this updated Joint Status Report after production and review of the administrative record in this matter. The parties have agreed to move for summary judgment in advance of this Court's May 14, 2025, hearing, and agree to the following dates for summary judgment briefing:

- The parties propose that Plaintiffs' Opening Brief in Support of their Motion for Summary Judgment and for a Preliminary Injunction be due on **Friday, May 2, 2025**;

- The parties propose that Defendants' Cross-Motion for Summary Judgement and Defendants' Opposition to Plaintiffs' Motion for Summary Judgement and a Preliminary Injunction be due on **Friday, May 9, 2025**;

- The parties propose that Plaintiffs' Opposition to Defendants' Cross-Motion for Summary Judgment and Plaintiffs' Reply in Support of their Motion for Summary Judgment and for a Preliminary Injunction be due on **Monday, May 12, 2025**; and

- The parties are available for a hearing on Plaintiffs' Motion for Summary Judgment and for a Preliminary Injunction, and Defendants' Cross-Motion for Summary Judgment, as scheduled by the Court on **Wednesday, May 14, 2025**.

| | |
|---|---|
| Date: April 29, 2025 | Respectfully submitted, |
| | |
| */s/ Laura M. Sturges* | YAAKOV M. ROTH |
| Laura M. Sturges (*admitted pro hac vice*) | Acting Assistant Attorney General |
| | |
| GIBSON, DUNN & CRUTCHER LLP | ANDREW I. WARDEN |
| 1801 California Street, Suite 4200 | Assistant Director |
| Denver, CO 80202-2642 | Federal Programs Branch |
| (303) 298-5700 | |
| lsturges@gibsondunn.com | */s/ Zachary W. Sherwood* |
| | ZACHARY W. SHERWOOD |
| Naima L. Farrell | Trial Attorney |
| 1700 M. Street, N.W. | Indiana Bar No. 37147-49 |
| Washington, D.C. 20036-4504 | United States Department of Justice |
| Tel.: 202.955.8500 | Civil Division, Federal Programs Branch |
| nfarrell@gibsondunn.com | 1100 L Street NW |
| | Washington, DC 20005 |
| | zachary.w.sherwood@usdoj.gov |
| | (202) 616-8467 |
| | |
| | *Attorney for Defendants* |
| */s/ Adina Appelbaum* | |
| Adina Appelbaum | |

AMICA CENTER FOR IMMIGRANT RIGHTS

Adina Appelbaum (D.C. Bar No. 1026331)
Samantha Hsieh (V.A. Bar No. 90800)
(*admitted pro hac vice*)
Amelia Dagen (D.C. Bar No. 9004838)
Amica Center for Immigrant Rights
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036
(202) 331-3320
adina@amicacenter.org
sam@amicacenter.org
amelia@amicacenter.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2025, a true and correct copy of this document was filed and served with the Clerk of Court and served on all counsel of record, in accordance with Federal Rule of Civil Procedure 5(a).

Date: April 29, 2025

*/s/ Laura M. Sturges*
Laura M. Sturges (*admitted pro hac vice*)

GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
(303) 298-5700
lsturges@gibsondunn.com

Naima L. Farrell
1700 M. Street, N.W.
Washington, D.C. 20036-4504
Tel.: 202.955.8500
nfarrell@gibsondunn.com

*Attorneys for Plaintiffs*