# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-00298 <br><br> **DECLARATION OF ALICIA DE LA O IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF** |

**DECLARATION OF ALICIA DE LA O
DIRECTOR OF LEGAL ACCESS AND INFORMATION FOR THE
AMERICAN BAR ASSOCIATION COMMISSION ON IMMIGRATION**

*I, Alicia de la O, make the following statements on behalf of the American Bar Association Commission on Immigration. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. I incorporate my Declaration in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 2) and Supplemental Declaration in Support of Plaintiffs' Renewed Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 51) as if fully set forth herein.

2. As explained in my prior declarations, my name is Alicia de la O, and I am the Director of Legal Access and Information at the American Bar Association ("ABA") Commission on Immigration ("COI"). The ABA is the largest voluntary association of lawyers and legal professionals in the world. As a national voice of the legal profession, the ABA works to improve the administration of justice, promotes programs that assist lawyers and judges in their work, accredits law schools, provides continuing legal education, and works to build public understanding around the world of the importance of the rule of law. The ABA, working with and through its Commission on Immigration, operates legal service programs for immigrants and asylum seekers, with a special emphasis on the needs of the most vulnerable. The ABA also hosts the Detention & Legal Orientation Program Information Line ("Information Line"), a nationwide orientation and information line for unrepresented individuals detained by Immigration and Customs Enforcement ("ICE"). The ABA, through the Information Line, is the primary organization dedicated to providing telephonic orientation services to indigent, detained immigrant men and women nationally.

3. The ABA has been a leader in implementing the Legal Orientation Program ("LOP") for over 20 years and was one of three organizations that EOIR invited to participate in the original pilot in 1998, through ProBAR, in Harlingen, Texas. That three-month pilot eventually resulted in a formal, federally funded program in 2003. The ABA's original LOP program implemented in-person at the Port Isabel Detention Center in Los Fresnos, Texas, eventually expanded to additional locations and added new programs including the Immigration Court Helpdesk ("ICH") program, and the Counsel for Children Initiative ("CCI").

4. Separately, the ABA COI has hosted an independently funded national immigration detention hotline since early 2002, for all ICE facilities in the United States. In 2019, the Vera Institute of Justice contracted with the ABA COI to provide telephonic LOP services as an addition to the national detention hotline.

5. The Information Line, through the LOP, is available to (1) provide educational and pro se services in the form of individual orientations and mailing resource materials to any unrepresented detained noncitizen in the custody of ICE at now 142 facilities nationwide;

and (2) connect unrepresented detained noncitizens who cannot afford a lawyer with pro bono attorneys and local nonprofit referrals.

6. The Information Line operated nationwide telephonic LOP since 2019. In the calendar year 2024, 2,764 individual telephonic orientations were conducted at over 75 facilities. This program provided LOP services for the entire immigrant population detained by ICE who did not have a local LOP provider. The Information Line helps detained noncitizens understand immigration court proceedings and the removal process so they can make better-informed decisions about their cases, including whether to pursue immigration relief, and how to more effectively participate in their proceedings.

7. With LOP funding, the Information Line had 6 partially funded staff members providing LOP services. Staff members were full-time and based out of Washington, D.C. and San Diego, California. ABA COI LOP staff are available to regularly provide telephonic orientations for unrepresented detained individuals in any of the facilities nationwide. The Information Line operated on Monday, Wednesday, and Fridays from 9 a.m. to 12 p.m. and 1 p.m. to 2 p.m. Eastern Time and Tuesdays and Thursdays from 9 a.m. to 12 p.m. and 1 p.m.to 5 p.m. Eastern Time. LOP funding allowed for access to phone interpretation for all languages other than Spanish; ABA COI LOP staff are fluent in English and Spanish.

8. Until LOP's termination, in-person LOP services were provided at 35 facilities, which leaves a lack of legal information for individuals detained at the other facilities where individuals are detained, many in remote locations. In many instances we have received calls from callers in facilities with in-person LOP services due to the limited capacity of these organizations. Many callers report an inability to secure legal assistance due to a lack of capacity of local legal service providers, lack of funds to hire a private attorney, and lack of language access in detention. The Information Line is often the only resource an individual in detention can access for legal information.

9. The ABA COI Information Line's mission is to provide information, educational resources, and assistance for unrepresented individuals in detention nationwide. From its inception, LOP has been a collaborative effort between the Executive Office for Immigration Review and legal service providers including the ABA to provide much needed educational resources and basic immigration information to unrepresented individuals in detention – individuals facing literacy issues, language access issues, medical issues, and limited to no printing capabilities.

10. Without warning, on January 22, 2025, the Department of Justice issued a national contract stop work order on the Legal Orientation Program (and related programs) including the LOP Information Line, pursuant to Section 19 of the January 20, 2025, Executive Order titled "Protecting the American People Against Invasion." The LOP stop work order took effect immediately. On said date, at 3:29 p.m. ET, ABA COI Information Line leadership received communications from the prime contractor, the Acacia Center for Justice, indicating that work on LOP should cease immediately.

11. The Information Line continued to receive calls from individuals in detention seeking services, but the ABA COI reduced the hours of operation during the stop work order since there was no other source of funding. Staff expressed concern about not only job security, but also the limited ability to provide critical information to individuals calling during the reduction in services, including lack of funding for interpreter services for languages other than English and Spanish.

12. The ABA detention hotline continued to receive calls from detained individuals through our speed dial number, even throughout the stop work order and call volume was closely monitored. Between January 22 and February 2, some callers reported receiving messages through the tablets in detention informing them of the LOP stop work order. During that time there were reports of being unable to message the LOP providers through the tablets or access basic legal information curated by the legal services providers. Callers who had a local LOP provider were concerned about follow-up services and other assistance and grappled with what the loss of LOP would mean for their cases and services that were in progress. One caller with an on-the-ground LOP provider who was awaiting news on potential pro bono placement expressed concern about the stop work order.

13. On April 10, 2025, the Department of Justice terminated the contracts for the Family Group Legal Orientation Program (FGLOP), Counsel for Children Initiative (CCI), Immigration Court Helpdesk (ICH), Legal Orientation Program (LOP), and Legal Orientation Program for Custodians (LOPC), effective 12:01 a.m. on April 16, 2025. On April 10, 2024, at 4:58 p.m. EDT, I received an email from Acacia explaining the notice of termination which impacts our national detention Information Line.

14. The Information Line team met on the morning of April 11 to discuss the termination. Staff were concerned about what termination of the LOP would mean for the orientation services ABA COI currently provides for detained individuals and how many other organizations would be negatively impacted, further limiting detained individuals' options to find reliable legal information and related services. Staff had to quickly pivot to decide on updated messaging for callers on the Information Line, discuss interim plans for the outstanding tasks and services to complete in the upcoming business days, and compile pending informational packets to mail to callers.

15. On April 24, 2025, and April 28, 2025, the ABA gave notices for termination for one staff attorney and two program specialists that will become effective on May 8, 2025—it is not sustainable to maintain current staffing levels after LOP was canceled.

16. The Information Line will continue to receive calls from individuals in detention seeking services, but again ABA COI has begun exploring reducing the hours of operation due to a lack of funding and a corresponding reduction in staffing. Continued stops and start of services, and concerns about job security have had negative impacts on staff morale. It also affects the ABA COI's ability to make effective programmatic plans in the short and long-term. We have stopped mailing informational packets to detained individuals due to a lack of funding and have concerns about our ability to provide services to third-language speakers due to limited interpretation resources.

17. The LOP program at the ABA COI supports 2.1 full-time equivalent positions. This impacts partial funding for one director-level position, two staff attorneys, and two program specialists.

18. Losing staff results in a significant loss of institutional expertise that COI has cultivated over several years. One of the staff members given notice of termination has been our longest employee working on the information line—with over five years of hotline experience. Staff have honed their abilities to provide quality legal information and services by phone despite the challenging circumstances presented by detention. Loss of their experience and institutional knowledge is diminishing the ABA COI's ability to continue providing the current volume and quality of services. In addition, attempts to make referrals to local legal service providers have been challenging, given their reduced staffing and resources.

19. Since the termination, we have heard of changes taking place within detention centers. On April 21, 2025, a caller detained at Calhoun County Correctional Center reported access issues because the law library computer was not working properly and said that the call had to be limited to 12 minutes. A different caller detained at South Louisiana ICE Processing Center reported that they signed up for law library access two weeks prior and still did not have access and there were issues with the quality of the phone call. An alternative to mailing informational packets to callers has been to try and direct them to access resources at their law libraries and this has not been successful. Likewise, many resources for callers appear to no longer be available on tablets.

20. Two days later, a caller detained at IAH Polk Adult Detention Facility reported ongoing phone and tablet access issues, phones were not working properly, and tablets only worked at random times. Our call was cut off at approximately 14 minutes. A second caller detained at Buffalo Federal Detention Facility was told to end the call after 12 minutes. The lack of programming exacerbates the problems with these communication issues.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 2nd of May 2025, in Washington, DC.

 /s/ Alicia de la O

**Alicia de la O**