**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-00298<br><br>**DECLARATION OF REBECCA LIGHTSEY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF** |

# DECLARATION OF REBECCA LIGHTSEY
# CO-EXECUTIVE DIRECTOR FOR AMERICAN GATEWAYS

*I, Rebecca Lightsey, make the following statements on behalf of American Gateways. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. I incorporate by reference the Declaration of Edna Yang in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 2) and Supplemental Declaration in Support of Plaintiffs' Renewed Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 51) as if fully set forth herein.

2. My name is Rebecca Lightsey, and I am the Co-Executive Director at American Gateways, a 501(c)(3) nonprofit organization. American Gateways' mission is to champion the dignity and human rights of immigrants, refugees, and survivors of persecution, torture, conflict and human trafficking through exceptional immigration legal services at low or no cost, education, and advocacy. Through its staff attorneys, paralegals, and a network of pro bono attorneys, American Gateways is the primary organization dedicated to providing legal education and free legal and low-cost representation to indigent immigrants, including noncitizens who are detained by the Immigration Customs Enforcement ("ICE") agency under the Department of Homeland Security ("DHS") throughout central Texas.

3. American Gateways provides its legal representation, advocacy, and education services to low-income noncitizens and their families in 23 central Texas counties. It has 3 offices in Austin (principal office), San Antonio, and Waco, Texas. Annually American Gateways provides critical information and legal services to over 12,000 individuals.

4. In order to carry out this mission, American Gateways has several main work components: (1) through the Legal Orientation Program ("LOP"), providing educational and pro se services in the form of legal education "know your rights" ("KYR") presentations, conducting individual consultations (intakes), and conducting pro se workshops with all unrepresented detained noncitizens in the custody of ICE at facilities located in Texas; (2) connecting unrepresented detained noncitizens who cannot afford a lawyer with pro bono attorneys from our various pro bono firm partners, for cases at both the trial and appellate court levels; (3) representing detained clients found legally incompetent while appearing pro se before an immigration judge as part of the National Qualified Representative Program ("NQRP"); (4) through the Immigration Court Helpdesk (ICH) program located within the Immigration Court at San Antonio, Texas which educates non-detained immigrants in removal proceedings about the court process. ICH providers conduct KYR sessions about the immigration court process generally and potential defenses from removal. The goal of ICH is to help individuals make informed decisions about their legal cases and improve the efficiency and effectiveness of immigration court proceedings; (5) through the Counsel for Children Initiative (CCI) provides full legal representation to children who are forced to appear in immigration court on their own and (6) through in-house representation of indigent noncitizens.

5. To address the first programmatic focus area, American Gateways has been operating a LOP in Texas since 2006 at the South Texas Detention Complex in Pearsall, Texas. The program expanded in 2014 to include services at the South Texas Family Residential

    Center in Dilley, Texas and the Karnes County Residential Center in Karnes City, Texas. In 2018, American Gateways also began providing LOP services at the T. Don Hutto Residential Center in Taylor, Texas, in lieu of services at the residential center in Dilley, Texas based on a change in the detained population and need. The combined detention population on average in all facilities currently served is over 2,100 people. This program provides LOP services for the entire immigrant population detained by ICE whose cases are heard in the Pearsall Immigration Court.

6. American Gateways has also been operating an ICH program in Texas at the San Antonio Immigration Court since August 2016.

7. In January 2025, with LOP funding, American Gateways had 11 full time equivalent staff dedicated to providing LOP services. Specifically, a total of 4 attorneys, 6 paralegals and DOJ accredited representatives, and 2 administrative staff. Staff under LOP regularly travelled to each detention center in person to provide legal education KYR presentations, individual consultations, and pro se workshops to noncitizens who are detained and do not have counsel. American Gateways' LOP staff provided in person and virtual services at each of the detention centers 2-4 times per week.

8. With ICH funding, in January 2025, American Gateways had 3 full time equivalent staff dedicated to providing ICH services. Specifically, a total of 1 attorney and 2 paralegals and DOJ accredited representatives. Staff under the ICH provide in person services at the Immigration Court 2 times per week along with an additional services on a monthly basis at our San Antonio office.

9. LOP and ICH services at the facilities and the immigration court that American Gateways' serves were critical. Many of the individuals detained at each of these facilities and those appearing at the Immigration Court are indigent and cannot afford legal representation. In addition, the facilities and the court where the removal cases are heard are all located in areas that are remote and far from large metropolitan areas. Moreover, the vast majority of those detained at these facilities and appearing pro se at the immigration court have limited English proficiency, some speak indigenous and third languages for which locating an interpreter can be difficult, and some lack formal education; all of which makes the information and education that American Gateways' LOP and ICH staff provide incredibly important to not only preserving the basic due process rights of the detained noncitizens, but also in improving the efficiency and efficacy of the backlogged immigration court system overall.

10. The Immigration Judges and ICE have all interacted with and expressed how helpful the LOP and the ICH programs have been to them. Specifically, the Immigration Judges have noted how both programs have increased efficiency in their dockets and caseload management by reducing the need for multiple continuances. ICE has noted how the LOP has reduced confusion about the immigration court process which has resulted in less inquiries to ICE officers at the facilities. They have noted that these programs have prevented unnecessary continuances and appeals for individuals who understood that they had no viable relief available to them. American Gateways LOP and ICH have also referred individuals who need additional assistance and representation through the LOP and ICH programs to pro bono counsel and for in house representation.

11. Without warning, on January 22, 2025, the Department of Justice issued a national contract stop work order, pursuant to Section 19 of the January 20, 2025, Executive Order titled "Protecting the American People Against Invasion." The national contract stop work order, which took effect immediately, extended to the following LOP programs: the general LOP program, the Immigration Court Helpdesk ("ICH"), the Counsel for Children Initiative ("CCI"), and Family Group Legal Orientation Program ("FGLOP") and stated that these programs were being paused while they underwent an audit.

12. Soon after the national contract stop work order was issued, American Gateways was informed by the three detention facilities we serve and the San Antonio Immigration Court that our posters regarding our education services and other materials relating to our LOP and ICH services, how to access free legal assistance, and basic legal information about different forms of relief were removed from tablets used by noncitizen detainees. Staff were also informed that Know Your Rights sessions would also not be allowed at the facilities. This had a significant impact on both the detained and non-detained noncitizens that we served through these programs. They no longer had access to basic information about the removal process and the immigration court, or information about any forms of relief available to them, and locating such information is nearly impossible for many. When American Gateways staff inquired with ICE at the facilities and the immigration court staff about the removal of posters and basic information about accessing services, they were told that the removal was done under the stop work order.

13. The LOP and ICH contracts account for approximately 27% of American Gateways' budget and impact over 32% of staff, or 14 full time equivalents. The financial impact of the termination is significant and shifts services away from serving pro se individuals to other work with different funding, leaving a dire gap in services, which are very much needed in the community.

14. On April 10, 2025, the Department of Justice terminated the contracts for the Family Group Legal Orientation Program (FGLOP), Counsel for Children Initiative (CCI), Immigration Court Helpdesk (ICH), Legal Orientation Program (LOP), and Legal Orientation Program for Custodians (LOPC), effective 12:01 am on April 16, 2025. We received an email communication at 3:57 pm from the Acacia Center for Justice informing us of the termination notice from our Contracting Officer directing all subcontractors of the termination and stop work order.

15. The termination has impacted our ability to retain staff. In mid-April, we were forced to lay off four staff members as a direct result of the funding loss—we gave them a month's notice and their employment will end in May. Additionally, an attorney was supposed to return to our team in July 2025 to work solely on LOP and ICH. Due to the termination, however, we had to tell him that we would not be able to move forward with his employment. Additionally, because of the previous uncertainty and now termination with the LOP and ICH programs, we have not rehired for positions when individuals left the agency. As such, we have three unfilled attorney positions and three unfilled staff positions. Taken together, have lost or will be losing a total of 10 full time employees as a result of the program terminations.

16. The work of these individuals has been shifted to other staff which has caused a great deal of stress. It also means that we have stopped taking on as many cases for representation as

previously and have also been able to help less individuals through pro se work because of the lack of resources. As such, the chaos from the termination and shifting of work is undermining American Gateways' overarching mission. We are seeing extreme anxiety, grief and stress in our staff and our community based on these cuts. We have had to completely shift the workloads and responsibilities of staff based on these cuts. It has caused significant disruptions as we re-align work. It has also caused significant additional administrative work to re-align programs.

17. We are experiencing difficulties at the detention facilities. For example, Respondents at the South Texas Detention Complex contacted our office indicating that all our reference materials at the library have been removed. The library no longer has documents in any other language aside from English. Respondents indicated that the facility told them they are not allowed to put materials in any other language. And the government has stopped providing arrival lists from each facility, which is critical to our ability to fulfill our mission. As far as I know, no alternative programming has taken place in our absence.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 2nd of May 2025, in Austin, TX.

*Rebecca Lightsey*

Rebecca Lightsey
Co-Executive Director
American Gateways