# Exhibit 1



VIA: Electronic Mail

**<u>NOTICE OF TERMINATION FOR CONVENIENCE</u>**

<u>Date:</u> April 3, 2025
<u>Vendor Name:</u> Acacia Center for Justice
<u>Subject:</u> Termination for Convenience

Dear Acacia Center for Justice,

This email's purpose is to notify your firm the contracts tied to the procurement instrument identifications (PIID) listed below and all subsequent call orders is hereby terminated for convenience effective April 3, 2025, per clause FAR 52.212-4(l) (Termination for the Government's Convenience).

PIIDs:
15JPSS22F00000699
15JPSS22F00000701
15JPSS22F00000700
15JPSS22F00000702
15JPSS22F00000703
15JPSS22F00000704
15JPSS24F00000418
15JPSS23F00000154

The Agency has determined that the services are no longer needed. Effective April 3, 2025, please discontinue providing the services to the United States Department of Justice and its entities.

Please submit your final invoice with any reasonable charges that result from this termination.

If you have any questions, please feel free to contact me.

Sincerely,

[redacted]

Contracting Officer
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Please acknowledge receipt of this Notice of Termination for Convenience

(End of Notice)