# Exhibit 2



**U.S. Department of Justice**
Justice Management Division
*Procurement Services Staff*
*Washington, D.C. 20530*

April 4, 2025

Acacia Center for Justice
████████
1025 Connecticut Ave, Suite 701
Washington, DC 20036-5417

Subject: Rescission of April 3, 2025 Notice

Dear ████████,

On April 3, 2025, you received an email and letter titled "Notice of Termination for Convenience" from ████████. The purpose of this letter is to rescind that April 3, 2025 communication. Please disregard that communication in its entirety, which has no legal effect.

The contracts and task orders referenced in the April 3, 2025 communication remain in place, and will remain in place, until further notice.

If you have any questions, please feel free to contact me.

Sincerely,

████████
Date: 2025.04.04 15:44:39 -04'00'

████████
Contracting Officer
U. S. Department of Justice
145 N Street NE
Washington, DC 20530