# Exhibit 3

| | |
|---|---|
| **From:** | Burghard, Christina (EOIR) |
| **To:** | Murray, Christina (JMD) |
| **Cc:** | Flinn, Sarah M. (EOIR) |
| **Subject:** | CCI Follow-up |
| **Date:** | Friday, January 31, 2025 11:31:17 AM |

Hi Christina,

I wanted to update you on Acacia's question you and I received on CCI.

In summary, after sending the stop work order, Acacia wrote back with a specific question on the CCI: "CCI is a representation program and representation work cannot be paused and resumed. Attorneys may not be able to withdraw from representation at all unless permitted by a presiding judge; additionally, attorneys have legal obligations to EOIR in terms of upcoming hearings and statutory and court-imposed filing deadlines. Please specifically clarify DOJ's instructions to Acacia regarding what work under the CCI program is to be stopped."

EOIR sought further clarification from OGC and (b)(5)                                    .

(b)(5)

(b)(5)

Please let me know if you have any questions.  I will be in touch on this issue by early next week.

Thanks,
Chrissy

**From:** Flinn, Sarah M. (EOIR)
**Sent:** Friday, January 31, 2025 10:19 AM
**To:** Evans, Brianna (EOIR) <(b)(6) @usdoj.gov>
**Cc:** Saadat, David (EOIR) <(b)(6) @usdoj.gov>
**Subject:** RE: CCI Follow-up

Thank you, Brianna, for this response. It is very helpful. I will share with the team and see where to go from there. Of note, (b)(5)

(b)(5)

I'll keep you updated on the next steps.

Sarah

**From:** Evans, Brianna (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Thursday, January 30, 2025 5:06 PM
**To:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Cc:** Saadat, David (EOIR) < (b)(6) @usdoj.gov>
**Subject:** Re: CCI Follow-up

Sarah,

OGC [ (b)(5) ] The first part of
OGC's response [ (b)(5) ]

[ (b)(5) ]

[ (b)(5) ]

Next, to determine if [ (b)(5) ]

[ (b)(5) ]

[ (b)(5) ]

Thanks,

Brianna Evans
Senior Associate General Counsel
Immigration Law Unit, OGC, EOIR
(b)(6) mobile)
(b)(6) @usdoj.gov

**From:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Thursday, January 30, 2025 3:48 PM
**To:** Saadat, David (EOIR) < (b)(6) @usdoj.gov>

**Subject:** RE: CCI Follow-up

Good afternoon, David,

Following up on the below. Let me know if additional information or context would be helpful.

Thanks,

Sarah

**From:** Flinn, Sarah M. (EOIR)
**Sent:** Monday, January 27, 2025 2:57 PM
**To:** Saadat, David (EOIR) < (b)(6) @usdoj.gov>
**Subject:** RE: CCI Follow-up

Hi David,

We are requesting OGC review and input (b)(5)
(b)(5)
(b)(5) as soon as possible. Would it be possible to get OGC review by 12 pm on Wednesday?

Thanks,

Sarah

**From:** Burghard, Christina (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Monday, January 27, 2025 2:23 PM
**To:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Cc:** Metz, Matthew (EOIR) < (b)(6) @usdoj.gov>; Jespersen, Amanda (EOIR)
< (b)(6) @usdoj.gov>; Brazill, Caitlin (EOIR) < (b)(6) @usdoj.gov>
**Subject:** FW: CCI Follow-up

Hi Sarah,

Following my discussions with Caitlin and Amanda, I would like to request OGC to
review this matter for further legal considerations regarding (b)(5)

Please let us know how to proceed with this request.

Thanks,
Chrissy

**From:** Brazill, Caitlin (EOIR) <‎(b)(6)‎@usdoj.gov>
**Sent:** Monday, January 27, 2025 1:46 PM
**To:** Burghard, Christina (EOIR) <‎(b)(6)‎d@usdoj.gov>; Jespersen, Amanda (EOIR)
<‎(b)(6)‎@usdoj.gov>
**Cc:** Metz, Matthew (EOIR) <‎(b)(6)‎@usdoj.gov>
**Subject:** RE: CCI Follow-up

Hi Chrissy,

Thank you again for reaching out to us about CCI. Here are my thoughts on what we
should do during this pause.

The program has currently been paused pursuant Section 19 of this Executive Order:
Protecting The American People Against Invasion – The White House. The EO states that
the Attorney General shall pause certain contract and grant programs for a review and
audit.

CCI is now paused per a stop work order issued by the Contract Officer at JMD. I believe

(b)(5)

(b)(5)

The IDIQ language on CCI requires "legal representation to certain children in removal"
as follows:

### C.5.1.6 Counsel for Children Initiative (CCI)

The Contractor shall implement and oversee legal representation and other related

services to certain children in removal and other specified immigration proceedings before specific EOIR Immigration Courts throughout the United States (as identified by the COR). As specified in each task order issued against this contract, the Contractor shall furnish the services at each site cited in Attachment (2). The services to be performed include, but are not limited to, the following: legal representation to certain children in removal before specific EOIR Immigration Courts throughout the United States (as identified by the Government) and in other specified immigration proceedings; and other services as deemed necessary by the COR. Specific requirements to satisfy program needs will be defined in individual task order(s).

The CCI SOW requires "representation in immigration proceedings prior to entry of a final administrative order or determination" as follows:

### III.   Specific Program Requirements

#### A. Specific Tasks to Be Performed and Program Services to Be Provided
1. Provide legal representation via provision of a CCI Representative in the following circumstances:
    1. Representation in immigration proceedings prior to entry of a final administrative order or determination, as follows:
        1. Immigration and Nationality Act Section 240 removal proceedings, before the immigration court;
        2. Custody redetermination (i.e., bond) proceedings before the immigration court;
        3. Immigration court "asylum only" and "withholding only" proceedings pursuant to 8 C.F.R. § 1208.2; and
        4. All appellate proceedings before the BIA; or
2. Representation in any case-related work before United States Citizenship and Immigration Services ("USCIS") directly relating to representation in section III.A.1.(a), above; or
3. Representation in all motions to reopen and/or reconsider directly relating to proceeding listed in section III.A.1.(a)-(b), above; or
4. Representation to obtain Special Immigrant Juvenile status and related work in state court, including appeals or writs.

The contractor provides services for CCI under the SOW as a fully loaded fixed price every month.

| (b)(5) |
| --- |

(b)(5)

I recommend                    (b)(5)

(b)(5)

Please let me know if you would like to discuss.

Thank you!
Caitlin

---

**From:** Brazill, Caitlin (EOIR)
**Sent:** Monday, January 27, 2025 12:33 PM
**To:** Burghard, Christina (EOIR) <        (b)(6)        @usdoj.gov>; Jespersen, Amanda (EOIR) <      (b)(6)      @usdoj.gov>
**Cc:** Metz, Matthew (EOIR) <      (b)(6)      @usdoj.gov>
**Subject:** RE: CCI Follow-up

Hi Chrissy,

Thank you for following up on this. I just wanted to confirm that I will send you an email by the end of the day with my thoughts on this. I would be happy to meet after to discuss.

Thank you!
Caitlin

---

**From:** Burghard, Christina (EOIR) <        (b)(6)        @usdoj.gov>
**Sent:** Monday, January 27, 2025 11:42 AM
**To:** Brazill, Caitlin (EOIR) <      (b)(6)      @usdoj.gov>; Jespersen, Amanda (EOIR) <      (b)(6)      @usdoj.gov>
**Cc:** Metz, Matthew (EOIR) <      (b)(6)      @usdoj.gov>
**Subject:** CCI Follow-up

Hi Caitlin and Amanda,

I wanted to update you on our recent meeting with Sarah on Friday regarding the instructions we received on CCI.

In summary, after sending the stop work order, Acacia wrote back with a specific question on the CCI: "CCI is a representation program and representation work cannot be paused and resumed. Attorneys may not be able to withdraw from representation at all unless permitted by a presiding judge; additionally, attorneys have legal obligations to EOIR in terms of upcoming hearings and statutory and court-imposed filing deadlines. Please specifically clarify DOJ's instructions to Acacia regarding what work under the CCI program is to be stopped." Sarah sought further clarification (b)(5)

(b)(5)

Sarah has requested that we develop a plan to address this matter, which she will then

(b)(5)

I will seek time on your calendars to discuss any input or suggestions you may have.

Thanks,

Chrissy

**Chrissy Burghard**
Administrative Officer, Office of Policy
**Cell**: (b)(6)
**Email**: (b)(6) @usdoj.gov

| | |
|---|---|
| **From:** | Burke, Monica S |
| **To:** | Flinn, Sarah M. (EOIR) |
| **Cc:** | Cady, Christopher; Rodriguez, Bernardo (EOIR); Blackburne, Isabel (EOIR); Burghard, Christina (EOIR) |
| **Subject:** | [EXTERNAL] RE: Pause of Legal Orientation Program Services |
| **Date:** | Monday, February 3, 2025 10:15:40 AM |

Thanks Sarah.

**From:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Monday, February 3, 2025 10:08 AM
**To:** Burke, Monica S < (b)(6) @ice.dhs.gov>
**Cc:** Cady, Christopher < (b)(6) @ice.dhs.gov>; Rodriguez, Bernardo (EOIR)
< (b)(6) @usdoj.gov>; Blackburne, Isabel (EOIR) < (b)(6) @usdoj.gov>;
Burghard, Christina (EOIR) < (b)(6) @usdoj.gov>
**Subject:** RE: Pause of Legal Orientation Program Services

---

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

---

Good morning, Monica and Chris,

As of yesterday, I wanted to let you know that OP is resuming services under the Legal Orientation Program (LOP).  This means that the pause for LOP has been rescinded.  If you have any questions, please let me know.

Thanks,
Sarah

**From:** Flinn, Sarah M. (EOIR)
**Sent:** Wednesday, January 22, 2025 4:04 PM
**To:** (b)(6) @ice.dhs.gov
**Cc:** (b)(6) @ice.dhs.gov; Rodriguez, Bernardo (EOIR) < (b)(6) @usdoj.gov>;
Blackburne, Isabel (EOIR) < (b)(6) @usdoj.gov>; Burghard, Christina (EOIR)
< (b)(6) @usdoj.gov>
**Subject:** Pause of Legal Orientation Program Services

Good afternoon, Ms. Burke,

I am writing to share with you that pursuant to Executive Order Protecting The American People Against Invasion – The White House, EOIR is pausing all Legal Orientation Program Services while the request review occurs. If you have any questions, please do not hesitate to reach out.

Thank you,

Sarah

**Sarah M. Flinn**

Assistant Director for Policy (acting)

Executive Office for Immigration Review

U.S. Department of Justice

(b)(6) (cell)

(b)(6) @usdoj.gov

She/Her/Hers

| | |
|---|---|
| **From:** | Tennyson, Mike (EOIR) |
| **To:** | Flinn, Sarah M. (EOIR) |
| **Cc:** | Fattahi, Omid (EOIR); Adkins, Nikki N. (EOIR); Kelly, Matthew (EOIR) |
| **Subject:** | FW: Legal Access Program Stop Work Order Follow-Up Question |
| **Date:** | Thursday, January 23, 2025 11:09:21 AM |

Hi Sarah.

We can respond to #2 below. I'm thinking #3 and #4 should be addressed by OGC and/or the Front Office.

2.


(b)(5)

(b)(5)

Mike

**From:** Flinn, Sarah M. (EOIR) <Sarah.M.Flinn@usdoj.gov>
**Sent:** Thursday, January 23, 2025 9:20 AM
**To:** Tennyson, Mike (EOIR) <Mike.Tennyson@usdoj.gov>
**Cc:** Burghard, Christina (EOIR) <Christina.Burghard@usdoj.gov>
**Subject:** Legal Access Program Stop Work Order Follow-Up Question

Good morning, Mike,

Following the work stop order sent by CO Christina Murray at JMD to Acacia, Acacia had a few follow-up questions for EOIR. I have cc'd Chrissy Burghard who is the COR on these contracts.

I think the following questions require OA input, but please let me know if you think otherwise.

2.

3.                                              (b)(5)

4.

Happy to meet and discuss as well.

Thanks,

Sarah

**Sarah M. Flinn**
Assistant Director for Policy (acting)
Executive Office for Immigration Review
U.S. Department of Justice

(b)(6) (cell)

(b)(6) @usdoj.gov

She/Her/Hers

**From:** Metz, Matthew (EOIR)
**To:** Flinn, Sarah M. (EOIR)
**Cc:** Buhl-Madsen, Meghan C (EOIR); Burghard, Christina (EOIR)
**Subject:** FW: Lutheran Community Services
**Date:** Thursday, January 23, 2025 1:06:46 PM

Hi Sarah,

Please see the follow-up questions below from ACIJ Scala. In brief [(b)(5)]

(b)(5) two questions:

1.
2. (b)(5)

Please let me know if I can be helpful in tracking down an answer.

Thank You,

Matthew

**From:** Scala, Theresa M. (EOIR) [(b)(6)] @usdoj.gov>
**Sent:** Thursday, January 23, 2025 12:56 PM
**To:** Metz, Matthew (EOIR) [(b)(6)] @usdoj.gov>; Neifert, Joseph (EOIR) [(b)(6)] @usdoj.gov>; Lopez, Edwin (EOIR) <Edwin.Lopez@usdoj.gov>
**Cc:** Buhl-Madsen, Meghan C (EOIR) [(b)(6)] @usdoj.gov>
**Subject:** RE: Lutheran Community Services

Thank you Matthew. Does this apply to (b)(5) The Northwest Immigrant Rights Project (NWIRP) is listed on our free legal services list and they are also the LOP provider. The free legal services list identifies them as providers of group orientations, individual orientations and workshops. (b)(5)

(b)(5)

We appreciate any guidance you can provide.

Thank you.

Theresa

**From:** Metz, Matthew (EOIR) [(b)(6)] @usdoj.gov>
**Sent:** Thursday, January 23, 2025 9:49 AM
**To:** Neifert, Joseph (EOIR) [(b)(6)] @usdoj.gov>
**Cc:** Scala, Theresa M. (EOIR) [(b)(6)] @usdoj.gov>; Buhl-Madsen, Meghan C (EOIR) [(b)(6)] @usdoj.gov>
**Subject:** RE: Lutheran Community Services

Hello again, Joseph,

We should (b)(5) Please let us know if we can be of further assistance.

Matthew

**From:** Neifert, Joseph (EOIR) [(b)(6)] @usdoj.gov>
**Sent:** Thursday, January 23, 2025 12:40 PM
**To:** Metz, Matthew (EOIR) [(b)(6)] @usdoj.gov>
**Cc:** Scala, Theresa M. (EOIR) [(b)(6)] @usdoj.gov>
**Subject:** RE: Lutheran Community Services

Thank You

**From:** Metz, Matthew (EOIR) [(b)(6)] @usdoj.gov>
**Sent:** Thursday, January 23, 2025 9:38 AM
**To:** Neifert, Joseph (EOIR) [(b)(6)] @usdoj.gov>
**Cc:** Scala, Theresa M. (EOIR) [(b)(6)] @usdoj.gov>
**Subject:** RE: Lutheran Community Services

Good afternoon, Joseph,

Thank you for the email. I'm running down an answer on this and will update you as soon as I have more information.

Thank You,

Matthew

**From:** Neifert, Joseph (EOIR) [(b)(6)] @usdoj.gov>
**Sent:** Wednesday, January 22, 2025 8:02 PM
**To:** Metz, Matthew (EOIR) [(b)(6)] @usdoj.gov>; Neifert, Joseph (EOIR) [(b)(6)] @usdoj.gov>
**Cc:** Scala, Theresa M. (EOIR) [(b)(6)] @usdoj.gov>
**Subject:** FW: Lutheran Community Services

Matthew Metz

The Program Director for Lutheran Community Services, which provides services in the Seattle Immigration Court for two specific dockets, sent me the attached email today concerning the services Lutheran Community Services is providing. After receiving the email, I sent the email below to Steve Lang with questions concerning Lutheran Community Services. I received the [(b)(6)] response also shown below.

**Question:** S[ (b)(5) ] I have attached a copy of their flyer.

Sincerely,

Joseph Neifert
Court Administrator

**From:** Lang, Steven (EOIR) [(b)(6)] @usdoj.gov>
**Sent:** Wednesday, January 22, 2025 4:40 PM
**To:** Neifert, Joseph (EOIR) [(b)(6)] @usdoj.gov>
**Subject:** Automatic reply: Lutheran Community Services

Thank you for your message. As of January 20, 2025, I have been reassigned to the Office of the Associate Attorney General.

If need immediate assistance, please contact Matthew Metz, Chief of the Transformation and Engagement Division, Office of Policy, at [(b)(6)] @usdoj.gov.

Steven Lang
U.S. Department of Justice

**From:** Neifert, Joseph (EOIR)
**Sent:** Wednesday, January 22, 2025 4:40 PM
**To:** Lang, Steven (EOIR) [(b)(6)] @usdoj.gov>
**Cc:** Scala, Theresa M. (EOIR) [(b)(6)] @usdoj.gov>
**Subject:** Lutheran Community Services

Steve

Attached are two emails I received from Lutheran Community Services today stating that received a stop work order for the work they do in the Seattle Court for the Dedicated Docket and the Seattle eROP MC Docket.

At every MC we hand out a blue packet which includes reference to Lutheran Community Services (see packet coversheet below). Their flyer is also included in this packet.

At this juncture should we remove reference to Lutheran Community Services on the packet coversheet and also remove their flyer from the packet?

Joe

✓ Pro Bono List

✓ Appeal Rights

✓ EOIR-33

✓ Lutheran Community Services Flyer

(Blue / Left Side of Table)

fr:coverforeROP docket

| | |
|---|---|
| **From:** | Flinn, Sarah M. (EOIR) |
| **To:** | Owen, Sirce E. (EOIR) |
| **Subject:** | RE: Stop Work on Legal Access Program Contract Work |
| **Date:** | Wednesday, January 22, 2025 4:45:00 PM |
| **Attachments:** | image001.png |

Following up on the below, after meeting with OGC we recommend the following:

> (b)(5)

- For quick background: (b)(5)

> (b)(5)

> (b)(5)

OGC is looking into the question of (b)(5) more closely.

Please let me know if you have additional questions on this or would like to discuss.

Thank you,

Sarah

**From:** Flinn, Sarah M. (EOIR)
**Sent:** Wednesday, January 22, 2025 2:04 PM
**To:** Owen, Sirce E. (EOIR) < (b)(6) @usdoj.gov>
**Subject:** FW: Stop Work on Legal Access Program Contract Work

Good afternoon, Director,

Sending for your awareness. We are meeting with OGC at 3:30 pm to discuss the (b)(5)
(b)(5)

Additionally, after a quick internal discussion, we realized that we also likely need OGC
guidance o (b)(5)

> (b)(5)



ACACIA
CENTER FOR JUSTICE

Once we hear from OGC I will provide you additional updates.

Sarah

**From:** Burghard, Christina (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Wednesday, January 22, 2025 1:19 PM
**To:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Subject:** FW: Stop Work on Legal Access Program Contract Work

FYI

| | |
|---|---|
| **From:** | Burghard, Christina (EOIR) |
| **To:** | Flinn, Sarah M. (EOIR) |
| **Subject:** | FW: Stop Work on Legal Access Program Contract Work |
| **Date:** | Friday, January 24, 2025 11:37:43 AM |
| **Attachments:** | image001.png |

FYI







| | |
|---|---|
| **From:** | Flinn, Sarah M. (EOIR) |
| **To:** | Tennyson, Mike (EOIR); Fattahi, Omid (EOIR); Kelly, Matthew (EOIR); Adkins, Nikki N. (EOIR) |
| **Cc:** | Burghard, Christina (EOIR) |
| **Subject:** | FW: URGENT: Pause on all Legal Access Program Contract Work |
| **Date:** | Wednesday, January 22, 2025 12:22:00 PM |

FYSA – [ (b)(5) ]

[ (b)(5) ]

---

**From:** Owen, Sirce E. (EOIR) < [(b)(6)] @usdoj.gov>
**Sent:** Wednesday, January 22, 2025 12:11 PM
**To:** Flinn, Sarah M. (EOIR) < [(b)(6)] @usdoj.gov>
**Subject:** RE: URGENT: Pause on all Legal Access Program Contract Work

Please proceed as outlined below regarding Acacia.  Is this the only contractor for these programs? Also, go ahead and reach out to OGC on the other issue. [ (b)(5) ]

[ (b)(5) ]

**Sirce E. Owen**
**Acting Director**

---

**From:** Flinn, Sarah M. (EOIR) < [(b)(6)] @usdoj.gov>
**Sent:** Wednesday, January 22, 2025 11:39 AM
**To:** Owen, Sirce E. (EOIR) < [(b)(6)] @usdoj.gov>
**Subject:** URGENT: Pause on all Legal Access Program Contract Work
**Importance:** High

Good morning, Director Owen,

As we continue our review of the content of all of the Presidential Actions, we discovered language in Protecting The American People Against Invasion – The White House that requires us to pause distributing all further funds to "contracts, grants, or other agreements providing Federal funding to non-governmental organizations supporting or providing services, either directly or indirectly, to removable or illegal aliens." [ (b)(5) ]

[ (b)(5) ]

- [ (b)(5) ]
-

- (b)(5)
- 
- 

This may also affect the following programs:

- (b)(5)
- 

However, (b)(5)

(b)(5)

Please let me know if you agree with this path or would like to have a further discussion.

Thank you,

Sarah

**Sarah M. Flinn**
Assistant Director for Policy (acting)
Executive Office for Immigration Review
U.S. Department of Justice
 (b)(6) (cell)
(b)(6) @usdoj.gov
She/Her/Hers

| From: | Flinn, Sarah M. (EOIR) |
|---|---|
| To: | Burghard, Christina (EOIR) |
| Subject: | FW: URGENT: Pause on all Legal Access Program Contract Work |
| Date: | Wednesday, January 22, 2025 12:17:00 PM |
| Importance: | High |

Chrissy,

Please work with Christina to begin pausing work on all of these and OPS on Sterling.

We can chat on this shortly.

Sarah

**From:** Flinn, Sarah M. (EOIR)
**Sent:** Wednesday, January 22, 2025 11:39 AM
**To:** Owen, Sirce E. (EOIR) < (b)(6) @usdoj.gov>
**Subject:** URGENT: Pause on all Legal Access Program Contract Work
**Importance:** High

Good morning, Director Owen,

As we continue our review of the content of all of the Presidential Actions, we discovered language in Protecting The American People Against Invasion – The White House that requires us to pause distributing all further funds to "contracts, grants, or other agreements providing Federal funding to non-governmental organizations supporting or providing services, either directly or indirectly, to removable or illegal aliens. (b)(5)

(b)(5)

- (b)(5)
-
-
-
-
-

This may also affect the following programs:
- (b)(5)
-

However, (b)(5)

(b)(5)

(b)(5)

Please let me know if you agree with this path or would like to have a further discussion.

Thank you,

Sarah

**Sarah M. Flinn**
Assistant Director for Policy (acting)
Executive Office for Immigration Review
U.S. Department of Justice
 (cell)                    -
(b)(6) @usdoj.gov
She/Her/Hers

| | |
|---|---|
| **From:** | Burghard, Christina (EOIR) |
| **To:** | Saadat, David (EOIR) |
| **Cc:** | Flinn, Sarah M. (EOIR) |
| **Subject:** | Legal Access Program Stop Work Order Follow-Up Question |
| **Date:** | Thursday, January 23, 2025 9:23:50 AM |

Good morning, David,

Following the work stop order sent by CO Christina Murray at JMD to Acacia, Acacia had a few follow-up questions for EOIR.

I think the following question highlighted in yellow requires OGC input, but please let me know if you think otherwise.

1. Pursuant to FAR 42.1303(c), please provide the following:
   a. For each contract/order that is the subject of the stop work order, a specific description of the work to be suspended with specific reference(s) to the relevant contract's/order's Statement of Work (e.g., Section C paragraph/sub-paragraph), including any and all deliverables that are to be suspended;
      i.

(b)(5)

Thanks,
Chrissy

**Chrissy Burghard**
Administrative Officer, Office of Policy
**Cell**: (b)(6)
**Email**: (b)(6) @usdoj.gov

| | |
|---|---|
| **From:** | Metz, Matthew (EOIR) |
| **To:** | Flinn, Sarah M. (EOIR); Burghard, Christina (EOIR) |
| **Cc:** | Buhl-Madsen, Meghan C (EOIR) |
| **Subject:** | RE: (b)(5) Issues Impacting Legal Orientation Program for Custodians (LOPC) |
| **Date:** | Wednesday, January 29, 2025 3:42:24 PM |
| **Attachments:** | image001.png |

Thank you.

**From:** Flinn, Sarah M. (EOIR) < (b)(6) usdoj.gov>
**Sent:** Wednesday, January 29, 2025 3:15 PM
**To:** Metz, Matthew (EOIR) < (b)(6) @usdoj.gov>; Burghard, Christina (EOIR)
< (b)(6) @usdoj.gov>
**Cc:** Buhl-Madsen, Meghan C (EOIR) < (b)(6) @usdoj.gov>
**Subject:** RE: (b)(5) Issues Impacting Legal Orientation Program for Custodians (LOPC)

Draft proposal sent to OOD.

**From:** Metz, Matthew (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Tuesday, January 28, 2025 5:37 PM
**To:** Burghard, Christina (EOIR) < (b)(6) sdoj.gov>; Flinn, Sarah M. (EOIR)
< (b)(6) @usdoj.gov>
**Cc:** Buhl-Madsen, Meghan C (EOIR) < (b)(6) usdoj.gov>
**Subject:** RE (b)(5) ssues Impacting Legal Orientation Program for Custodians (LOPC)

Hi Sarah,

I met with the LAP team today and they raised the issue of (b)(5)

(b)(5)

(b)(5) To help remedy the
situation, we are wondering if it might be appropriate for RDCIJ Taylor to send a follow-up
clarification to the field. A clarification might also be helpful to make sure that competency
orders for FCEs and QRs are likewise not impacted.

If you agree, sample language is below for consideration.

Please let me know if you have any questions.

Thank You,

Matthew



Document 53-5

ACACIA
CENTER FOR JUSTICE

**DRAFT**



---

**From:** Burghard, Christina (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Tuesday, January 28, 2025 5:32 PM
**To:** Metz, Matthew (EOIR) < (b)(6) @usdoj.gov>; Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Subject:** FW (b)(5) ssues Impacting Legal Orientation Program for Custodians (LOPC)

FYSA

---

**From:** Tania Sawczuk <tsawczuk@acaciajustice.org>
**Sent:** Tuesday, January 28, 2025 5:21 PM
**To:** Murray, Christina (JMD) < (b)(6) @usdoj.gov>; Burghard, Christina (EOIR) < (b)(6) @usdoj.gov>

**Cc:** Leah Prestamo <lprestamo@acaciajustice.org>
**Subject:** [EXTERNAL] (b)(5) ues Impacting Legal Orientation Program for Custodians (LOPC)

Dear Christina,

I hope this message finds you well.

As you know the LOPC SOW was not impacted by the recent stop work orders we received on other LARS programs, and as such we have continued to perform under the SOW. We have received, however, multiple reports from our subcontracted legal service providers (LSPs) that (b)(5)

(b)(5)

We understand that your office may already be aware of these reports, but we wanted to formally notify you of the situation. (b)(5)

(b)(5)

We would appreciate any assistance or guidance you can provide in resolving this matter. Please let us know if there are any steps we can take to facilitate a resolution.

Thank you for your attention to this matter. We look forward to your response.

Best regards,

Tania

--



**Tania K. Sawczuk**
**Managing Director of Technical**
**Compliance**

Working Remotely in an EST schedule

Acacia Center for Justice
acaciajustice.org

**From:** Burghard, Christina (EOIR)
**To:** Flinn, Sarah M. (EOIR)
**Subject:** RE: CCI Follow-up
**Date:** Friday, January 31, 2025 11:09:42 AM

Hi Sarah,

Agreed.  I'll reach out to her now.

**From:** Flinn, Sarah M. (EOIR) < (b)(6) usdoj.gov>
**Sent:** Friday, January 31, 2025 10:31 AM
**To:** Burghard, Christina (EOIR) < (b)(6) @usdoj.gov>
**Subject:** FW: CCI Follow-up

Chrissy,

It seems like we may need to touch base with Christina Murray and then circle back with OOD. What are your thoughts?

Sarah

**From:** Flinn, Sarah M. (EOIR)
**Sent:** Friday, January 31, 2025 10:19 AM
**To:** Evans, Brianna (EOIR) (b)(6) @usdoj.gov>
**Cc:** Saadat, David (EOIR) (b)(6) @usdoj.gov>
**Subject:** RE: CCI Follow-up

Thank you, Brianna, for this response. It is very helpful. I will share with the team and see where to go from there. Of note, (b)(5)

(b)(5)                                                                                      n

(b)(5)

I'll keep you updated on the next steps.

Sarah

**From:** Evans, Brianna (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Thursday, January 30, 2025 5:06 PM
**To:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Cc:** Saadat, David (EOIR) < (b)(6) @usdoj.gov>
**Subject:** Re: CCI Follow-up

Sarah,

OGC [(b)(5)]

OGC's response [(b)(5)]

(b)(5)

(b)(5)

Next, to determine [(b)(5)]

(b)(5)

(b)(5)

Thanks,

Brianna Evans
Senior Associate General Counsel
Immigration Law Unit, OGC, EOIR
[(b)(6)] (mobile)
[(b)(6)]

**From:** Flinn, Sarah M. (EOIR) <[(b)(6)] @usdoj.gov>
**Sent:** Thursday, January 30, 2025 3:48 PM
**To:** Saadat, David (EOIR) <[(b)(6)] @usdoj.gov>
**Subject:** RE: CCI Follow-up

Good afternoon, David,

Following up on the below. Let me know if additional information or context would be helpful.

Thanks,

Sarah

**From:** Flinn, Sarah M. (EOIR)
**Sent:** Monday, January 27, 2025 2:57 PM
**To:** Saadat, David (EOIR) <‎(b)(6)‎ @usdoj.gov>
**Subject:** RE: CCI Follow-up

Hi David,

We are requesting OGC review and input (b)(5)
(b)(5)
(b)(5) as soon as possible. Would it be possible to get OGC review by 12 pm on Wednesday?

Thanks,

Sarah

**From:** Burghard, Christina (EOIR) ‎(b)(6)‎ @usdoj.gov>
**Sent:** Monday, January 27, 2025 2:23 PM
**To:** Flinn, Sarah M. (EOIR) <‎(b)(6)‎ @usdoj.gov>
**Cc:** Metz, Matthew (EOIR) <‎(b)(6)‎ @usdoj.gov>; Jespersen, Amanda (EOIR)
<‎(b)(6)‎ @usdoj.gov>; Brazill, Caitlin (EOIR) <‎(b)(6)‎ @usdoj.gov>
**Subject:** FW: CCI Follow-up

Hi Sarah,

Following my discussions with Caitlin and Amanda, I would like to request OGC to
review this matter for further legal considerations regarding (b)(5)

Please let us know how to proceed with this request.

Thanks,
Chrissy

**From:** Brazill, Caitlin (EOIR) <‎(b)(6)‎ @usdoj.gov>
**Sent:** Monday, January 27, 2025 1:46 PM
**To:** Burghard, Christina (EOIR) <‎(b)(6)‎ @usdoj.gov>; Jespersen, Amanda (EOIR)
<‎(b)(6)‎ @usdoj.gov>
**Cc:** Metz, Matthew (EOIR) <‎(b)(6)‎ @usdoj.gov>
**Subject:** RE: CCI Follow-up

Hi Chrissy,

Thank you again for reaching out to us about CCI. Here are my thoughts on what we should do during this pause.

The program has currently been paused pursuant Section 19 of this Executive Order: Protecting The American People Against Invasion – The White House. The EO states that the Attorney General shall pause certain contract and grant programs for a review and audit.

CCI is now paused per a stop work order issued by the Contract Officer at JMD. I believe

(b)(5)

(b)(5)

The IDIQ language on CCI requires "legal representation to certain children in removal" as follows:

### C.5.1.6 Counsel for Children Initiative (CCI)

The Contractor shall implement and oversee legal representation and other related services to certain children in removal and other specified immigration proceedings before specific EOIR Immigration Courts throughout the United States (as identified by the COR). As specified in each task order issued against this contract, the Contractor shall furnish the services at each site cited in Attachment (2). The services to be performed include, but are not limited to, the following: legal representation to certain

children in removal before specific EOIR Immigration Courts throughout the United States (as identified by the Government) and in other specified immigration proceedings; and other services as deemed necessary by the COR. Specific requirements to satisfy program needs will be defined in individual task order(s).

The CCI SOW requires "representation in immigration proceedings prior to entry of a final administrative order or determination" as follows:

### III.    Specific Program Requirements

    A.    **Specific Tasks to Be Performed and Program Services to Be Provided**
        1.    Provide legal representation via provision of a CCI Representative in the following circumstances:
            1.    Representation in immigration proceedings prior to entry of a final administrative order or determination, as follows:
                1.    Immigration and Nationality Act Section 240 removal proceedings, before the immigration court;
                2.    Custody redetermination (i.e., bond) proceedings before the immigration court;
                3.    Immigration court "asylum only" and "withholding only" proceedings pursuant to 8 C.F.R. § 1208.2; and
                4.    All appellate proceedings before the BIA; or
            2.    Representation in any case-related work before United States Citizenship and Immigration Services ("USCIS") directly relating to representation in section III.A.1.(a), above; or
            3.    Representation in all motions to reopen and/or reconsider directly relating to   proceeding listed in section III.A.1.(a)-(b), above; or
            4.    Representation to obtain Special Immigrant Juvenile status and related work in   state court, including appeals or writs.

The contractor provides services for CCI under the SOW as a fully loaded fixed price every month. (b)(5)

(b)(5)

(b)(5)

(b)(5)

I recommend (b)(5)

(b)(5)

Please let me know if you would like to discuss.

Thank you!
Caitlin

**From:** Brazill, Caitlin (EOIR)
**Sent:** Monday, January 27, 2025 12:33 PM
**To:** Burghard, Christina (EOIR) < (b)(6) @usdoj.gov>; Jespersen, Amanda (EOIR)
< (b)(6) @usdoj.gov>
**Cc:** Metz, Matthew (EOIR) < (b)(6) @usdoj.gov>
**Subject:** RE: CCI Follow-up

Hi Chrissy,

Thank you for following up on this. I just wanted to confirm that I will send you an email by the end of the day with my thoughts on this. I would be happy to meet after to discuss.

Thank you!
Caitlin

**From:** Burghard, Christina (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Monday, January 27, 2025 11:42 AM
**To:** Brazill, Caitlin (EOIR) < (b)(6) espersen, Amanda (EOIR)
< (b)(6) @usdoj.gov>
**Cc:** Metz, Matthew (EOIR) < (b)(6) usdoj.gov>
**Subject:** CCI Follow-up

Hi Caitlin and Amanda,

I wanted to update you on our recent meeting with Sarah on Friday regarding the instructions we received on CCI.

In summary, after sending the stop work order, Acacia wrote back with a specific question on the CCI: "CCI is a representation program and representation work cannot be paused and resumed. Attorneys may not be able to withdraw from representation at all unless permitted by a presiding judge; additionally, attorneys have legal obligations to EOIR in terms of upcoming hearings and statutory and court-imposed filing deadlines. Please specifically clarify DOJ's instructions to Acacia regarding what work under the CCI program is to be stopped." Sarah sought further clarification                (b)(5)

(b)(5)

Sarah has requested that we develop a plan to address this matter, which she will then

(b)(5)

I will seek time on your calendars to discuss any input or suggestions you may have.

Thanks,

Chrissy

**Chrissy Burghard**
Administrative Officer, Office of Policy
**Cell**:        (b)(6)
**Email**:              (b)(6)

| | |
|---|---|
| **From:** | Owen, Sirce E. (EOIR) |
| **To:** | Tennyson, Mike (EOIR) |
| **Cc:** | Flinn, Sarah M. (EOIR) |
| **Subject:** | RE: House CJS question - due COB |
| **Date:** | Monday, January 27, 2025 3:57:36 PM |

I cut a bit out.  I think that we need to remind them that ⬚ (b)(5)

**Proposed response for review and clearance:**

(b)(5)

**Sirce E. Owen**
**Acting Director**

**From:** Tennyson, Mike (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Monday, January 27, 2025 11:50 AM
**To:** Owen, Sirce E. (EOIR) (b)(6) @usdoj.gov>
**Cc:** Flinn, Sarah M. (EOIR) (b)(6) @usdoj.gov>
**Subject:** FW: House CJS question - due COB

Good morning.

We received a query from the Commerce, Justice, Science and Related Agencies (CJS) minority staff.  Specifically, they inquire:

> *I understand that on Wednesday, January 22, the Department issued a stop work order to the primary Legal Orientation Program (LOP) contractor pursuant to Section 19 of the "Protecting the American People Against Invasion" EO.  [ALO note: Section 19 text is set out below]*
>
> *The stop work order is in direct conflict with the FY 2024 appropriations law and the current CR, which states that "not less than $28,000,000 shall be available for services and activities provided by the Legal Orientation Program. . . ." The stop work order needs to be lifted immediately. The EO does not supersede appropriations law, which the Congress passed and the President signed merely one month ago. The order has ground to a halt the work of organizations in the state Vice-Chair Murray represents and the work of organizations in states our committee members represent. This is unacceptable.*
>
> *Can you explain how this is stop work order is consistent with the law passed by Congress and signed by the President? And can you confirm that DOJ will reverse this stop work order immediately?*

Our proposed response has yet to be sent which is as follows for this and any other such queries:

**Proposed response for review and clearance:**

(b)(5)

(b)(5)

(b)(5)

Please advise as to how to proceed.  Is the proposed response sufficient?

Mike


**From:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Friday, January 24, 2025 11:27 AM
**To:** Tennyson, Mike (EOIR) < (b)(6) @usdoj.gov>
**Cc:** Fattahi, Omid (EOIR) < (b)(6) @usdoj.gov>; Kelly, Matthew (EOIR)
< (b)(6) @usdoj.gov>; Adkins, Nikki N. (EOIR) < (b)(6) @usdoj.gov>
**Subject:** RE: House CJS question - due COB

Hi Mike,

I just added you to a chain with the Director so you can track what's moving on these as well. I think that the initial response provided by Matt below is (b)(5)

Thanks,

Sarah

**From:** Tennyson, Mike (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Thursday, January 23, 2025 1:44 PM
**To:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Cc:** Fattahi, Omid (EOIR) < (b)(6) usdoj.gov>; Kelly, Matthew (EOIR)

‹ (b)(6) @usdoj.gov›; Adkins, Nikki N. (EOIR) ‹ (b)(6) @usdoj.gov›
**Subject:** FW: House CJS question - due COB

Sarah;

In re to below...Has there been any further movement on the LOP contractor topic in terms of next steps with OGC and the Front Office?  Do you want us to draft an initial response for your review...or would you prefer to take the initial pen?

Mike



**From:** Kelly, Matthew (EOIR) ‹ (b)(6) @usdoj.gov›
**Sent:** Thursday, January 23, 2025 1:10 PM
**To:** Tennyson, Mike (EOIR) ‹ (b)(6) @usdoj.gov›; Fattahi, Omid (EOIR)
‹ (b)(6) @usdoj.gov›
**Subject:** House CJS question - due COB

Hi Mike and Omid,
House CJS Minority Staff has asked the following question highlighted below and would like a response by COB today.

"Are you all hearing that funding disbursements to the Legal Orientation Program contractor are being suspended, and/or if the contractor has been ordered to stop work on the program?  And if this is so, do you know the Department's rationale for doing so?"

**From:**      Tennyson, Mike (EOIR)
**To:**        Kelly, Matthew (EOIR); Flinn, Sarah M. (EOIR)
**Subject:**   RE: House CJS question - due COB
**Date:**      Monday, January 27, 2025 6:39:09 PM

Matt...please handle this...Response is below...

**From:** Tennyson, Mike (EOIR)
**Sent:** Monday, January 27, 2025 6:38 PM
**To:** Kelly, Matthew (EOIR) [(b)(6)] @usdoj.gov>; Flinn, Sarah M. (EOIR)
[(b)(6)] @usdoj.gov>
**Subject:** FW: House CJS question - due COB

Matt;

This is the Front Office Response.  Sarah, do you want to respond as its Congressional or would you like Matt to handle it?

Mike

**From:** Owen, Sirce E. (EOIR) < [(b)(6)] @usdoj.gov>
**Sent:** Monday, January 27, 2025 3:58 PM
**To:** Tennyson, Mike (EOIR) [(b)(6)] usdoj.gov>
**Cc:** Flinn, Sarah M. (EOIR) < [(b)(6)] @usdoj.gov>
**Subject:** RE: House CJS question - due COB

I cut a bit out.  I think that we need to remind them that [(b)(5)]
-
**Proposed response for review and clearance:**

[(b)(5)]

(b)(5)

**Sirce E. Owen**
**Acting Director**

**From:** Owen, Sirce E. (EOIR)
**To:** Flinn, Sarah M. (EOIR)
**Subject:** RE: Lutheran Community Services
**Date:** Thursday, January 23, 2025 12:38:39 PM
**Attachments:** image001.png

(b)(5) _____ ase we need to undo the changes

(b)(5)

Sirce E. Owen
Acting Director

**From:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Thursday, January 23, 2025 12:35 PM
**To:** Owen, Sirce E. (EOIR) < (b)(6) @usdoj.gov>
**Subject:** FW: Lutheran Community Services
**Importance:** High

Good afternoon, Director,

Regarding the pause on legal access program services, should we (b)(5) For example, we reference the Family Group Legal Orientation Program on the automated case information status page:



Thank you for your guidance,

Sarah

**From:** Metz, Matthew (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Thursday, January 23, 2025 12:30 PM
**To:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>; Burghard, Christina (EOIR) < (b)(6) @usdoj.gov>
**Cc:** Buhl-Madsen, Meghan C (EOIR) < (b)(6) @usdoj.gov>
**Subject:** FW: Lutheran Community Services
**Importance:** High

Hi Sarah,

The Seattle Immigration Court reached out asking if they should (b)(5) am hoping for your guidance. (b)(5)
(b)(5) Please let me know if it would be helpful to jump on a call to discuss.

Thank You,

Matthew

**From:** Neifert, Joseph (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Wednesday, January 22, 2025 8:02 PM
**To:** Metz, Matthew (EOIR) < (b)(6) @usdoj.gov>
**Cc:** Scala, Theresa M. (EOIR) < (b)(6) @usdoj.gov>; Neifert, Joseph (EOIR) < (b)(6) @usdoj.gov>
**Subject:** FW: Lutheran Community Services

Matthew Metz

The Program Director for Lutheran Community Services, which provides services in the Seattle Immigration Court for two specific dockets, sent me the attached email today concerning the services Lutheran Community Services is providing. After receiving the email, I sent the email below to Steve Lang with questions concerning Lutheran Community Services. I received the (b)(6)

Question: (b)(5) I have attached a copy of their flyer.

Sincerely,

Joseph Neifert
Court Administrator

**From:** Lang, Steven (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Wednesday, January 22, 2025 4:43 PM
**To:** Neifert, Joseph (EOIR) < (b)(6) @usdoj.gov>
**Subject:** Automatic reply: Lutheran Community Services

Thank you for your message. As of January 20, 2025, I have been reassigned to the Office of the Associate Attorney General.

If need immediate assistance, please contact Matthew Metz, Chief of the Transformation and Engagement Division, Office of Policy, at (b)(6) usdoj.gov.

Steven Lang
U.S. Department of Justice

**From:** Neifert, Joseph (EOIR)
**Sent:** Wednesday, January 22, 2025 4:40 PM
**To:** Lang, Steven (EOIR) < (b)(6) @usdoj.gov>
**Cc:** Scala, Theresa M. (EOIR) < (b)(6) @usdoj.gov>
**Subject:** Lutheran Community Services

Steve

Attached are two emails I received from Lutheran Community Services today stating that received a stop work order for the work they do in the Seattle Court for the Dedicated Docket and the Seattle eROP MC Docket.

At every MC we hand out a blue packet which includes reference to Lutheran Community Services (see packet coversheet below). This flyer is also included in this packet.

At this juncture should we remove reference to Lutheran Community Services on the packet coversheet and also remove their flyer from the packet?

Joe

An official website of the United States government  Here's how you know ⌄



**EOIR** | Automated Case Information

Court Closures Today  January 23, 2025  |  Please check https://www.justice.gov/eoir-operational-status for up to date closures.

English ⌄



# Automated Case Information

Welcome to the Automated Case Information System. The following information relates to the primary case only. Please contact your local court if you need bond hearing information.

If you are a recent arrival and were apprehended between ports of entry on or after May 28, 2021, placed in removal proceedings, and enrolled in Alternatives to Detention, please see the Family Group Legal Orientation Program flyer for more information (Translations).





## Enter your A-Number

**A-Number** *Required*                    ❓ *What's an A-Number?*

[ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

SUBMIT

ⓘ *Case information from this automated resource is provided for convenience only. Documents the immigration court or Board of Immigration Appeals issue to you or your representative are the only official determinations related to your case.*

✓ Pro Bono List

✓ Appeal Rights

✓ EOIR-33

✓ Lutheran Community Services Flyer

(Blue / Left Side of Table)

| | |
|---|---|
| **From:** | Owen, Sirce E. (EOIR) |
| **To:** | Flinn, Sarah M. (EOIR) |
| **Subject:** | RE: Notification to ICE Regarding LOP Pause |
| **Date:** | Wednesday, January 22, 2025 3:49:12 PM |

It's fine to notify them regarding the pause for LOP.

**Sirce E. Owen**
**Acting Director**

**From:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Wednesday, January 22, 2025 1:59 PM
**To:** Owen, Sirce E. (EOIR) < (b)(6) @usdoj.gov>
**Subject:** Notification to ICE Regarding LOP Pause

Good afternoon, Director Owen,

In light of the Executive Order requiring a pause in the LOP and other EOIR contract programs, OP recommends alerting ICE HQ POCs at ICE Custody Management so that they may further alert their detention facilities and relevant divisions that the LOP will be pausing operations effective today pursuant to the Executive Order. We believe this information would be helpful to ICE because detention facilities must arrange for the movement of detainees to attend legal orientation program services.

Please let me know if you have concerns with me reaching out to our POCs at ICE.

Thank you,

Sarah

**Sarah M. Flinn**
Assistant Director for Policy (acting)
Executive Office for Immigration Review
U.S. Department of Justice
 (cell)
@usdoj.gov
She/Her/Hers

| | |
|---|---|
| **From:** | Taylor, Khalilah (EOIR) |
| **To:** | Flinn, Sarah M. (EOIR) |
| **Subject:** | RE: Pause of Services - LOP, ICH, CCI, and FGLOP |
| **Date:** | Thursday, January 23, 2025 1:18:47 PM |
| **Attachments:** | image001.png |

Good Afternoon:

I will provide that information to the ACIJs.

Thank you,

**Ms. Khalilah Taylor**
**Acting Regional Deputy Chief Immigration Judge**
New York, NY
(Pronouns: she/her/hers)



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please notify the sender immediately and delete or destroy this message.

**From:** Flinn, Sarah M. (EOIR) <​(b)(6)​@usdoj.gov>
**Sent:** Thursday, January 23, 2025 12:42 PM
**To:** Taylor, Khalilah (EOIR) <​(b)(6)​@usdoj.gov>
**Subject:** RE: Pause of Services - LOP, ICH, CCI, and FGLOP

We received a question directly regarding the (b)(5)
(b)(5)
Could you please share this guidance as well?

Thank you,

Sarah



**From:** Taylor, Khalilah (EOIR) < (b)(5) @usdoj.gov>
**Sent:** Thursday, January 23, 2025 12:00 PM
**To:** Flinn, Sarah M. (EOIR) (b)(5) @usdoj.gov>
**Subject:** Re: Pause of Services - LOP, ICH, CCI, and FGLOP


Thanks!

## Ms. Khalilah Taylor
## Acting Regional Deputy Chief Immigration Judge
New York, NY
(Pronouns: she/her)

**From:** Flinn, Sarah M. (EOIR) (b)(5) @usdoj.gov>
**Sent:** Thursday, January 23, 2025 11:54:32 AM
**To:** Taylor, Khalilah (EOIR) < (b)(5) @usdoj.gov>
**Subject:** RE: Pause of Services - LOP, ICH, CCI, and FGLOP


Yes.

Thanks!

**From:** Taylor, Khalilah (EOIR) (b)(5) @usdoj.gov>
**Sent:** Thursday, January 23, 2025 11:41 AM
**To:** Flinn, Sarah M. (EOIR) < (b)(5) @usdoj.gov>
**Subject:** Re: Pause of Services - LOP, ICH, CCI, and FGLOP


Good Morning:  Cam courts still provide the pro bono lists for their regions?  Thanks.

## Ms. Khalilah Taylor
## Acting Regional Deputy Chief Immigration Judge
New York, NY
(Pronouns: she/her)

**From:** Taylor, Khalilah (EOIR) (b)(5) usdoj.gov>
**Sent:** Thursday, January 23, 2025 10:33:52 AM
**To:** Flinn, Sarah M. (EOIR) (b)(5) @usdoj.gov>
**Subject:** Re: Pause of Services - LOP, ICH, CCI, and FGLOP


Thank you.  This helps.  I do anticipate getting further questions from the ACIJs.

## Ms. Khalilah Taylor
## Acting Regional Deputy Chief Immigration Judge

New York, NY
(Pronouns: she/her)

---

**From:** Flinn, Sarah M. (EOIR) ⟨ (b)(5) usdoj.gov⟩
**Sent:** Thursday, January 23, 2025 10:22:31 AM
**To:** Taylor, Khalilah (EOIR) ⟨ (b)(5) @usdoj.gov⟩
**Subject:** RE: Pause of Services - LOP, ICH, CCI, and FGLOP

To my understanding, (b)(5) The stop is just for services paid through the EOIR-contracts.

Let me know if this helps or if you receive other questions.

Sarah

---

**From:** Taylor, Khalilah (EOIR) ⟨ (b)(5) @usdoj.gov⟩
**Sent:** Thursday, January 23, 2025 10:21 AM
**To:** Flinn, Sarah M. (EOIR) (b)(5) @usdoj.gov⟩
**Subject:** Re: Pause of Services - LOP, ICH, CCI, and FGLOP

Yes, I believe it is related to (b)(5)

## Ms. Khalilah Taylor
## Acting Regional Deputy Chief Immigration Judge
New York, NY
(Pronouns: she/her)

---

**From:** Flinn, Sarah M. (EOIR) (b)(5) ⟩usdoj.gov⟩
**Sent:** Thursday, January 23, 2025 10:20:24 AM
**To:** Taylor, Khalilah (EOIR) (b)(5) @usdoj.gov⟩
**Subject:** RE: Pause of Services - LOP, ICH, CCI, and FGLOP

Hi Judge Taylor,

Could you clarify a bit on this? (b)(5)

(b)(5)

Thanks,

Sarah

---

**From:** Taylor, Khalilah (EOIR) ⟨ (b)(5) ⟩usdoj.gov⟩
**Sent:** Thursday, January 23, 2025 10:03 AM

**To:** Flinn, Sarah M. (EOIR) < (b)(5) @usdoj.gov>
**Subject:** RE: Pause of Services - LOP, ICH, CCI, and FGLOP

Thank you Sarah. I have advised the ACIJs. One question I received is (b)(5)

(b)(5)

(b)(5) Can you advise as to that?

Thank you,

**Ms. Khalilah Taylor**
**Acting Regional Deputy Chief Immigration Judge**
New York, NY
(Pronouns: she/her/hers)



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please notify the sender immediately and delete or destroy this message.

**From:** Flinn, Sarah M. (EOIR) < (b)(5) @usdoj.gov>
**Sent:** Thursday, January 23, 2025 8:40 AM
**To:** Taylor, Khalilah (EOIR) < (b)(5) @usdoj.gov>; Williams, Antoinette (EOIR)
< (b)(5) @usdoj.gov>
**Subject:** RE: Pause of Services - LOP, ICH, CCI, and FGLOP

Yes, please do.

Thank you!

**From:** Taylor, Khalilah (EOIR) < (b)(5) @usdoj.gov>
**Sent:** Thursday, January 23, 2025 8:39 AM
**To:** Flinn, Sarah M. (EOIR) < (b)(5) @usdoj.gov>; Williams, Antoinette (EOIR)
< (b)(5) @usdoj.gov>
**Subject:** Re: Pause of Services - LOP, ICH, CCI, and FGLOP

Good Morning:  Thanks for letting me know.  Can I let the ACIJs know?  Thanks.

## Ms. Khalilah Taylor
## Acting Regional Deputy Chief Immigration Judge
New York, NY
(Pronouns: she/her)

**From:** Flinn, Sarah M. (EOIR) (b)(5) usdoj.gov>
**Sent:** Thursday, January 23, 2025 8:25:30 AM
**To:** Taylor, Khalilah (EOIR) (b)(5) @usdoj.gov>; Williams, Antoinette (EOIR)
(b)(5) @usdoj.gov>

**Subject:** Pause of Services - LOP, ICH, CCI, and FGLOP

Good morning, RDCIJ Taylor,

I wanted to let you know that we are pausing services under the following programs pursuant
to direction in section 19 of <u>Protecting The American People Against Invasion – The White
House</u>.

- Legal Orientation Program (LOP)
- Immigration Court Helpdesk (ICH)
- Family Group Legal Orientation Program (FGLOP)
- Counsel for Children Initiative (CCI)

I understand that IJs may be expecting legal services providers performing work under these
contracts for certain work and wanted to make sure that OCIJ is aware.

Please let me know if you have any questions,

Sarah

**Sarah M. Flinn**
Assistant Director for Policy (acting)
Executive Office for Immigration Review
U.S. Department of Justice

 (cell)
@usdoj.gov

She/Her/Hers

| | |
|---|---|
| **From:** | Flinn, Sarah M. (EOIR) |
| **To:** | Owen, Sirce E. (EOIR); Tennyson, Mike (EOIR) |
| **Subject:** | RE: Stop Work on Legal Access Program Contract Work |
| **Date:** | Monday, January 27, 2025 8:53:00 AM |
| **Attachments:** | image001.png |

Good morning,

To make sure we're all on the same page, OP is proceeding as follows:



@Tennyson, Mike (EOIR) – The EO also requires that the AG/Secretary "Immediately review and, if appropriate, audit all contracts, grants, or other agreements providing Federal funding to non-governmental organizations supporting or providing services, either directly or indirectly, to removable or illegal aliens, to ensure that such agreements conform to applicable law and are free of waste, fraud, and abuse, and that they do not promote or facilitate violations of our immigration laws." (b)(5)

(b)(5)

Please let me know if you have any questions on the above,

Sarah

**From:** Flinn, Sarah M. (EOIR)
**Sent:** Friday, January 24, 2025 11:24 AM
**To:** Owen, Sirce E. (EOIR) <(b)(6)@usdoj.gov>
**Cc:** Tennyson, Mike (EOIR) <(b)(6)@usdoj.gov>
**Subject:** RE: Stop Work on Legal Access Program Contract Work

+Mike



ACACIA
CENTER FOR JUSTICE

**From:** Flinn, Sarah M. (EOIR)
**Sent:** Friday, January 24, 2025 11:20 AM
**To:** Owen, Sirce E. (EOIR) <​(b)(6)​@usdoj.gov>
**Subject:** RE: Stop Work on Legal Access Program Contract Work

Good morning, Director,

I have a few follow-up pieces on the pause on legal access work that require OOD input.

1.

(b)(5)

2.

(b)(5)

3.

(b)(5)

3.

(b)(5)

Please let me know if you have any questions or if it would be helpful to have a quick meeting on this.

Thanks,

Sarah

---

**From:** Flinn, Sarah M. (EOIR)
**Sent:** Wednesday, January 22, 2025 4:46 PM
**To:** Owen, Sirce E. (EOIR) < (b)(6) @usdoj.gov>
**Subject:** RE: Stop Work on Legal Access Program Contract Work

Following up on the below, after meeting with OGC we recommend the following:

(b)(5)

OGC is looking into the question of (b)(5) more closely.

Please let me know if you have additional questions on this or would like to discuss.

Thank you,

Sarah

**From:** Flinn, Sarah M. (EOIR)
**Sent:** Wednesday, January 22, 2025 2:04 PM
**To:** Owen, Sirce E. (EOIR) < (b)(6) @usdoj.gov>
**Subject:** FW: Stop Work on Legal Access Program Contract Work

Good afternoon, Director,

Sending for your awareness. We are meeting with OGC at 3:30 pm to discuss (b)(5)
(b)(5)

Additionally, after a quick internal discussion, we realized that we also likely need OGC
guidance (b)(5)

(b)(5)

Once we hear from OGC I will provide you additional updates.

Sarah

**From:** Burghard, Christina (EOIR) (b)(6) @usdoj.gov>
**Sent:** Wednesday, January 22, 2025 1:19 PM
**To:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Subject:** FW: Stop Work on Legal Access Program Contract Work

FYI

**From:** Flinn, Sarah M. (EOIR)
**To:** Buhl-Madsen, Meghan C (EOIR); Burghard, Christina (EOIR)
**Subject:** RE: URGENT: Pause on all Legal Access Program Contract Work
**Date:** Friday, January 24, 2025 4:24:00 PM

Hi Meghan,

Thank you for this. I was able to touch base with the Director and although I had said we were looking into this, (b)(5)

(b)(5)

Sarah

**From:** Buhl-Madsen, Meghan C (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Friday, January 24, 2025 2:34 PM
**To:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov> (b)(6) (EOIR)
< (b)(6) @usdoj.gov>
**Subject:** RE: URGENT: Pause on all Legal Access Program Contract Work

Good afternoon,

(b)(5)

Thank you,
Meghan

**From:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Friday, January 24, 2025 8:34 AM
**To:** Burghard, Christina (EOIR) < (b)(6) @usdoj.gov>; Buhl-Madsen, Meghan C (EOIR)

< [(b)(6)] [@usdoj.gov](mailto:@usdoj.gov)>

**Subject:** RE: URGENT: Pause on all Legal Access Program Contract Work

I feel like [(b)(5)]

[(b)(5)]

Thanks,

Sarah

**From:** Burghard, Christina (EOIR) < [(b)(6)] usdoj.gov>
**Sent:** Friday, January 24, 2025 5:29 AM
**To:** Buhl-Madsen, Meghan C (EOIR) < [(b)(6)] usdoj.gov>; Flinn, Sarah M. (EOIR) < [(b)(6)] [@usdoj.gov](mailto:@usdoj.gov)>
**Subject:** RE: URGENT: Pause on all Legal Access Program Contract Work

Hi Meghan,

Thank you for your thoughts on this matter and for providing clarity on the advice given by OGC. I'll wait to hear back from Sarah, but I included you in on this in hopes that it would help Sarah since she has been so busy with other tasks.

I appreciate you!

Thanks,
Chrissy

**From:** Buhl-Madsen, Meghan C (EOIR) < [(b)(6)] [@usdoj.gov](mailto:@usdoj.gov)>
**Sent:** Friday, January 24, 2025 12:26 AM
**To:** Burghard, Christina (EOIR) < [(b)(6)] [@usdoj.gov](mailto:@usdoj.gov)>; Flinn, Sarah M. (EOIR) < [(b)(6)] [@usdoj.gov](mailto:@usdoj.gov)>
**Subject:** RE: URGENT: Pause on all Legal Access Program Contract Work

I defer to Sarah, but if you are asking for my read on this, [(b)(5)]
[(b)(5)]

[(b)(5)]

My take is EOIR is ☐ (b)(5)

☐ (b)(5)

If I can offer any further assistance on this, please let me know.

Meghan

**From:** Burghard, Christina (EOIR) ☐ (b)(6) @usdoj.gov>
**Sent:** Thursday, January 23, 2025 5:36 PM
**To:** Buhl-Madsen, Meghan C (EOIR) ☐ (b)(6) @usdoj.gov>; Flinn, Sarah M. (EOIR)
< ☐ (b)(6) @usdoj.gov>
**Subject:** FW: URGENT: Pause on all Legal Access Program Contract Work

Does this mean that ☐ (b)(5)

**From:** Flinn, Sarah M. (EOIR) < ☐ (b)(6) @usdoj.gov>
**Sent:** Thursday, January 23, 2025 4:13 PM
**To:** Burghard, Christina (EOIR) < ☐ (b)(6) @usdoj.gov>
**Subject:** Fw: URGENT: Pause on all Legal Access Program Contract Work

I haven't read this yet

Sarah

**From:** Evans, Brianna (EOIR) ☐ (b)(6) s@usdoj.gov>
**Sent:** Thursday, January 23, 2025 1:25:42 PM
**To:** Flinn, Sarah M. (EOIR) < ☐ (b)(6) @usdoj.gov>
**Cc:** Saadat, David (EOIR) < ☐ (b)(6) @usdoj.gov>
**Subject:** RE: URGENT: Pause on all Legal Access Program Contract Work

Sarah,

OP asked for OGC's advice as to whether funding to certain non-governmental organizations (NGOs) under
EOIR's Legal Orientation Program for Children (LOPC) could continue in light of section 19 of the Presidential
proclamation, *Protecting the American People Against Invasion*. It was suggested that ☐ (b)(5)

☐ (b)(5)

(b)(5)

Additionally, as discussed in our meeting, OGC recommends that (b)(5)

(b)(5)

Thanks,
Brianna

Brianna Evans
Senior Associate General Counsel
Immigration Law Unit, OGC, EOIR
(b)(6) mobile)
(b)(6) @usdoj.gov

**From:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Wednesday, January 22, 2025 1:11 PM
**To:** Saadat, David (EOIR) (b)(6) @usdoj.gov>
**Subject:** FW: URGENT: Pause on all Legal Access Program Contract Work

Hi David –

We need to discuss the impact of the executive order ordering stop of work on legal access programs as (b)(5) s. We have worked closely with Brianna on these items – should we set up a meeting to include her? We need this to move asap (b)(5)

Thanks,

Sarah

**From:** Owen, Sirce E. (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Wednesday, January 22, 2025 12:11 PM
**To:** Flinn, Sarah M. (EOIR) (b)(6) @usdoj.gov>
**Subject:** RE: URGENT: Pause on all Legal Access Program Contract Work

Please proceed as outlined below regarding Acacia.  Is this the only contractor for these
programs? Also, go ahead and reach out to OGC on the other issue         (b)(5)

(b)(5)

**Sirce E. Owen**
**Acting Director**

**From:** Flinn, Sarah M. (EOIR)      (b)(6)     usdoj.gov>
**Sent:** Wednesday, January 22, 2025 11:39 AM
**To:** Owen, Sirce E. (EOIR)      (b)(6)     @usdoj.gov>
**Subject:** URGENT: Pause on all Legal Access Program Contract Work
**Importance:** High

Good morning, Director Owen,

As we continue our review of the content of all of the Presidential Actions, we discovered
language in Protecting The American People Against Invasion – The White House that requires
us to pause distributing all further funds to "contracts, grants, or other agreements providing
Federal funding to non-governmental organizations supporting or providing services, either
directly or indirectly, to removable or illegal aliens."         (b)(5)

(b)(5)

- 
- 
- 
- 
- 
- 

(b)(5)

This may also affect the following programs:

- 
- 

(b)(5)

However,         (b)(5)

(b)(5)

(b)(5)

Please let me know if you agree with this path or would like to have a further discussion.

Thank you,

Sarah

**Sarah M. Flinn**
Assistant Director for Policy (acting)
Executive Office for Immigration Review
U.S. Department of Justice
 (cell)
Ousdoj.gov
She/Her/Hers

| | |
|---|---|
| **From:** | Flinn, Sarah M. (EOIR) |
| **To:** | Evans, Brianna (EOIR) |
| **Cc:** | Saadat, David (EOIR) |
| **Subject:** | RE: URGENT: Pause on all Legal Access Program Contract Work |
| **Date:** | Friday, January 24, 2025 4:33:00 PM |

Thank you for this, Brianna and David.

For your situational awareness, it was determined that we would continue providing LOPC and LASRF services as well as NQRP/FCE nationwide.

Please let me know if you have any questions,

Sarah

**From:** Evans, Brianna (EOIR) <     (b)(6)     @usdoj.gov>
**Sent:** Thursday, January 23, 2025 1:26 PM
**To:** Flinn, Sarah M. (EOIR) <     (b)(6)     @usdoj.gov>
**Cc:** Saadat, David (EOIR) <     (b)(6)     @usdoj.gov>
**Subject:** RE: URGENT: Pause on all Legal Access Program Contract Work

Sarah,

OP asked for OGC's advice as to whether funding to certain non-governmental organizations (NGOs) under EOIR's Legal Orientation Program for Children (LOPC) could continue in light of section 19 of the Presidential proclamation, *Protecting the American People Against Invasion*. It was suggested that ____(b)(5)____

(b)(5)

(b)(5)

Additionally, as discussed in our meeting, OGC recommends that _____(b)(5)_____

```
                                    (b)(5)
```

Thanks,
Brianna

Brianna Evans
Senior Associate General Counsel
Immigration Law Unit, OGC, EOIR
(b)(6)  mobile)
(b)(6)  @usdoj.gov

---

**From:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Wednesday, January 22, 2025 1:11 PM
**To:** Saadat, David (EOIR) (b)(6) usdoj.gov>
**Subject:** FW: URGENT: Pause on all Legal Access Program Contract Work

Hi David –

We need to discuss the impact of the executive order ordering stop of work on legal access programs as (b)(5) We have worked closely with Brianna on these items – should we set up a meeting to include her? We need this to move asap (b)(5)

Thanks,

Sarah

---

**From:** Owen, Sirce E. (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Wednesday, January 22, 2025 12:11 PM
**To:** Flinn, Sarah M. (EOIR) (b)(6) usdoj.gov>
**Subject:** RE: URGENT: Pause on all Legal Access Program Contract Work

Please proceed as outlined below regarding Acacia. Is this the only contractor for these programs? Also, go ahead and reach out to OGC on the other issue. (b)(5)

```
                                    (b)(5)
```

**Sirce E. Owen**
**Acting Director**

**From:** Flinn, Sarah M. (EOIR) [(b)(6)] [@usdoj.gov](mailto:@usdoj.gov)>
**Sent:** Wednesday, January 22, 2025 11:39 AM
**To:** Owen, Sirce E. (EOIR) [(b)(6)] [@usdoj.gov](mailto:@usdoj.gov)>
**Subject:** URGENT: Pause on all Legal Access Program Contract Work
**Importance:** High

Good morning, Director Owen,

As we continue our review of the content of all of the Presidential Actions, we discovered language in Protecting The American People Against Invasion – The White House that requires us to pause distributing all further funds to "contracts, grants, or other agreements providing Federal funding to non-governmental organizations supporting or providing services, either directly or indirectly, to removable or illegal aliens." [(b)(5)]

[(b)(5)]

- [(b)(5)]
- 
- 
- 
- 
- 

This may also affect the following programs:

- [(b)(5)]
- 

However, [(b)(5)]

[(b)(5)]

Please let me know if you agree with this path or would like to have a further discussion.

Thank you,

Sarah

**Sarah M. Flinn**

Assistant Director for Policy (acting)

Executive Office for Immigration Review

U.S. Department of Justice

(b)(6)    cell)

usdoj.gov

She/Her/Hers

**From:** Flinn, Sarah M. (EOIR)
**To:** Owen, Sirce E. (EOIR)
**Subject:** RE: URGENT: Pause on all Legal Access Program Contract Work
**Date:** Wednesday, January 22, 2025 12:15:00 PM

Will do. _____(b)(5)_____

_____(b)(5)_____

**From:** Owen, Sirce E. (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Wednesday, January 22, 2025 12:11 PM
**To:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Subject:** RE: URGENT: Pause on all Legal Access Program Contract Work

Please proceed as outlined below regarding Acacia.  Is this the only contractor for these
programs? Also, go ahead and reach out to OGC on the other issue ___(b)(5)___

_____(b)(5)_____

**Sirce E. Owen**
**Acting Director**

**From:** Flinn, Sarah M. (EOIR) < (b)(6) @usdoj.gov>
**Sent:** Wednesday, January 22, 2025 11:39 AM
**To:** Owen, Sirce E. (EOIR) < (b)(6) usdoj.gov>
**Subject:** URGENT: Pause on all Legal Access Program Contract Work
**Importance:** High

Good morning, Director Owen,

As we continue our review of the content of all of the Presidential Actions, we discovered
language in Protecting The American People Against Invasion – The White House that requires
us to pause distributing all further funds to "contracts, grants, or other agreements providing
Federal funding to non-governmental organizations supporting or providing services, either
directly or indirectly, to removable or illegal aliens. ___(b)(5)___

_____(b)(5)_____

- _____(b)(5)_____
- 
-



- (b)(5)
-
-

(b)(5)

However, (b)(5)

(b)(5)

Please let me know if you agree with this path or would like to have a further discussion.

Thank you,

Sarah

**Sarah M. Flinn**
Assistant Director for Policy (acting)
Executive Office for Immigration Review
U.S. Department of Justice
 (cell)
_0usdoj.gov_
She/Her/Hers



(b)(6)