# Exhibit 1

**Melissa M. Lopez**

| | |
|---|---|
| **From:** | Jessica Gomez Montes |
| **Sent:** | Wednesday, April 16, 2025 5:09 PM |
| **To:** | Melissa M. Lopez; Imelda Maynard |
| **Subject:** | Fw: Contract notice for our ICH program |
| **Categories:** | Estrella |

Get Outlook for iOS

**From:** Sepulveda, Patricia M. (EOIR) <Patricia.M.Sepulveda@usdoj.gov>
**Sent:** Wednesday, April 16, 2025 5:06:30 PM
**To:** Jessica Gomez Montes <jmontes@estrella.org>
**Cc:** Velez, Rita R. (EOIR) <Rita.R.Velez@usdoj.gov>
**Subject:** RE: Contract notice for our ICH program

Hello Jessica,

The response received is that we cannot continue to provide Estrella del Paso (independent of its status as an ICH provider) access to EOIR space to continue to conduct Know Your Rights presentations and individual orientations.

It was a pleasure to work with you all!  Thank you – and we truly appreciate all the support!!  I wish everyone at Estrella del Paso all the best!!!  Take care!

Respectfully,
*Patsy Sepulveda*
Court Administrator
El Paso Immigration Court
(915) 313-8709

**From:** Jessica Gomez Montes <jmontes@estrella.org>
**Sent:** Monday, April 14, 2025 2:57 PM
**To:** Sepulveda, Patricia M. (EOIR) <Patricia.M.Sepulveda@usdoj.gov>
**Cc:** Velez, Rita R. (EOIR) <Rita.R.Velez@usdoj.gov>
**Subject:** [EXTERNAL] RE: Contract notice for our ICH program

Good afternoon

Sounds good thanks so much for everything

1

Hope you all have a great rest of your day!

---

**From:** Sepulveda, Patricia M. (EOIR) <Patricia.M.Sepulveda@usdoj.gov>
**Sent:** Monday, April 14, 2025 9:04 AM
**To:** Jessica Gomez Montes <jmontes@estrella.org>
**Cc:** Velez, Rita R. (EOIR) <Rita.R.Velez@usdoj.gov>
**Subject:** RE: Contract notice for our ICH program

Good morning Jessica,

I have reached out to our Acting Chief Immigration Judge, Daniel P. Kinnicutt, to find out if we can continue to provide access to EOIR space for Estrella del Paso to continue conducting Know Your Rights presentations and individual orientations. As soon as I hear back from him, I will let you know.

Thank you.

*Respectfully,*

*Patricia M. "Patsy" Sepulveda*
Court Administrator
El Paso Immigration Court
700 E. San Antonio Avenue, Suite 750
El Paso, TX 79901
Direct: (915) 313-8709
Cell: (571) 527-6042
patricia.m.sepulveda@usdoj.gov

 Department of Justice
Executive Office for Immigration Review

This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please notify the sender immediately and delete or destroy this message.

---

**From:** Jessica Gomez Montes <jmontes@estrella.org>
**Sent:** Friday, April 11, 2025 9:29 AM
**To:** Sepulveda, Patricia M. (EOIR) <Patricia.M.Sepulveda@usdoj.gov>; Velez, Rita R. (EOIR) <Rita.R.Velez@usdoj.gov>
**Subject:** [EXTERNAL] Contract notice for our ICH program

Good morning,
I'm writing to inform you that we have received a contract termination notice for our ICH program that is effective April 15, 2025. Which means that as of now, unless there is court intervention, the last date on

which we will be providing ICH services is April 15, 2025. We would like to know however if independent of our status as an ICH provider if we would/could still be given access to EOIR space to conduct Know Your Rights presentations and individual orientations?

Thank you!