# Exhibit 1



# FIRRP - LÍNEA DIRECTA
# ORIENTACIÓN LEGAL GRATUITA

## ¿QUÉ ES EL PROYECTO FLORENCE?

El Proyecto Florence ("FIRRP") es una organización sin fines de lucro que brinda educación y servicios legales gratuitos a personas detenidas bajo custodia de inmigración en Arizona. No somos parte del gobierno de los Estados Unidos. Somos una entidad independiente, y nuestra misión es ayudarte. **Desafortunadamente, no podemos representarlo ni ser su abogado, pero le daremos la información que necesita para representarse a sí mismo.**

## NUESTROS SERVICIOS

FIRRP proporciona información y servicios legales **GRATIS** a personas detenidas que no tienen un abogado. Consulte nuestros carteles y recursos disponibles en la biblioteca de la detención.

Contáctenos:



- ✓ **CORREO:**    The Florence Project
    P.O. Box 86299
    Tucson, AZ 85754

- ✓ **TALTON TABLET\* - SOLICITUD DEL PROGRAMA DE ORIENTACIÓN LEGAL (LOP):** Disponible en Eloy Detention Center y Florence Detention Center.

- ✓ **TELÉFONO:**    LÍNEA DIRECTA: <u>1845 #</u>

## NUEVO HORARIO DE ENTREVISTAS
### <u>JUEVES</u>
### De 1:00 PM a 4:00 PM



INSTRUCCIONES DETALLADAS SOBRE COMO LLAMAR

# ELOY DETENTION CENTER*

**Cómo llamar:** Llamar usando la plataforma pro-bono **(GRATIS)**:



1) Elija **"2"** para español
2) Ingrese su número **PIN** de detenido
3) Elija **"6"**
4) Elija **"1845#"** y esperar para conectarse con el Proyecto Florence

# FLORENCE DETENTION CENTER*

**Cómo llamar:** Llamar usando la plataforma pro-bono **(GRATIS)**:



1) Elija **"2"** para español
2) Ingrese su número **PIN** de detenido
3) Elija **"6"**
4) Elija **"1845#"** y esperar para conectarse con el Proyecto Florence

# FLORENCE CORRECTIONAL CENTER

**Cómo llamar:** Llamar usando la plataforma pro-bono **(GRATIS)**:



1) Elija **"1"** para hacer una llamada.
2) Ingrese su número **PIN** de detenido y el signo # (libra).
3) Elija **\*467** y siga las indicaciones de voz.
4) Elija su idioma preferido. Elija **"2"** para español.
5) Ingrese su "**Número A de 9 dígitos**". (Si su número A es menos de 9 dígitos, agregar un "0" antes de su número A.)
6) Elija **"1845 #"** y espere para conectarse con el Proyecto Florence.

**RECUERDE:** Nuestro horario de trabajo son los lunes a viernes de 9:00 a 5:00 de la tarde. Recibimos un gran volumen de llamadas, si no puede comunicarse con nosotros o si intenta comunicarse con un miembro del personal específico durante nuestro horario de trabajo, déjenos un mensaje de voz con su nombre completo, número extranjero (número de A), centro de detención y un mensaje corto y si es posible, el nombre del miembro del personal específico con el que intenta comunicarse.

# FIRRP HOTLINE
# FREE LEGAL ORIENTATION



## WHAT IS THE FLORENCE PROJECT?

The Florence Project ("FIRRP") is a non-profit organization that provides free legal education and services to people detained in immigration custody in Arizona. We are not part of the U.S. government. We are an independent entity, and our mission is to help you. **Unfortunately, we cannot represent you or be your attorney, but we will give you the information you need to represent yourself.**

## OUR SERVICES

FIRRP provides **FREE** legal information and services to individuals detained and who **do not** have an attorney. Check out our posters and resources available at the facility's library.

Contact us:



✓ **MAIL:**   The Florence Project
   P.O. Box 86299
   Tucson, AZ 85754

✓ **TALTON TABLET\* - LEGAL ORIENTATION PROGRAM (LOP) REQUEST:** Available at Eloy Detention Center & Florence Detention Center.

✓ **TELEPHONE:**   SPEED DIAL: <u>1845 #</u>

## NEW INTAKE HOURS

## THURSDAYS

## 1:00 PM- 4:00 PM



DETAILED INSTRUCTIONS TO CALL

ENGLISH - EFFECTIVE OCTOBER 1, 2024         2

## ELOY DETENTION CENTER*

**How to Call:** Call using the pro bono platform (**FREE**):



1) Press "**1**" for English
2) Enter your detainee **PIN** number
3) Press "**6**"
4) Press "**1845#**" **and** wait to connect with the Florence Project

## FLORENCE DETENTION CENTER*

**How to Call:** Call using the pro bono platform (**FREE**):



1) Choose "**1**" for English
2) Enter your detainee **PIN** number
3) Choose "**6**"
4) Press "**1845#**" **and** wait to connect with the Florence Project

## FLORENCE CORRECTIONAL CENTER

**How to Call:**   Call using the pro bono platform (**FREE**):



1) Press "**1**" to make a call.
2) Enter your detainee **PIN** number and the # (pound) sign.
3) Press ***467** and follow the voice prompts.
4) Press "**1**" for English, oprime 2 para Español.
5) Enter your "**9-digit A-Number**." If your A-Number is less than 9 digits, enter a "**0**" before your A-Number.
6) Press "**1845 #**" **and wait** to connect with the Florence Project.

**REMEMBER: Our office hours are Monday through Friday, from 9:00 a.m. to 5:00 p.m.** We receive a large volume of calls, if you cannot reach us, or if you are attempting to reach a specific staff during our business hours, please leave a voicemail for us with your full name, A#, detention center, and a short message and if possible, the specific staff member's name you are attempting to contact.