# Exhibit 2

# MESSAGE TO ILLEGAL ALIENS:
# A WARNING TO SELF-DEPORT

## Benefits:

**Self-deportation is safe.** Leave on your own terms by picking your departure flight.

**Keep money earned in the U.S.** If you self-deport as a non-criminal illegal alien.

**Future opportunity for legal immigration.** If you self-deport using CBP Home instead of being deported by ICE.

**Possible Flights Home.** You may be eligible to a subsidized flight if you cannot afford to leave.

For More Information:



SCAN ME

## Consequences:

**Immediate deportation.** You will be apprehended by DHS with no opportunity to get your affairs in order beforehand.

**Fines and penalties.** A fine of $998 *per day* if you received a final order of removal and stayed. A fine of $1,000 - $5,000 if you fail to self-deport after claiming that you will.

**Possible imprisonment.** If you fail to self-deport, you may be subject to jail time.

**Barred from returning.** Prohibited from reentering the U.S. through the legal immigration system.



# MENSAJE A LOS INMIGRANTES ILEGALES:
# UNA ADVERTENCIA PARA LA AUTODEPORTACIÓN

## BENEFICIOS:

**Autodeportación es mas seguro.** Puede viajar bajo sus propios términos y elegir su vuelo.

**Mantenga su dinero ganado en los Estados Unidos.** Si se autodeporta como un inmigrante no criminal.

**Oportunidades de inmigración legal en el futuro.** Si se autodeporta usando la aplicación CBP Home en lugar de ser deportado por ICE.

**Posibles vuelos a casa.** Podrá ser eligible a que su vuelo sea pagado si no puede pagarlo por su cuenta.



Para más información:




SCAN ME

## Consecuencias:

**Deportación Inmediata.** Sera arrestado por DHS sin tener la oportunidad de poder hacer ningún arreglo de antemano.

**Multas y Sanciones.** Una multa de $998 por día si recibe una ultima orden de deportación y decide quedarse. Una multa de $1,000 - $5,000 si no se auto deporta después de haber dicho que si lo haría.

**Posible Encarcelamiento.** Si no se autodeporta, será sujeto a tiempo en prisión.

**Prohibido Regresar.** Prohibido de regresar a los Estado Unidos por el sistema legal de migración.