# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-00298 <br><br> **DECLARATION OF SUZANNE MCCORMICK IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF** |

# DECLARATION OF SUZANNE MCCORMICK
# FOUNDER AND EXECUTIVE DIRECTOR FOR IMMIGRATION CENTER FOR WOMEN AND CHILDREN

*I, Suzanne McCormick, make the following statements on behalf of the National Immigrant Justice Center. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is Suzanne McCormick I am the Founder and Executive Director of the Immigration Center for Women and Children (ICWC). ICWC is a non-profit legal organization that provides free and affordable immigration services to underrepresented immigrants in California and Nevada. ICWC strives to provide security and stability for children who are abused, abandoned or neglected and for immigrants who are victims of domestic violence, sexual assault and other violent crimes.

2. ICWC provides services for women and children across a wide variety of immigration programs, including LOPC, ICH, and FGLOP, for the immigration court in San Francisco, California. ICWC has been administering LOPC since 2011 – providing the critical link among the immigration court, youth released from the custody of Office of Refugee and Resettlement, and the sponsors to whom the youth are released. In 2024, ICWC's team provided unique legal services to over 1,600 individuals through LOPC, over 550 individuals through ICH, and over 250 individuals through FGLOP.

3. As of April 16, 2025, ICWC had laid off 13% of its workforce as a direct result of the termination of federal contracts. ICWC is currently utilizing our reserve funding to retain the remaining staff. However, if we are unable to secure an alternate source of funding in the coming months, we will be forced to end our lease early, lay off additional staff, and cease provision of additional services.

4. As of April 16, 2025, ICWC continues to offer services that are akin to those that were offered under ICH and FGLOP. ICWC hopes to continue offering such services under our own programs even if they are not officially reinstated, as that is core to our mission and philosophy as an organization. However, we have yet to receive sufficient alternate funding for these programs, and as stated above, may be forced to cease all services in their entirety if we cannot secure funding.

5. ICWC typically receives regular COGNOS reports related to LOPC with the docket information and sponsor contact information. Using this information, our LOPC Program Associate calls the custodians in advance of the Thursday afternoon juvenile docket at SF EOIR to ensure the sponsor knows the time, date, and location of the hearing. The Program Associate answers questions and provides information about what to expect at the Master Calendar Hearing. We received such a report on April 14, 2025,

before the contract termination took effect and were able to conduct our regular outreach between April 14–16, 2025.

6. With that report, we were able to attend the Thursday afternoon juvenile docket on April 17, 2025, in San Francisco as we have previously before the contract termination took effect. The Immigration Judge was surprised to see ICWC there, but said that the LOPC presence has been helpful in court and that she welcomes our ongoing participation to the extent we are able to continue offering it.

7. ICWC did not receive the regular COGNOS report on April 21, 2025. We typically receive these every Monday. Because there was no juvenile docket scheduled for that week, we did not need to conduct outreach at that point.

8. On April 29, 2025, our LOPC Program Associate confirmed that he can no longer access TimeTrade—the scheduling system that ICWC has relied on for our group orientations. Previously, ORR caseworkers would use TimeTrade to sign up the sponsors of unaccompanied children to attend our orientations. We would then follow up with the sponsor to confirm their attendance. Without access to TimeTrade, we are unable to offer group orientations in the way we have been doing for over ten years.

9. We have spent a significant amount of managers' time planning for the numerous disruptions to services over the past few months. For example, after the ICH/FGLOP SWO, Danielle Fritz spent almost an entire day transferring staff to other programs, deciding what services would continue unfunded, and working with IT to put necessary automated messages on our phone lines and emails. Danielle Fritz also spent hours retraining ICH/FGLOP staff to work on other programs within ICWC. When the SWO was lifted, it then took hours of management time to resume services. When ICWC received news of the contract terminations, we again went back to planning. We've involved our finance team in multiple discussions to assess how long we can keep the San Francisco Downtown Office running without funding. We assess on a weekly basis whether we can continue to offer unfunded services (those services we would have offered under ICH, FGLOP, LOPC). We estimate that management has collectively spent 185-200 hours from the SWO through the contract terminations in response to the disruptions.

10. After April 30, 2025, ICWC will wind down all LOPC services. While we intend to finish a few services that are currently pending, no new services will be scheduled. Additionally, ICWC has had to move our LOPC Program Associate to a different position within ICWC. Similarly, we are transitioning our DOJ Accredited Representative off most ICH and FGLOP services to another program within ICWC until alternate funding is secured.

Executed on the 2nd day of May 2025, in Los Angeles, California.

_/s/ Suzanne McCormick_

Suzanne McCormick, Esq., Deputy Director
**Immigration Center for Women and Children**
634 South Spring Street, Suite 727
Los Angeles, CA 90014
Tel: 213-614-1165, ext. 1305
Fax: 213-624-1163
suzanne@icwclaw.org
www.icwclaw.org