# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-00298<br><br>**DECLARATION OF EMILY BACHMAN BROCK IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF** |

# DECLARATION OF EMILY BACHMAN BROCK
# CHILDREN'S PROGRAM DEPUTY MANAGING ATTORNEY FOR THE ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK

*I, Emily Bachman Brock, make the following statements on behalf of the Rocky Mountain Immigrant Advocacy Network. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. As explained in my prior declarations, my name is Emily Bachman Brock, and I am the Children's Program Deputy Managing Attorney at the Rocky Mountain Immigrant Advocacy Network ("RMIAN").

2. RMIAN is a Colorado-based nonprofit organization that provides free immigration legal and social services to individuals in civil immigration detention, as well as to immigrant children who have suffered from abuse, neglect or violence. Through its staff attorneys, paralegals, social workers, and a network of hundreds of *pro bono* attorneys, RMIAN provides legal education and free legal representation to low-income immigrants who otherwise would not be able to afford an attorney.

3. In order to carry out its mission, RMIAN's Children's Program has several main work components: (1) through the Immigration Court Helpdesk ("ICH") and Family Group Legal Orientation Program ("FGLOP"), RMIAN provides educational and pro se services in the form of legal education "know your rights" ("KYR") presentations, conducts individual consultations (intakes), and provides pro se assistance to unrepresented noncitizens with removal cases before the Denver Immigration Court; (2) RMIAN connects unrepresented child noncitizens who cannot afford a lawyer with pro bono attorneys within our pro bono network, for their immigration-related cases before Colorado state courts, the Denver Immigration Court and before United States Citizenship and Immigration Services ("USCIS"); and (3) RMIAN provides in-house direct immigration- related representation.

4. To address the first programmatic focus area, RMIAN has been operating an ICH and FGLOP site since September 2021. Since the inception of the ICH and FGLOP programs at RMIAN, the Children's Program hired additional attorneys and support staff to ensure that individuals before the Denver Immigration Court have access to legal information regarding their options, rights and responsibilities in removal proceedings.

5. Eight of RMIAN's staff members are at least partially funded through the ICH and FGLOP programs. Through the programs, staff are provided with advance information regarding docket schedules allowing them to plan their travel to the Denver Immigration Court in person to provide legal education KYR presentations, individual consultations, and pro se assistance to noncitizens appearing before the Denver Immigration Court who

do not have counsel. Furthermore, through ICH and FGLOP funding, staff members operate a designated hotline, responding to noncitizens' questions and conducting individual information sessions remotely via telephone five days a week.

6. Only fifteen percent of all noncitizens navigating the immigration system in Colorado have legal representation. The ICH and FGLOP programs are crucial to RMIAN's ability to continue to provide accurate and expert legal information to pro se noncitizens about their options. Through the ICH and FGLOP staff assist noncitizens in completing required forms requesting a change of address or change of venue. Additionally, these programs are a vital mechanism through which RMIAN is able to connect children and their families, who cannot afford an attorney, to pro bono counsel.

7. Furthermore, RMIAN's ICH and FGLOP staff routinely contribute to court efficiency by assisting with required forms, reducing the number of individuals requesting assistance from court staff. Ensuring that noncitizens can learn about their legal rights, understand removal proceedings and information regarding the options in their case, reduces anxiety and confusion before they appear for their initial hearing before the immigration judges. When RMIAN staff providing ICH and FGLOP services are present at the court, court staff routinely send Respondents to speak to them for assistance understanding required forms, information regarding particularly sensitive or complicated procedural questions. Court staff also frequently request that RMIAN conduct legal screenings for unrepresented parties. RMIAN ICH and FGLOP staff members have routinely provided friend of the court services in cases where individuals are requesting voluntary departure, to secure additional time to find counsel, or where lasting immigration relief before USCIS has been identified—meaning that the case can be removed from the busy court docket.

8. Without warning, on January 22, 2025, the Department of Justice issued a national contract stop work order, pursuant to Section 19 of the January 20, 2025, Executive Order titled "Protecting the American People Against Invasion." The national contract stop work order, which took effect immediately, extended to the following programs: the general Legal Orientation Program, Counsel for Children Initiative ("CCI"), ICH, and FGLOP and stated that these programs were being paused while they undergo an audit.

9. The loss of access to the critical and time-sensitive information provided through the contract had a direct impact on ICH and FGLOP staff's ability to reach some of the most vulnerable populations appearing before the Denver Immigration Court. With access to docket schedule information and Respondent information restricted due to the stop work order, RMIAN staff could no longer reliably ensure that juveniles and families on the expedited "dedicated docket" have access to information regarding their rights and responsibilities in removal proceedings.

10. Combined, the loss of funding resulting from the stop work order on the LOP, ICH and FGLOP programs accounts for approximately 25% of RMIANs total revenue in its 2025 budget.

11. On April 10, 2025, the Department of Justice terminated the contracts for the Family Group Legal Orientation Program (FGLOP), Counsel for Children Initiative (CCI), Immigration Court Helpdesk (ICH), Legal Orientation Program (LOP), and Legal Orientation Program for Custodians (LOPC), effective 12:01 am on April 16, 2025. I was notified regarding the termination of our programs via email correspondence from Tania Sawczuk, Managing Director of Technical Compliance at Acacia Center for Justice at 2:57pm mountain time on April 10, 2025.

12. Given rapidly evolving laws and policies, these programs are essential, now more than ever, to ensure individuals have accurate and timely information regarding their rights, obligations and relief options. For example, on Friday, April 4, 2025, official Department of Homeland Security posters entitled "Message to Illegal Aliens: A Warning to Self- Deport" were erected at the Denver Immigration Court encouraging individuals to "self- deport" using the CBP Home App[1]. It is critical that individuals encountering new policies, such as the one this poster presents, while navigating their removal proceedings have access to trained attorneys who can effectively provide crucial information to aid in their decision-making process.

13. As a result of declining representation rates before the Denver Immigration Court, RMIAN's ICH and FGLOP staff have seen a marked increase in notario fraud. Notarios have been engaging in increasing levels of sophistication (fraudulent notices from United States Citizenship and Immigration Services and fake hearings before imposters posing as judges) to defraud individuals. RMIAN ICH and FGLOP play an integral part in helping immigrants identify this unauthorized practice of law, providing education on the true procedures and guiding people to legitimate legal resources.

14. Hoping to avoid layoffs, the majority of the current staff providing services through the ICH and FGLOP will be temporarily shifted to alternate funding in other programs within RMIAN's Children's Program. However, these alternate funding sources are focused primarily on providing direct representation, limiting the number of noncitizens RMIAN can reach, and are also supported by federal funding so are therefore precarious.

15. On April 16, 2025, RMIAN was notified that information sharing related to its ICH and FGLOP work would be paused. This information is typically sent from the court to the ICH and FGLOP teams and includes the docket sheets and block schedules which are used to plan coverage.

16. Moreover, on April 17, 2025, the ICH/FGLOP hotline handout with RMIAN's phone

---

[1] https://www.cbp.gov/about/mobile-apps-directory/cbphome

number was removed from the courtrooms where it was previously made available on the respondents' table for individuals to take if they are interested. RMIAN received notice on April 21, 2025 that the ICH/FGLOP hotline information sheet was taken down from the bulletin board in the waiting room. This sheet was extremely useful for directing individuals who sought to contact us for future assistance, and was used by court staff, court security, as well as RMIAN staff as a resource.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 2nd day of May 2025, in Denver, Colorado.

/s/ Emily B. Brock

_____

**Emily Bachman Brock, Esq.**
**RMIAN Children's Program Deputy Managing Attorney**