**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-00298<br><br>**DECLARATION OF KIERA LOBREGLIO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF** |

# DECLARATION OF KIERA LOBREGLIO
# DIRECTOR OF IMMIGRANT AND REFUGEE SERVICES FOR CATHOLIC CHARITIES OF THE ARCHDIOCESE OF NEWARK

*I, Kiera LoBreglio, make the following statements on behalf of Catholic Charities of the Archdiocese of Newark. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is Kiera LoBreglio, and I am the Director of Immigrant and Refugee Services for Catholic Charities of the Archdiocese of Newark ("Catholic Charities"). Catholic Charities serves the poor and marginalized and advocates for their needs in order to promote the inherent dignity and worth of all people without regard to race, religion, or culture. Catholic Charities provides low cost and pro bono legal assistance in all phases of immigration and naturalization proceedings, including removal defense (asylum, cancellation of removal, Special Immigrant Juvenile Status), family petitions, waivers of inadmissibility, humanitarian applications (VAWA, U visa, T visa), TPS, DACA, and naturalization. All cases are handled by an attorney or Department of Justice Accredited Representative. Program staff are also available to provide educational workshops on immigration law and current immigration issues.

2. Until the recent April 16, 2025 termination, Catholic Charities provided the following programs under funding administered by the Acacia Institute of Justice ("Acacia"): Family Group Legal Orientation Program ("FGLOP"), Legal Orientation Program for Custodians of Unaccompanied Children ("LOPC"), and Immigration Court Helpdesk ("ICH").

3. FGLOP serves families whose removal proceedings are expedited and placed on "dedicated dockets" in immigration court by providing them with information on removal proceedings and potential defenses to removal via Know Your Rights ("KYR") presentations. These families are detained in ICE custody or placed in ICE's Alternatives to Detention ("ATD").

4. LOPC connects sponsors of unaccompanied minors with critical information about Immigration Court proceedings, medical and mental health services, school registration, and community youth programs. Sponsors participate in a 90-minute presentation, including a Q&A session, leave with a packet of resources, and receive a follow-up check-in phone call the week after the orientation.

5. ICH, which is located within local immigration courts, educates non-detained immigrants in removal proceedings about the court process. ICH providers conduct KYR sessions about the immigration court process generally and potential defenses from removal. The goal of ICH is to help individuals make informed decisions about their legal cases and improve the efficiency and effectiveness of immigration court proceedings.

6. In addition, Catholic Charities also formerly provided self-help sessions and group workshops for previously separated families, as part of Legal Access Services for Reunified Families ("LASRF").

7. On April 16, 2025, the contract under which we provided FGLOP, LOPC, and ICH services was terminated. On April 30, 2025, the contract under which we provided LASRF services was terminated.

8. As a result of the loss of funding associated with the termination, we have been forced to temporarily reassign eight Catholic Charities staff members who typically provide FGLOP, LOPC, ICH, and LASRF services to other programs. If funding is not reinstated, we expect to have to terminate these eight staff members.

9. As a result of these terminations and reassignment, we expect a decrease in the number of people we are able to serve, frustrating our mission.

10. For ICH, FGLOP, and LOPC services, we typically schedule appointments about two weeks ahead of time. Since the termination, we have had to cancel services for 168 individuals. For LASRF, we had to cancel services for 135 individuals who were scheduled for services.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 2nd of May 2025, in Newark, New Jersey.

_____
**Kiera LoBreglio**

Kiera LoBreglio, Esq.
Director, Immigrant & Refugee Services
Catholic Charities of the Archdiocese of Newark
590 North 7th Street
Newark, NJ 07107
973.733.3516
klobreglio@ccannj.org