IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-00298 <br><br> **DECLARATION OF RANDOLPH P. MCGRORTY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF** |

**DECLARATION OF RANDOLPH P. MCGRORTY**
**EXECUTIVE DIRECTOR FOR CATHOLIC LEGAL SERVICES OF THE**
**ARCHDIOCESE OF MIAMI**

*I, Randolph P. McGrorty, make the following statements on behalf of Catholic Legal Services of the Archdiocese of Miami. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is Randolph P. McGrorty, and I am the Executive Director of Catholic Legal Services of the Archdiocese of Miami ("CLS"). CLS is a nonprofit organization providing humanitarian-based immigration legal services in South Florida. CLS focuses on helping low-income immigrants who meet the requirements to obtain asylum, establish legal residency, become citizens, and understand immigration law and policies by providing public education. CLS has offices in Miami-Dade County and Broward County, Florida. We assist indigent immigrant men, women, and children who are detained by the Immigration Customs Enforcement ("ICE") agency under the Department of Homeland Security ("DHS") throughout South Florida. in addition to non-detained Respondents in proceedings before the Miami Immigration Court.

2. Until the recent April 16, 2025 termination, CLS provided the following programs under funding administered by the Acacia Institute of Justice ("Acacia"): Legal Orientation Program ("LOP"), Family Group Legal Orientation Program ("FGLOP"), Legal Orientation Program for Custodians of Unaccompanied Children ("LOPC"), and Immigration Court Helpdesk ("ICH").

3. LOP provides educational and pro se services in the form of legal education "know your rights" presentations, conducting individual intakes, and conducting pro se workshops with unrepresented detained noncitizens in the custody of ICE located at the Krome Detention Center and Broward Transitional Center.

4. FGLOP serves families whose removal proceedings are expedited and placed on "dedicated dockets" in immigration court by providing them with information on removal proceedings and potential defenses to removal via Know Your Rights ("KYR") presentations. These families are detained in ICE custody or placed in ICE's Alternatives to Detention ("ATD").

5. LOPC connects sponsors of unaccompanied minors with critical information about immigration court proceedings, medical and mental health services, school registration, and community youth programs.

6. ICH, which is located within local immigration courts, educates non-detained immigrants in removal proceedings about the court process. ICH providers conduct KYR sessions about the immigration court process generally and potential defenses from removal. The goal of ICH is to help individuals make informed decisions about their legal cases and improve the efficiency and effectiveness of immigration court proceedings.

7. The FGLOP and ICH programs operate at the Miami Immigration Court as well as in-office and remotely. Historically, CLS serves over 8,000 people annually under these programs combined.

8. Effective April 16, 2025, the contract under which we provided LOP, FGLOP, LOPC, and ICH services was terminated.

9. Although CLS has so far avoided layoffs, staff who provided LOP, FGLOP, LOPC, and ICH services have been reassigned to other programs that retained funding. As a result of these reassignments, we have not been able to present or provide our services in immigration court, leaving a significant gap in information for noncitizens and making the Miami Immigration Court docket run less smoothly and less efficiently.

10. Because we have been unable to offer legal orientation or pro se services as a result of the termination, our mission has been frustrated and noncitizens in Miami have been forced to navigate the immigration system alone, leading to worse outcomes.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 2nd of May 2025, in Miami, Florida.

**Randolph P. McGrorty**

Randolph P. McGrorty
Executive Director
Catholic Legal Services, Archdiocese of Miami, Inc.
1469 NW 13th Terrace, Suite 100
Miami, Florida 33125
305.373.1073
rmcgrorty@cclsmiami.org