# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-00298 <br><br> **DECLARATION OF MICHAEL OROPEZA IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF** |

# DECLARATION OF MICHAEL OROPEZA
# EXECUTIVE DIRECTOR FOR EL PUEBLO

*I, Michael Ann Galliano Oropeza, make the following statements on behalf of El Pueblo. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is Michael Ann Galliano Oropeza, and I am the Executive Director at El Pueblo. El Pueblo works with and for low-income immigrants across Mississippi to provide services that empower immigrants, especially victims of violence, to live lives of dignity and hope. As part of this, one of our objectives is to provide immigration legal assistance to low-income immigrant members of our community and to educate the immigrant community about immigrant rights and immigration law.

2. We are a small organization. In order to survive and provide services, our staff is funded by different funding streams. As a result, the loss of any one funding stream has a major impact on our organization.

3. El Pueblo is part of the Legal Orientation Program (LOP). El Pueblo served a facility in Adams County, Mississippi. When we first began providing services in 2023, this facility only housed asylum seekers. But, since January, the facility now receives a broader population of immigrants who being detained pending their removal proceedings.

4. Effective April 16, 2025, the contract under which we provided LOP was terminated.

5. As a result of the termination of LOP, we have laid off two of our 1099 attorneys, reassigned two of our attorneys, reassigned four paralegals, and reassigned one administrative person.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 2nd of May 2025, in Forest, Mississippi.

*[signature]*
Michael Ann Galliano Oropeza

Michael Ann Galliano Oropeza
Executive Director/ DOJ Accredited Representative
El Pueblo
203 East First Street
Forest, MS 39074
Office: 601-564-7148