IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-00298 <br><br> **DECLARATION OF CHRISTOPHER M. JONES IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF** |

## DECLARATION OF CHRISTOPHER M. JONES
## EXECUTIVE DIRECTOR FOR FLORIDA LEGAL SERVICES

*I, Christopher M. Jones, make the following statements on behalf of Florida Legal Services. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is Christopher M. Jones, and I am the Executive Director at Florida Legal Services (FLS). FLS is a legal service provider not for profit organization that offers legal services to underserved communities in various areas of need. FLS is the primary organization dedicated to providing legal services to immigrant communities including unaccompanied children, detained individuals, and individuals with active proceedings in Immigration Court. Other services include giving children access to healthcare, housing and eviction justice, and more.

2. FLS provides the following program: The Immigration Court Helpdesk (ICH) program, which is located within local immigration courts, educates non-detained immigrants in removal proceedings about the court process. ICH providers conduct Know Your Rights (KYR) sessions about the immigration court process generally and potential defenses from removal. The goal of ICH is to help individuals make informed decisions about their legal cases and improve the efficiency and effectiveness of immigration court proceedings.

3. The FLS ICH project started in August 2023 and expanded in March 2024 following the Orlando Immigration Court's relocation to a bigger venue in Downtown Orlando. The Orlando Immigration Court covers cases in the Central and North areas of Florida. FLS ICH serves populations ranging from unaccompanied minors to mixed status families coming from Cuba, Venezuela, and some parts of Central America.

4. Effective April 16, 2025, the contract under which we provided ICH services was terminated.

5. On April 24, 2025, we were informed by the Orlando immigration court administrator that we were not able to return to the courthouse to provide services at the court as a result of Department of Justice's decision to terminate the ICH program.

6. We were also told that we are no longer able to post our flyers at the court and that we can only be listed on the general pro bono list provided to all immigration court respondents.

7. We are presently providing our ICH services from our offices two to three days a week. We are trying to maintain all aspects of this work, including the group information sessions. However, the restriction from the courthouse and the removal our posters limits the number of respondents we can reach. As a result, we expect a decrease in the number of respondents we are able to serve.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 2nd of May 2025, in Orlando, Florida.

_____
**Christopher M. Jones**

Christopher M. Jones
Executive Director/ Attorney At Law
Florida Legal Services, Inc.
PO Box 533986
Orlando, FL 32853
407.801.4344
christopher.jones@floridalegal.com