# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-00298<br><br>**DECLARATION OF ERIN MCKENNEY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF** |

## DECLARATION OF ERIN MCKENNEY
## EXECUTIVE DIRECTOR FOR JUST NEIGHBORS

*I, Erin McKenney, make the following statements on behalf of Just Neighbors. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is Erin McKenney, and I am the Executive Director of Just Neighbors.

2. Until the recent April 16, 2025 termination, Just Neighbors provided orientation services under the Immigration Court Helpdesk ("ICH") program at the Annandale EOIR. As such, Just Neighbors provides group information sessions, individual information sessions and consultations, and self-help workshops to pro se respondents in removal proceedings at Annandale EOIR. Self Help Workshops may include Motions to Change Venue, Change of Address, I-589 form completion, etc.

3. ICH, which is located within local immigration courts, educates non-detained immigrants in removal proceedings about the court process. ICH providers conduct KYR sessions about the immigration court process generally and potential defenses from removal. The goal of ICH is to help individuals make informed decisions about their legal cases and improve the efficiency and effectiveness of immigration court proceedings.

4. Effective April 16, 2025, the contract under which we provided ICH services was terminated.

5. As a result of the loss of funding associated with the termination, we are forced to terminate two Just Neighbors staff members who provide ICH services on June 30, 2025.

6. As another result of the termination, another Just Neighbors staff member who provides ICH services will be reassigned to a new role providing direct representation.

7. As a result of these terminations and reassignment, we expect a decrease in the number of people we are able to serve, frustrating our mission.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 2nd of May 2025, in Annandale, Virginia.

  /s/ Erin McKenney
**Erin McKenney**

Erin McKenney
Executive Director
Just Neighbors
7630 Little River Turnpike Suite #900,
Annandale, VA 22003

703.979.1240
erin@justneighbors.org