# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-00298 <br><br> **DECLARATION OF DAVID DUEA IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF** |

**DECLARATION OF DAVID DUEA,**
**CHIEF EXECUTIVE OFFICER FOR LUTHERAN COMMUNITY SERVICES**
**NORTHWEST**

*I, David Duea, make the following statements on behalf of Lutheran Community Services Northwest. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is David Duea, and I am the Chief Executive Officer at Lutheran Community Services Northwest ("LCSNW"). LCSNW is a nonprofit, 501(c)(3) organization, with headquarters in Tacoma, Washington. LCSNW is a social service agency that formed in 2001 from the merger of several Lutheran outreach ministries and nonprofit organizations that had served communities in the Northwest since the 1920s. LCSNW's lines of service include refugee and immigrant services, mental health counseling, low-income housing, child and family welfare, and support for victims of crime. LCSNW has more than 40 locations across Washington, Oregon, and Idaho, with more than 700 employees and dozens of programs providing services to more than 40,000 clients per year.

2. LCSNW provided Immigration Court Helpdesk ("ICH") and Family Group Legal Orientation Program ("FGLOP") services in the Seattle-Tacoma area as part of its Legal Education and Advocacy Program ("LEAP") to provide legal assistance to individuals in proceedings before an immigration judge.

3. Through ICH, LCSNW helped educate non-detained immigrants in removal proceedings about the immigration court process, including by providing Know Your Rights ("KYR") sessions about the immigration court process and potential defenses from removal. Through FGLOP, LCSNW served families whose removal proceedings were expedited and placed on the "Dedicated Docket" in immigration court by providing them with information on removal proceedings and potential defenses to removal via KYR presentations. LEAP provided services to unrepresented respondents on the Seattle Master Calendar Hearing docket two days a week on both the FGLOP Dedicated Docket and the ICH docket. LEAP staff members assisted in completing more than 1,000 asylum applications in 2024 and helped the Seattle Immigration Court's docket run more smoothly.

4. On April 10, 2025, LCSNW learned of the Department of Justice's decision to terminate ICH and FGLOP, effective April 16, 2025. As a result of this decision, LCSNW has been forced to terminate the employment of three staff members who worked on ICH and FGLOP. LCSNW also has been forced to internally reassign three other staff members as a result of the termination.

5. After learning of the Department of Justice's termination decision, LCSNW has made the difficult decision to fully shut down all LEAP operations effective May 15, 2025, as a direct result of the termination of ICH and FGLOP.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 2nd of May 2025, in Tacoma, Washington.

_____
**David Duea**

David Duea
Chief Executive Officer
Lutheran Community Services Northwest
1944 Pacific Ave, Suite 206
Tacoma, WA 98402
206-901-1685
dduea@lcsnw.org