# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-00298 <br><br> **DECLARATION OF RUBY ROBINSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF** |

# DECLARATION OF RUBY ROBINSON
## SENIOR MANAGING ATTORNEY AT MICHIGAN IMMIGRANT RIGHTS CENTER

*I, Ruby Robinson, make the following statements on behalf of Michigan Immigrant Rights Center. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is Ruby Robinson, and I am a senior managing attorney at Michigan Immigrant Rights Center (MIRC).  MIRC is a statewide legal resource center for Michigan's immigrant communities with five offices across the state—Detroit, Grand Rapids, Kalamazoo, Lansing, and Ypsilanti.  MIRC is the only organization on the Executive Office for Immigration Review's pro bono list based in Michigan providing free legal advice and representation for Michiganders in removal proceedings, including detained persons.  Our focus is on serving low-income individuals, families, and children throughout the state through a variety of programs.

2. Since December 2021, and until the recent April 16, 2025 termination, MIRC has successfully run two programs—Immigration Court Helpdesk (ICH) and Family Group Legal Orientation Program (FGLOP)—at the Detroit Immigration Court.  Collectively, we refer to these programs as Helpdesk though each is distinct.

3. The Helpdesk program, located at and in close collaboration with the Detroit Immigration Court, educated non-detained noncitizens in removal proceedings about immigration law and court processes.  Our staff conducted informational sessions about the law and court processes generally so as to orient participants about their rights and what to expect before and after the hearings.  The goal of Helpdesk is to help individuals make informed decisions about their legal cases and improve the efficiency and effectiveness of immigration court proceedings.

4. Collectively, MIRC's Helpdesk program operated at the Detroit Immigration Court every day when non-detained master calendar hearings occur.  There is only one Immigration Court for all Michigan residents.  In-person services are prioritized.  Virtual and in-office services are available, based on capacity.  The four, full-time Helpdesk staff are, at minimum, bilingual in English and Spanish and have access to interpreters for other languages though the majority of the participants speak Spanish.

5. Since its inception at the Detroit Immigration Court in December 2021, MIRC's Helpdesk staff have conducted information sessions reaching about 10,000 non-detained, noncitizens.  This is approximately one-third of all current non-citizens with cases pending before the Detroit Immigration Court and when a representation rate of about 25% is factored in, this approaches nearly half of all non-detained noncitizens in removal proceedings in Michigan.

6. Effective April 16, 2025, the contract under which we provided Helpdesk was terminated.  After termination, we inquired with the court administrator about whether we could continue Helpdesk-style services on the premises with outside funding.

7. On Wednesday, April 30, 2025, we were notified by the court administrator that we were no longer permitted to offer any services at Detroit Immigration Court. It is my understanding that this decision was not made locally.

8. If we wish to provide services in the federal building, we must apply to make new space arrangements with the General Services Administration (GSA). For context, we tried for nearly one and half years at the beginning of Helpdesk to find available space within the Patrick V. McNamara Federal Building (the office building where the immigration court is located) to set up an office for services. GSA unable to accommodate us as a tenant despite many attempts to make this work. Accordingly and but for operating out of the public, non-secure basement cafeteria—for which we would need to set up and break down every day—it is not possible to arrange for any space within the McNamara Federal Building.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 2nd of May 2025, in Detroit, Michigan.

/s/ Ruby Robinson
Ruby Robinson
Senior Managing Attorney
Michigan Immigrant Rights Center
7700 Second Avenue, Suite 603
Detroit, MIC 48202