IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>                Defendants. | Case No. 1:25-cv-00298-RDM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF** |

**AND NOW**, this ___ day of _____, 2025, upon consideration of Plaintiffs' Motion for Summary Judgment and Request for Preliminary Injunctive Relief, the memorandum and evidence in support thereof, and Defendants' response thereto, it is **HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED** as follows:

1. The Court DECLARES that Defendants' actions that terminated the Legal Orientation Program ("LOP"), Legal Orientation Program for Custodians of Unaccompanied Children ("LOPC"), Immigration Court Helpdesk ("ICH"), Family Group Legal Orientation Program ("FGLOP"), and Counsel for Children Initiative ("CCI") violate the APA because they are "arbitrary, capricious, an abuse of discretion, or otherwise in violation of the law;"

2. The Court DECLARES that Defendants' actions that terminated LOP, LOPC, ICH, FGLOP, and CCI violate the APA because they violate the Appropriations Clause;

3. The Court DECLARES that Defendants' actions that terminated LOP, LOPC, ICH, FGLOP, and CCI violates the APA because it violates Plaintiffs' First Amendment Rights;

4. The Court DECLARES that Defendants' actions that terminated LOP, LOPC, ICH, FGLOP, and CCI violate the separation of powers because Defendants exceed the appropriate authority of the Executive Branch and purport to exercise power granted exclusively to Congress;

5. The Court DECLARES that Defendants' actions that terminated LOP, LOPC, ICH, FGLOP, and CCI are ultra vires and void;

6. The Court HOLDS UNLAWFUL AND SETS ASIDE Defendants' actions that violated the APA, including Defendants' actions that terminated LOP, LOPC, ICH, FGLOP, and CCI;

7. Defendants and all persons in active concert or participation with them are ENJOINED from taking any action that

    a. pauses, stops, impedes, blocks, cancels, or terminates Defendants' compliance with the mandate in the Department of Justice Appropriations Act, 2024 to fund LOP, LOPC, ICH, FGLOP, and CCI;

    b. denies Plaintiff practitioners access to Defendants' 'facilities for the purpose of providing LOP, LOPC, ICH, FGLOP, or CCI services;

8. Defendants and all persons in active concert or participation with them, are ENJOINED from removing from Defendants' facilities any of Plaintiffs' posters, literature, or other written communications pertaining to LOP, LOPC, ICH, FGLOP, or CCI services;

9. Defendants and all persons in active concert or participation with them, are ENJOINED to permit Plaintiffs to continue to post or distribute within Defendants' facilities any of Plaintiffs' posters, literature, or other written communications pertaining to LOP, LOPC, ICH, FGLOP, or CCI services;

10. Defendants and all persons in active concert or participation with them, are ENJOINED to remove from their websites and any other locations of publication any statement indicating or suggesting that LOP, LOPC, ICH, FGLOP, or CCI services are not available; and

11. Defendants and all persons in active concert or participation with them, are ENJOINED from preventing Plaintiffs from accessing Defendants' facilities for the purpose of providing LOP, LOPC, ICH, FGLOP, or CCI services;

12. Plaintiffs' counsel are AWARDED reasonable attorneys' fees under the Equal Access to Justice Act, and any other applicable statute or regulation; and

13. Defendants shall, within two hours of the issuance of this order:

    a. Remove from their websites and any other locations of publication any message indicating or suggesting that LOP, LOPC ICH, FGLOP, or CCI services are unavailable; and,

    b. Replace posters, signage, and other materials advertising and explaining LOP, LOPC, ICH, FGLOP, or CCI that Defendants previously removed.

_____
UNITED STATES DISTRICT JUDGE

**AND NOW**, this ___ day of _____, 2025, upon consideration of Plaintiffs' Motion for Summary Judgment and Request for Preliminary Injunctive Relief, the memorandum and evidence in support thereof, and Defendants' response thereto, it is **HEREBY ORDERED** that Plaintiffs' request for preliminary injunctive relief is **GRANTED** as follows:

Until the Court issues a decision on Plaintiffs' motion for summary judgment:

1. Defendants and all persons in active concert or participation with them are ENJOINED from taking any action that
    a. pauses, stops, impedes, blocks, cancels, or terminates Defendants' compliance with the mandate in the Department of Justice Appropriations Act, 2024 to fund LOP, LOPC, ICH, FGLOP, and CCI;
    b. denies Plaintiff practitioners access to Defendants' 'facilities for the purpose of providing LOP, LOPC, ICH, FGLOP, or CCI services;
2. Defendants and all persons in active concert or participation with them, are ENJOINED from removing from Defendants' facilities any of Plaintiffs' posters, literature, or other written communications pertaining to LOP, LOPC, ICH, FGLOP, or CCI services;
3. Defendants and all persons in active concert or participation with them, are ENJOINED to permit Plaintiffs to continue to post or distribute within Defendants' facilities any of Plaintiffs' posters, literature, or other written communications pertaining to LOP, LOPC, ICH, FGLOP, or CCI services;
4. Defendants and all persons in active concert or participation with them, are ENJOINED to remove from their websites and any other locations of publication any statement indicating or suggesting that LOP, LOPC, ICH, FGLOP, or CCI services are not available; and
5. Defendants and all persons in active concert or participation with them, are ENJOINED from preventing Plaintiffs from accessing Defendants' facilities for the purpose of providing LOP, LOPC, ICH, FGLOP, or CCI services; and
6. Defendants shall, within two hours of the issuance of this order:
    a. Remove from their websites and any other locations of publication any message indicating or suggesting that LOP, LOPC ICH, FGLOP, or CCI services are unavailable; and,
    b. Replace posters, signage, and other materials advertising and explaining LOP, LOPC, ICH, FGLOP, or CCI that Defendants previously removed.

_____
UNITED STATES DISTRICT JUDGE