UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-298-RDM |

### **DECLARATION OF SIRCE E. OWEN**

I, Sirce E. Owen, declare as follows:

1. I am the Acting Director of the Executive Office for Immigration Review ("EOIR") in the U.S. Department of Justice ("DOJ"). EOIR's mission is to adjudicate immigration cases by fairly, expeditiously, and uniformly interpreting and administering the Nation's immigration laws. Under delegated authority from the Attorney General, EOIR conducts immigration court proceedings, appellate reviews, and administrative hearings. I was appointed EOIR Acting Director in January 2025. Prior to assuming this position, I served as an Appellate Immigration Judge from 2020 to 2025, Assistant Chief Immigration Judge from 2018 to 2020, and Acting Deputy Director of EOIR from 2019 to 2020.

2. This declaration is based on my personal knowledge and information made available to me in the course of performing my official duties.

3. Based upon my current and former job duties with EOIR, I am familiar with the five formerly titled legal access programs at issue in this case ("the Programs")—the Legal Orientation Program ("LOP"), the Legal Orientation Program for Custodians of Unaccompanied Children ("LOPC"), the Immigration Court Helpdesk ("ICH"), the Family Group Legal Orientation Program ("FGLOP"), and the Counsel for Children Initiative ("CCI").

4. The purpose of this declaration is to provide information in support of Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment and Preliminary Injunction, which is being filed on May 9, 2025. This declaration details the status of the Programs following the April 10, 2025, decision to terminate the operative Program task orders for the convenience of the government, pursuant to EOIR's contract with the Acacia Center for Justice ("Acacia Contract").

### Status of the Programs

5. The 2024 Consolidated Appropriations Act provided that "not less than" $28 million of the total appropriated amount to EOIR "shall be made available for services and activities provided by the Legal Orientation Program." The "Legal Orientation Program," as used in the 2024 Consolidated Appropriations Act,

encompasses, *inter alia*, LOP, LOPC, and ICH.  Notwithstanding the termination of the operative task orders for 2024-25, EOIR will satisfy its legal orientation services' obligation by providing a consolidated federalized program.

6. The federalized program will be administered by a team of EOIR employees including the Immigration Judge corps.  EOIR will provide legal orientation information and services to aliens in proceedings before the Immigration Court and the Board of Immigration Appeals.  The program will enable aliens by providing information, resources, and tools to equip them to navigate their immigration proceedings.

7. Program services will include Immigration Judges orienting aliens to their rights, obligations, and available legal options.  Additional program services will include, *inter alia*, hard copy and online legal tools such as self-help legal materials and EOIR's Immigration Court Online Resource (ICOR), a centralized repository for information and resources about immigration proceedings.  Services will not include legal advice or representation.

8. CCI is funded through EOIR's general appropriations and is not required by any specific statutory legislation, and FGLOP is funded by the Department of Homeland Security through an interagency agreement.  Therefore, they are discretionarily funded and EOIR does not have a requirement to continue funding these programs.  Further, pursuant to 8 U.S.C. § 1362, EOIR is not

authorized to provide counsel to aliens at Government expense. EOIR will not provide these services.

## Status of Appropriated Funds

9. EOIR will disburse at least $28 million in fiscal year 2024 (FY 2024) funding for legal orientation as required by statutory appropriation. Appropriated funds are government funds that have been legally authorized and allocated for specific purposes through an act of Congress or other legislative body. The appropriation requirement will be met for FY 2024 through a combination of Acacia contract spending and federalized program efforts.

10. Approximately $20 million remains unused/undisbursed relating to the LOP/LOPC and ICH task orders associated with Acacia. However, this number is subject to change as close-out costs are finalized.

11. The remainder of appropriated spending will be from the federalized program as described above. Legal orientation services will include rights advisals provided by the Immigration Judge corps, self-help legal materials, and EOIR's ICOR program.

12. For fiscal year 2025 (FY 2025), Congress again appropriated funds for EOIR for the purpose of legal orientation services. Although the Acacia contract's period of performance crosses fiscal years (FY 2024 and FY 2025), to date, no FY 2025 funds have been obligated by EOIR for the Acacia contract. For FY 2025,

EOIR will satisfy all appropriation requirements through EOIR's federalized program.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on this 7th day of May 2025.

_____
Sirce E. Owen
Acting Director
Executive Office for Immigration Review