# Sherwood, Zachary W. (CIV)

| | |
|---|---|
| **From:** | ██████████ |
| **Sent:** | Wednesday, April 16, 2025 2:51 PM |
| **To:** | ██████████ |
| **Cc:** | ██████████ |
| **Subject:** | RE: Legal Orientation Program (LOP) Contract Termination - Services to be officially suspended on 4/16 |
| **Attachments:** | 2025.04.16 Contract Wind Down Guidance_ICE.docx |

Good afternoon everyone,

We have received additional guidance from the DOJ regarding the LOP contract termination.

The DOJ would like to request that the following actions be implemented at all locations where LOP services were previously provided:

- Former LOP contractors and service providers are NOT to be categorically prohibited from entering ICE facilities. Rather, former LOP contractors and service providers may continue to enter ICE facilities, have access to such facilities, and conduct meetings with detained persons in accordance with the same rules and regulations that apply to attorneys and members of the public. Former LOP contractors and service providers shall be treated no differently than attorneys or members of the public requesting access to an ICE facility, and shall adhere to the same generally applicable rules and regulations regarding such access.

- As part of the contract termination wind down, you may take appropriate steps to discontinue any special access to ICE facilities that had been provided to LOP contractors and service providers in connection with the now-terminated contract (*e.g.*, terminate ID badges). You may also restrict access by former LOP contractors and service providers to areas of ICE facilities previously utilized for LOP program services, but not otherwise available to visitors, members of the public, or attorneys.

- We understand that there is the possibility that LOP contractors and service providers may have their own property and belongings inside ICE facilities that they utilized as part of the LOP program. In the event a former LOP contractor or service provider requests access to an ICE facility to obtain their property, please take appropriate steps to facilitate the retrieval of that property in a reasonably timely manner.

1

As we receive additional information / guidance from the DOJ or ICE Senior Leadership I will pass that along.

Hope everyone is doing well and if you have any questions please reach out to me directly.

▮▮▮▮▮▮▮▮▮
Senior Advisor to the Chief of Staff, Custody Management
Enforcement & Removal Operations
U.S. Immigration and Customs Enforcement
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

**From:** ▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, April 15, 2025 11:23 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Legal Orientation Program (LOP) Contract Termination - Services to be officially suspended on 4/16

Good morning everyone,

The Department of Justice Executive Office of Immigration Review (DOJ EOIR) informed ICE that the Legal Orientation Program contract has been terminated and that services will be officially suspended on 4/16. While there is likely to be litigation related to this contract termination please remove any LOP flyers that are posted in the law library and/or housing units until advised otherwise. Please note that authorized entities shall still be permitted to provide legal rights group presentations, upon request. Refer to the ICE detention standards – <u>2011 PBNDS</u> and <u>2019 NDS</u> for more information on ERO requirements related to legal rights group presentations. I have included a best practices for legal rights group presentations flyer to help assist the Field Offices and Community Relations Officers as they ensure legal service providers meet the requirements under ICE Detention Standards for legal rights group presentations.

It is worth noting that the while DOJ EOIR's LOP contract is being terminated, the American Bar Association's Legal Orientation Program Information Line, will continue to operate and facilities should avoid removing the ABA LOP flyer as it is a required <u>facilityPostings.pdf</u>. <u>The ABA LOP Information Line is not funded by DOJ EOIR</u>. The posting should ideally be placed near the telephone banks. The ABA LOP information line is staff by bilingual staff (Spanish and English) and remotely delivers LOP services via the ICE pro bono telephone platform to detainees in detention facilities. The LOP Information Line is available at all facilities via the DTS pro bono platform and follows the approved LOP curriculum, procedures, and materials. Utilizing the same ABA Hotline PIN number (2150#), the LOP Information Line is staffed by bilingual English-Spanish speakers who have access to professional language line interpreters for other languages (*please note that due to funding limitations the ABA LOP Information line might have issues accommodating other languages*).

▇▇▇▇▇▇▇
Senior Advisor to the Chief of Staff, Custody Management
Enforcement & Removal Operations
U.S. Immigration and Customs Enforcement
▇▇▇▇▇▇▇

From: ▇▇▇▇▇▇▇
Sent: Monday, February 3, 2025 10:48 AM
To: ▇▇▇▇▇▇▇



**Subject:** RESCINDED: DOJ EOIR pause to Legal Orientation Program (LOP) services has been rescinded - LOP services to resume

Good morning everyone,

We have been informed by EOIR that the pause to LOP services has been rescinded (see attached). Accordingly, LOP providers will likely be reaching out to their designated ERO POCs to restart services. If you could re-post any LOP flyers/notices that have been taken down at the facility it would be appreciated.

Please note that I will be reaching out to the Talton COR to have them re-install the LOP request form on the talton tablets and will also inform ECCO (e.g. DRIL) staff of the resumption of services.

If we receive any more information we will share that with you.


Senior Advisor to the Chief of Staff, Custody Management
Enforcement & Removal Operations
U.S. Immigration and Customs Enforcement

---

**From:**
**Sent:** Wednesday, January 22, 2025 8:26 PM
**To:**
**Cc:**
**Subject:** DOJ EOIR Pause to Legal Orientation Program (LOP) Services

Good evening everyone,

4

The Department of Justice Executive Office of Immigration Review (DOJ EOIR), pursuant to Executive Order [Protecting The American People Against Invasion – The White House](#), has informed ICE that they are pausing all Legal Orientation Program Services. Please ensure your chain of command and relevant facility staff are aware of the pause because it could affect operations at facilities.

If there are LOP flyers posted in the law library and/or housing units please take them down while there is a pause in services.

If DOJ EOIR provides ICE with any additional information related to the LOP I will pass that information to you.

███████████
Senior Advisor to the Chief of Staff, Custody Management
Enforcement & Removal Operations
U.S. Immigration and Customs Enforcement
███████████████████