# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-00298 <br><br> **DECLARATION OF AMELIA DAGEN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF** |

# DECLARATION OF AMELIA DAGEN
# STAFF ATTORNEY AT AMICA CENTER FOR IMMIGRANT RIGHTS

*I, Amelia Dagen, make the following statements on behalf of Amica Center for Immigrant Rights. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is Amelia Dagen, and I am a Staff Attorney at Amica Center for Immigrant Rights ("Amica Center"). I am an attorney of record for Amica Center in *Amica Center for Immigrant Rights, et al. v. U.S Dep't of Justice, et al.*, 1:25-cv-00298 (D.D.C. filed Jan. 31, 2025).

2. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of proceedings from the April 15, 2025 hearing in this action.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a redline comparing the Law Library page on the Immigration and Customs Enforcement's Portal as it existed on April 21, 2025, available through the Wayback Machine at https://web.archive.org/web/20250421190312/https://portal.ice.gov/detainee/law-resources, with the same page as it existed on May 10, 2025, available at https://portal.ice.gov/home.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a redline comparing the Immigration Steps page on the Immigration and Customs Enforcement's Portal as it existed on April 21, 2025, available through the Wayback Machine at https://web.archive.org/web/20250421190312/https://portal.ice.gov/immigration-guide/steps, with the same page as it existed on May 10, 2025, available at https://portal.ice.gov/immigration-guide/steps.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Immigration Court page on the Immigration and Customs Enforcement's Portal as it existed on May 10, 2025, available at https://portal.ice.gov/immigration-guide/court.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 12th of May 2025, in Washington, D.C..

*/s/ Amelia Dagen*
Amelia Dagen
Amica Center for Immigrant Rights