# Exhibit 4



An official website of the United States government Here's how you know

# ICE Portal

MENU

Home | **Resources** | **Social support** | **Immigration Guide** | Immigration Court

# Immigration Court

> Court documents issued by the Executive Office for Immigration Review (EOIR), such as hearing notices, are the official source of information on case status. To obtain additional case information from EOIR online or do filings, please access: **EOIR's Respondent Access Portal**

The Immigration Court is an administrative court within the **Department of Justice (DOJ)**. The court is also part of the **Executive Office for Immigration Review (EOIR)**. The court handles immigration related decisions and conducts hearings.

**If you are released**, EOIR's Immigration Court Helpdesks provide limited case assistance (but they cannot provide legal representation). *Visit this site to see if there is an ICH provider at your immigration court.*
**Pursuant to Executive Order Protecting The American People Against Invasion – The White House, the Department of Justice Executive Office of Immigration Review (DOJ EOIR), has informed ICE that they are pausing all Legal Orientation Program Services.**

**If you are detained**, visit EOIR Immigration Court Online Resource (iCOR). EOIR's Immigration Court Online Resource (iCOR) provides information to help aliens understand immigration court.

*This website is available in the following languages:*

English | Spanish (Español) | 中文 (Chinese) | Haitian Creole (Kreyòl Ayisyen) | Portuguese (Português) | PUNJABI/ਪੰਜਾਬੀ

# Notice to Appear (NTA)

The NTA is a charging document DHS issues to aliens believed to be present in the United States in violation of the nation's immigration law[s] and subject to removal from the United States. You may be issued an NTA, which places you in removal proceedings. If you lose your NTA, you may call the Immigration Court Hotline at 1-800-898-7180 to get information on your NTA.



## Here's what's in your NTA:

### 1. Your address

The top of your NTA has your address on file. If you are released and your address is wrong, fill out the Update My Address form as soon as possible.

Once you've updated your address with ICE, you must update it with EOIR

This helps the court to contact you about your case. For example, the court may mail you information about your hearing date, and the decision about your immigration case.

### 2. Facts and/or Allegations

Your NTA lists information about you, such as:

- Your home country
- When you entered the U.S.
- How you entered the United States
- The alleged violations of immigration law (i.e., you entered without inspection or overstayed your visa)
- Whether you committed any crimes

Each factual allegation will be numbered.

### 3. Charges

Your NTA says why the DHS thinks you should be removed from the United States based on the applicable immigration laws. These are called "charges".

## 4. Hearing Date

Your NTA will usually contain the time, date, and place of your first hearing. If your NTA does not contain that information or if you forget or lose your NTA, call the Immigration Court Hotline at 1-800-898-7180. Additionally, EOIR will frequently change the time, date, and potentially even the location of your hearing. If EOIR changes this information, it will email you a new notice of hearing but you can also always check with the Immigration Court Hotline. You must show up for all of your hearings. If you do not, you may be ordered removed in your absence.

There are two types of hearings at which you might appear. The first is a Master Calendar Hearing, and the second is an Individual Calendar Hearing, also called the Merits Hearing.

## Master Calendar Hearing



### Helpful Master Calendar Hearing Information

- First stage(s) of removal proceedings
- Explains rights and responsibilities

A Master Calendar Hearing is the first stage of removal proceedings. At your Master Calendar Hearing, the judge explains your rights and responsibilities. The judge will also give you a chance to get a lawyer if you do not currently have one.

If you do not show up to the hearing, you may be ordered to leave the United States. This is why it is very important for you to show up in court for your hearings.

Check our Immigration Steps page or the EOIR Master Calendar Hearing page for more information on Master Calendar Hearings.

The only people who can represent you in immigration court are yourself, lawyers, and accredited representatives. Notarios, document preparers, immigration consultants, and travel agents are NOT authorized to act as your legal representative.

For more information, read the American Bar Association's page About Notario Fraud

# Individual Calendar Hearing (Merits Hearing)

### Helpful Individual Calendar Hearing (Merits Hearing) Information

- Can have a licensed lawyer or accredited representative
- May last a few hours
- Share evidence with judge
- May be told to leave the United States
- Explain why you should stay
- May be told you qualify for relief or protection and can stay in the United States

hhhshshshh

If you're an alien in removal proceedings, your Individual Calendar Hearing is your chance to show your eligibility for relief or protection from removal.

You'll have the opportunity to share evidence and explain to the judge why you are eligible for the application you seek.

This hearing is important because if the judge isn't convinced by your evidence, you'll be ordered to leave the United States.

Check our Immigration Steps page or the EOIR Individual Calendar Hearing   page for more information on Individual Calendar Hearings.

# Learn How the Immigration Process Works

This page has more information about this immigration process.

**Immigration Guide**

# Change of Address

View this video on Change of Address

**Watch Video**





**ICE Contact Center**

Detention Reporting and Information: 1-888-351-4024

Victims Engagement and Services: 1-888-383-1465