UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,

        Plaintiffs,

    v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

        Defendants

Civil Action No. 1:25-cv-298-RDM

### INDEX OF SUPPLEMENT TO ADMINISTRATIVE RECORD

In accordance with the Court's May 14, 2025 Order, Dkt. 75, Defendants hereby file a supplement to the Administrative Record that was filed in advance of the parties cross-moving for summary judgment, *see* Dkt. 65. The supplement contains the following documents:

| BATES NUMBER | DOCUMENT DESCRIPTION |
|---|---|
| Admin. Rec. 206-210 | Declaration of Sirce E. Owen (May 7, 2025), Dkt. 71-1 |
| Admin. Rec. 211-217 | Declaration of Stephanie E. Gorman (May 7, 2025), Dkt. 71-2 |
| Admin. Rec. 218-225 | Declaration of Sirce E. Owen (May 21, 2025) |
| Admin. Rec. 226-250 | Executive Office for Immigration Review, "LOP Cohort Analysis" (September 5, 2018) |
| Admin. Rec. 251-262 | Executive Office for Immigration Review, "LOP Cohort Analysis: Phase II" (January 29, 2019) |
| Admin. Rec. 263-265 | Executive Office for Immigration Review, "Addendum to LOP Cohort Analysis, Phase I: Detention Length with DHS Data" (January 29, 2019) |
| Admin. Rec. 266-335 | Executive Office for Immigration Review, "FY 2014 to FY 2019 Legal Orientation Program Cost Evaluation" (May 7, 2021) |
| Admin. Rec. 336-337 | Executive Office for Immigration Review, Memorandum (PM 25-15), "Office of Legal Access Programs" (January 31, 2025) |

1

DATED: May 21, 2025                                Respectfully submitted,

                                                                              YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Zachary W. Sherwood*
ZACHARY W. SHERWOOD
Indiana Bar No. 37147-49
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8467
Fax: (202) 616-8470
Email: zachary.w.sherwood@usdoj.gov

*Counsel for Defendants*

2