**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,<br><br>                Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>                Defendants. | Case No. 1:25-cv-00298<br><br>**SUPPLEMENTAL DECLARATION OF LAURA ST. JOHN IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION AND SUMMARY JUDGMENT** |

**DECLARATION OF LAURA ST. JOHN**
**LEGAL DIRECTOR FOR THE**
**FLORENCE IMMIGRANT & REFUGEE RIGHTS PROJECT**

*I, Laura St. John, make the following statements on behalf of the Florence Immigrant & Refugee Rights Project. I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. I incorporate my Declaration in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 2), Supplemental Declaration in Support of Plaintiffs' Renewed Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 53), and Declaration in Support of Plaintiffs' Motion for Summary Judgment and Request for Preliminary Injunctive Relief (Dkt. 67) as if fully set forth herein.

2. As explained in my prior declarations, my name is Laura St. John, and I am the Legal Director at the Florence Immigrant & Refugee Rights Project ("Florence Project" or "FIRRP"). FIRRP developed the model upon which the Legal Orientation Program ("LOP") was designed and has continuously operated as a provider under the LOP since that federal program was established.

3. FIRRP provides free legal services to people in immigration detention in Eloy and Florence, Arizona. Until the April 2025 LOP termination, FIRPP provided LOP services at all three current ICE detention facilities located in the State of Arizona – the Eloy Detention Center ("EDC"), the Florence Detention Center ("FDC"), and the Central Arizona Florence Correctional Complex ("CAFCC," and, together with FDC, the "Florence facilities"). FIRRP served the entire immigrant population detained by ICE whose cases are heard in both the Florence and Eloy Immigration Courts – Arizona's two detained Immigration Court dockets.

4. Since my last declaration, FIRRP has faced increased difficulty in accessing and assisting noncitizens in Eloy and Florence.

5. As mentioned in my previous declaration, FIRRP had provided, in its formal request for access, a sign-up sheet to be used in the various facilities to try to maximize people being able to attend our regular "know your rights" ("KYR") group presentations. Before the termination of the Programs, FIRRP did not rely on sign-ups to identify participants in the group presentations–we used the Cognos report (an EOIR generated report sharing initial master calendar hearing docket information) and facility housing rosters (listing key information about the individuals currently in custody in the detention centers) to identify individuals who had upcoming court hearings or were newly-arrived.

6. However, in the Florence facilities, despite emailing twice – on April 18 and again on April 25 – and calling various ICE officer contacts on April 29, we have yet to hear a response from ICE regarding whether and how often they will provide us the filled out sign-up sheets. Nor have we received confirmation as of this time as to whether the sign-up sheets we provided are available in the housing units at all at this point. We have yet to receive a single sign-up sheet from FDC or CAFCC.

7. In EDC, we have communicated with the staff typically in charge of our group requests and arranged to have the sign-up sheets emailed to our office each week so that we can add individuals to our group legal presentations. For our May 13 KYR presentation, we received a number of blank sign-up sheets from EDC staff. This was our first time receiving blank sign-up sheets, and led us to wonder whether there had been some technical error in the PDFs or whether there were truly no sign-ups, perhaps because the sheets were not posted or because detained noncitizens did not know that they needed to sign up to attend our presentation, given that we historically present to everyone who is newly-arrived or has an upcoming hearing. We emailed EDC to inquire as to whether this was an error, and EDC staff stated that it was not. Despite several emails with EDC staff – including on April 29, and May 14, May 19, and May 22 – we continue to receive lists using an out-of-date version of a sign-up sheet that is missing critical information that we now require in order to be able to add a person to our participant list for the group KYR presentations.

8. When FIRRP staff went to EDC on May 13 to give a KYR presentation, the guard indicated that they did not think a KYR was happening because they said they had not received an email with the list. As a result, FIRRP staff waited for 1.5 hours to try to get EDC staff to bring up a group of 6 especially urgent referrals for the KYR presentation. In the end, only 5 of those 6 individuals were brought up and received the presentation.

9. This is representative of our experiences overall. Attendance at our KYR presentations at EDC has been extremely low since the April 16 termination of the programs and our corresponding loss of access to the Cognos report and facility housing rosters. We have repeatedly had issues with EDC staff not having or misplacing the list of participants, which means that no participants are present when we arrive to give the group presentation, we have to wait for a long time (over an hour) to have guards bring participants up, and when the presentations eventually go forward, they do so with fewer people than intended. The problems with EDC staff not having the list of who we are planning to meet extends beyond group presentations–on several instances, EDC staff were not prepared for individual meetings that we had scheduled, and FIRRP staff had to wait an hour or more before being able to meet with these individuals.

10. As another example, our May 29 KYR presentation at EDC had only 10 participants. In the month immediately preceding the termination of the LOP, Florence Project staff routinely met with groups of 20 or more individuals for KYRs at EDC. This number itself is also somewhat artificially reduced as we have to restrict participation based on the number of people that the space used for the KYR at EDC can comfortably fit in light of changes to the floor plan in that space. In my experience, there have been moments pre-dating the changes in floor plan at the KYR space in EDC where we routinely had groups of 40 or more individuals for KYRs at times when the facility was at high occupancy. These current low numbers of participants at the group presentations are particularly concerning because we have been hearing from people in detention that there are now or will soon be three people per cell in some of the housing units. This suggests that EDC's overall population is higher than normal, and yet we are seeing lower than normal numbers at KYRs.

11. As mentioned in my previous declaration, following the termination of the Programs, our posters from under the LOP were taken down, and we provided updated informational

3

posters regarding the nature, time, and language of FIRRP presentations. While EDC staff confirmed on May 13 that our updated posters were up in the housing units, and FDC staff confirmed on May 29 that our posters were up, CAFCC has still not posted our updated posters.

12. As discussed in my previous declaration, DHS hung new posters in the detention centers encouraging people to self-deport. A copy of that poster was attached as Exhibit 2 to my May 2 declaration. We now understand that some of our clients who are granted relief are being sent this poster together with their order granting relief.

13. FIRRP staff have had multiple conversations with detained individuals who believe FIRRP will no longer be allowed in facilities and provide services to noncitizens in the future.

14. Since my last declaration, FIRRP's financial situation continues to worsen, making it even more difficult for us to weather the impact of DOJ's termination of these programs.

15. On May 16, we had to send lay-off notices to 47 staff members, or approximately one-quarter of our total staff. Nine of these staff members had been part of the Adult Legal Program, of which four had been dedicated primarily to LOP and other pro se services. The laid-off staff were given 60 days notice—their last day of employment will be July 15, 2025.

16. We have also had to restructure and reorganize our operations. Our Adult Legal Program has historically been divided into three main teams, each of which has a distinct primary focus–the Detention Action & Response Team provides pro se education and support services to people in detention, the Pro Bono Team connects unrepresented noncitizens in detention with pro bono counsel from law firms or private immigration practitioners and mentors those outside attorneys in pro bono cases, and the Direct Representation Team provides in-house pro bono direct representation to noncitizens, most of whom are detained in ICE custody. Our Adult Legal Program will likely have to restructure these teams, merge many aspects of these distinct types of practice, and redistribute work among the remaining staff base. This lack of specialization will mean that our work will become less efficient and effective. The lay-offs have also affected our trafficking response and border action teams, which are smaller even more specialized teams within the bigger umbrella structure and that will also be undergoing restructuring.

17. If current conditions continue, we anticipate future lay-offs. For example, FIRRP expects to have to review operations staffing in light of these programmatic lay-offs, which may result in additional lay-offs.

18. It is difficult to overstate the negative impact on morale that the workforce reduction–and the very real possibility of the need for a further one–have had. Staff burn-out and overwhelm are already at an extreme high given the onslaught of cuts to funding and staff and changes in policy that negatively impact our clients and our core work. The sense of uncertainty regarding the future at the Florence Project has caused negative ripple effects in morale across the organization, well beyond only those teams that are directly affected. We have received numerous resignations from long-term, highly skilled staff. We are losing managing attorneys and staff attorneys alike across programs. In addition to the two members of our Adult Legal Program–with nearly ten years of experience between them–

who resigned and were mentioned in my previous declaration, we have had another seven attorneys at various levels including management voluntarily resign. Taken together, these attorneys have multiple decades of lost expertise among them. Additionally, our Adult Program had to lay off a managing attorney with over a decade of immigration experience and a managing legal assistant with nearly six years of experience specifically supporting pro se individuals. This loss of expertise and institutional knowledge will be incredibly difficult and time-consuming to replace. Further workforce reductions or further resignations spurred by the continued uncertainty will undoubtedly have a serious negative impact on FIRRP's ability to achieve our core mission of ensuring that all people have access to counsel and know their rights in immigration removal proceedings.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed on the 30th of May 2025, in Flagstaff, Arizona.

_____

Laura St. John
Legal Director
Florence Immigrant & Refugee Rights Project

5