UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,<br><br>            *Plaintiffs*,<br><br>     v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>            *Defendants.* | Civil Action No. 25-298 (RDM) |

### ORDER

For the reasons set forth in the Court's Memorandum Opinion, Dkt. 83, it is hereby **ORDERED** that Plaintiffs' motion for summary judgment, Dkt. 67, is **DENIED**; it is further

**ORDERED** that Plaintiffs' motion for a preliminary injunction, Dkt. 74, is **DENIED**; it is further

**ORDERED** that Defendants' motion for summary judgment, Dkt. 70, is **GRANTED** with respect to (1) Plaintiffs' constitutional and non-statutory claims arising from the in-sourcing of LOP and LOPC, and (2) Plaintiffs' claims arising from the termination of ICH, FGLOP, and CCI; and it is further

**ORDERED** that the remainder of Plaintiffs' claims are **DISMISSED** without prejudice for lack of subject matter jurisdiction.

This Order constitutes a final, appealable judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

**SO ORDERED**.

                                                             <u>/s/ Randolph D. Moss</u>
                                                             RANDOLPH D. MOSS
                                                             United States District Judge

Date:  July 6, 2025