IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et. al*,<br><br>       *Defendants*, | Civil Action No. 1:25-cv-00298-RDM |

## NOTICE OF APPEAL

Notice is hereby given this 14th day of July, 2025 that all Plaintiffs in the above-captioned action hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order and final judgment entered in the above-captioned actions on July 6, 2025 (Dkt. 84), which (i) denied Plaintiffs' motion for summary judgment (Dkt. 67), (ii) denied Plaintiffs' motion for a preliminary injunction (Dkt. 74), (iii) granted Defendants' motion for summary judgment (Dkt. 70) with respect to (1) Plaintiffs' constitutional and non-statutory claims arising from the termination of LOP and LOPC, and (2) Plaintiffs' claims arising from the termination of ICH, FGLOP, and CCI, and (iv) dismissed Plaintiffs' remaining claims without prejudice for lack of subject matter jurisdiction.

                                                        Respectfully submitted,

Date: July 14, 2025

                                        */s/ Laura M. Sturges*

                                        GIBSON, DUNN & CRUTCHER LLP
Laura M. Sturges (C.O. Bar No. 36843)*
1900 Lawrence St., Suite 3000
Denver, CO 80202-2642
(303) 298-5700
lsturges@gibsondunn.com

Amer S. Ahmed (D.C. Bar No. 500630)
Richard W. Mark (D.D.C. Bar No. NY0378)
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
rmark@gibsondunn.com
aahmed@gibsondunn.com

\* admitted pro hac vice

*Attorneys for Plaintiffs*

**CLERK**    Please send copies of the above Notice of Appeal to the following at the addresses indicated:

**Andrew I. Warden**
U.S. DEPARTMENT OF JUSTICE
1100 L Street NW
Washington, DC 20005
(202) 616-5084
Fax: (202) 616-8470
Email: andrew.warden@usdoj.gov

**Zachary W. Sherwood**
DEPARTMENT OF JUSTICE
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
202-616-8467
Email: zachary.w.sherwood@usdoj.gov

## **CERTIFICATE OF SERVICE**

Pursuant to Local Civil Rule 5.3, I hereby certify that, on July 14, 2025, I caused the foregoing Notice of Appeal to be filed via CM/ECF, providing notice to all registered users.

Dated: July 14, 2025                              */s/ Laura Sturges*

GIBSON, DUNN & CRUTCHER LLP
Laura Sturges (C.O. Bar No. 36843)*
1801 California Street, Suite 4200
Denver, CO 80202-2642
(303) 298-5700
lsturges@gibsondunn.com

* admitted pro hac vice